UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:23-cr-00048-MOC |
| | ) | |
| **GREG E. LINDBERG** | ) | |
| | ) | |
| | ) | |

**UNOPPOSED MOTION FOR STATUS CONFERENCE**

The United States, through undersigned counsel, respectfully moves this Court to set a status hearing in this case on or before August 14, 2024. The undersigned have consulted with counsel for the defendant, who have indicated that they consent to the relief requested herein. In support of its motion, the United States represents the following:

1. The grand jury indicted Defendant on February 23, 2023, alleging violations of Title 18, United States Code, Sections 371, 1033, 1343, and 1956(h). (Doc. 1).

2. On May 26, 2023, Defendant requested a continuance of this matter pending the conclusion of Defendant's other criminal case pending in this District, *United States v. Lindberg* (Case No. 5:19-cr-00022), and that the Court set a status conference "three months after the conclusion" of that case. (Doc. 17.) The United States consented to Defendant's motion.

3. On July 14, 2023, the Court granted the motion and continued this matter "to the trial term commencing three months after the conclusion" of Defendant's other case. (Doc. 19). The Court further ordered that the delay caused by the continuance "shall be excluded in computing the time within which the trial must commence" in this matter. (*Id.*)

4. On or about May 15, 2024, the jury returned a guilty verdict against Defendant in Case No. 5:19-cr-00022. (Case No. 5:19-cr-00022; Doc. 435).

5.       The parties have been communicating about the timing of a potential trial in this case and other related matters and respectfully request a status hearing to discuss, among other things, setting a trial date and related deadlines in this case and the Court's plans with respect to the manner and timing of Defendant's sentencing in Case No. 5:19-cr-00022.[1]

Respectfully Submitted this 15th day of July 2024.


DENA J. KING                                    GLENN S. LEON
UNITED STATES ATTORNEY                          CHIEF
                                                CRIMINAL DIVISION, FRAUD SECTION


**/s/ Daniel Ryan**
Assistant United States Attorney
United States Attorney's Office
IL Bar 6279737
227 West Trade Street, Suite 1650
Charlotte, N.C. 28202
Telephone: (704) 338-6222
Fax: (704) 344-6629
E-mail: Daniel.ryan@usdoj.gov

---

[1] On or about July 12, 2024, Magistrate Judge Peake set a trial date of May 2025 for the related civil trial in *United States SEC v. Lindberg, et al.*, Case No. 22-cv-715 at Doc. 67.