WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704 331-0767
FACSIMILE: 704 331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, LEGAL ASSISTANT

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

December 3, 2024

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 10/31/24 | Conferences and communications with client and attorneys | .6 |
| 11/1/24 | Conferences and communications with attorneys and client re [redacted] | 2.2 |
| 11/4-5/24 | Conferences and communications with attorneys & client re [redacted] | 1.1 |
| 11/11/24 | Revision of motion re [redacted]; related communications with attorneys and client | 1.2 |
| 11/12/24 | Plea and bond hearings; communications and conferences with attorneys | 3.8 |
| 11/20/24 | Preparation for hearing and communications with attorneys | 1.4 |
| 11/21/24 | Preparation for and hearing [redacted] | 2.5 |
| 11/22-26/24 | Analysis of emails and communications with [redacted] | 1.3 |
| **TOTAL** | | **14.1** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 10/30/24 | Communications with counsel and [redacted] | .2 |
| 10/31/24 | Draft of proposed email to Government; [redacted] | .5 |
| 11/1/24 | Communications with attorneys | .3 |
| 11/4-8/24 | [redacted] and communications with counsel | .8 |
| 11/10/24 | Communications with counsel | .2 |
| 11/11/24 | Revisions to multiple drafts of motion relating to [redacted] communications with counsel; [redacted] | 1.8 |
| 11/12-13/24 | Communications with counsel | .5 |
| 11/15/24 | Analysis and revision to [redacted] and communications with counsel | .2 |
| 11/18/24 | Analysis and revisions to [redacted] communications with counsel | 1.1 |
| 11/18/24 | Analysis and revision of [redacted] revised version of memo of law re [redacted] | .7 |
| 11/19/24 | Analysis and revisions to [redacted] final review before filing; [redacted] communications with counsel | 1.3 |
| 11/20/24 | Analysis of [redacted] analysis of information from client | .9 |
| 11/25/24 | Analysis of Magistrate Judge's Order; [redacted] | .5 |
| 11/26-27/24 | Analysis of communications relating to [redacted] | .3 |
| **TOTAL** | | **9.3** |

**Billing for Senior Paralegal Ginny Wooten**

| Date | Description | Time (Hours) |
|---|---|---|
| 11/11/24 | Revisions to motion and proposed order; filing of motion and proposed order | .5 |
| 11/12/24 | Deliver motion and proposed order to judge's chambers | .4 |
| 11/19/24 | File memorandum of law and declaration in each case | .3 |
| **TOTAL** | | **1.2** |

**Billing for Paralegal Lauren Robertson**

| Date | Description | Time (Hours) |
|---|---|---|
| 11/18/24 | File Notice of Withdrawal | .2 |
| **TOTAL** | | **.2** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 10/30/24 through 12/3/24 | Photocopies (74x$.05) | $3.70 |
| 10/30/24 through 12/3/24 | Electronic research (Pacer) | $5.90 |
| **TOTAL** | | **$9.60** |

The bill for the foregoing legal services is $18,987.10 (14.1 hours x $825.00 per hour (JFW); 9.3 hours x $750.00 per hour (RAB); 1.2 hours x $275.00 per hour (senior paralegal); .2 hours x $200.00 per hour (paralegal); plus $9.60 in expenses).

You currently have $3,419.81 in trust. After removing this amount for legal services, you have a remaining amount due of **$15,567.29** ($3,419.81 – current invoice).

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704 331 0767
FACSIMILE: 704 331 0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, LEGAL ASSISTANT

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

January 6, 2025

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 12/6/24 | Analysis of [redacted] and communications with attorneys | .8 |
| 12/9/24 | Analysis of revised [redacted] and communications with attorneys | .3 |
| 12/19/24 | Conference with attorneys and [redacted] | .9 |
| **TOTAL** | | **2** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 12/3-5/24 | Analysis of communications relating to [redacted] | .3 |
| 12/19/24 | Analysis of communications and revised [redacted] | .4 |
| **TOTAL** | | **.7** |

The bill for the foregoing legal services is $2,175.00 (2 hours x $825.00 per hour (JFW); .7 hours x $750.00 per hour (RAB)).

