# EXHIBIT A-1

Katten

Direct Billing Inquiries to:
**Deanna Olivas Alvarez**
deanna.alvarez@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

August 29, 2025

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40283902
Client No. 392191
Matter No. 00005

FEIN: 36-2796532

**Re: DOJ Investigation** (392191.00005)

| | |
|---|---|
| For legal services rendered through July 31, 2025 | $126,181.00 |
| Less 15% Discount on Fees | (18,927.15) |
| Sub-Total Fees: | $107,253.85 |
| **CURRENT INVOICE TOTAL:** | **$107,253.85** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Jul 25 | Meyer, Ryan J. | Confer with local counsel regarding [redacted] [.2]; review and analyze revisions to CWG approval motions in state and federal court [.4]; correspond with local counsel on [redacted] [.2]; confer with M. Martinez regarding same [.4]; confer with B. McCarthy [redacted] as well as [redacted] [.9]; review and revise [redacted] prepared by local counsel [.3]. | 2.40 |
| 01 Jul 25 | Upthegrove, Joshua R. | Correspondence with A. Jordan regarding [redacted] [.1]; review [redacted] for [redacted] in the memorandum [.9]. | 1.00 |
| 01 Jul 25 | Jordan, Ally G | Revise sentencing memorandum to incorporate [redacted] from B. McCarthy [4.7]. | 4.70 |
| 01 Jul 25 | Dean, Ryan C. | Draft and revise draft documents regarding [redacted] [2.0]. | 2.00 |
| 02 Jul 25 | Smith, Robert T. | Review and edit [redacted] [3.2]; send copy of [redacted] to J. Wyatt and R. Blake [.0]. | 3.20 |
| 02 Jul 25 | Meyer, Ryan J. | Review and analyze draft status report [.4]; multiple correspondence with M. Martinez regarding same [.4]; strategy conference with B. McCarthy [.4]. | 1.20 |
| 02 Jul 25 | Dean, Ryan C. | Review and analyze [redacted] [.5]; revise the [redacted] [.4]. | 0.90 |
| 03 Jul 25 | Meyer, Ryan J. | Multiple correspondence with client, client's state counsel, and team to [redacted] [1.4]. | 1.40 |
| 03 Jul 25 | Dean, Ryan C. | Review and analyze proposed motions regarding Clanwilliams deal [1.8]; conference call with special master [.7]; obtain consents for filing from parties in state court matter [.4]. | 2.90 |
| 04 Jul 25 | Meyer, Ryan J. | Multiple calls, correspondence, and meetings with client's state counsel, local counsel, and B. McCarthy regarding [redacted] [2.4]. | 2.40 |
| 04 Jul 25 | Dean, Ryan C. | Attention to edits regarding [redacted], including finalizing filing [.5]. | 0.50 |
| 07 Jul 25 | Meyer, Ryan J. | Review and revise draft motion for [redacted] [.8]; review and revise draft [redacted] [.4]. | 1.20 |
| 07 Jul 25 | Dean, Ryan C. | (Actual 4.0 reduced to 2.0) Draft and reverse [redacted] [.9]; review, analyze, and edit [redacted] [1.1]. | 2.00 |
| 08 Jul 25 | Meyer, Ryan J. | Review and revise draft [redacted] [.4]. | 0.40 |
| 08 Jul 25 | Dean, Ryan C. | Review, analyze, and edit court submissions regarding [redacted] [4.1]. | 4.10 |
| 09 Jul 25 | Dean, Ryan C. | Draft and revise submissions to court regarding recent [redacted] [2.8]. | 2.80 |
| 10 Jul 25 | Meyer, Ryan J. | Review and revise draft [redacted] [.6]; confer with S. Avila regarding state | 1.40 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
| --- | --- | --- | --- |
| | | guaranty association meeting [.4]; correspond with J. Wyatt regarding [redacted] [.4]. | |
| 10 Jul 25 | Dean, Ryan C. | Conference call with SM and all parties regarding status of Clanwilliam sale [1.0]; review and analyze proposed [redacted] [1.7]; revise and edit [redacted] [1.8]; draft and revise submissions to court regarding [redacted] [1.6]. | 6.10 |
| 11 Jul 25 | Meyer, Ryan J. | Review and revise draft [redacted] [.4]; review and analyze draft J. Wyatt correspondence regarding [redacted] and substantive suggestions for [redacted] [.4]. | 0.80 |
| 11 Jul 25 | Riley, Rachel | Review and analyze filings and confer internally on [redacted] [1.6]. | 1.60 |
| 11 Jul 25 | Dean, Ryan C. | Draft and revise court filings regarding [redacted] [.6]; strategize regarding arguments on [redacted] [.9]. | 1.50 |
| 14 Jul 25 | Meyer, Ryan J. | Review and analyze demand related to S. Wilson suits [.3]; follow-up correspondence with Special Master on same [.1]. | 0.40 |
| 14 Jul 25 | Dean, Ryan C. | Draft and revise [redacted] motion to court [.6]; review and analyze [redacted] [2.1]. | 2.70 |
| 16 Jul 25 | Dean, Ryan C. | Draft and revise counsel's motion regarding [redacted] [.9]; review and analyze documents for submission regarding same [2.2]. | 3.10 |
| 17 Jul 25 | Meyer, Ryan J. | Multiple correspondence with J. Wyatt on [redacted] [.2]; prepare for and meet with Special Master regarding request and background [.4]; follow-up correspondence regarding extension. | 0.80 |
| 17 Jul 25 | Dean, Ryan C. | Draft and revise motion regarding [redacted] [.5]; review and analyze [redacted] [2.5]; attend weekly conference call with counsel [.7]. | 3.70 |
| 21 Jul 25 | Meyer, Ryan J. | Follow-up with M. Martinez regarding Wilson lawsuit demand [.3]. | 0.30 |
| 22 Jul 25 | Meyer, Ryan J. | Multiple correspondence with M. Martinez and J. Wyatt regarding new items to be completed at Special Master's request in order to facilitate CWG closing [.8]. | 0.80 |
| 22 Jul 25 | Riley, Rachel | (Actual 2.0 reduced to 1.0) Review and analyze Special Master's first interim statement and application for fees [.6]; confer internally on [redacted] [.4]. | 1.00 |
| 23 Jul 25 | Meyer, Ryan J. | Confer with S. Avila regarding potential restitution calculations [.5]; strategy conference with R. Smith on [redacted] [.3]. | 0.80 |
| 23 Jul 25 | Gordon, Reid R. | Reviewing persuasive authority on court deference to Special Master recommendations regarding [redacted]; analyzing rationale for adopting findings based on [redacted]; identifying supporting language for use in [redacted]; researching Fourth Circuit standard for evaluating | 6.80 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | [redacted]; confirming applicability of [redacted] test; summarizing [redacted] for R. Meyer's review. | |
| 23 Jul 25 | Dean, Ryan C. | Review and analyze documents related to CWG proceeds; draft and revise filing regarding [redacted]. | 2.20 |
| 24 Jul 25 | Smith, Robert T. | Review revisions to [redacted] [1.6]. | 1.60 |
| 24 Jul 25 | Meyer, Ryan J. | Review and revise draft [redacted] [1.2]; confer with R. Dean regarding [redacted] to prepare him for Paladin and DOJ call [1.2]. | 2.40 |
| 24 Jul 25 | Dean, Ryan C. | Prepare for weekly SM call [.4]; attend weekly SM call [1]; draft [redacted] to internal team [.4]; draft and revise filing regarding [redacted] [1.9]; review and analyze documents related to [redacted] [2.1]. | 5.80 |
| 25 Jul 25 | Meyer, Ryan J. | Multiple conferences with R. Dean regarding [redacted]1.4]; identify and provide additional background material for Paladin and DOJ [.6]; confer with team on potential strategic approach moving forward [.6]. | 2.60 |
| 25 Jul 25 | Dean, Ryan C. | Prepare for conference call with Paladin and D. Ryan regarding restitution calculations [1]; attend conference call [1]; draft and revise filing and related documents regarding [redacted] [2.1]. | 4.10 |
| 28 Jul 25 | Holcombe, Michaela C. | Draft memorandum section regarding [redacted] [2.0]. | 2.00 |
| 28 Jul 25 | Gordon, Reid R. | Pulling and analyzing [redacted] from federal cases; summarizes [redacted] for R. Dean and R. Meyer. | 3.70 |
| 28 Jul 25 | Dean, Ryan C. | Draft and revise filing regarding [redacted] [3.1]; confer with R. Meyer regarding [redacted] [.3]; review and analyze arguments regarding [redacted] [1.1]; review and analyze documents related to [redacted] [1.4]; strategize internally regarding [redacted] [.5]. | 5.30 |
| 29 Jul 25 | Dean, Ryan C. | Review and analyze internal case reports regarding [redacted] [2.1]; draft and revise internal [redacted] [3.1]; draft and revise motion regarding [redacted] [1.2]. | 6.70 |
| 30 Jul 25 | Meyer, Ryan J. | Voluminous correspondence and meetings with M. Martinez, J. Wyatt, M. Cooper, and M. Leerberg regarding additional consents for Clanwilliam sale required sua sponte by J. Shirley [2.3]; multiple correspondence with client on [redacted] [.6]. | 2.90 |
| 30 Jul 25 | Dean, Ryan C. | Draft and revise internal spreadsheet regarding [redacted] [2.5]; review and analyze documentation regarding [redacted] [2.4]. | 4.90 |
| 31 Jul 25 | Dean, Ryan C. | Attend weekly special master conference call [.5]; draft and revise overview regarding [redacted] [.3]; draft and revise [redacted] regarding [redacted] [2]; draft and revise filing regarding [redacted] [1.8]. | 4.60 |
| | | **TOTALS:** | **113.70** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 46690 | Dean, Ryan C. | 1.40 | 930.76 | $1,303.06 |
| 46690 | Dean, Ryan C. | 64.50 | 930.75 | $60,033.43 |
| 45877 | Gordon, Reid R. | 10.50 | 731.00 | $7,675.50 |
| 44052 | Holcombe, Michaela C. | 2.00 | 998.75 | $1,997.50 |
| 46340 | Jordan, Ally G | 4.70 | 879.75 | $4,134.83 |
| 45013 | Meyer, Ryan J. | 21.90 | 1,058.25 | $23,175.68 |
| 45013 | Meyer, Ryan J. | 0.30 | 1,058.00 | $317.40 |
| 45025 | Riley, Rachel | 2.60 | 1,032.75 | $2,685.15 |
| 42497 | Smith, Robert T. | 4.80 | 1,134.75 | $5,446.80 |
| 45748 | Upthegrove, Joshua R. | 1.00 | 484.50 | $484.50 |
| | **TOTAL:** | **113.70** | | **$107,253.85** |

