# <u>EXHIBIT A</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREG E. LINDBERG,<br>Defendant. | Case No. 3:23-CR-48-MOC |

**DECLARATION IN SUPPORT OF KATTEN MUCHIN ROSENMAN LLP'S THIRD UNOPPOSED MOTION FOR PAYMENT OF FEES AND EXPENSES & REQUEST FOR RETAINER**

I, Brandon N. McCarthy, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents.

*2.* I submit this declaration in support of Katten Muchin Rosenman LLP's Third Motion for Payment of Fees and Expenses and Request for Retainer (ECF No. 96) (the "Katten Fee Motion").

3. The Katten Fee Petition was presented to the Special Master for review and he does not oppose the entry of orders approving these fees and affirmatively consents to this retainer request.

4. I am a practicing attorney at Katten Muchin Rosenman LLP ("Katten"). My office is located at 2121 North Pearl Street Suite 1100, Dallas, TX 75201-2591.

5. Prior to joining Katten, I served as a state and federal prosecutor in the Dallas

County District Attorney's Office, followed by the United States (U.S.) Attorney's Office for the Northern District of Texas for thirteen years. While at the U.S. Attorney's Office, I held multiple leadership positions, including serving as the Foreign Corrupt Practices Act coordinator and healthcare fraud coordinator, while in the Fraud & Public Corruption Section. After leaving the U.S. Attorney's Office, I then worked as a partner at two international law firms prior to Katten -- as a criminal defense attorney. Since entering private practice, I have represented clients in dozens of complex criminal cases in Texas, Louisiana, Mississippi, Alabama, North Carolina, New York, New Jersey, and Pennsylvania. In total, I have tried over 120 criminal cases to a jury, in addition to dozens of bench trials.

6. I have been the lead counsel representing Mr. Lindberg in his criminal matters since September 2019, including Case No. 5:19-cr-22 in the Western District of North Carolina (the "Public Corruption case") and Case No. 3:23-cr-48 in the Western District of North Carolina (the "Financial case"). In addition, I have been the lead counsel representing Mr. Lindberg in an inextricably intertwined litigated enforcement action by the Securities and Exchange Commission in the Middle District of North Carolina, Case No. 1:22-cv-715 (the "SEC case"), which contains nearly identical factual allegations to those alleged in the Financial case. The SEC case was filed in August 2022 and continues to this day.

7. On May 16, 2024—Mr. Lindberg was retried and convicted in the PC case. I also tried that case to a jury last year, which is factually tied to the Financial case and the SEC case.

8. On November 5, 2024 (accepted on November 15, 2024 by the Magistrate Judge)—Mr. Lindberg pled guilty in the Financial case. As a part of the plea, Mr. Lindberg agreed to the appointment of a Special Master. His plea specifically provided for payment of all fees to criminal defense counsel. Dkt. 40, 56. Since Mr. Lindberg's plea, my team and I have been working

diligently with the Special Master and the Department of Justice every week since the plea. The unilateral goal is to fulfill Mr. Lindberg's obligations under the Plea Agreement and the Order Appointing Special Master, in order to maximize the restitution available to the victims in the Financial case.

9. On February 27, 2025—Mr. Lindberg agreed to a bifurcated settlement with the SEC. A final judgment will be entered in that case following Mr. Lindberg's sentencing in his criminal cases (which are set to occur at the same time and run concurrently under the Plea).

10. On December 12, 2024, the United States and Defendant jointly moved for the appointment of the Special Master given the complexity of the issues incidental to calculating and paying victim restitution in this case. Dkt. 54. The Special Master Order was entered on January 23, 2025. Dkt. 56.

## THE KATTEN FEE MOTION

### *A. Katten*

11. I have received statements from Katten describing the work performed by my team on behalf of Mr. Lindberg for the period October 2025 through December 15, 2025 (the "Katten Fee Period"). The statements include the date, the names of the professionals performing the work, the time expended, and a detailed description of the task(s) performed, subject to redactions to preserve attorney-client privilege. The statements also reflect the amount of compensation requested for the work performed. Copies of Katten's invoices—redacted to preserve attorney-client privilege—are attached hereto as Exhibit **A-1**. [1]

12. I have reviewed the statements describing services provided by Katten and certify that all of the stated work was indeed performed and was necessary to fulfill my duties and

[1] Katten's invoices in Exhibit A-1 reflect the amount currently due and owing.

responsibilities as counsel. In addition, Katten has ensured that its staffing on these matters is as efficient as possible given the complex nature of the myriad of issues presented by Mr. Lindberg's proceedings.

13. The statements for Katten's fees and expenses contained in Exhibit A-1 have also been provided to the Special Master. On December 17, 2025, the Special Master confirmed that he **does not** oppose the entry of orders approving these fees or this retainer request.

14. In addition to representing Mr. Lindberg in this matter, Katten has assisted and continues to assist with maximizing the restitution available to victims. Katten has substantial experience in criminal defense, complex commercial litigation, and asset recovery, particularly in cases involving fraud and misappropriation of funds.

15. I am familiar with the rates charged in the market by attorneys performing services similar to those provided by Katten and certify that the requested rates are within the range charged by attorneys of comparable experience for work of a comparable nature and complexity.

16. I have reviewed the statement describing services provided by Katten and certify that, to the best of my knowledge, all of the stated work was actually performed, necessary, and not duplicative to represent Mr. Lindberg.

