**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG,<br>Defendant. | Case No. 3:23-CR-48-MOC |

**AMENDMENT TO THE SPECIAL MASTER'S THIRD STATUS REPORT**

NOW COMES Joseph W. Grier, III, as special master appointed pursuant to 18 U.S.C. § 3664(d)(6) (the "Special Master"), by and through counsel, who files this *Amendment to the Special Master's Third Status Report* (this "Amendment") to correct an error in the *Special Master's Third Status Report* (Doc. No. 94) (the "Third Status Report").

Exhibit A to the Third Status Report is a summary of account balances and cash flows of funds received and disbursed by the Special Master. That summary included an error, whereby the total receipts were overstated by $67,494,445.25 and the total disbursements were overstated by the same amount. The statement of net funds on hand was accurate. Attached to this Amendment is a corrected **Exhibit A** with accurate figures, showing $349,959,229.25 in receipts and $161,317,011.12 in disbursements as of November 30, 2025.

Respectfully submitted this 8th day of January, 2026.

*/s/ Benjamin D. Rhodes*
Joseph W. Grier, III (State Bar No. 7764)
Michael L. Martinez (State Bar No. 39885)
Benjamin D. Rhodes (State Bar No. 62618)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, North Carolina 28202
Telephone: 704.332.0216; Fax: 704.332.0215
Email: brhodes@grierlaw.com
*Attorneys for the Special Master*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Amendment to the Special Master's Third Status Report* were served on following parties by electronic mail as indicated below.

Daniel Ryan (Daniel.ryan@usdoj.gov)
Benjamin Bain-Creed (Benjamin.Bain-Creed@usdoj.gov)
Taylor Stout (Taylor.Stout@usdoj.gov)
Julia Park (JULIA.PARK@usdoj.gov)
Assistant U.S. Attorney
U.S. Attorney's Office

Lyndie Freeman (Lyndie.Freeman@usdoj.gov)
Criminal Division
U.S. Department of Justice

James F. Wyatt, III (jwyatt@wyattlaw.net)
Wyatt & Blake, LLP
*Attorneys for Defendant*

Ryan J. Meyer (ryan.meyer@katten.com)
Brandon McCarthy (brandon.mccarthy@katten.com)
Katten Muchin Rosenman LLP
*Attorneys for Defendant*

Respectfully submitted this 8th day of January, 2026.

*/s/ Benjamin D. Rhodes*
Benjamin D. Rhodes (State Bar No. 62618)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, North Carolina 28202
Telephone: 704.332.0216; Fax: 704.332.0215
Email: brhodes@grierlaw.com

# EXHIBIT A

## USA vs Lindberg

*Special Master Cash Summary v2.*

| Balances at 11/30/25: | Account | Balance |
| --- | --- | --- |
| Primary Account | 7844 | $170,396,087.22 |
| Primary Account | 2737 | 8,600,262.34 |
| Professional Account | 7836 | 9,645,868.57 |
| Disbursment Account | 7852 | – |
| Total Funds on Deposit | | $188,642,218.13 |

| Activity Summary (8/19/25 to 11/30/25): | Net Activity |
| --- | --- |
| Receipts (note) | $349,959,229.25 |
| Disbursements (note) | (161,317,011.12) |
| Net Activity | $188,642,218.13 |

Note: Total receipts includes $112,027,404.60 of proceeds from the CWG sale that were remitted directly to the Bermuda JPLs for their share. While these amounts were not deposited in the Special Master's cash accounts, these are reported as receipts and disbursements for tracking purposes.