**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREG E. LINDBERG,<br>*Defendant*. | No. 3:23-CR-48-MOC |

**MOTION TO SEAL**

Pursuant to Local Civil Rule 6.1, Defendant Greg E. Lindberg ("Lindberg"), by and through undersigned counsel, respectfully moves this Court for leave to file Exhibit 1-A and Exhibit 3-E to Mr. Lindberg's Response and Objection to the Special Master's Report and Recommendations Regarding Restitution under seal. In support of this Motion, Mr. Lindberg sets forth the following facts:

1. On May 4, 2026, Mr. Lindberg filed his Response and Objection to the Special Master's Report and Recommendations Regarding Restitution ("Mr. Lindberg's Response and Objection").

2. Exhibit 1-A and Exhibit 3-E consist of a Confidential Side Settlement Agreement executed between Mr. Lindberg and ULICO in December of 2022. This agreement was previously filed in *Lindberg v. Universal Life Insurance Company*, No. 3:26-cv-01026-MAJ (D.P.R. 2026), and is subject to a sealing order issued by the United States District Court for the District of Puerto Rico. *Id.* at Dkt. Entry Nos. 6, 8.

3. Sealing of this document is necessary because the document at issue is a confidential settlement agreement that is subject to an Order to Seal filed by another United States District Court.

4. Mr. Lindberg requests that Exhibit 1-A and Exhibit 3-E to Mr. Lindberg's Response and Objection be sealed from the public, but that the document be accessible to all counsel of record and the parties in this case.

5. Pursuant to Local Rule 6.1, Mr. Lindberg believes that Exhibits 1-A and 3-E should remain under seal.

6. Counsel for Mr. Lindberg has discussed this Motion with counsel for the United States. The United States does not object to the granting of this Motion.

7. A proposed Order is being submitted contemporaneously with the filing of this Motion.

Based on the foregoing, Mr. Lindberg respectfully requests that the Court issue an Order granting Mr. Lindberg's Motion to Seal.

This, the 4th day of May, 2026.

Respectfully submitted,

/s/ James F. Wyatt, III
James F. Wyatt, III
NC State Bar No. 13766
jwyatt@wyattlaw.net
Robert A. Blake
NC State Bar No. 20858
rblake@wyattlaw.net
WYATT & BLAKE, LLP
402 W. Trade Street
Suite 101
Charlotte, NC 28202
(704) 331-0767 – telephone
(704) 331-0773 – facsimile

Brandon N. McCarthy (*pro hac vice*)
Texas State Bar No. 24027486
Brandon.mccarthy@katten.com

Ryan J. Meyer (*pro hac vice)*
Texas State Bar No. 24088053
Ryan.meyer@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street
Suite 1100
Dallas, Texas 75201
(214) 765-3600 – telephone
(214) 765-3602 – facsimile

***Counsel for Defendant Greg E. Lindberg***

## CERTIFICATION

Pursuant to the Court's June 18, 2024 Standing Order, which was published to the Bar of the Western District of North Carolina on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 4th day of May, 2026.

/s/ James F. Wyatt, III
James F. Wyatt, III
Wyatt & Blake, LLP

***Counsel for Defendant Greg E. Lindberg***