IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**GREG E. LINDBERG,**<br><br>Defendant. | Case Number: 3:23-CR-48-MOC |

### RENEWED OBJECTION OF CELL 1.16'S REHABILITATOR TO THE SPECIAL MASTER'S SUPPLEMENT TO REPORT AND RECOMMENDATIONS

The Commissioner of the Vermont Department of Financial Regulation, Kaj Samsom, solely in his capacity as Rehabilitator ("Rehabilitator") of Vista Life & Casualty Reinsurance Company's Protected Cell 1.16, n/k/a ViUS PC 2016-A IC, Inc. ("Cell 1.16"), objects to the Special Master's Supplement to the Report and Recommendations Regarding Restitution, Dkt. No. 146 ("Supplement"), to the extent that the Special Master recommends that Cell 1.16 be denied restitution from the Defendant Greg E. Lindberg ("Defendant" or "Lindberg"). '

In its prior Objections, Dkt. No. 115 (the "Objections"), to the Special Master's initial Report and Recommendation, Dkt. No. 106 (the "Report"), Cell 1.16 explained that it fits into the Special Master's definition of victims entitled to restitution. This is because Cell 1.16 was harmed by Lindberg's conduct (1) through Lindberg's and New England Capital, LLC's manipulation of credit ratings with regard to Lindberg assets and (2) Lindberg's misrepresentations regarding his ability to buy back assets.

1

These misrepresentations induced Cell 1.16 to enter various agreements with Lindberg and his entities, as set forth in the Declaration of Don Solow, Dkt. No. 113. Lindberg's misrepresentations to Cell 1.16 align with the misrepresentations that, according to the Report and Supplement, entitle North Carolina and Bermuda insurance companies to restitution. See e.g., Dkt No. 113—11.

Cell 1.16 (1) meets the Special Master's definition of a Victim entitled to restitution and is (2) similarly situated to other victims to which the Special Master recommends restitution. The Supplement does not set forth any reasoning or facts beyond those in the initial Report as to why Cell 1.16 is not entitled to restitution and does not address the facts set forth in the Solow Affidavit and described in the Objections. Cell 1.16 incorporates its arguments made in its Objections and files this renewed Objection to the Supplement.

**CONCLUSION**

For these reasons, the Court should overrule the Special Master's Recommendation as to Cell 1.16 in the Supplement and Report and order that Cell 1.16 is entitled to restitution from the Defendant. The Special Master and Cell 1.16 may then discuss the calculation and value of the restitution amount consistent with the other recommendations in the Report. To the extent the Court hears argument with regard to those entities seeking status as victims entitled to restitution, Cell 1.16 requests an opportunity to be heard at such a hearing.

This the 19th day of May 2026.

By: */s/ J. Walton Milam, III*
J. Walton Milam, III (N.C. Bar No. 57152)
ROSENWOOD, ROSE & LITWAK, PLLC

1712 Euclid Avenue
Charlotte, NC 28203
Phone: 704-228-8578
Fax: 704-371-6400
wmilam@rosenwoodrose.com
*Attorney for Kaj Samsom, Commissioner of the
Vermont Department of Financial Regulation,
solely in his capacity as Rehabilitator
("Rehabilitator") of Vista Life & Casualty
Reinsurance Company's Protected Cell 1.16,
n/k/a ViUS PC 2016-A IC, Inc.*

## <u>CERTIFICATE OF ARTIFICIAL INTELLIGENCE</u>

The undersigned hereby certifies that pursuant to the Standing Order filed on 18 June 2024, that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg. The undersigned also hereby certifies that every statement and every citation to an authority contained in this document has been checked by an attorney as to the accuracy of the proposition for which it is offered, and the citation to the authority provided.

This the 19th day of May, 2026.

By:    */s/ J. Walton Milam, III*
          J. Walton Milam, III

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that copies of the foregoing was served on all parties and others having noted an appearance in this case, via ECF and/or email.

This the 19th day of May, 2026.

By:    */s/ J. Walton Milam, III*
          J. Walton Milam, III