**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 3:23-CR-48-MOC |
| GREG E. LINDBERG, | |
| Defendant. | |

## KATTEN MUCHIN ROSENMAN LLP'S FOURTH UNOPPOSED MOTION FOR PAYMENT OF FEES AND EXPENSES

Katten Muchin Rosenman LLP ("Katten"), through Ryan J. Meyer as counsel of record for Mr. Lindberg, hereby files this *Katten Muchin Rosenman LLP's Fourth Unopposed Motion for Payment of Fees and Expenses* (the "Motion") in accordance with Section 3(l) of the Order Appointing Special Master in Case No. 3:23-cr-48 (Dkt. 56). This Motion seeks payment of the fees and expenses incurred by Katten as Mr. Lindberg's counsel during the period December 4, 2025 through April 30, 2025. This Motion is based upon the records and proceedings herein, including the *Memorandum in Support of the Motion* filed contemporaneously herewith.

This Motion was presented to the Special Master for review and he does not oppose the entry of orders approving these fees.

Dated: May 19, 2026

Respectfully Submitted,

**KATTEN MUCHIN ROSENMAN LLP**

Robert T. Smith (*pro hac vice*)
robert.smith1@katten.com
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
(202) 625-3500 – telephone

*/s/ Ryan J. Meyer*
Ryan J. Meyer (*pro hac vice*)
Texas SBN: 24088053
Ryan.meyer@katten.com
Brandon N. McCarthy (*pro hac vice*)
Texas SBN: 24027486
Brandon.mccarthy@katten.com
Rachel M. Riley (*pro hac vice*)
Texas SBN: 24093044
Rachel.riley@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street
Suite 1100
Dallas, Texas 75201
(214) 765-3600 – telephone
(214) 765-3602 – facsimile

*Counsel for Defendant Greg E. Lindberg*

2

**CERTIFICATION**

Pursuant to the Court's June 18, 2024 Standing Order, which was published to the Bar of

the Western District of North Carolina on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 19th day of May, 2026.

*/s/ Ryan J. Meyer*
Ryan J. Meyer *(pro hac vice)*
Texas SBN: 24088053
Ryan.meyer@katten.com
Brandon N. McCarthy *(pro hac vice)*
Texas SBN: 24027486
Brandon.mccarthy@katten.com
Rachel M. Riley *(pro hac vice)*
Texas SBN: 24093044
Rachel.riley@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street
Suite 1100
Dallas, Texas 75201
(214) 765-3600 – telephone
(214) 765-3602 – facsimile

*Counsel for Defendant Greg E. Lindberg*