# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:23-CR-48-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG E. LINDBERG,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Katten Muchin Rosenman LLP's Fourth Unopposed Motion for Payment of Fees and Expenses (the "Motion"). (Doc. No. 154). After reviewing the motion, any responses and replies thereto, and the arguments of counsel, this court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED**. The Court grants Katten's request for its fees and expenses resulting from Mr. Lindberg's defense and enters this order to distribute funds to Katten for fees in the amount of $1,095,135.73 and expenses in the amount of $15,337.10.

**IT IS SO ORDERED**.

Signed: May 29, 2026

Max O. Cogburn Jr
United States District Judge

1