# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:23-cr-48-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| GREG E. LINDBERG | |

**THIS MATTER** is before the Court on a Fourth Interim Statement and Application (the "Application") (Doc. No. 148) for allowance of fees and reimbursement of expenses of (i) the Special Master, (ii) Grier Wright Martinez, PA ("Grier Law") as counsel to the Special Master, and (iii) Scott Avila and Paladin Management Group, LLC ("Paladin") as Financial Advisor to the Special Master (collectively, the "Special Master Team"), filed by Joseph W. Grier, III, the Special Master (the "Special Master") appointed by this Court in the Order Appointing Special Master (the "Special Master Order"). (Doc. No. 56). The Application covers the fees and expenses of the Special Master Team for the period beginning on December 16, 2025, and ending on April 30, 2026 (the "Application Period").

For the Application Period, the Special Master requests that the Special Master and Grier Law be compensated for fees in the amount of $274,870.00 and reimbursed for expenses in the amount of $1,253.82, and that Paladin be compensated for fees in the amount of $1,010,781.55 and reimbursed for expenses in the amount of $7,917.93. The Special Master has submitted billing statements with time entries detailing the Special Master's, Grier Law's, and Paladin's services, hourly rates, and expenses. (See Exs. A and B).

The Court incorporates the procedural background and relevant analysis as set forth in the Court's Order on the First Interim Statement and Application. (See Doc. No. 88). As with the

prior Interim Statements and Applications, the Court, after considering the relevant pleadings and attached exhibits, finds that the requested fees for the Application Period are reasonable.

The Application (Doc. No. 148), is therefore **GRANTED**, and it is **ORDERED** that the requested fees and expenses are approved as follows:

(1)     The Special Master and Grier Law are awarded $274,870.00 in fees and $1,253.82 in expenses for the Application Period;

(2)     Paladin is awarded $1,010,781.55 in fees and $7,917.93 in expenses for the Application Period;

(3)     The Special Master is authorized to pay such amounts from the assets administered by the Special Master that the Special Master determines are reasonably available to satisfy such fees and expenses.

**SO ORDERED.**

Signed: June 6, 2026

Max O. Cogburn Jr
United States District Judge

2