# EXHIBIT B21

**RISK MITIGATION POLICY ON AFFILIATED LOANS**
**Southland National Holdings, Inc. (SNH) and all current insurance subsidiaries and affiliates**
Revised February 20, 2017

**Five Overarching Principles**
1.      An active board and senior management oversight
2.      Adequate risk management, monitoring and management information systems
3.      Adequate and clear policies, authorization limits and procedures
4.      Comprehensive internal controls
5.      Processes to ensure compliance with applicable laws and regulations

**Phases:**
1.      Initial underwriting
2.      Loan execution
3.      Monitoring

**Process Management Stakeholders:**

Chairman of the Board: Greg E. Lindberg for SNH, SNG, SNIC, CBLIC, MLIC, DLIC, BLIC, BLIH and SNRC.
Chief Investment Officer: Christopher Herwig for SNH, SNG, SNIC, CBLIC, MLIC, DLIC, BLIC, BLIH and SNRC.
CFO of parent company: Brian Stewart for SNH, BLIH and SNG.
CFO of subsidiary insurer: AAO/TBD for SNIC and SNRC, Steven Fry for CBLIC, Brian Stewart for BLIC and David Ammons for MLIC and DLIC.
Co - Chief Executive Officer: George Luecke and Lou Hensley for SNH, SNIC and SNRC
Asset Custodian: Regions Bank for CBLIC SNIC, SNRC, MLIC, DLIC and SNG, and Northern Trust Bank for BLIC.
Asset Manager: Advantus Capital Management, Inc. for CBLIC, ClearArc for CBLIC and SNIC and Southland National Holdings, Inc. for SNIC, SNRC, MLIC, DLIC, BLIC and SNG.
Private Placement Loan Agent: Bank of New York for SNIC, SNRC, CBLIC, MLIC, DLIC, BLIC and SNG.
Investment Accounting Department: Clearwater Analytics for SNIC, SNRC, CBLIC, MLIC, DLIC, BLIC and SNG
Investment Compliance Department and Insurance Investment Underwriting Team: Vipin Kumra, Christopher Herwig, Devin Solow, Louis Belo, Tamre Edwards and Sandra White for SNIC, SNRC, CBLIC, MLIC, DLIC, BLIC and SNG.
Investment Committee: Greg E. Lindberg and Christopher Herwig for SNH, SNG, SNIC, CBLIC, MLIC, DLIC and SNRC.
Additional Authorized Officers: Chris Herwig, Treasurer of SNH, SNRC, SNG, MLIC, DLIC, BLIC and SNIC:  Sandra White, Secretary of SNH, SNRC, SNG, MLIC, BLICDLIC and SNIC; Brian Stewart, CFO of SNH, SNRC, MLIC, DLIC, BLIC and SNIC,  and Lou Hensley and George Luecke, Co- Chief Executive Officers of SNH, SNRC, SNG, MLIC, DLIC, BLIC and SNIC .
Financial Reporting: Southland Benefit Solutions, LLC

**Related Documentation - Attached Hereto as Exhibits**

Exhibit A: Investment Policy for Southland National Insurance Corporation
Exhibit B: Investment Policy for Southland National Reinsurance Corporation
Exhibit C: Investment Policy for Colorado Bankers Life Insurance Company
Exhibit D: Commitment Transaction Advice/Credit Committee Approval
Exhibit E: Example of Industry Mandate
Exhibit F: Example of AAA scoring matrix
Exhibit G: Example of Credit Memo
Exhibit H: Example of Arms-Length Opinion
Exhibit I: Example of NRSRO Ratings Document
Exhibit J: Copy of Bank of New York Administration Agreement
Exhibit K: Example of Quarterly Compliance Certificate
Exhibit L: Example of Corporate Structure to Show Separate Operating and Holding Cos
Exhibit M: Examples of Weekly, Monthly, Quarterly, and Annual Affiliate Loan Review
Exhibit N: Investment Policy for Mothe Life Insurance Company
Exhibit O: Investment Policy for DLE Life Insurance Company
Exhibit P: Investment Policy for BLIC Life Insurance Company


**Acronyms Used In This Document**

Southland National Insurance Corporation (SNIC)
Southland National Reinsurance Corporation (SNRC)
Colorado Bankers Life Insurance Company (CBLIC)
SNG Holdings & Reinsurance Company, Inc. (SNG)
Commitment Transaction Advice (CTA)
Southland National Holdings, Inc. (SNH)
Southland Benefit Solutions, LLC (SBS)
Mothe Life Insurance Company (MLIC)
DLE Life Insurance Company (DLIC)
Bankers Life Insurance Company (BLIC)
BLI Holdings, Inc. (BLIH)


**Phase 1: Initial Underwriting**

Initial underwriting shall focus on industries with the following characteristics:
· Low physical asset capital expenditures for strong free cash flow
· Non-cyclical nature of the industry for stable cash flows
· Relatively higher growth than the average industry

Once an initial industry is identified, the SNH research team shall create mandates by industry to narrow the search. The research team shall use the "AAA" matrix to determine the quality of leads. The "AAA" matrix shall judge barriers to entry, company growth rate, industry growth rate, place in the industry,

physical capital expenditure requirements, recurring revenue, diversity of customer base, labor savings potential, platform potential, and roll-in potential.

The investment origination team shall generally avoid auction situations to avoid over paying for deals.

After a potential lead is contacted and confidential company information is collected, the "AAA" matrix score shall be updated and further refined. The score must be at least a 75 to receive a letter of intent from the underwriting team. Attached is an example of an AAA matrix score sheet.

