**EXHIBIT B5**

**Exhibit B5 – Standard Industry Practices on Affiliated Loans**



### Industry "Related Party" Assets as a % of Total Assets

Primarily unaffiliated assets originated by Apollo or managed in an Apollo Fund, with significant third-party investor participation

| 5% | 8% | 8% | 12% | 13% | 22% | 30% | 35% | 43% |

NEW YORK LIFE (NY Life IM) — MetLife (MetLife IM) — Prudential (PGIM) — ATHENE (Apollo) — MassMutual (Barings) — Global Atlantic (KKR) — AMERICAN NATIONAL (Brookfield) — EVERLAKE (Blackstone) — Security Benefit (Eldridge)

Note: Athene data of June 30, 2025. Peer data as of December 31, 2024. Athene percentage calculated by dividing non-GAAP "related party" gross invested assets by total gross invested assets, both as disclosed in Athene's standalone 2Q 2025 10-Q [here]. Non-GAAP "related party" assets look through to the underlying assets within Athene's funds withheld and modified coinsurance reinsurance portfolios to determine the "related party" status. Other insurers' percentages calculated by dividing U.S. statutory affiliated assets by U.S. statutory general account assets for each insurers' SNL Financial Life Insurance group. We used non-GAAP "related party" gross invested assets for Athene because this view fully encompasses invested assets in all Athene entities across all jurisdictions, including 100% of ACRA I & II. For other insurers, we used a U.S. statutory view because most of the above insurers don't file standalone SEC filings for their insurance operating entities. Athene's ratio of U.S. statutory affiliated assets as a % of U.S. statutory general account assets is 17.5% as of December 31, 2024.

ATHENE

15