# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GREG E. LINDBERG,

    Defendant.

Case No. 3:23-CR-48-MOC

## <u>NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS</u>

Eleonora L. Zetteler, LLM and J. Robert van Faassen, LLM (collectively, "Insolvency Practitioners"), in their capacities as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij Van Levensverzekering "Conservatrix" N.V. ("Conservatrix"), through counsel, hereby provide notice that the Petition for Writ of Mandamus Pursuant to 18 U.S.C. § 3771, Crime Victims' Rights (the "Petition"), attached hereto as Exhibit A, was filed today in the Fourth Circuit Court of Appeals.

Respectfully submitted this the 11th day of June 2026.

/s/ Jeffrey E. Oleynik
Jeffrey E. Oleynik (NC Bar No. 14416)
joleynik@brookspierce.com
D.J. O'Brien III (NC Bar No. 35481)
dobrien@brookspierce.com
BROOKS, PIERCE, MCLENDON, HUMPHREY &
LEONARD, LLP
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC 27401
Tel: (336) 271-3182
Fax: (336) 232-9182

Kate E. Giduz (NC Bar No. 60887)

kgiduz@brookspierce.com
BROOKS, PIERCE, MCLENDON, HUMPHREY &
LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2546
Fax: (336) 232-9046

*Attorneys for Eleonora L. Zetteler, LLM and
J. Robert van Faassen, LLM in their
capacities as insolvency practitioners in the
insolvency of Nederlandsche Algemeene
Maatschappij Van Levensverzekering
"Conservatrix" N.V.*

**ARTIFICIAL INTELLIGENCE CERTIFICATION**

The undersigned hereby certifies that:

1.  No artificial intelligence was knowingly employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and

2.  Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Respectfully submitted this the 11th day of June 2026.

*/s/ Kate E. Giduz*
Kate E. Giduz


**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below the foregoing document (with its exhibits, if any) was served on counsel of record by the CM/ECF System for the Western District of North Carolina, which will generate and send an e-mail notification of said filing to all counsel of record.

Respectfully submitted this the 11th day of June 2026.

*/s/ Kate E. Giduz*
Kate E. Giduz

3