# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

United States of America,

v.

Greg E. Lindberg, *et al.*,

*Defendants.*

No. 3:23-cr-48

## NOTICE OF APPEAL

Defendant Greg Lindberg, by and through undersigned counsel, hereby provides notice of his appeal to the United States Court of Appeals for the Fourth Circuit from the order of restitution and consent order and judgment of forfeiture entered on May 28, 2026, Dkt. Nos. 160-61, and the final judgment entered on May 29, 2026, Dkt. No. 162.

Dated: June 11, 2026

Respectfully submitted,

_____

Kenneth N. Barnes, I
The HQ Firm, P.C.
7533 S. Center View Ct.
Ste #4424
West Jordan, UT 84084

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be filed on June 11, 2026, with the Clerk of the Court for the United States District Court for the Western District of North Carolina using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

Kenneth N. Barnes, I