# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

United States of America,

v.

Greg E. Lindberg, *et al.*,

*Defendants.*

No. 3:23-cr-48

## NOTICE OF APPEAL

Defendant Greg Lindberg, by and through undersigned counsel, hereby provides notice of his appeal to the United States Court of Appeals for the Fourth Circuit from the order of restitution and consent order and judgment of forfeiture entered on May 28, 2026, Dkt. Nos. 160-61, and the final judgment entered on May 29, 2026, Dkt. No. 162.

Dated: June 11, 2026

Respectfully submitted,

/s/ Kenneth Barnes
Kenneth N. Barnes
Kenneth Barnes Legal, PLLC
N.C. Bar No. 14035
356 Travel Lite Dr., Raleigh, NC 27603
Tel: (919) 524-1977
Email: barnesatty@aol.com
Counsel For Defendant Greg E. Lindberg

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be filed on June 11, 2026, with the Clerk of the Court for the United States District Court for the Western District of North Carolina using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

/s/ Kenneth Barnes
Kenneth N. Barnes