FILED: June 11, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 26-1749

_____

In re: ELEONORA L. ZETTELER, LLM, In her capacity as insolvency practitioner in the insolvency of Nederlandsche Algemeene Maatschappij Van Levensverzekering "Conservatrix" N.V.; J. ROBERT VAN FAASSEN, LLM, In his capacity as insolvency practitioner in the insolvency of Nederlandsche Algemeene Maatschappij Van Levensverzekering "Conservatrix" N.V.

        Petitioners

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Date Petition Filed: | 06/11/2026 |
| Petitioner(s) | ELEONORA L. ZETTELER, LLM and J. ROBERT VAN FAASSEN, LLM |
| Appellate Case Number | 26-1749 |
| Case Manager | R. Phillips 804-916-2702 |