# APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** __06/11/26__ | **District:** Western | **District Case No.:** 3:23-cr-00048-MOC-DCK |
|---|---|---|
| ✔ First NOA in Case | **Division:** Charlotte | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** USA v. Greg Lindberg | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | | |
| ___ Paper ROA ___ Paper Supp. | | |
| Vols: _____ | | |
| Other: _Related Case: 5:19cr22_ | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)  ___ Appeal fees paid in full  ✔ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ✔ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ✔ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** Max O. Cogburn, Jr. | **PLRA Cases:** |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): Deborah Cohen-Rojas  Cheryl Nuccio | **Sealed Status** (check all that apply): |
| | ✔ Portions of record under seal |
| | ____ Entire record under seal |
| | ____ Party names under seal |
| | ____ Docket under seal |
| **Coordinator**: Tammy Hightower | |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted | ✔ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ✔ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: __Angela Smith__  Phone: __704-350-7401__  Date: __06/12/26__

01/2012