# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| United States of America,<br><br>   v.<br><br>Greg E. Lindberg, *et al.*,<br><br>         *Defendants*. | No. 5:19-cr-22 |

|  |  |
|---|---|
| United States of America,<br><br>   v.<br><br>Greg E. Lindberg,<br><br>         *Defendant*. | No. 3:23-cr-48 |

## MOTION OF KATTEN MUCHIN ROSENMAN LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT GREG E. LINDBERG

Pursuant to Local Criminal Rule 44.1 and Local Civil Rule 83.1(f), Brandon N. McCarthy, Ryan J. Meyer, Rachel M. Riley, and Robert T. Smith, of Katten Muchin Rosenman LLP (collectively, "Katten"), respectfully submit this Motion to Withdraw as Counsel for Defendant Greg E. Lindberg in Case No. 5:19-cr-22 and Case No. 3:23-cr-48. In support of this Motion, Katten states as follows:

1. Katten has represented Mr. Lindberg in Case No. 5:19-cr-22 since approximately September 2019, and it has represented Mr. Lindberg in conjunction with counsel from Wyatt & Blake, LLP ("Wyatt & Blake") since approximately July 2022. This representation included representing Mr. Lindberg at his retrial in May 2024 and in connection with his sentencing hearing on May 26, 2026.

2. Katten has represented Mr. Lindberg, along with Wyatt & Blake, in Case No. 3:23-cr-48 since Mr. Lindberg was indicted in that case in February 2023—with appearances filed in April 2023. This included representing Mr. Lindberg at his plea hearing in November 2024 and in connection with his sentencing hearing on May 26, 2026.

3. Following Mr. Lindberg's sentencing hearing, a conflict of interest has developed between Katten and Mr. Lindberg with respect to future decisions in his case.[*] This conflict has become irreconcilable.

4. Because the conflict of interest is irreconcilable, Katten has no choice but to move to withdraw from representing Mr. Lindberg in these matters.

5. A similar conflict of interest has developed between Mr. Lindberg and counsel from Wyatt & Blake. As a result, Wyatt & Blake is filing contemporaneously a similar motion to withdraw.

6. Katten understands that Mr. Lindberg has engaged new counsel, Mr. Kenneth Barnes, who has filed an appearance in both Case No. 5:19-cr-22 (Dkt. No. 518) and Case No. 3:23-cr-48 (Dkt. No. 170) and a number of pleadings in those cases. Katten understands that Mr. Barnes will continue to represent Mr. Lindberg in both cases moving forward.

7. Katten and Wyatt & Blake have requested that Mr. Lindberg consent to their withdrawal and have provided him with a draft written consent. To date, however, Mr.

---

[*] To preserve Mr. Lindberg's attorney-client privilege, Katten is not able to provide more specific details regarding the conflict in this public pleading. If the Court orders, Katten will provide additional information to the Court *ex parte*.

2

Lindberg has not returned a signed copy of the written consent.  If Mr. Lindberg signs and returns this form, Katten will promptly file it with the Court.

8.     Pursuant to LCrR 44.1 and LCvR 83.1(f), Mr. Lindberg's last known address is as follows:

> Grayson County Detention Center
> 320 Shaw Station Road
> Leitchfield, Kentucky 42754

9.     A proposed Order is being filed contemporaneously with this Motion.

For these reasons, Katten respectfully requests that the Court enter an Order granting Katten's Motion to Withdraw in Case No. 5:19-cr-22 and Case No. 3:23-cr-48 and allow Mr. McCarthy, Mr. Meyer, Ms. Riley, and Mr. Smith to withdraw as counsel for Mr. Lindberg in both cases.

Dated: June 12, 2026

Respectfully Submitted,

/s/ Brandon N. McCarthy
Brandon N. McCarthy (*pro hac vice*)
Ryan J. Meyer (*pro hac vice*)
Rachel M. Riley (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201
Tel: 214.765.3600
brandon.mccarthy@katten.com
ryan.meyer@katten.com
rachel.riley@katten.com

Robert T. Smith (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave, NW – Suite 800
Washington, DC 20006
Tel: 202-625-3616
robert.smith1@katten.com

## ARTIFICAL INTELLIGENCE CERTIFICATION

Pursuant to the Court's June 18, 2024 Standing Order, which was published to the Bar of

the Western District of North Carolina on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

/s/ Brandon N. McCarthy
Brandon N. McCarthy (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201
Tel: 214.765.3600
brandon.mccarthy@katten.com

4