FILED: June 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1749
(3:23-cr-00048-MOC-DCK-8888)

_____

In re:  ELEONORA L. ZETTELER, LLM, In her capacity as insolvency practitioner in the insolvency of Nederlandsche Algemeene Maatschappij Van Levensverzekering "Conservatrix" N.V.; J. ROBERT VAN FAASSEN, LLM, In his capacity as insolvency practitioner in the insolvency of Nederlandsche Algemeene Maatschappij Van Levensverzekering "Conservatrix" N.V.,

Petitioners.

_____

O R D E R

_____

The court amends its opinion filed June 13, 2026, as follows:

On page 8, the spelling of the defendant's name is corrected to "Lindberg."

For the Court

/s/ Nwamaka Anowi, Clerk