Additionally, you have $15,567.29 outstanding from our invoice dated December 3, 2024. Thus, the total amount currently due is **$17,742.29** ($15,567.29 + current invoice).

Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, LEGAL ASSISTANT

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

February 3, 2025

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 1/21/2025 | Conference and communications with attorneys [redacted] | .3 |
| 1/22/25 | Analysis of [redacted] and related communications with co-counsel re revisions | 1.1 |
| 1/28/25 | Conference with [redacted] | .8 |
| 1/31/25 | Analysis of [redacted] provided to Special Master | .9 |
| **TOTAL** | | **3.1** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 1/24/25 | Analysis of [redacted] | .3 |
| 1/27/25 | Analysis of [redacted] | 1.3 |
| 1/31/25 | Analysis of communications relating to [redacted] | .2 |

| TOTAL | | 1.8 |
|---|---|---|

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 1/7/25 through 2/3/25 | Photocopies (1x$.05) | $.05 |
| **TOTAL** | | **$.05** |

The bill for the foregoing legal services is $3,907.55 (3.1 hours x $825.00 per hour (JFW); 1.8 hours x $750.00 per hour (RAB); plus $.05 in expenses).

Additionally, you have the following amounts outstanding:

| Date | Invoice Period | Amount |
|---|---|---|
| 12/3/24 | November 2024 | $15,567.29 (remaining) |
| 1/6/25 | December 2024 | $2,175.00 |
| **TOTAL** | | **$17,742.29** |

Thus, the total amount currently due is **$21,649.84** ($17,742.29 + current invoice). Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, LEGAL ASSISTANT

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

February 26, 2025

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 2/6/25 | Conference with special master, government and attorneys | 1.2 |
| 2/10/25 | Analysis of [redacted] | .7 |
| 2/13/25 | Conference with special master, government and attorneys | .7 |
| 2/13/25 | Conference with [redacted] | 1.0 |
| 2/14/25 | Analysis of [redacted] | .5 |
| 2/17/25 | Analysis of [redacted] | .8 |
| 2/19/25 | Analysis and revision of [redacted] communications re [redacted] drafting emails to USAO | 1.4 |
| 2/20/25 | Analysis of [redacted] conference with SM | .7 |

| | | |
|---|---|---|
| 2/21/25 | Revision of [redacted] conference with AUSA; communications with attorneys | .9 |
| **TOTAL** | | **7.9** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 2/14-17/25 | Analysis of [redacted] | .3 |
| 2/18/25 | Analysis of [redacted] | .7 |
| 2/19/25 | Analysis of communications relating to [redacted] | .2 |
| 2/20/25 | Analysis of communications and revisions to [redacted] | .3 |
| **TOTAL** | | **1.5** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 2/4-26/25 | Photocopies (4x$.05) | $.20 |
| **TOTAL** | | **$.20** |

The bill for the foregoing legal services is **$7,642.70** (7.9 hours x $825.00 per hour (JFW); 1.5 hours x $750.00 per hour (RAB); plus $.20 in expenses).

Additionally, you have the following amounts outstanding:

| Date | Invoice Period | Amount |
|---|---|---|
| 12/3/24 | November 2024 | $15,567.29 (remaining) |
| 1/6/25 | December 2024 | $2,175.00 |
| 2/3/25 | January 2025 | $3,907.55 |
| **TOTAL** | | **$21,649.84** |

Thus, the total amount currently due is **$29,292.54** ($21,649.84 + current invoice). Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, LEGAL ASSISTANT