Katten

Direct Billing Inquiries to:
**Daija Jackson**
daija.jackson@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

September 30, 2025

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40289267
Client No. 392191
Matter No. 00005

FEIN: 36-2796532

**Re: DOJ Investigation** (392191.00005)

| | |
|---|---|
| For legal services rendered through August 31, 2025 | $231,503.50 |
| Less 15% Discount on Fees | (34,725.52) |
| Sub-Total Fees: | $196,777.98 |
| Disbursements and other charges | $1,727.67 |
| **CURRENT INVOICE TOTAL:** | **$198,505.65** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 28 Jul 25 | Meyer, Ryan J. | Multiple correspondence and conferences with M. Martinez regarding Wilson suit issues [.8]; multiple correspondence with J. Wyatt on [redacted] [1.4]. | 2.20 |
| 29 Jul 25 | Meyer, Ryan J. | Confer with J. Wyatt regarding [redacted] [.4]; correspond with client regarding [redacted], including [redacted] [.6]; meeting with G. Lindberg on [redacted] [.4]; multiple correspondence with M. Martinez regarding new requirement from J. Shirley before entry of state order [.3]. | 1.70 |
| 31 Jul 25 | Meyer, Ryan J. | Confer with M. Martinez regarding new developments [.4]; multiple follow-up correspondence with Monica regarding [redacted] [.5]; follow-up with M. Martinez regarding same [.2]. | 1.10 |
| 01 Aug 25 | Meyer, Ryan J. | Multiple correspondence and conferences with M. Martinez regarding S. Wilson issues related to Clanwilliam and overall potential resolution [.8]; strategy conference with B. McCarthy regarding [redacted] [.3]. | 1.10 |
| 01 Aug 25 | Dean, Ryan C. | (Actual 7.1 reduced to 4.1) Review and analyze documents regarding [redacted] [2.1]; draft and revise [redacted] related to [redacted] to be filed once [redacted] approved [5.0]. | 4.10 |
| 03 Aug 25 | Meyer, Ryan J. | Multiple correspondence with local counsel and client regarding [redacted] [.4]; strategy conference with B. McCarthy [.3]; confer with client regarding [redacted] [.6]. | 1.30 |
| 04 Aug 25 | McCarthy, Brandon N. | Work on multiple issues related to pending Clan Williams deal [.3]; attention to multiple correspondence from local counsel and special master [.3]; draft correspondence to special master regarding proposed non-suit with prejudice [.3]; conduct two conferences with client regarding [redacted] [.1]; attention to potential [redacted] [.3]; follow-up with counsel on [redacted] [.3]; draft analysis to special master [.3]; follow-up conference with J. Wyatt regarding [redacted] [.1]; follow-up teleconference with special master [.3]; conduct a follow-up teleconference (third) with [redacted] [.3]; draft follow-up correspondence on [redacted] due to client's concerns [.3]; review related terms of transactions and agreements [.1]; review specifics identified by special master in response to Greg's concerns [.3]; review proposed [redacted] to special master from client [.3]. | 3.60 |
| 04 Aug 25 | Meyer, Ryan J. | Multiple correspondence and conferences with M. Martinez regarding non-suits, dismissal without prejudice, and responses from S. Wilson and TA [1.6]; | 2.20 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
| --- | --- | --- | --- |
| | | multiple conferences with B. McCarthy and client regarding [redacted] [.6]. | |
| 04 Aug 25 | Dean, Ryan C. | (Actual 6.1 reduced to 2.1) Draft and revise [redacted] and [redacted] [6.1]. | 2.10 |
| 05 Aug 25 | Meyer, Ryan J. | Follow-up with M. Martinez on CWG sale process and TA required dismissal [.2]; confer with J. Wyatt on [redacted] [.2]. | 0.40 |
| 05 Aug 25 | Riley, Rachel | Review correspondence on [redacted] and confer internally on the [redacted] [1.7]. | 1.70 |
| 05 Aug 25 | Dean, Ryan C. | (Actual 5.9 reduced to 2.9) Draft and revise [redacted] and [redacted] [5.9]. | 2.90 |
| 06 Aug 25 | McCarthy, Brandon N. | Attend Zoom meeting regarding multiple items related to the closing of the Clan Williams transaction [.3]; attention to multiple requests from special master and follow-up correspondence from special master [.3]; attention to recent developments regarding [redacted] client, and the [redacted] [.3]; follow-up conference with counsel regarding [redacted] [.3]; attention to recent request from buyer of Clan Williams, TA, regarding proposed new stipulation [.3]; conduct conference with client to [redacted] [.3]; draft numerous correspondence related to [redacted] [.3]; conduct follow-up conference with client to [redacted] [.3]; attention to response from client to DOJ and special master [.3]; revise and draft [redacted] [.3]; draft a review memorandum regarding [redacted] [.2]; review [redacted] in conjunction with same [.5]; conference with local counsel regarding [redacted] [.5]. | 4.20 |
| 06 Aug 25 | Meyer, Ryan J. | Multiple correspondence with M. Martinez regarding Judge Shirley and the Clanwilliam sale [.3]; update client on [redacted] [.1]. | 0.40 |
| 07 Aug 25 | Smith, Robert T. | Review e-mail from J. Wyatt about [redacted] [.2]. | 0.20 |
| 07 Aug 25 | Meyer, Ryan J. | Confer with client and M. Martinez regarding [redacted] and [redacted] [.4]. | 0.40 |
| 07 Aug 25 | Dean, Ryan C. | (Actual 5.6 reduced to 2.5) Prepare for and attend call with Special Master, DOJ, and Paladin [1.5]; summarize [redacted] for team and correspond with team on [redacted] [1.0]. | 2.50 |
| 08 Aug 25 | Jordan, Ally G | Revise [redacted] [1.5]. | 1.50 |
| 10 Aug 25 | Meyer, Ryan J. | Review and analyze correspondence from client team on [redacted] [.2]; multiple correspondence with client regarding [redacted] [.3]. | 0.50 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 11 Aug 25 | Meyer, Ryan J. | Confer with B. McCarthy regarding [redacted] [.3]. | 0.30 |
| 11 Aug 25 | Jordan, Ally G | Revise [redacted] [2.3]. | 2.30 |
| 11 Aug 25 | Dean, Ryan C. | (Actual 6.5 reduced to 2.5) Review and revise draft [redacted] [6.5]. | 2.50 |
| 12 Aug 25 | McCarthy, Brandon N. | Revise [redacted] to be filed with court [.8]; address multiple issues raised by special master correspondence [.6]; review same [.4]; draft multiple correspondence on [redacted] [.6]; conference on [redacted] [.3]. | 2.70 |
| 12 Aug 25 | Meyer, Ryan J. | Multiple correspondence with team regarding [redacted] and [redacted] [.6]; confer with M. Martinez regarding tax refund checks [.4]; review and analyze summary of NCIC attorney fees to prepare [redacted] and draft sub-section regarding [redacted] [.8]; review and revise draft [redacted] [.9]. | 2.70 |
| 12 Aug 25 | Gordon, Reid R. | (Actual 10.7 reduced to 2.2) Review and analyze financial filings by NCICs since rehabilitation process to determine their professional fees to provide supplemental information to court in consideration of Special Master, Paladin, and defense counsel's fee applications [10.7]. | 2.20 |
| 12 Aug 25 | Dean, Ryan C. | (Actual 4.8 reduced to 2.4) Review and revise draft [redacted] [4.5]; confer internally regarding [redacted] [.3]. | 2.40 |
| 13 Aug 25 | Smith, Robert T. | Analyze [redacted] [.2]. | 0.20 |
| 13 Aug 25 | McCarthy, Brandon N. | Work on [redacted] and [redacted] with client [.6]; review materials from Special Master on same [.5]; conf with client on [redacted] [.5]; edit [redacted] from client [.5]; conf with local counsel on [redacted] [.3]; draft multiple correspondence on [redacted] [.2]. | 2.60 |
| 13 Aug 25 | Meyer, Ryan J. | Review and analyze TA release [.5]; confer with M. Martinez on same [.3]; multiple correspondence and conferences with B. McCarthy and J. Wyatt on [redacted] [.6]; prepare for and meet with client on [redacted] [.8]; follow-up with J. Wyatt on [redacted] [.4]; review and revise [redacted] and confer with client on [redacted] [.3]. | 2.70 |
| 13 Aug 25 | Dean, Ryan C. | Review and analyze [redacted] [.9]; review and analyze insurance company public filings [.8]; strategize regarding [redacted] [.4]. | 2.10 |
| 14 Aug 25 | Meyer, Ryan J. | Confer with McCarthy regarding draft [redacted] [.4]; confer with M. Martinez on same [.3]; multiple correspondence with J. Wyatt regarding [redacted] [.6]; review and analyze J. Wyatt [redacted] [.4]; attention to multiple correspondence from B. McCarthy and client on [redacted] [.6]; multiple correspondence with M. | 3.10 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
| --- | --- | --- | --- |
| | | Martinez regarding executed releases [.4]; multiple follow-up correspondence with B. Worley and N. Kajon regarding Paradigm funds transfer now that all conditions for transfer have been satisfied [.4]. | |
| 15 Aug 25 | McCarthy, Brandon N. | Work on disposition of assets related to upcoming L. Williams transaction [.3]; review multiple correspondence from Local Counsel [redacted] [.5]; review correspondence from client on [redacted] [.5] conference with Amar regarding [redacted] [.5]; conference with council regarding [redacted] and it's qualification as a victim [.5]. | 2.30 |
| 15 Aug 25 | Meyer, Ryan J. | Confer with M. Martinez regarding S. Wilson resolution [.6]; follow-up with M. McCarthy on [redacted] [.4]; multiple correspondence with client team on [redacted] [.7]; review and analyze [redacted] provided by same [.6]; multiple correspondence and call with N. Kajon on Paradigm payment under WDNC orders [.3]; follow-up with B. McCarthy on [redacted] [.2]. | 2.80 |
| 15 Aug 25 | Dean, Ryan C. | Review and analyze [redacted] [4.1]. | 4.10 |
| 18 Aug 25 | McCarthy, Brandon N. | Review correspondence and request from Department of Justice in advance of Special Master meeting and call with Don Solow regarding Vista [.4]; attention to case law in criminal restitution cases regarding [redacted] [.2]; attention to presentence report to [redacted] [.4]; draft and review correspondence on [redacted] [.4]; follow up with local counsel regarding [redacted] [.2]; attention to analysis and supporting case law to show that [redacted] [.2]; draft correspondence with client regarding [redacted] [.2]; follow up with civil counsel and inside counsel for dealings and actions of [redacted] to confirm participation [redacted] [.4]. | 2.40 |
| 18 Aug 25 | Meyer, Ryan J. | Prepare for and meet with D. Elkin regarding repayment data and key items for same [.6]; correspond with Special Master regarding Vista meeting [.4]; review and analyze deposition testimony and discovery gathered in SEC case regarding [redacted] to prepare for meeting regarding [redacted] potential victim designation [5.2]. | 6.20 |
| 18 Aug 25 | Dean, Ryan C. | Review and analyze SEC depositions and relevant discovery items regarding [redacted] and prepare summary of [redacted] [5.3]. | 5.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 19 Aug 25 | McCarthy, Brandon N. | Work on issues related to victim designations [.3]; specifically review documents and obtain testimony related to [redacted] [.6]; review any evidence to support or reject the designation of [redacted] as a "victim" [.5]; special attention to information and testimony regarding [redacted] [.5]; draft and review correspondence on case [.5]; conference with R. Meyer regarding [redacted] [.5]; Note: Vista has claimed over two hundred million dollars in potential restitution owed; in dispute. Conference with client regarding multiple pending issues that would affect the trust issue currently disputed, as well as the Clan Williams transaction; draft correspondence on same [.3]. Work with local counsel regarding issues related to [redacted] [.3]; continue to review documentation and transcripts related to [redacted] claim for significant restitution [.3]; attention to [redacted] required for upcoming hearing [.2]; edit and review [redacted] [.1] draft correspondence to special master regarding same for [redacted] [1.0]. | 5.10 |
| 19 Aug 25 | Meyer, Ryan J. | Review, revise, and finalize draft [redacted] [2.2]; continue to review deposition testimony and discovery for evidence of [redacted] knowledge and [redacted] lack of victim status [2.7]; prepare for and meet with Special Master, DOJ, and Financial Advisor regarding evaluation of Vista's claim to victim status [.9]. | 5.80 |
| 19 Aug 25 | Riley, Rachel | Confer internally on [redacted] [.9]. | 0.90 |
| 19 Aug 25 | Dean, Ryan C. | Review and analyze production documents regarding [redacted] to prepare rebuttal presentation [3.1]. | 3.10 |
| 20 Aug 25 | McCarthy, Brandon N. | Work on issues related to [redacted] to special master [.3]; review [redacted] and edit [redacted] [.3]; follow-up conference with counsel in Charlotte on [redacted] [.1]. | 0.70 |
| 20 Aug 25 | Meyer, Ryan J. | Review and analyze [redacted] provided by client [1.8]; prepare for and meet with S. Avila regarding Vista and restitution items [.3]. | 2.10 |
| 20 Aug 25 | Riley, Rachel | Confer internally on [redacted] [.7]. | 0.70 |
| 20 Aug 25 | Dean, Ryan C. | Strategize internally regarding [redacted] [.8]; prepare for client meeting [.8]; strategize with client on [redacted] [.9]. | 2.50 |
| 21 Aug 25 | Brown, Sara K. | Review Motion for fees and expenses, Declaration, and proposed order for conformity with local rules [1.0]; finalize, file and serve [.4]. | 1.40 |
| 21 Aug 25 | McCarthy, Brandon N. | Prepare for upcoming call with Dept. of Justice and special master [.3]; attention to issues related to the potential closing of the Clan Williams sale [.3]; attend call on same [.3]; work on resolving issues raised by | 3.90 |

# PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | special master regarding S. Wilson and his potential block of the transaction [.3]; follow-up conference with local counsel regarding [redacted] [.3]; draft correspondence on [redacted] to client [.3]; pull [redacted] and review [redacted] to see parameters of litigation as well as NHC's ability to [redacted] in the event that Wilson refuses to sign off [.6]; follow-up with zoom meeting with client and local counsel regarding [redacted] [.3]; review [redacted] to special master on [redacted] with [redacted] [.3]; follow up call with client and multiple email correspondence with client regarding [redacted] [.9]. | |
| 21 Aug 25 | Meyer, Ryan J. | Prepare for and participate in weekly status meeting with Special Master, DOJ, and Financial Advisor [1.3]; follow-up strategy conference with local counsel based on [redacted] [.8]; draft outline of [redacted] to resolve [redacted] based on meeting with Special Master [.4]; review and revise draft [redacted] and separate draft [redacted] between client, Special Master, and S. Wilson [2.3]; confer with local counsel and B. McCarthy on [redacted] to finalize [redacted] [.4]; prepare for and meet with client on [redacted] to finalize [redacted] [.6]; [redacted] in accordance with client's instructions [.6]; correspond with client on [redacted] to [redacted] [.4]; finalize and transmit to Special Master for his review [.4]; review and analyze [redacted] provided by client's team [.9]. | 7.90 |
| 21 Aug 25 | Upthegrove, Joshua R. | Draft [redacted] and circulate [redacted] [.5]. | 0.50 |
| 21 Aug 25 | Lewin, Daniel | Input with R. Meyer regarding [redacted] / [redacted] [.2]; brief calls regarding [redacted] [.2]; brief review [redacted] [.2]; contacting contacts / counsel regarding [redacted] [.1]. | 0.70 |
| 21 Aug 25 | Dean, Ryan C. | Attend weekly Special Master call [.6]; [redacted] discussion internally and with client [.7]. | 1.30 |
| 22 Aug 25 | Meyer, Ryan J. | Multiple correspondence with special master regarding S. Wilson situation [.2]; correspond with J. Wyatt and R. Smith regarding [redacted] [.2].; update client on [redacted] [.3]; confer with client regarding [redacted] [.3]; confer with D. Harer regarding D. Solow meeting on Vista and potential responses to same [.4]. | 1.40 |
| 22 Aug 25 | Dean, Ryan C. | (Actual 4.7 reduced to 2.7) Draft and revise necessary additional submissions regarding [redacted] [.6]; draft and revise proposed [redacted] and [redacted] [2.1]. | 2.70 |
| 25 Aug 25 | McCarthy, Brandon N. | (Actual 9.3 reduced to 8.6) Review [redacted] | 8.60 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | in anticipation of hearing, in anticipation of [redacted] from the court [2.0]; meet with local counsel to prepare for [redacted] [1.0]; review multiple correspondence from client [1.0]; meet at Katten in Charlotte to [redacted], filings by the special master regarding progress and fees, and formulate [redacted] [3.0]; draft [redacted] [1.1]; conference with local counsel for John Gray regarding [redacted] [.3]; review and draft correspondence on [redacted] [.2]; conference with local counsel on [redacted] [.1]. | |
| 25 Aug 25 | Meyer, Ryan J. | Review and analyze [redacted] to prepare for hearing [4.8]; strategy conference with J. Wyatt and B. McCarthy on [redacted] [.8]. | 5.60 |
| 25 Aug 25 | Jordan, Ally G | Draft and revise [redacted] [2.3]. | 2.30 |
| 26 Aug 25 | McCarthy, Brandon N. | (Actual 9.1 reduced to 8.0) Prepare for upcoming hearing in North Carolina [3.0]; confer with local counsel to [redacted] [1.5]; conduct hearing with Dept. of Justice, special master, and client [.5]; follow-up meeting with client in the holdover conducted after hearing [.5]; attend post-hearing meeting with local counsel in his office [.5]; attention to issues raised by special master and Paladin regarding calculation of restitution as well as designation of victims, given arguments at the hearing; begin review of documents that pertain to [redacted] [1.0]; also review and analyze draft [redacted] [1.5]; review and draft correspondence to follow up on [redacted] [.5]; follow-up conference with civil counsel regarding [redacted] [.1]. | 8.00 |
| 26 Aug 25 | Meyer, Ryan J. | Prepare for and attend motion hearing [1.8]; follow-up [redacted] with client [1.0]; review and analyze draft [redacted] provided by client, including [redacted] [5.3]. | 8.10 |
| 26 Aug 25 | Jordan, Ally G | Draft and revise [redacted] [2.3]. | 2.30 |
| 27 Aug 25 | McCarthy, Brandon N. | Continue work related to restitution issues raised by special master and Paladin [.5]; research briefly literature in case law regarding [redacted] [.5]; continue to research documents and transcripts from case in order to determine proper designations of victims, ferret out victims that claim compensation who do not qualify, and proper calculation of restitution assets with respect to [redacted] | 3.40 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | [redacted], and North Carolina's argument that the entity as well as the policy holders are both separate victims requiring different calculations [1.0]; review Herwig pleadings [.4]; review SEC documents related to Herwig and Solow and their assertions regarding particular entities [.5]; draft [redacted] correspondence on case [.5]. | |
| 27 Aug 25 | Meyer, Ryan J. | Prepare for and meet with Paladin regarding potential damages estimates [.7]; continue to review and analyze [redacted] provided by client team to [redacted] [1.1]; begin to review and analyze [redacted] [.8]. | 2.60 |
| 27 Aug 25 | Riley, Rachel | Internal conference regarding [redacted] [1.3]. | 1.30 |
| 27 Aug 25 | Jordan, Ally G | Draft and revise [redacted] [2.2]. | 2.20 |
| 28 Aug 25 | Smith, Robert T. | Review and make revisions to [redacted] [.6]. | 0.60 |
| 28 Aug 25 | McCarthy, Brandon N. | Prepare for upcoming call with Special Masters and Department of Justice [.5]; special attention to recent issues regarding [redacted] [.5]; review multiple correspondence from client regarding [redacted] [.5]; attention to correspondence from W. Camden regarding proposed motion [.5]; draft correspondence with Special Master regarding same; draft correspondence with DOJ and local counsel regarding [redacted]; review same and proposed and strategize [redacted] [.5]; attention to [redacted] of sensing memorandum draft [.5]; conference with DC counsel who is working on [redacted] [.1]; review draft report from financial analyst regarding potential restitution amounts, outstanding debt, interest calculations [.1]; conference with counsel regarding the [redacted] [.1]; attention to US Supreme Courts analysis of [redacted] [.1]; attention to factual information found regarding [redacted] role in the alleged scheme [.3]. | 3.70 |
| 28 Aug 25 | Meyer, Ryan J. | Prepare for and meet with Special Master, DOJ, and Paladin [1.0]; review and analyze [redacted] [.3]; review and analyze [redacted] arguments [1.4]. | 2.70 |
| 28 Aug 25 | Riley, Rachel | Internal conference on issues regarding [redacted] [.8]; review and analyze [redacted] and [redacted] on [redacted] [1.2]; conduct research on the [redacted] [2.2]. | 4.20 |
| 28 Aug 25 | Dean, Ryan C. | Attend weekly call with special master [.5]; debrief internally [.2] | 0.70 |
| 29 Aug 25 | McCarthy, Brandon N. | Continue review and analysis of proposed motion by Wes Camden [.3]; draft [redacted] to potentially to | 2.20 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | be used in [redacted] [.5]; conference with local counsel regarding [redacted] [.2]; draft correspondence with Special Master in effort to avoid needless motions and litigation [.2]; draft correspondence with D. Ryan at Department of Justice regarding same [.2]; review proposal from Department of Justice [.1]; conference with client regarding [redacted] [.4]; draft correspondence and review correspondence and follow-up to [redacted] [.3]. | |
| 29 Aug 25 | Meyer, Ryan J. | Review and analyze draft [redacted] [1.9]; prepare for upcoming meeting on same [1.9]. | 3.80 |
| 29 Aug 25 | Riley, Rachel | Attention to materials on [redacted] [1.1]; analyze [redacted] and [redacted] [.8]; conduct research on [redacted] and [redacted] [2.2]; revise analysis on the [redacted] [.8]. | 4.90 |
| | | **TOTALS:** | **190.90** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|
| Brown, Sara K. | 1.40 | 460.00 | $644.00 |
| Dean, Ryan C. | 38.30 | 1,095.00 | $41,938.50 |
| Gordon, Reid R. | 2.20 | 860.00 | $1,892.00 |
| Jordan, Ally G | 10.60 | 1,035.00 | $10,971.00 |
| Lewin, Daniel | 0.70 | 1,440.00 | $1,008.00 |
| McCarthy, Brandon N. | 53.40 | 1,325.00 | $70,755.00 |
| Meyer, Ryan J. | 69.10 | 1,245.00 | $86,029.50 |
| Riley, Rachel | 13.70 | 1,215.00 | $16,645.50 |
| Smith, Robert T. | 1.00 | 1,335.00 | $1,335.00 |
| Upthegrove, Joshua R. | 0.50 | 570.00 | $285.00 |
| **TOTAL:** | **190.90** | | **$231,503.50** |