17. I therefore request Court approval of the Katten Fee Motion in favor of Katten in the amount of $232,264.19 in attorney's fees and $42.00 in third-party expenses, for a total of $232,306.19.

18. In addition, I request that the Court approve a retainer in the amount of $361,685.35 to secure future payments of work performed by Katten. This amount will be held in trust by Katten and not drawn against until further approval of the Court or the conclusion of this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2025
In Dallas, Texas

Brandon N. McCarthy (*pro hac vice*)
Texas SBN: 24027486
Brandon.mccarthy@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street
Suite 1100
Dallas, Texas 75201
(214) 765-3600 – telephone
(214) 765-3602 – facsimile

## CERTIFICATION

Pursuant to the Court's June 18, 2024 Standing Order, which was published to the Bar of the Western District of North Carolina on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 18th day of December, 2025.


*/s/* Brandon N. McCarthy
Ryan J. Meyer *(pro hac vice)*
Texas SBN: 24088053
Ryan.meyer@katten.com
Brandon N. McCarthy (*pro hac vice*)
Texas SBN: 24027486
Brandon.mccarthy@katten.com
Rachel M. Riley (*pro hac vice*)
Texas SBN: 24093044
Rachel.riley@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street
Suite 1100
Dallas, Texas 75201
(214) 765-3600 – telephone
(214) 765-3602 – facsimile

*Counsel for Defendant Greg E. Lindberg*

# <u>EXHIBIT A-1</u>

# Katten

Direct Billing Inquiries to:
**Daija Jackson**
daija.jackson@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

November 30, 2025

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40299815
Client No. 392191
Matter No. 00005