After a letter of intent is signed further due diligence is required. The post letter of intent due diligence focuses on financial, operational, market, legal and technical areas. Key components of this process include, but are not limited to, financial audits with onsite visits, onsite visits for operations review, review of sales and customers, review of overall industry, legal review of all contracts and negotiations of agreements, and onsite technical due diligence to check systems. The following items are clear red flags to avoid the investment:

·        Declining renewal rates on recurring products
·        Declining new sales
·        One time revenue items that increase EBITDA, but are not sustainable going forward
·        Deep discounting of products
·        Poor customer feedback
·        High customer concentration
·        Previously busted sales process
·        EBITDA declines during the due diligence process

After final review, the investment is judged again on the "AAA" matrix to confirm a minimum score of 75. ONLY AFTER all due diligence is completed and an SNH affiliate is comfortable investing in the equity of the business, SNH shall consider underwriting a debt investment.

**Phase 2: Loan Underwriting and Execution**

After the underwriting team has given approval for an equity investment, the insurance underwriting team can start structuring a fixed income investment. The following key processes need to be completed in order to structure the investment:

·        The underwriting team must analyze income and leverage to appropriately structure the deal.
·        All Investment Committee members must approve the investment as evidenced by a signed CTA.
·        The Investment Compliance Department will create a strong perfection certificate to protect the interest of the lender and to create a security interest in all assets of the lender in the case of all secured loans.
·        Third parties shall review to make sure the deal is structured and priced like an arms-length transaction.
·        The insurance investment underwriting team reviews the "AAA" matrix to assure that the investment is appropriate for the insurer.
·        The insurer's Investment Compliance Department assures that the loan meets compliance standards and assures that the overall portfolio meets compliance standards.

A typical affiliate loan will have the following characteristics:

- Loans have a spread over the risk free rate between 4% and 12%, which shall be adjusted from time to time to maintain arms-length pricing among affiliates.
- The underlying assets of the securities are focused on companies with high barrier market positions, strong recurring revenue, and low physical capital expenditures.
- Each loan has specific performance covenants.
- The majority of loans are senior secured investments where the insurer lender as a first claim on all assets and cash flows of the borrower.
- SNH's affiliates can provide a clear risk management plan for any investment that busts covenants.
- All loans have a minimum credit rating of "B-" or equivalent from a SEC approved NRSRO.
- All loans are administered by a third party agent.
- All loans receive a third party arms' length pricing opinion.
- All loans are to separate operating companies with separate parent companies.
- The portfolio has weighted average credit score of "BB" or higher and leverage ratio of less than 4x.

The investments into the affiliates will be structured such that there is no consolidation of risk. A loan portfolio structured properly will create the following advantages:

- The loans will have a positive yield substantially over the risk free rate in all interest rate environments.
- The underlying assets are preselected to be stronger, which allows for better crediting rates.
- Strict covenant and underwriting with strong monitoring decreases the risk of loss of principal.
- SNH's affiliates have the ability to control management and make changes early in the risk management process (soon after any potential risk area has developed) whereas other insurers lack the ability to see default risk as early because of their lack of operating and turnaround experience with middle market borrowers.
- SNH's affiliates have a proven ability to implement turnarounds at under-performing middle market companies, which serves as a significant risk mitigator when lending to such companies.
- SNH's affiliates have provided additional capital as needed to pay down any underperforming loans over the last 25 years, producing a zero default track record on these investments.
- The NRSRO credit rating makes sure that Eli Global has an appropriate capital level to support the risk of the loans.
- All transactions are treated under arms-length terms to protect the insurer.
- The organization structure of separate companies decreases default risk and allows for all investments to be judged on an individual basis.

The following documents shall be created in order to complete and maintain the investments:
- Investment Committee approval, as evidenced by a CTA
- NAIC approved agency rating
- Private Placement Credit Memo
- Loan (and security) Agreement
- Arms-Length Opinion
- Quality of Earnings Report or Audited Financials (for first full year of operations)
- Audited Financials (post first full year of operations)
- Term Sheet

·	Quarterly Compliance Filings
·	Perfection Certificate

Investment Compliance Department shall ensure that the above documents are in place for all affiliate investments at all times.

**Phase 3: Monitoring**

The monitoring of the affiliate loan portfolio requires analysis of each individual security as well as the portfolio as a whole. Various items should be reviewed based on the necessary frequency.

The following item shall be analyzed on a weekly basis by the Investment Compliance Department:

·	The insurer's full portfolio should be viewed in order to confirm that the portfolio is in compliance with restrictions on non-investment grade assets.
·	The insurer's loan portfolio should be viewed in order to make sure that a diverse group of industries are represented.
·	The Investment Compliance Department will confirm that all necessary documents have been filed with the proper regulatory bodies within 120 days of execution.

The following items shall be analyzed on a monthly basis by the Investment Compliance Department:
·	Covenants on all affiliate loans shall be tracked in order to recognize any issues prior to quarterly compliance submissions.
·	Upcoming payments shall be scheduled and invoices shall be prepared by the Private Placement Loan Agent.

The following items shall be analyzed on a quarterly basis by the Investment Compliance Department:
·	The RBC of the portfolio shall be calculated.
·	All borrowers shall submit signed loan compliance letters.

The following items shall be analyzed on an annual basis by the Investment Compliance Department:
·	Cash flow testing needs of the portfolio to ensure that assets are adequate to service liabilities and to prevent additional reserve requirements.
·	Year-end RBC calculation.

In monitoring these items, the Investment Committee and the Investment Compliance Department shall take remedial action in case of any underperforming affiliated loan investments, including:

·	Prepay any underperforming loan using reserve capital from SNH's non-insurance affiliates
·	Change the borrower's management team and implement a turnaround plan
·	Request additional capital from the insurer's parent to increase surplus
·	Request the borrower to sell assets to prepay the underperforming loan