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

March 31, 2025

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 2/27/25 | Conference with SM | .2 |
| 2/27/25 | Analysis of [redacted] | .3 |
| 2/28/25 | Analysis of [redacted] | .4 |
| 3/13/25 | Conference with SM and attorneys | .8 |
| 3/13/25 | Conference and communications with attorneys re [redacted] | 1.3 |
| 3/13/25 | Analysis of [redacted] | .4 |
| 3/20/25 | Conference with SM and attorneys | 1.0 |
| 3/20/25 | Analysis [redacted] and related communications with attorneys | .8 |
| 3/21/25 | Analysis of [redacted] | .9 |
| 3/24/25 | Analysis of [redacted] | .4 |

| | | |
|---|---|---|
| 3/27/25 | SM conference re [redacted] | .8 |
| 3/27/25 | Conference with [redacted] | .3 |
| 3/31/25 | Analysis of [redacted] | .5 |
| 3/28/25 | Analysis of [redacted] | .4 |
| **TOTAL** | | **8.5** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 3/4-5/25 | Analysis of communications from [redacted] | .3 |
| 3/13-14/25 | Phone conf. with R. Meyer; analysis of [redacted] | 1.4 |
| 3/17/25 | Phone conf. with Probation Officer; communications with counsel; review and editing of [redacted] | .5 |
| 3/18/25 | Analysis and revisions to [redacted] | .3 |
| 3/19/25 | Communications with [redacted] | .3 |
| 3/24-26/25 | Analysis of attorney communications | .2 |
| **TOTAL** | | **3** |

**Billing for Senior Paralegal Ginny Wooten**

| Date | Description | Time (Hours) |
|---|---|---|
| 3/12/25 | Obtain pleadings | .1 |
| 3/18/25 | Revisions to motion and proposed order | .8 |
| 3/18/25 | File motion and proposed order | .2 |
| **TOTAL** | | **1.1** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 2/27/25 through 3/31/25 | Photocopies (69x$.05) | $3.45 |
| 2/27/25 through 3/31/25 | Electronic research (Pacer) | $3.50 |
| **TOTAL** | | **$6.95** |

The bill for the foregoing legal services is **$9,626.95** (8.5 hours x $825.00 per hour (JFW); 3 hours x $750.00 per hour (RAB); 1.1 hours x $325.00 per hour (senior paralegal); plus $6.95 in expenses).

Additionally, you have the following amounts outstanding:

| Date | Invoice Period | Amount |
|---|---|---|
| 12/3/24 | November 2024 | $15,567.29 (remaining) |
| 1/6/25 | December 2024 | $2,175.00 |
| 2/3/25 | January 2025 | $3,907.55 |
| 2/26/25 | February 2025 | $7,542.70 |
| **TOTAL** | | **$29,292.54** |

Thus, the total amount currently due is **$38,919.49** ($29,292.54 + current invoice). Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, LEGAL ASSISTANT

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

April 30, 2025

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 3/31/25 | Analysis of [redacted] | .4 |
| 4/1/25 | Conferences with [redacted] | .5 |
| 4/2/25 | Analysis of [redacted] | 1.6 |
| 4/3/25 | Conference with SM and attorneys | .5 |
| 4/3/25 | Analysis of [redacted] | .4 |
| 4/10/25 | Conference with SM and attorneys | .5 |
| 4/17/25 | Analysis of [redacted] | .8 |
| 4/22/25 | Conference with SM and attorneys | 1.0 |
| 4/24/25 | SM conference | .4 |
| 4/29/25 | Analysis of [redacted] | .6 |
| **TOTAL** | | **6.7** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 4/2/25 | Analysis of information relating to [redacted] | .3 |
| 4/7/25 | Communications with counsel | .1 |
| 4/11/25 | Communications with counsel | .2 |
| 4/16-17/25 | Analysis and revision to [redacted] | .5 |
| 4/21/25 | Analysis of attorney communications | .3 |
| **TOTAL** | | **1.4** |

**Billing for Paralegal Lauren Robertson**

| Date | Description | Time (Hours) |
|---|---|---|
| 4/17/25 | Submit proposed order via CyberClerk | .2 |
| **TOTAL** | | **.2** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 4/1-30/25 | Electronic research (Pacer) | $.80 |
| **TOTAL** | | **$.80** |

The bill for the foregoing legal services is **$6,618.30** (6.7 hours x $825.00 per hour (JFW); 1.4 hours x $750.00 per hour (RAB); .2 hours x $200.00 per hour (paralegal); plus $.80 in expenses).