**DISBURSEMENTS**
Matter 00005: DOJ Investigation

| Date | Description | Amount |
|---|---|---|
| 25 Aug 25 | Vendor: Meyer, Ryan Invoice#: 7636999903164358 Date: 9/3/2025 - Lindberg Status Conference 8.25-8.26 - JW Marriott Charlotte Date Incurred: 08/25/25 010076369999 | 535.62 |
| 25 Aug 25 | Vendor: Meyer, Ryan Invoice#: 7636999903164358 Date: 9/3/2025 - Lindberg Status Conference 8.25-8.26 - DFW Parking Date Incurred: 08/25/25 010076369999 | 100.09 |
| 25 Aug 25 | Vendor: Meyer, Ryan Invoice#: 7636999903164358 Date: 9/3/2025 - Lindberg Status Conference 8.25-8.26 - Wifi Return Date Incurred: 08/25/25 010076369999 | 20.00 |
| 25 Aug 25 | Vendor: Meyer, Ryan Invoice#: 7636999903164358 Date: 9/3/2025 - Lindberg Status Conference 8.25-8.26 - Wifi Date Incurred: 08/25/25 010076369999 | 24.00 |
| 25 Aug 25 | Vendor: Meyer, Ryan Invoice#: 7636999903164358 Date: 9/3/2025 - Lindberg Status Conference 8.25-8.26 - RT flight DFW to CLT Date Incurred: 08/25/25 010076369999 | 1,047.96 |
| | **TOTAL:** | **$1,727.67** |

**SUMMARY OF DISBURSEMENTS**
Matter 00005: DOJ Investigation

| | |
|---|---|
| Travel - Hotel | $535.62 |
| Out of Town Travel | $144.09 |
| Airfare | $1,047.96 |
| **TOTAL:** | **$1,727.67** |

**MATTER TOTAL:** **$198,505.65**

# Katten

Direct Billing Inquiries to:
**Daija Jackson**
daija.jackson@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

October 22, 2025

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40292481
Client No. 392191
Matter No. 00005