FEIN: 36-2796532

**Re: <u>DOJ Investigation</u>** (392191.00005)

| | |
|---|---|
| For legal services rendered through October 31, 2025 ........................................................ | $67,523.50 |
| Less 15% Discount on Fees | (10,128.53) |
| Sub-Total Fees: | $57,394.97 |
| Disbursements and other charges ........................................................................................ | $ 42.00 |
| **CURRENT INVOICE TOTAL:** | **$57,436.97** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Oct 25 | McCarthy, Brandon N. | Prepare for the upcoming meeting and weekly call with the Special Master team [.4]; review and provide attention to multiple items identified by same [.3]; answer and address issues raised by Paladin [.3]; attend same [.6]; draft and review correspondence on same [.3]. | 1.90 |
| 02 Oct 25 | Meyer, Ryan J. | Review and analyze policyholder information disclosure motion [.3]; review and analyze DOJ, SM, FA meeting notes [.3]. | 0.60 |
| 03 Oct 25 | McCarthy, Brandon N. | Attention to recent developments in case [.3]; conference with local counsel on [redacted] [.4]; review North Carolina mutual rehabilitator's quarterly report as of June 30, 2025 [.2]; follow-up with Paladin team regarding implications of same on restitution [.4]; follow-up on related NCIC litigation that could affect same [.3]; draft and review correspondence on same [.3]. | 1.90 |
| 03 Oct 25 | Meyer, Ryan J. | Research issues regarding NC Mutual raised in DOJ, SM, and FA call [.9]; attention to voluminous correspondence regarding motion and proposed orders [.3]. | 1.20 |
| 06 Oct 25 | McCarthy, Brandon N. | Attention to request from Paladin regarding access to financial records [.3]; follow up with CPA and S. Jain on [redacted] [.2]; follow up with Paladin regarding their conversations with M3 and NHC [.3]; draft correspondence on same [.1]. | 0.90 |
| 06 Oct 25 | Meyer, Ryan J. | Review and analyze policyholder information disclosure motion [.3]; review and analyze DOJ, SM, FA meeting notes [.3]. | 0.60 |
| 07 Oct 25 | McCarthy, Brandon N. | Attention to developments in case [.2]; follow-up with client regarding [redacted] [.5]; draft and review correspondence on same [.1]. | 0.80 |
| 07 Oct 25 | Meyer, Ryan J. | Correspond with client regarding [redacted] [.4]; review and analyze [redacted] provided by client team regarding [redacted] [.7]. | 1.10 |
| 08 Oct 25 | McCarthy, Brandon N. | Attention to correspondence from E. Neele, attorney in the Netherlands [.2]; attention to letter interruption limitation penalty in multiple jurisdictions [.3]; review basis for same; analyze impact on potential restitution payouts [.4]; draft and review correspondence on case [.6]; attention to correspondence from S. Jain, CPA, regarding [redacted] [.6]; review correspondence from M. Martinez regarding request for tax information [.4]; review letter to GEL regarding tax information [.4]. | 2.90 |
| 08 Oct 25 | Meyer, Ryan J. | Continue to review [redacted] provided by client team [.4]. | 0.40 |
| 09 Oct 25 | McCarthy, Brandon N. | Attention to multiple issues raised regarding [redacted] [.6]; review and consideration of DOJ and special master inquiries anticipated in connection with today's meeting [.6]; draft and revise correspondence concerning same [.3]; | 2.10 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | conference with R. Meyer regarding [redacted] [.3]; review client [redacted] and prepare [redacted] updating client on [redacted] [.3]. | |
| 09 Oct 25 | Meyer, Ryan J. | Confer with D. Harer regarding new developments [.2]; prepare for and meet with SM and DOJ [.2]; follow-up with D. Harer on NOGLHA [.2]. | 0.60 |
| 10 Oct 25 | McCarthy, Brandon N. | Follow-up with client regarding [redacted] [.7]; draft review correspondence on same [.4]; review and analyze [redacted] [1.0]. | 2.10 |
| 14 Oct 25 | Meyer, Ryan J. | Voluminous correspondence with DOJ and SM regarding NOGHLA meeting and J. Wyatt attendance at same [.6]; follow-up with J. Wyatt on [redacted] [.4]. | 1.00 |
| 16 Oct 25 | Meyer, Ryan J. | Prepare for and meet with Special Master, Financial Advisor, and DOJ [.5]. | 0.50 |
| 17 Oct 25 | Meyer, Ryan J. | [redacted] conference with J. Wyatt [.2]. | 0.20 |
| 22 Oct 25 | McCarthy, Brandon N. | Draft and review correspondence to local counsel regarding [redacted] [.3]. | 0.30 |
| 22 Oct 25 | Meyer, Ryan J. | Strategy call with J. Wyatt [.4]; follow-up meeting with B. McCarthy [.2]. | 0.60 |
| 23 Oct 25 | Meyer, Ryan J. | Prepare for and meet with Special Master, Financial Advisor, and DOJ [.4]; follow-up [redacted] meeting with J. Wyatt [.4]; confer with B. McCarthy regarding [redacted] [.3]. | 1.10 |