Additionally, you have the following amounts outstanding:

| Date | Invoice Period | Amount |
|---|---|---|
| 12/3/24 | November 2024 | $15,567.29 (remaining) |
| 1/6/25 | December 2024 | $2,175.00 |
| 2/3/25 | January 2025 | $3,907.55 |
| 2/26/25 | February 2025 | $7,542.70 |
| 3/31/25 | March 2025 | $9,626.95 |
| **TOTAL** | | **$38,919.49** |

Thus, the total amount currently due is **$45,537.79** ($38,919.49 + current invoice). Please remit payment within thirty (30) days.

Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, LEGAL ASSISTANT

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

June 3, 2025

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 5/1/25 | Special Master call | .4 |
| 5/1/25 | Conference with attorneys and analysis of [redacted] | 1.3 |
| 5/1/25 | Conference with client and attorneys re [redacted] | .7 |
| 5/1/25 | Communications with attorneys and SM | .5 |
| 5/2/25 | Analysis of [redacted] | 1.4 |
| 5/2/25 | Analysis of [redacted] | .8 |
| 5/5/25 | Analysis of [redacted] | 1.2 |
| 5/5/25 | Communications with attorneys and USAO [redacted] | .8 |

| | | |
|---|---|---|
| 5/6/25 | Analysis of [redacted], related communications with attorneys | 2.1 |
| 5/6/25 | Conference with USAO and attorneys | .4 |
| 5/7/25 | Legal research re [redacted] | 3.1 |
| 5/7/25 | Legal research and communications with attorneys re [redacted] | 2.8 |
| 5/8/25 | Conference with SM and attorneys | 1.0 |
| 5/8/25 | Analysis of [redacted] | 1.4 |
| **TOTAL** | | **17.9** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 5/1/25 through 6/3/25 | Electronic research (Pacer) | $1.80 |
| **TOTAL** | | **$1.80** |

The bill for the foregoing legal services is **$14,769.30** (17.9 hours x $825.00 per hour (JFW); plus $1.80 in expenses).

Additionally, you have the following amounts outstanding:

| Date | Invoice Period | Amount |
|---|---|---|
| 12/3/24 | November 2024 | $15,567.29 (remaining) |
| 1/6/25 | December 2024 | $2,175.00 |
| 2/3/25 | January 2025 | $3,907.55 |
| 2/26/25 | February 2025 | $7,542.70 |
| 3/31/25 | March 2025 | $9,626.95 |
| 4/30/25 | April 2025 | $6,618.30 |
| **TOTAL** | | **$45,537.79** |

Thus, the total amount currently due is **$60,307.09** ($45,537.79 + current invoice). Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, LEGAL ASSISTANT

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

July 1, 2025

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 5/13/25 | Analysis of [redacted] | 3.8 |
| 5/14/25 | Analysis of [redacted], related communications and recommendations to Katten attorneys | 3.7 |
| 5/15/25 | Conference with SM, USAO and attorneys | .7 |
| 5/15/25 | Analysis of [redacted] and related communications with attorneys | .5 |
| 5/19/25 | Analysis of [redacted] and related communications with attorneys | 1.4 |
| 5/20/25 | Analysis and revision of [redacted] and related communications with attorneys and client | .7 |
| 5/20/25 | Preparation for conference with SM and DOI | 1.1 |
| 5/20/25 | Conference with Kattan attorneys re [redacted] | .3 |
| 5/20/25 | Analysis of [redacted] | .9 |