FEIN: 36-2796532

**Re: DOJ Investigation** (392191.00005)

| | |
|---|---|
| For legal services rendered through September 30, 2025 | $215,955.00 |
| Less 15% Discount on Fees | (32,393.25) |
| Sub-Total Fees: | $183,561.75 |
| Disbursements and other charges | $ 1,743.22 |
| **CURRENT INVOICE TOTAL:** | **$185,304.97** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Sep 25 | McCarthy, Brandon N. | Work on legal issues related to inquiry by Paladin regarding assessment of who qualifies as a victim in light of the statutory language versus the language of the plea agreement [.3]; attention to assessment of North Carolina Insurance Company, the entity as a victim versus the actual policy holders [.3]; review statutory language in case law [redacted] [.3]; attention to effect of guarantee association payment on North Carolina Insurance Company entity as a victim [.3]; attention to the implications of the cash at the North Carolina Insurance Company, and its ability to be available for restitution [redacted] [.3]; attention to legal issues raised regarding [redacted] [.3]; draft correspondence on same [.1]; review research on same [.1]; conference with Greg Lindberg on [redacted]; review response from client on [redacted] [.3]; meeting conducted with Paladin regarding their recent inquiry in regard to the documentation and support we had regarding same [.3]; attention to PBLA assessment in 970 million, given [redacted], thereby effecting the amount of restitution by [redacted] [.3]; attention to [redacted] and documents in support o[redacted] that effect the calculation of potential restitution [.4]; continue to research same [.3] ;continue to work on issues related to restitution and recovery for victims [.2]; review December 2024 quarterly report from North Carolina Insurance Companies [.3]; analyze same [.1]; draft correspondence on [redacted] [.5]; attention to issues raised by the Department of Justice, Julia Park [.2]; attention to financial statement documents provided by same [.5]; attention to financial disclosures from February 2025, November 2024 as well as the release from 2025 [.5]. | 5.90 |
| 02 Sep 25 | Meyer, Ryan J. | Review and analyze NCDOI filings to identify available assets for offsets, as required by Special Master Order [1.4]; prepare for and meet with Special Master, Paladin, and DOJ regarding draft restitution analysis and potential non-victims and offsets [1.6]; follow-up strategy meeting with B. McCarthy [.4]. | 3.40 |
| 02 Sep 25 | Riley, Rachel | (Actual 3.7 reduced to 2.7) Analyze issues [redacted] and research case law on [redacted] [2.2] attention to issues related to [redacted] [.8]; review and analyze [redacted] and [redacted] [.7]. | 2.70 |
| 03 Sep 25 | McCarthy, Brandon N. | Attention to multiple items raised by Paladin regarding restitution, repayment, order of repayment, qualifying victims, and restitution calculations, including the effect of assets at the insurance companies in the event policyholders are designated as the ultimate victim, | 2.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | including the effect on the North Carolina Guaranty Associations [1.3]; review [redacted] in order to answer questions posed by Paladin to Katten [.5]; conference with client/draft correspondence with client on [redacted] [.5]. | |
| 03 Sep 25 | Riley, Rachel | Internal discussion on potential issues over [redacted] [.4]; continue research on [redacted] [1.7]. | 2.10 |
| 04 Sep 25 | McCarthy, Brandon N. | Worked on multiple issues raised by Paladin and follow up on information requested by same [.2]; attend internal meeting to [redacted] [.5]; analyze and review [redacted] [.2]; draft correspondence on [redacted] [.5]; attention to correspondence from client on [redacted] [.5]; attention to inquiry from Michael Martinez [.5]; review and draft correspondence of same [.1]; attention to implications of proposed agreement with NCIC and NOLHGA [.2]. | 2.70 |
| 04 Sep 25 | Meyer, Ryan J. | [redacted] session with B. McCarthy and Riley [1.6]; multiple correspondence with J. Wyatt regarding [redacted] [.9]; prepare for and attend group meeting with Special Master, DOJ, and FA [.6]. | 3.10 |
| 04 Sep 25 | Riley, Rachel | (Actual 4.3 reduced to 2.8) Meeting with R. Meyer and B. McCarthy regarding [redacted] [.9]; conduct research on [redacted] and analyze cases on [redacted] [3.4]. | 2.80 |
| 05 Sep 25 | McCarthy, Brandon N. | Work on [redacted] memorandum regarding [redacted] [.3]; attention to [redacted] provided by client [redacted] [.3]; attention to [redacted] in support of [redacted] along with the [redacted] in conjunction with [redacted] [.2]; review [redacted] provided by same to see if [redacted] [.2]; analyze [redacted]; draft correspondence on [redacted] [.6]; conduct meeting with R. Meyer and R. Riley to see [redacted] [.5]; [redacted] to the special master to assist with overall restitution calculations per entity [.5]. | 2.60 |
| 05 Sep 25 | Meyer, Ryan J. | Review and analyze draft [redacted] [1.1]; review and analyze [redacted] from client to [redacted] [1.1]. | 2.20 |
| 05 Sep 25 | Riley, Rachel | (Actual 3.3 reduced to 2.3) Continue work on restitution research issues [2.6]; analyze cases and relevant filings and strategize internally on [redacted] [.7]. | 2.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 08 Sep 25 | McCarthy, Brandon N. | Prepare for upcoming conference with Paladin rep regarding their most recent draft report detailing restitution [.8]; review [redacted] that will be pertinent to the final calculation that were not included in same [.5]; continue to review documents and case law regarding restitution [.5]; continue revision of [redacted] to be supplied to Special Master team [.5]; continue review of [redacted] to support [redacted] [.5]; conduct conference with Paladin rep regarding same [.5]; follow up to client on [redacted] [.5]. | 3.80 |
| 08 Sep 25 | Meyer, Ryan J. | Multiple conferences with B. McCarthy regarding [redacted] [1.2]; review and analyze [redacted] [.6]. | 1.80 |
| 08 Sep 25 | Riley, Rachel | (Actual 4.1 reduced to 2.6) Review cases involving [redacted] in criminal context and update notes on the same [2.7]; review and analyze client correspondence [1.4]. | 2.60 |
| 09 Sep 25 | McCarthy, Brandon N. | Begin review and analysis and editing of [redacted] provided by client regarding [redacted] [1.0]; begin review of [redacted] received from CPA as well as [redacted] for client [1.0]; review these [redacted] in conjunction with the law under the MVRA [.3]; review case law to understand implications of [redacted] in the Fourth and Fifth Circuit [.5]; draft correspondence to client on [redacted] [.5]. | 3.30 |
| 09 Sep 25 | Meyer, Ryan J. | Confer with Paladin on outstanding items [.4]; strategy conferences with J. Wyatt and B. McCarthy [.6]. | 1.00 |
| 10 Sep 25 | McCarthy, Brandon N. | Continue to work on issues related [redacted] [.4]; attention to inquiry from local counsel regarding his request of [redacted] [.3]; continue to work on memorandum regarding [redacted] [1.2]; attention to the analysis of [redacted] [.4]; attention to calculations of same [.3]; review multiple documents in conjunction with same [.3]. | 2.90 |
| 10 Sep 25 | Meyer, Ryan J. | Begin to review and analyze draft [redacted] provided by Paladin [1.4]. | 1.40 |
| 10 Sep 25 | Riley, Rachel | Research and analyze [redacted] in [redacted] from client [2.2]; correspondence on the [redacted] [.4]; continue research on [redacted] [1.3]. | 3.90 |