| 27 Oct 25 | McCarthy, Brandon N. | Review correspondence from M. Martinez regarding AAPC final distribution issues [.3]; review parameters of proposal [.3]; review waiver concerning potential tax distribution provided by special master M. Martinez [.2]; draft and review correspondence with client regarding [redacted] [.2]; follow-up with local counsel [.2]; attention to information provided by S. Jain, CPA, that could be [redacted] [.2]. | 1.40 |
| 27 Oct 25 | Meyer, Ryan J. | Review and revise unopposed motion for approval of fees and expenses, memorandum in support, and declaration in support [2.4]; confer with B. McCarthy regarding [redacted] [.6]; correspondence with S. Avila [.4]; begin to review [redacted] provided by client [.9]. | 4.30 |
| 28 Oct 25 | McCarthy, Brandon N. | Work on issues related to [redacted] [.4]; attention to correspondence and proposed filing from Special Master [.3]; draft email to Special Master following conference with local counsel regarding [redacted] [.3]; propose revisions to Special Master on same [.4]; continue to analyz [redacted] [.6]; attention to tax implications of AAPC proposed sale [.3]; attention to [redacted] received from Mr. Lindberg's CPA [.6]. | 2.90 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 28 Oct 25 | Meyer, Ryan J. | Multiple meetings with S. Avila regarding initial restitution calculations and sales processes [.9]; strategy conference with B. McCarthy regarding [redacted] [1.1]; review and revise draft fee petition and supporting memorandum [.6]; review and revise draft status report prepared by Special Master [1.1]; correspond with team on [redacted] [.6]. | 4.30 |
| 28 Oct 25 | Riley, Rachel | Prepare summaries of [redacted] [2.6]; confer internally on the [redacted] [.6]. | 3.20 |
| 29 Oct 25 | McCarthy, Brandon N. | Follow up with local counsel regarding [redacted] 2]; review same [.2]; draft correspondence to Special Master regarding factual concerns [.2]; prepare proposed edits to report [.3]; review and incorporate [redacted] from local counsel [.2]. | 1.10 |
| 29 Oct 25 | Meyer, Ryan J. | Review and revise draft declaration, memorandum, and motion for fees and expenses [1.3]; confer with special master regarding same [.2]; continue to review [redacted] provided by client [.8]. | 2.30 |
| 29 Oct 25 | Riley, Rachel | Refine and edit [redacted] regarding entities, deductions, and relationships between the same [2.2]; confer with B. McCarthy on [redacted] [1.1]. | 3.30 |
| 30 Oct 25 | McCarthy, Brandon N. | Prepare for upcoming meeting with Special Master team and Department of Justice [.4]; attention to issues raised beforehand [.2]; review correspondence and documents related to same [.3]; conference with local counsel regarding request by Special Master related to tax-liability implications [.3]; work with tax section regarding [redacted] [.3]; attend Special Master call [.6]; follow up with M. Martinez and J. Greer regarding proposed edits [.4]; review final version and related correspondence [.3]; conference with local counsel [redacted] [.4]; attention to revised declaration [.3]; brief conference with local counsel [.2]. | 3.40 |
| 30 Oct 25 | Meyer, Ryan J. | Prepare for and meet with Special Master, Financial Advisor, and DOJ [.9]; follow-up strategy conference regarding [redacted] with B. McCarthy and J. Wyatt [.6]; continue to review [redacted] provided by client [.4]. | 1.90 |
| 31 Oct 25 | Brown, Sara K. | Revise, finalize and file Second Motion for Payment of Fees and Expenses and supporting documents [1.0]. | 1.00 |
| 31 Oct 25 | McCarthy, Brandon N. | Continued review of documentation regarding client's [redacted] [.4]; attention to [redacted] and [redacted] [.3]; follow-up with co-counsel regarding [redacted] [.3]; attention to declaration for second fee application [.3]; attention to correspondence received from court [.2]; | 2.00 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | follow-up with local counsel [.2]; draft and review related correspondence [.3]. | |
| 31 Oct 25 | Meyer, Ryan J. | Confer with Paladin regarding restitution calculation items [.6]; review, revise, finalize, and file most recent fee application [1.0]. | 1.60 |
| | | **TOTALS:** | **53.50** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Attorney or Assistant | | Hours | Regional Rate | Regional Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|---|
| Brown, Sara K. | | 1.00 | 460.00 | $460.00 | 391.00 | $391.00 |
| McCarthy, Brandon N. | | 23.70 | 1,325.00 | $31,402.50 | 1,126.25 | $26,692.08 |
| Meyer, Ryan J. | | 22.30 | 1,245.00 | $27,763.50 | 1,058.40 | $23,599.02 |
| Riley, Rachel | | 6.50 | 1,215.00 | $7,897.50 | 1,032.75 | $6,712.87 |
| | **TOTAL:** | **53.50** | | **$67,523.50** | | **$57,394.97** |