| | | |
|---|---|---|
| 5/21/25 | Analysis and revision of [redacted] and related communications with attorneys | .8 |
| 5/21/25 | Preparation for conference with SM and USAO re [redacted] | .6 |
| 5/21/25 | Conference with SM and USAO re [redacted] | .3 |
| 5/22/25 | Preparation for conferences with SM, USAO, DOI and NHC and related communications with attorneys | .5 |
| 5/22/25 | Conference with SM and USAO re [redacted] | .5 |
| 5/22/25 | Conference with SM and USAO and DOI re [redacted] | .5 |
| 5/27-28/25 | Communications regarding [redacted] | .4 |
| 5/29/25 | Conference with SM, USAO, Paladin and attorneys | .5 |
| 5/30/25 | Analysis of SM email and [redacted] | .6 |
| **TOTAL** | | **17.8** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 5/13/25 | Analysis and revisions to [redacted] | 1.6 |
| 5/14/25 | Analysis and revisions to [redacted] and communications with counsel regarding same, and [redacted] | 2.2 |
| 5/19/25 | Analysis of [redacted] and communications with counsel regarding same | 1.6 |
| 5/20/25 | Analysis of [redacted] and attorney communications relating to same | .4 |
| 5/21/25 | Revisions and edits to [redacted] communications with counsel and paralegal relating to [redacted] | .9 |
| **TOTAL** | | **6.7** |

**Billing for Senior Paralegal Ginny Wooten**

| Date | Description | Time (Hours) |
|---|---|---|
| 5/21/25 | Revisions to [redacted] | .5 |
| **TOTAL** | | **.5** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 6/3/25 through 7/1/25 | Photocopies (109x$.05) | $5.45 |
| **TOTAL** | | **$5.45** |

The bill for the foregoing legal services is **$19,877.95** (17.8 hours x $825.00 per hour (JFW); 6.7 hours x $750.00 per hour (RAB); .5 hours x $325.00 per hour (senior paralegal); plus $5.45 in expenses).

Additionally, you have the following amounts outstanding:

| Date | Invoice Period | Amount |
|---|---|---|
| 12/3/24 | November 2024 | $15,567.29 (remaining) |
| 1/6/25 | December 2024 | $2,175.00 |
| 2/3/25 | January 2025 | $3,907.55 |
| 2/26/25 | February 2025 | $7,542.70 |
| 3/31/25 | March 2025 | $9,626.95 |
| 4/30/25 | April 2025 | $6,618.30 |
| 6/3/25 | May 2025 | $14,769.30 |
| **TOTAL** | | **$60,307.09** |

Thus, the total amount currently due is **$80,185.04** ($60,307.09 + current invoice). Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, NCCP

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

July 31, 2025

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 6/2/25 | Analysis of [redacted] and conferences with attorneys and client re [redacted] | 2.2 |
| 6/2/25 | Conferences with client and attorneys; [redacted] | 1.7 |
| 6/3/25 | Communications with client and attorneys | .4 |
| 6/4/25 | Communications with SM and attorneys | .3 |
| 6/5/25 | Conference with SM, USAO and attorneys | .4 |
| 6/5/25 | Analysis of [redacted] | .8 |
| 6/9/25 | Communications regarding [redacted] | .4 |
| 6/9/25 | Analysis of [redacted] and related communications with attorneys | .9 |
| 6/10/25 | Analysis of [redacted] and related communications with attorneys and SM | .4 |

| | | |
|---|---|---|
| 6/11/25 | Analysis and revision of [redacted] | .6 |
| 6/12/25 | Conference with SM, USAO and attorneys and analysis [redacted] related communications with attorneys | .5 |
| 6/13/25 | Analysis of revisions [redacted] and communications with attorneys | .3 |
| 6/18/25 | Analysis of [redacted] | .5 |
| 6/21/25 | Communications re [redacted] | .4 |
| 6/21/25 | Analysis of [redacted] | 1.2 |
| 6/23/25 | Communications with attorneys and USAO re [redacted] | .6 |
| 6/24/25 | Analysis of [redacted] | 2.3 |
| 6/25/25 | Analysis of [redacted] and communications with USAO and attorneys | .7 |
| 6/26/25 | Conference with SM, USAO, Paladin and attorneys | .8 |
| 6/26/25 | Analysis of [redacted] | .6 |
| 6/27/25 | Analysis of [redacted] related communications with attorneys | 1.4 |
| 6/27/25 | Revision of [redacted] and related communications with USAO and attorneys | .6 |
| 6/30/25 | Communications with SM and attorneys re [redacted] | .4 |
| 6/30/25 | Revisions to email to court re [redacted] and related communications with USAO and attorneys | .3 |
| 6/30/25 | Analysis of [redacted] | 1.4 |
| 7/1/25 | Analysis of [redacted] related communications with attorneys and SM | .7 |