| 11 Sep 25 | McCarthy, Brandon N. | Attention to correspondence from B. Wiley at Deloitte regarding aspects of the upcoming closing [.1]; brief review of Southern District of New York Bankruptcy | 4.60 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Court order, Bermuda Supreme Court order, Western District of North Carolina order, and North Carolina State order [.2]; brief conference with R. Meyer regarding [redacted] [.2]; draft argument regarding [redacted] [.3]; attention to inquiry from Special Master regarding information they received from AAPC regarding "new lawsuits" and some type of offer from B. Alban for pref equity of $25 million [.2]; draft correspondence to client regarding [redacted] [.1]; attention to client's response [.1]; follow-up teleconference with client to address [redacted] [.3]; note the lawsuits pre-dated the Special Master and were not new and we instructed the client to [redacted] [.1]; attention to documents related to [redacted] [.1]; attention to inquiry from M. Martinez regarding ULICO Florida pleadings and financial analysis for PBAL ULICO [.3]; conference with R. Meyer on [redacted] [.3]; attention to documents we have identified related to [redacted] [.4]; attention to G. Lindberg versus Universal Life as well as Middle District Florida dismissal order and docket [.3]; attention to inquiry from D. Ryan and Special Master regarding proposed consent motion for protective order [.4]; attention to edits from DOJ [.5]; continue to review issues related to [redacted] [.3]; review joint motion for injunction to prohibit interference with rehabilitation and liquidation proceedings from May 30, 2023, as well as the notice of withdrawal of joint motion [.4]. | |
| 11 Sep 25 | Meyer, Ryan J. | Prepare for and meet with DOJ, Special Master, and FA [.9]; follow-up with M. Martinez on outstanding items [.3]; strategy conference with J. Wyatt [.2]; multiple calls and correspondence with JPLs regarding satisfaction of Clanwilliam order [.4]; review and revise draft order from M. Martinez and follow-up correspondence on same [.5]. | 2.30 |
| 11 Sep 25 | Riley, Rachel | Continue analyzing case law on [redacted] [2.7]. | 2.70 |
| 11 Sep 25 | Dean, Ryan C. | Attend weekly special master call and draft [redacted] for co-defense team [.8]. | 0.80 |
| 12 Sep 25 | McCarthy, Brandon N. | Attention to inquiry and information received from client regarding [redacted] [.2]; review insurance company repayment schedule and historical revisions to same [.3]; draft correspondence on [redacted] with R. Meyer, G. Lindberg, and S. Jain [.3]; attention to correspondence regarding finalization of Clanwilliams deal [.2]; follow up with client regarding [redacted] [.2]; attention to correspondence and information received from client regarding [redacted] [.3]; attention to [redacted] cited regarding [redacted] [.3]; attention to sections regarding [redacted] | 3.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | [redacted] [.3]; draft review correspondence on [redacted] [.2]; conference with R. Meyer regarding [redacted] [.5]; brief follow-up with Benjamin Wiley [.3]; attention to inquiry from client regarding [redacted] [.2]. | |
| 12 Sep 25 | Meyer, Ryan J. | Prepare for and meet with Paladin on restitution amounts and potential offsets [1.6]; multiple correspondence with client and S. Jain on items related to [redacted] [.6]; strategy conference with J. McCarthy [.4]. | 2.60 |
| 12 Sep 25 | Riley, Rachel | (Actual 3.2 reduced to 2.2) Continue to analyze issues related to [redacted] [2.8]; review correspondence on the [redacted] [.4]. | 2.20 |
| 15 Sep 25 | Meyer, Ryan J. | Confer with J. Wyatt regarding [redacted] [.4]; confer with client regarding [redacted] [.3]; strategy conference with B. McCarthy and R. Riley on [redacted] [.3]. | 1.00 |
| 16 Sep 25 | McCarthy, Brandon N. | Work on submission regarding [redacted] [.3]; work on [redacted] memorandum and [redacted] by client [.3]; draft and review correspondence with client [.3]; conference with local counsel on [redacted] briefly [.5]; conference with client on [redacted] [.5]. | 1.90 |
| 16 Sep 25 | Meyer, Ryan J. | Confer with D. Harer [.3]; strategy meeting with B. McCarthy and J. Wyatt [.3]. | 0.60 |
| 16 Sep 25 | Riley, Rachel | Confer internally on [redacted] [.6]; continue to analyze case law on [redacted] and update analysis of [redacted] [2.3]. | 2.90 |
| 17 Sep 25 | McCarthy, Brandon N. | Attention to data received from Surinder Jain regarding [redacted] [.8]; draft and review correspondence with local counsel on [redacted] [.5]; attention to documents from Michael Martinez, comparison of consent motion and stipulated protective order affecting NOLHGA and NCICs [.4]; attention to correspondence and edits from Martinez [.3]. | 2.00 |
| 17 Sep 25 | Meyer, Ryan J. | Confer with J. Wyatt and R. Riley regarding [redacted] [.6]; confer with Paladin regarding early payment issues [.6]; correspond with M. Martinez on order language from NCDOI [.3]; research early distribution issues and summarize same for Special Master and DOJ to highlight potential issues raised by NCDOI's refusal to cooperate [1.9]. | 3.10 |
| 17 Sep 25 | Riley, Rachel | (Actual 3.4 reduced to 2.4) Research and summarize 4th circuit cases addressing [redacted] [2.6]; prepare for Paladin meeting on restitution calculations and definition [.8]. | 2.40 |
| 18 Sep 25 | McCarthy, Brandon N. | Prepare for meeting with Special Master team and | 5.70 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Department of Justice (.3); participation in Zoom meeting with same (.3); review of Paladin initial executive summary and report (.5); follow-up on multiple financial issues raised by Paladin during presentation (.5); consultation with client regarding [redacted] (.5); research and collection of documents needed by Paladin to determine restitution amounts, including [redacted] (.5); review of collected documents (.3); conference with local counsel regarding [redacted] (.5); draft and edit of [redacted] memorandum (.2); review and analyzed documents and correspondence received from Paladin relating to Southland National Insurance Company [.3]; compared same to materials produced in discovery [.3]; examined correspondence from M. Martinez concerning PBLA and the reinsurance of ULICO, including references to NCIC's cash on hand [.3]; assessed all materials in connection with alleged restitution calculations [.3]; attention to issues regarding joint motion for injunction to prohibit interference with rehabilitation and liquidation proceedings (.3); review and analyze notice of withdrawal (.3); follow-up conference with client to [redacted] (.3). | |
| 18 Sep 25 | Meyer, Ryan J. | Review and analyze partial repayment correspondence from DOJ and Special Master [.4]; confer with J. Wyatt on [redacted] [.3]; prepare for and meet with Special Master, DOJ, and Paladin regarding initial restitution figures and excess policyholder issues in light of NCIC refusal to provide sufficient information for payments [1.6]; follow-up with M. Martinez on Clanwilliam payment information [.2]; follow-up with J. Wyatt on [redacted] [.2]. | 2.70 |
| 18 Sep 25 | Riley, Rachel | Confer internally regarding outstanding [redacted] [1.1]; review correspondence on the [redacted] [1.0]. | 2.10 |
| 19 Sep 25 | McCarthy, Brandon N. | Conference with local counsel regarding [redacted] [.3]; specific attention on [redacted] as raised by client [.3]; review recent U.S. Supreme Court case that affects [redacted] and [redacted] [.3]; draft correspondence on [redacted] [1.0]. | 1.90 |
| 19 Sep 25 | Riley, Rachel | Analyze cases involving [redacted] [1.6]; update internal notes to incorporate analysis of [redacted] [.6]. | 2.20 |
| 20 Sep 25 | McCarthy, Brandon N. | Work on issues related to restitution calculation [.2]; review [redacted] received from client and his accountant with [redacted] | 2.40 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | [redacted] [.2]; review 2025 [redacted] [.2]; review documents related to PBLA main assets, [redacted] [.2]; conference with local counsel [.2]; review memorandum prepared by R. Blake from Wyatt and Blake regarding his [redacted] [.2]; review [redacted] [.2]; conference with client [.2]; review correspondence with client regarding [redacted] [.2]; follow-up conference with client regarding [redacted] [.4]; review same [.2]. | |
| 22 Sep 25 | McCarthy, Brandon N. | Prepare for upcoming meeting with Paladin [1.0]; review discovery in documents that they have requested information on [1.0]; review [redacted] memorandum in addition to discovery from the SEC case, related civil cases, and the financial fraud investigation by DOJ [1.0]; meet with Paladin to go over all of the information in documents requested and answer questions thereto [1.0]; conduct extensive review of documents, spreadsheets, various legal agreements affecting restitution amounts, SEC testimony, and related communications involving Vista and Don Solo [1.4]; attention to correspondence and inquiry from Department of Justice [.3]; review proposed credit release form from DOJ along with the financial disclosure statement for business from D. Ryan including financial disclosure individual statement, February 2025 to present [.4]; review forms [.1]; conference with client regarding [redacted] [.2]; brief review of discovery in documents in our possession in order to sufficiently answer Department of Justice request [.3]; attention to DOJ request and pending proposed litigation response to the IRS [.3]; review August 25, 2025 reply to opposition in addition to correspondence from the IRS [.6]. | 7.60 |
| 22 Sep 25 | Meyer, Ryan J. | (Actual 8.4 reduced to 6.1) Prepare for and meet with expert regarding restitution model, potential offsets, factual background, and key considerations [8.4]. | 6.10 |
| 22 Sep 25 | Riley, Rachel | (Actual 5.8 reduced to 3.8) Meeting regarding flow of funds and calculation issues [2.7]; conduct research on [redacted] [1.4]; confer internally on [redacted] [.6]; review and edit client [redacted] [1.1]. | 3.80 |
| 23 Sep 25 | McCarthy, Brandon N. | Review documents in response to Paladin's request for more information on historical transactions, contracts and legal structures [1.0]; meet with Paladin to go over the results of search and provide information to the | 8.80 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | special master team [1.0]; follow-up on additional items identified by Paladin that will be needed to calculate restitution accurately [.5]; follow-up with D. Ryan regarding issues that have come up in the restitution analysis, draft and review correspondence on same [.5]; attention to inquiry from M. Martinez regarding Intact [.3]; follow-up on [redacted] to obtain answer for Mr. Martinez [.2]; follow-up with D. Ryan regarding recent inquiry [.5]; discussion with same regarding potential amendment of plea agreement to change language for special master facilitation of restitution payments to victims [.5]; follow-up and obtain [redacted] [.5]; draft and review [redacted] [.3]; review amended [redacted] document provided to government and special master and defense [.2]; review June 30, 2019 restructure tranches related to the MOU [.2]; review Global Growth Holdings, LLC K-1, K-3 [.7]; review case law related to [redacted] [.7]; also review United States v. [redacted] [.2]; special attention to calculation of [redacted] [1.0];" also reviewed United States v. [redacted] as well as U.S. v. [redacted] on the [redacted] [.5]. | |
| 23 Sep 25 | Meyer, Ryan J. | (Actual 8.2 reduced to 6.1) Prepare for and meet with expert regarding restitution model, inputs, and potential offsets [8.2] | 6.10 |
| 23 Sep 25 | Riley, Rachel | (Actual 4.3 reduced to 3.3) Confer on issues regarding Paladin analysis [2.2]; conduct research on case law treatment of [redacted] [1.7]; correspondence on the [redacted] [.4] | 3.30 |
| 23 Sep 25 | Pecoraro, Andrew J. | Teleconference with R. Meyer regarding [redacted] [.2]; legal research regarding [redacted] [1.8]. | 2.00 |
| 24 Sep 25 | McCarthy, Brandon N. | Conference with J. Wyatt regarding [redacted] [.5]; review [redacted] cited [.4]; review and revise [redacted] [.5]; draft [redacted] based on [redacted] [.3]. | 1.80 |
| 24 Sep 25 | Meyer, Ryan J. | Multiple correspondence with client team on [redacted] [.6]; continue to review and analyze [redacted] to identify [redacted] [.4]; confer with client on [redacted] [.8]. | 1.80 |
| 25 Sep 25 | McCarthy, Brandon N. | Prepare for upcoming call with special master [.2]; special attention to case law and Department of Justice guidance research regarding how the special masters in | 4.40 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | other similar cases handle interes [redacted] [.2]; attention to implications of designation of entities as victims and the effect of those designations on [redacted] and [redacted] with regards to availability for restitution for special master [.5]; attend conference with DOJ and special master to discuss multiple pending issues and complete Paladin's initial review memorandum [.5]; follow up with client regarding [redacted] [.3]; review pertinent parts of United States v. [redacted] [.2]; review data from [redacted] for North Carolina companies, ULICO and BIC [.5]; review [redacted] from client to assess if [redacted] r [.5]; edit [redacted] and [redacted] to client; conference with DOJ briefly [.3]; attention to Lindberg [redacted] per DOJ request on same [.1]; work on [redacted] and [redacted] [.1]. | |
| 25 Sep 25 | Meyer, Ryan J. | Prepare for and meet with DOJ, Special Master, and FA [1.4]; continue to review and analyze restitution items raised during same [1.1]. | 2.40 |
| 25 Sep 25 | Pecoraro, Andrew J. | Research regarding [redacted] [1.2]; draft summary regarding [redacted] [1.0]. | 2.20 |
| 26 Sep 25 | McCarthy, Brandon N. | Attention to documentation that will affect restitution analysis regarding [redacted] [.5]; review [redacted] provided by clients accountant [.5]; follow-up with client regarding [redacted] [.5]; attention to DOJ manual provisions regarding restitution [.5]; attention to recent [redacted] of appeals analysis along with recent [redacted] opinion [.5]; draft summary for client on [redacted] [.6]. | 3.10 |
| 26 Sep 25 | Meyer, Ryan J. | Multiple correspondence with D. Harer regarding accounting information access cut off by NCICs and distribution issues [.6]; follow-up with client on [redacted] [.2]; continued work on [redacted] [.5]. | 1.30 |
| 29 Sep 25 | McCarthy, Brandon N. | Follow up on inquiry involving the [redacted] [.3]; obtain insurance company [redacted] to check same [.1]; follow up with Greg's accountant regarding [redacted] [.2]; conference with R. Meyer regarding [redacted] [.2]; attention to update to Department of Justice and Paladin to alert them to this potential financial error and the repayment summary [.2]; follow up on research obtained regarding the [redacted] [.5]; review [redacted] identified in policy manual information identified by team [.5]; draft [redacted] for potential submission to special master team in Department of Justice [.2]; draft [redacted] of case [.1]; review [redacted] | 2.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | from Jane Surinder Jain regarding [redacted] [.2]. | |
| 29 Sep 25 | Meyer, Ryan J. | Multiple correspondence with client regarding [redacted] [.4]; multiple correspondence with client team regarding [redacted] [.4]; prepare for and meet with Paladin regarding same to correct misapprehension [.8]. | 1.60 |
| 29 Sep 25 | Pecoraro, Andrew J. | Legal research regarding [redacted] [.4]. | 0.40 |
| 30 Sep 25 | McCarthy, Brandon N. | Attention to correspondence from special master regarding most recent consent motion [.3]; conference with James Wyatt about [redacted] [.3]; draft and review correspondence on [redacted] [.5]; review proposed motion [.5]; attention to tax section analysis of GGHI K-1 tax return [.2]; review tax return in conjunction with same [.2]; attention to [redacted], [redacted] and the [redacted] [.5]; draft [redacted] for special master team to demonstrate [redacted] [.7]. | 3.20 |
| 30 Sep 25 | Meyer, Ryan J. | Review and analyze [redacted] [.6]; confer with B. McCarthy on [redacted] [.2]. | 0.80 |
| 30 Sep 25 | Riley, Rachel | Confer on research regarding [redacted] [.6]; correspondence on [redacted] [.9]. | 1.60 |
| 30 Sep 25 | Pecoraro, Andrew J. | Legal research regarding [redacted] [2.5]; draft memorandum regarding [redacted] [.7]. | 3.20 |
| | | **TOTALS:** | **170.00** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 46690 | Dean, Ryan C. | 0.80 | 1,095.00 | $876.00 |
| 44951 | McCarthy, Brandon N. | 76.50 | 1,325.00 | $101,362.50 |
| 45013 | Meyer, Ryan J. | 45.30 | 1,245.00 | $56,398.50 |
| 45982 | Pecoraro, Andrew J. | 7.80 | 1,180.00 | $9,204.00 |
| 45025 | Riley, Rachel | 39.60 | 1,215.00 | $48,114.00 |
| | **TOTAL:** | **170.00** | | **$215,955.00** |