## DISBURSEMENTS

Matter 00005: ULICO DOJ Investigation

| Date | Description | Amount |
|---|---|---|
| 17 Oct 25 | Vendor: McCarthy, Brandon N. Invoice#: 7749328029161258 Date: 10/29/2025 - Wifi Lindberg - Wifi Date Incurred: 10/17/25 010077493280 | 18.00 |
| 19 Oct 25 | Vendor: McCarthy, Brandon N. Invoice#: 7785308005170802 Date: 11/5/2025 - Lindberg Wifi - Wifi Date Incurred: 10/19/25 010077853080 | 24.00 |
| | **TOTAL DISBURSEMENTS:** | **$42.00** |

## SUMMARY OF DISBURSEMENTS

Matter 00005: ULICO DOJ Investigation

| | | |
|---|---|---|
| Out of Town Travel | | $42.00 |
| | **TOTAL DISBURSEMENTS:** | **$42.00** |
| | **MATTER TOTAL:** | **$57,436.97** |

# Katten

Direct Billing Inquiries to:
**Daija Jackson**
daija.jackson@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

December 17, 2025

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40303874
Client No. 392191
Matter No. 00005

FEIN: 36-2796532

**Re: DOJ Investigation** (392191.00005)

| | |
|---|---|
| For legal services rendered through November 30, 2025 ..................................................... | $142,146.50 |
| Less 15% Discount on Fees | (21,321.98) |
| Sub-Total Fees: | $120,824.52 |
| **CURRENT INVOICE TOTAL:** | **$120,824.52** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 03 Nov 25 | McCarthy, Brandon N. | Attention to correspondence from the court [.2]; brief conference with co-counsel on [redacted] [.2]. | 0.40 |
| 03 Nov 25 | Meyer, Ryan J. | Multiple correspondence with client regarding [redacted] [1.4]; follow-up with client team regarding [redacted] [.4]; review and analyze correspondence from SM on same [.4]. | 2.20 |
| 03 Nov 25 | Meyer, Ryan J. | Confer with Paladin on restitution calculations [.4]; follow-up with internal team on [redacted] [.4]. | 0.80 |
| 04 Nov 25 | McCarthy, Brandon N. | Brief follow-up with local counsel regarding [redacted] [.3]; review detailed court orders regarding Special Master team and obligations affecting client and [redacted] [.3]; brief internal strategy session; draft and review correspondence [.3]. | 0.90 |
| 04 Nov 25 | Meyer, Ryan J. | Confer with client regarding [redacted] [.3]; follow-up with Paladin on payment procedures [.3]; review R. Dean analysis of [redacted] [.3]. | 0.90 |
| 05 Nov 25 | McCarthy, Brandon N. | Attention to recent court order [.3]; attention to discovery; continue work on issues related to [redacted] [.6]; continue review of conflicting case law across circuits regarding [redacted] [1.0]; draft and review correspondence on case [1.0]. | 2.90 |
| 05 Nov 25 | Meyer, Ryan J. | Confer with B. McCarthy regarding [redacted] [.3]; prepare for and meet with Paladin team regarding restitution calculations, including potential offsets [1.9]; identify additional exhibits to substantiate the [redacted] [.6]; follow-up with Paladin on same [.4]. | 3.20 |
| 05 Nov 25 | Riley, Rachel | Work on research related to [redacted] [1.8]. | 1.80 |
| 06 Nov 25 | McCarthy, Brandon N. | Prepare for upcoming meeting with Special Master, Paladin, and the Department of Justice [.5]; review correspondence and documents related to issues raised in last team meeting [.5]; review most recent Paladin presentation and calculations [.1]; address issues related to inclusion of interest, the $800 million in cash held by the North Carolina insurance company, and the potential ramifications of such assets on any proposed sale by the Special Master of AAPC and our objections thereto [1.0]; brief review of [redacted] and implications [redacted] on client [.5]; follow up with Tax Division regarding [redacted] [.5]; draft and review correspondence on case [.5]; attention to correspondence from Michael Martinez regarding treatment of funds from the JPLs [.3]; draft and review correspondence with local counsel regarding [redacted] [.2]. | 4.10 |
| 06 Nov 25 | Meyer, Ryan J. | Confer with D. Harer regarding AAPC preferred equity [.4]; strategy conference with B. McCarthy regarding [redacted] [1.2]; strategy conference with R. Riley and A. | 3.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Pecoraro on [redacted] [1.1]; follow-up strategy conference with B. McCarthy regarding [redacted] [.6]. | |
| 06 Nov 25 | Riley, Rachel | Research case law on [redacted] [2.2]; review and analyze [redacted] on same [1.4]; confer internally on issues regarding [redacted] [.8]. | 4.40 |
| 07 Nov 25 | McCarthy, Brandon N. | Attention to recent information supplied by Special Master regarding JPL position, contested issues, and required legal work for restitution path forward [.8]; draft correspondence regarding same [.4]; follow up with local counsel [.3]; attention to multiple documents received from D. Ryan at the Department of Justice [.3]; brief review of same, including review of [redacted] from A. Pecoraro and drafting correspondence regarding [redacted] [.6]. | 2.40 |
| 07 Nov 25 | Meyer, Ryan J. | Prepare for and meet with B. McCarthy and J. Wyatt on [redacted] [.9]; multiple correspondence with R. Riley and A. Pecoraro on [redacted] [.6]; follow-up with Paladin on potential restitution schedule [.3]. | 1.80 |
| 07 Nov 25 | Riley, Rachel | Analyze cases applying [redacted] issues [1.8]; attention to Paladin presentation and meeting notes [.9]; update [redacted] [1.1]. | 3.80 |
| 10 Nov 25 | McCarthy, Brandon N. | Conference with local counsel regarding [redacted] [.6]; draft correspondence to Special Master regarding recent inquiry on Paradigm funds [.3]; attention to documentation and court order regarding same [.3]; brief conference with M. Verde on [redacted] [.4]; brief [redacted] with managing partner [.4]; continued work on [redacted]; continued review o[redacted] affecting same [.7]; work on inquiry from client regarding [redacted] [.8]; attention to absence of [redacted] applicable to [redacted] [.6]. | 4.10 |