| | | |
|---|---|---|
| 7/1/25 | Analysis of [redacted], related communications with attorneys | 1.2 |
| 7/1/25 | Analysis and revision of [redacted] and related communications with attorneys | .5 |
| 7/1/25 | Analysis of [redacted] | 1.5 |
| 7/2/25 | Analysis of [redacted] and related communications with SM and attorneys | .8 |
| 7/3/25 | Analysis of revised [redacted] related communications with client, SM and attorneys | 1.7 |
| 7/3/25 | Conference with SM and attorneys | .4 |
| 7/4/25 | Conference with [redacted] | 1.2 |
| 7/4/25 | Analysis of [redacted] | 1.3 |
| 7/4/25 | Analysis of and revision of [redacted] and related communications with attorneys | 2.1 |
| 7/7/25 | Communications with USAO, SM and attorneys re [redacted] | .6 |
| 7/7/25 | Analysis and revision of [redacted] | 1.3 |
| 7/8/25 | Revisions to [redacted] and related communications with attorneys | .5 |
| 7/8/25 | Communications with client, SM and USAO re [redacted] | .7 |
| 7/10/25 | Conference with SM, USAO and attorneys | .4 |
| 7/10/25 | Revision of motion and [redacted] and related communications with attorneys and USAO | .7 |
| 7/10/25 | Communications with attorneys re [redacted] | .6 |

| | | |
|---|---|---|
| 7/11/25 | Preparation of [redacted] | 2.7 |
| 7/11/25 | Conference with attorney re [redacted] | .2 |
| 7/14/25 | Analysis of [redacted] and related communications with attorneys | .5 |
| 7/14/25 | Revision of [redacted] | 1.3 |
| 7/17/25 | Analysis and revision of [redacted] and related communications with attorneys | 2.3 |
| 7/22/25 | Analysis of [redacted] | .8 |
| 7/23/25 | Analysis of [redacted] | 1.4 |
| 7/24/25 | Preparation of [redacted] | 1.6 |
| 7/24/25 | Analysis of [redacted] | .2 |
| 7/25/25 | Analysis of [redacted] and related communications with attorneys | .5 |
| 7/25/25 | Analysis of [redacted] and related communications with attorneys. | .8 |
| 7/27/25 | Preparation of [redacted] | 3.2 |
| 7/28/25 | Analysis of [redacted] | 1.8 |
| 7/28/25 | Analysis and revision of [redacted] | 1.2 |
| 7/28/25 | Conference with attorneys [redacted] | .5 |
| 7/28/25 | Analysis of [redacted] | 1.5 |

| | | |
|---|---|---|
| 7/29/25 | Analysis and revision of [redacted] | .5 |
| 7/29/25 | Analysis and revision of [redacted] | 1.5 |
| 7/30/25 | Analysis of materials received [redacted] | 2.4 |
| 7/30/25 | Communications with client and attorneys and SM re [redacted] | 1.2 |
| 7/31/25 | Conference with SM, USAO and attorneys | .5 |
| 7/31/25 | Communications with attorneys and SM re [redacted] | .6 |
| **TOTAL** | | **63.5** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 6/2/25 | Analysis of [redacted] | .3 |
| 6/3/25 | Analysis of [redacted] | .3 |
| 6/9/25 | Analysis of [redacted] | .2 |
| 6/12/25 | Analysis of [redacted] | .2 |
| 6/17/25 | Analysis of [redacted] | .1 |
| 6/19/25 | Communications with counsel | .2 |
| 6/20/25 | Analysis of [redacted] and communications with counsel | .6 |
| 6/21/25 | Analysis of [redacted] | .2 |
| 6/23/25 | Analysis of [redacted] | .1 |
| 6/29-30/25 | Analysis of [redacted] and related communications with attorneys | .9 |