| | |
|---|---|
| Less 15% Discount on Fees | (32,393.25) |
| **TOTAL FEES:** | **$183,561.75** |

## DISBURSEMENTS

Matter 00005: DOJ Investigation

| Date | Description | Amount |
|---|---|---|
| 20 Aug 25 | Vendor: McCarthy, Brandon N. Invoice#: 7630439905160413 Date: 9/5/2025 - Lindberg Hearing 8.26 - Flight DFW to CLT Date Incurred: 08/20/25 010076304399 | 889.96 |
| 25 Aug 25 | Vendor: McCarthy, Brandon N. Invoice#: 7630439905160413 Date: 9/5/2025 - Lindberg Hearing 8.26 - Hotel-JW Marriott Charlotte Date Incurred: 08/25/25 010076304399 | 523.23 |
| 25 Aug 25 | Vendor: McCarthy, Brandon N. Invoice#: 7630439905160413 Date: 9/5/2025 - Lindberg Hearing 8.26 - wifi Date Incurred: 08/25/25 010076304399 | 24.00 |
| 25 Aug 25 | Vendor: McCarthy, Brandon N. Invoice#: 7630439905160413 Date: 9/5/2025 - Lindberg Hearing 8.26 - Uber Date Incurred: 08/25/25 010076304399 | 24.62 |
| 26 Aug 25 | Vendor: McCarthy, Brandon N. Invoice#: 7630439905160413 Date: 9/5/2025 - Lindberg Hearing 8.26 - Uber Date Incurred: 08/26/25 010076304399 | 25.47 |
| 26 Aug 25 | Vendor: McCarthy, Brandon N. Invoice#: 7630439905160413 Date: 9/5/2025 - Lindberg Hearing 8.26 - Uber Date Incurred: 08/26/25 010076304399 | 27.95 |
| 26 Aug 25 | Vendor: McCarthy, Brandon N. Invoice#: 7630439905160413 Date: 9/5/2025 - Lindberg Hearing 8.26 - Parking Date Incurred: 08/26/25 010076304399 | 110.09 |
| 08 Sep 25 | Deborah Cohen-Rojas; Invoice#: 369; Date: 8/29/2025; Transcripts. | 117.90 |
| | **TOTAL DISBURSEMENTS:** | **$1,743.22** |

## SUMMARY OF DISBURSEMENTS

Matter 00005: DOJ Investigation

| | |
|---|---|
| Travel - Hotel | $523.23 |
| Out of Town Travel | $212.13 |
| Court Reporter Fees | $117.90 |
| Airfare | $889.96 |
| **TOTAL DISBURSEMENTS:** | **$1,743.22** |
| **MATTER TOTAL:** | **$185,304.97** |