| 10 Nov 25 | Meyer, Ryan J. | Review and analyze supplemental information provided by D. Ryan related to Agera [2.3]; confer with D. Harer regarding draft restitution analysis [.3]. | 2.60 |
| 10 Nov 25 | Riley, Rachel | Continue to review case law on [redacted] [1.4]; update [redacted] on the same [.4]; confer internally regarding [redacted] [.3]; update [redacted] [1.3]; review law on [redacted] for [redacted] [.8]. | 4.20 |
| 11 Nov 25 | McCarthy, Brandon N. | Conference with local counsel [.4]; draft outline of [redacted] regarding [redacted] [.8]; draft and review correspondence on case [.2]. | 1.40 |
| 11 Nov 25 | Meyer, Ryan J. | Briefly discuss Agera with D. Harer [.3]; strategy conference with B. McCarthy regarding [redacted] [.4]; | 1.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | review and analyze [redacted] previously provided by client related to [redacted] to prepare for D. Harer follow-up meeting [.6]. | |
| 11 Nov 25 | Upthegrove, Joshua R. | Create list of 302s from both cases [.7]; correspond with client about [redacted] [.3]. | 1.00 |
| 12 Nov 25 | McCarthy, Brandon N. | Prepare for upcoming meeting with Special Master team and local counsel [.3]; conference with local counsel regarding [redacted] [.3]; conduct Zoom meeting with Special Master team [.3]; attention to issues raised [.2]; follow up on request from Special Master team to construct two contracts to resolve contested issues [.2]; draft [redacted] for client with [redacted] [.6]. | 1.90 |
| 12 Nov 25 | Meyer, Ryan J. | Prepare for and meet with Paladin team regarding Agera debt and potential treatment for restitution [1.4]; review and analyze additional information provided by Paladin in anticipation of next call [.7]. | 2.10 |
| 12 Nov 25 | Riley, Rachel | Confer with B. McCarthy on [redacted] [.6]; attention to emails on the [redacted] [.8]; continue review of [redacted] [redacted] issues and update [redacted] accordingly [1.3]. | 2.70 |
| 13 Nov 25 | McCarthy, Brandon N. | Attention to documents received from Department of Justice [.3]; review documents received from [redacted] [.3]; attention to DOJ call agenda [.2]; attention to information regarding average received from Special Master team [.1]; prepare for upcoming meeting with DOJ [.5]; attention to [redacted] from Surrender Jain [.3]; follow up with Paladin regarding NHC/M3 requests [.2]; draft correspondence to client [.3]; follow-up teleconference with client regarding [redacted] [.3] begin outline of [redacted] with R. Meyer [.4]. | 2.90 |
| 13 Nov 25 | Meyer, Ryan J. | Correspond with FA regarding Agera exposure [.3]; prepare for and meet with SM, FA, and DOJ regarding initial restitution calculations, including appropriate treatment of Agera debt [1.1]; prepare for and meet with M. Martinez, J. Grier, and J. Wyatt regarding Paradigm funds issue [1.0]; begin to draft related agreement and confer with client on [redacted] [1.2]. | 3.60 |
| 13 Nov 25 | Riley, Rachel | Continue research on [redacted] and [redacted] issues [1.3]. | 1.30 |
| 14 Nov 25 | McCarthy, Brandon N. | Follow up on issues related to restitution contracts proposed by Special Master [.3]; follow-up with R. Riley regarding [redacted] [.3]; follow-up with B. Wyatt regarding his sentencing inquiries [.3]; attention to [redacted] [.5]; attention to inquiry from J. Park at the U.S. Attorney's Office regarding Lindberg financial statements [1.0]; follow up regarding [redacted] [.5]. | 2.90 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 14 Nov 25 | Meyer, Ryan J. | Review and analyze [redacted] from client [.2]; review and analyze client's [redacted] [.4]; strategy conference with B. McCarthy [.4]. | 1.00 |
| 14 Nov 25 | Riley, Rachel | Review pleadings and conduct research on [redacted] [1.6]; review correspondence on the [redacted] [.7].. | 2.30 |
| 15 Nov 25 | Meyer, Ryan J. | Review and analyze client correspondence and supporting documentation regarding [redacted] [.4]. | 0.40 |
| 17 Nov 25 | McCarthy, Brandon N. | Follow up with client regarding [redacted] [.3]; attention to [redacted] [.1]; attention to [redacted] [.1]; attention to [redacted] [.1]; follow up with B. Rivers regarding [redacted] [.2]; attention to potential contracts requested by Special Master regarding [redacted] [.4]; draft and review correspondence on cases [.4]; work on [redacted] analysis [.2]; attention to documents supporting same [.2]; draft correspondence to client to [redacted] [.5]; review financial analysis received from Paladin regarding same [.5]; work on [redacted] regarding [redacted] and restitution; meet with Rachel Riley regarding [redacted] [.5]; attention to [redacted] and [redacted] [.5]; draft and review correspondence regarding same [.3]; review correspondence received [.2]. | 4.50 |
| 17 Nov 25 | Meyer, Ryan J. | Review and analyze client correspondence related to [redacted] [.6]; review and analyze [redacted] provided by client related to [redacted] [1.1]; multiple follow-up correspondence with client related to [redacted] [.7]. | 2.40 |
| 17 Nov 25 | Riley, Rachel | Analyze case law on various research issues related to [redacted] and confer internally on the [redacted] [3.3]. | 3.30 |
| 18 Nov 25 | Smith, Robert T. | Respond to client request related to [redacted] [.3]; speak with R. Meyer about [redacted] [.1]. | 0.40 |
| 18 Nov 25 | McCarthy, Brandon N. | Work on issues related to restitution calculations [.3]; attention to client inquiry regarding same and related issues [.3]; attention to [redacted] and [redacted] provided by client and staff [.3]; conference call with local counsel J. Wyatt [.2]; conference call with J. Wyatt and A. Tobin regarding [redacted] [.4]; draft and review correspondence on case [.4]. | 2.90 |
| 18 Nov 25 | Meyer, Ryan J. | Review and analyze R. Riley [redacted] memorandum [.6]; review and analyze R. Riley [redacted] memorandum [.7]; correspondence with Paladin regarding outstanding tax diligence requests [.4]. | 1.70 |
| 18 Nov 25 | Pecoraro, Andrew J. | Teleconference with B. McCarthy regarding [redacted] [.3]; review and analyze [redacted] regarding [redacted] [.3]. | 0.60 |
| 19 Nov 25 | McCarthy, Brandon N. | Attention to multiple issues raised by Special Master and client [.3]; attention to agenda and discussion items | 2.60 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
| --- | --- | --- | --- |
| | | received from SM [.3]; prepare for meeting with client and his team [.2]; attend Zoom meeting with client regarding [redacted] [.2]; draft correspondence to local counsel to [redacted] [.5]; attention to [redacted] identified by client directly affecting [redacted] [.5]; draft and review correspondence on case [.6]. | |
| 19 Nov 25 | Meyer, Ryan J. | Prepare for and meet with D. Harer regarding tax information request and tax status [.6]; prepare for and meet with client and B. McCarthy regarding [redacted] [1.7]. | 2.30 |
| 19 Nov 25 | Pecoraro, Andrew J. | Review and revise [redacted] regarding [redacted] [1.0]. | 1.00 |
| 20 Nov 25 | McCarthy, Brandon N. | Continue to work on issues related to restitution calculations and implications [.2]; follow up with J. Wyatt regarding [redacted] [.2]; attention to potential tax implications in selling NHC assets [.2]; review agenda from Special Master before meeting [.3]; review documents that may be important for purposes of this meeting in the agenda items [.3]; attend meeting with Dept Of justice and Special Master [.3]; attention to multiple items, primarily tax items, identified by the special master [.1]; follow up on [redacted] per the Special Masters request to [redacted] [.5]; follow-up with client on [redacted] [.5]; draft correspondence with local counsel on [redacted] [.5]; draft correspondence with Special Master [.5]. | 3.60 |
| 20 Nov 25 | Meyer, Ryan J. | Prepare for and meet with Special Master, DOJ, and Financial Advisor regarding restitution and calculation status [.7]; follow-up with B. McCarthy on [redacted] [.5]. | 1.20 |
| 21 Nov 25 | McCarthy, Brandon N. | Attention to items raised in Special Master meeting the previous day [.1]; attention to requests for items affecting tax implications of future sales [.1]; review documents to locate same; attention to historical Grant Thornton tax return information [.2]; attention to [redacted] and next steps to resolve [redacted] [.2]; draft and review correspondence on case [.6]; review status report filed by the United States Securities and Exchange Commission [.5]. | 1.70 |
| 21 Nov 25 | Meyer, Ryan J. | Strategy conference with J. Wyatt regarding [redacted] [.6] | 0.60 |
| 24 Nov 25 | McCarthy, Brandon N. | Work on issues related to restitution calculations [.40]; review correspondence from client on [redacted] [.50]; review his [redacted] to SM [.2]; draft correspondence to SM [.3]; draft [redacted] to client [.2]; confer with local counsel [.2]; work on overall [redacted] memo regarding [redacted] [.6]. | 2.40 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 24 Nov 25 | Meyer, Ryan J. | [redacted] with B. McCarthy and R. Riley [.6]; begin to review and analyze correspondence from client regarding [redacted] [.6]; briefly confer with R. Smith regarding [redacted] [.3]; follow-up with R. Riley on [redacted] [.2]. | 1.70 |
| 24 Nov 25 | Riley, Rachel | Conduct research on [redacted] [1.9]. | 1.90 |
| 24 Nov 25 | Pecoraro, Andrew J. | Revise draft memo regarding [redacted] [1.4]; review [redacted] with G. Lindberg and draft [redacted] regarding [redacted] [.9]; teleconference with R. Meyer regarding [redacted] [.3]. | 2.60 |
| 25 Nov 25 | Meyer, Ryan J. | Review and analyze R. Riley's analysis and underlying case law on [redacted] [.6]. | 0.60 |
| 26 Nov 25 | Meyer, Ryan J. | Multiple correspondence with SM regarding Paradigm fee agreement [.4]; multiple correspondence with client regarding [redacted] [.6]; strategy conference with B. McCarthy [redacted] [.6]. | 1.60 |
| 26 Nov 25 | Pecoraro, Andrew J. | Legal research regarding [redacted] [1.3]; draft memorandum to Special Master regarding [redacted] [1.7]. | 3.00 |
| 29 Nov 25 | McCarthy, Brandon N. | Attention to tax implications in proposed sale of AAPC [.2]; continue research into same [.2]; draft correspondence on same [.1]; determine [redacted] to provide [redacted] to SM and client [.3]. | 0.80 |
| 30 Nov 25 | McCarthy, Brandon N. | Attention to back up on tax distros required by SACs [.3]; review correspondence and docs on same [.6]. | 0.90 |
| | | **TOTALS:** | **112.90** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Attorney or Assistant | Hours | Regional Rate | Regional Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| McCarthy, Brandon N. | 43.30 | 1,325.00 | $57,372.50 | 1,126.25 | $48,766.57 |
| Meyer, Ryan J. | 35.30 | 1,245.00 | $43,948.50 | 1,058.43 | $37,356.30 |
| Pecoraro, Andrew J. | 7.20 | 1,180.00 | $8,496.00 | 1,003.00 | $7,221.60 |
| Riley, Rachel | 25.70 | 1,215.00 | $31,225.50 | 1,032.75 | $26,541.65 |
| Smith, Robert T. | 0.40 | 1,335.00 | $534.00 | 1,134.75 | $453.90 |
| Upthegrove, Joshua R. | 1.00 | 570.00 | $570.00 | 484.50 | $484.50 |
| **TOTAL:** | **112.90** | | **$142,146.50** | | **$120,824.52** |

Katten

Direct Billing Inquiries to:
**Daija Jackson**
daija.jackson@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

December 17, 2025

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40303875
Client No. 392191
Matter No. 00005

FEIN: 36-2796532

**Re: DOJ Investigation** (392191.00005)

| | |
|---|---|
| For legal services rendered through December 17, 2025 ........................................ | $63,582.00 |
| Less Discount 15% | (9,537.30) |
| Sub-Total Fees: | $54,044.70 |
| **CURRENT INVOICE TOTAL:** | **$54,044.70** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
| --- | --- | --- | --- |
| 01 Dec 25 | McCarthy, Brandon N. | Attention to [redacted] [.6]; review [redacted] [.6]; attention to inquiry from SM regarding Steve Wilson proposals[.10]; follow up on same [.10]. | 1.40 |
| 01 Dec 25 | Meyer, Ryan J. | Confer with A. Pecoraro regarding [redacted] [.9]; strategy conference with B. McCarthy regarding [redacted] [.4]; review and revise [redacted] [1.1]. | 2.40 |
| 01 Dec 25 | Riley, Rachel | Review correspondence and research on interest issues [.9]. | 0.90 |
| 01 Dec 25 | Pecoraro, Andrew J. | Legal research regarding s[redacted] (1.60); draft memorandum to special master arguing against [redacted] (3.70); review and analyze draf[redacted] prepared by G. Lindberg to [redacted] (.70) | 6.00 |
| 02 Dec 25 | McCarthy, Brandon N. | Attention to appellate section's memo on [redacted] [.6]; review [redacted] [.6]; attention to inquiry from SM regarding S. Wilson proposals [.1]; follow up on same [.1]. | 1.40 |
| 02 Dec 25 | Meyer, Ryan J. | (Actual 8.0 reduced to 2.2) Prepare for and meet with Paladin regarding restitution calculations, repayment strategy, and repayment timing [2.2]. | 2.20 |
| 02 Dec 25 | Riley, Rachel | Review and analyze updated [redacted] on [redacted] [.8]; and confer internally on the same [.4]. | 1.20 |
| 03 Dec 25 | Meyer, Ryan J. | (Actual 7.2 reduced to 1.7) Multiple correspondence with M. Martinez regarding Paradigm and S. Wilson [1.1]; confer with A. Pecoraro regarding [redacted] [.6]. | 1.70 |
| 04 Dec 25 | Meyer, Ryan J. | Confer with D. Harer regarding Paradigm fund issue [.8]; confer with D. Harer and B. McCarthy regarding restitution follow-up items [1.1]; prepare for and meet with client regarding [redacted] [1.4]; review and analyze [redacted] [.8]. | 4.10 |
| 05 Dec 25 | Meyer, Ryan J. | Confer with D. Harer regarding tax issues [.4]; strategy conference with B. McCarthy regarding Paradigm issues [.4]; review and analyze client correspondence and documents regarding [redacted] [1.2]; strategy conference with A. Pecoraro regarding [redacted] .6]; begin reviewing [redacted] provided by client [.6]. | 3.20 |
| 05 Dec 25 | Riley, Rachel | Review and analyze memorandum on [redacted] from J. Wyatt [1.3]. | 1.30 |
| 07 Dec 25 | Pecoraro, Andrew J. | Legal research regarding [redacted] [1.1]; revise memorandum regarding [redacted] [.5]. | 1.60 |
| 08 Dec 25 | McCarthy, Brandon N. | Attention to documents received from Special Master [.3]; review Greg's [redacted] [.3]; conference regarding [redacted] [.1]; draft related [redacted] [.3]. | 0.90 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 08 Dec 25 | Meyer, Ryan J. | Begin to review and analyze most recently revised [redacted] [1.4]; confer with D. Harer regarding new developments [.4]; confer with A. Pecoraro on [redacted] [.8]. | 2.60 |
| 08 Dec 25 | Pecoraro, Andrew J. | Revise memorandum regarding [redacted] (2.60); legal research regarding [redacted] (1.30). | 3.90 |
| 09 Dec 25 | Meyer, Ryan J. | Continue to review and revise draft [redacted] [1.7]; review and analyze [redacted] [.4]. | 2.10 |
| 10 Dec 25 | McCarthy, Brandon N. | Prepare for and conduct catch-up meeting regarding [redacted] [.8]; confer and follow up with appellate team regarding [redacted] [.3]; continue drafting [redacted] addressing [redacted] [.3]; follow up with client regarding [redacted] [.3]; draft [redacted] to client [.3]; review and analyze [redacted] to Special Master concerning [redacted] [.3]; confer and follow up with M. Martinez [.1]; review and analyze [redacted] [.3]; draft follow-up correspondence to client and conduct teleconference with M. Martinez regarding outstanding matters [.3]; draft additional correspondence to client addressing [redacted] [.3]; confer with corporate counsel regarding [redacted] [.1]; confer with general counsel regarding [redacted] [.3]; analyze client request for [redacted] 1.0]; review and analyze related state-court orders [.2]. | 4.90 |
| 10 Dec 25 | Meyer, Ryan J. | Voluminous correspondence with SM and B. McCarthy regarding Paradigm issues [.7]; continue to review and revise [redacted] [.9]. | 1.60 |
| 11 Dec 25 | McCarthy, Brandon N. | Prepare for upcoming meeting with Department of Justice [.2]; address multiple concerns raised by Special Master team [.2]; continue [redacted] analysis regarding [redacted] and related [redacted] for client [.2]; review and draft correspondence on case [.3]; conduct [redacted] analysis requested by Special Master in connection with proposed contract provisions governing return of funds [.5]; confer with general counsel regarding [redacted] [.5]; draft correspondence to Special Master addressing same [.5]; draft proposed contract provisions for Special Master [.5]; confer and follow up with M. Martinez regarding his response to G. Lindberg [.2]; review and analyze same [.2]; confer with local counsel [.2]; review and analyze proposed correspondence to Special Master [.4]. | 3.90 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 12 Dec 25 | McCarthy, Brandon N. | Continue work on [redacted] [.3]; review and analyze [redacted] raised by client [.4]; analyze AAPC debt obligations and potential impact on any sale process [.2]; continue tax analysis related to potential sale [.2]; review and transmit correspondence on case [.6]. | 1.70 |
| 12 Dec 25 | Dean, Ryan C. | Attend weekly special master call [.5] | 0.50 |
| 15 Dec 25 | Meyer, Ryan J. | [redacted] conference with B. McCarthy [.4]; confer with client regarding [redacted] [.3]; correspond with D. Harer regarding Agera follow-up [.2]; review and analyze Agera items to prepare for same [.5]. | 1.40 |
| | | **TOTALS:** | **50.90** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Attorney or Assistant | Hours | Regional Rate | Regional Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Dean, Ryan C. | 0.50 | 1,095.00 | $547.50 | 930.74 | $465.37 |
| McCarthy, Brandon N. | 14.20 | 1,325.00 | $18,815.00 | 1,126.25 | $15,992.73 |
| Meyer, Ryan J. | 21.30 | 1,245.00 | $26,518.50 | 1,058.28 | $22,540.76 |
| Pecoraro, Andrew J. | 11.50 | 1,180.00 | $13,570.00 | 1,003.00 | $11,534.50 |
| Riley, Rachel | 3.40 | 1,215.00 | $4,131.00 | 1,032.75 | $3,511.34 |
| **TOTAL:** | **50.90** | | **$76,405.50** | | **$54,044.70** |