| | | |
|---|---|---|
| 7/1/25 | Communications with counsel and drafting of [redacted] | 1.5 |
| 7/2/25 | Communications with counsel | .1 |
| 7/3/25 | Analysis of [redacted] | .6 |
| 7/4/25 | Analysis of [redacted] | 1.0 |
| 7/7/25 | Analysis of [redacted] | .2 |
| 7/8/25 | Communications with counsel | .2 |
| 7/9/25 | Analysis and revisions to [redacted] | .4 |
| 7/10/25 | Final revisions to [redacted] | .4 |
| 7/11/25 | Analysis and revisions to [redacted] | 1.6 |
| 7/14/25 | Analysis and [redacted] | 4.0 |
| 7/14/25 | Analysis of [redacted] | 1.4 |
| 7/16/25 | Analysis of [redacted] | 4.8 |
| 7/17/25 | Further drafting of [redacted] | 4.3 |
| 7/18/25 | Analysis of [redacted] | .6 |
| 7/22/25 | Analysis of [redacted] | .4 |
| 7/23/25 | Analysis of [redacted] | .3 |
| 7/28/25 | Analysis and revisions to [redacted] | 2.0 |

| | | |
|---|---|---|
| 7/28/25 | Analysis of [redacted] | 1.0 |
| 7/29/25 | Analysis of and revision of [redacted] | 1.5 |
| 7/29/25 | Analysis and cite checking of [redacted] | .7 |
| **TOTAL** | | **30.1** |

**Billing for Senior Paralegal Ginny Wooten**

| Date | Description | Time (Hours) |
|---|---|---|
| 7/1/25 | Revisions to motion for [redacted] | .6 |
| 7/9/25 | Revisions to motion for [redacted] | .2 |
| 7/10/25 | Revisions to and filing of [redacted] | .4 |
| 7/17/25 | Revisions to [redacted] | 1.5 |
| 7/28/25 | Redacting of and analysis of [redacted] | 2.3 |
| 7/29/25 | Analysis of [redacted] | 1.3 |
| 7/29/25 | Analysis of [redacted] | .6 |
| 7/29/25 | Redact [redacted] | .3 |
| 7/29/25 | Revisions to [redacted] | 1.0 |
| **TOTAL** | | **8.2** |

**Billing for Paralegal Lauren Robertson**

| Date | Description | Time (Hours) |
|---|---|---|
| 7/14/25 | Obtain pleadings from docket | .2 |
| 7/16/25 | Obtain pleadings from docket | .8 |
| **TOTAL** | | **1** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 7/1-29/25 | Photocopies (173x$.05) | $8.65 |
| 7/1-29/25 | Electronic research (Pacer) | $21.70 |
| **TOTAL** | | **$30.35** |

The bill for the foregoing legal services is **$77,859.50** (63.5 hours x $825.00 per hour (JFW); 30.1 hours x $750.00 per hour (RAB); 8.2 hours x $325.00 per hour (senior paralegal); 1.0 hours x $200.00 per hour (paralegal); plus $30.35 in expenses).

Additionally, you have the following amounts outstanding:

| Date | Invoice Period | Amount |
|---|---|---|
| 12/3/24 | November 2024 | $15,567.29 (remaining) |
| 1/6/25 | December 2024 | $2,175.00 |
| 2/3/25 | January 2025 | $3,907.55 |
| 2/26/25 | February 2025 | $7,542.70 |
| 3/31/25 | March 2025 | $9,626.95 |
| 4/30/25 | April 2025 | $6,618.30 |
| 6/3/25 | May 2025 | $14,769.30 |
| 7/1/25 | May 2025 (remaining) | $19,877.95 |
| **TOTAL** | | **$80,185.04** |

Thus, the total amount currently due is **$158,044.39** ($80,185.04 + current invoice). Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw