# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREG E. LINDBERG,<br><br>        *Defendant*. | No. 5:19-CR-22-MOC<br><br>No. 3:23-CR-48-MOC |

## NOTICE OF SUBSTITUTION OF COUNSEL

J. Alex Little, Edward J. Canter, and Brent A. Hannafan of Litson PLLC, and Kenneth Barnes of Kenneth Barnes Legal, PLLC hereby provide the Court with Notice of Substitution of Counsel in Case No. 5:19-cr-22 and Case No. 3:23-cr-48.

J. Alex Little, Edward J. Canter, and Brent A. Hannafan have entered a notice of appearance on behalf of Mr. Lindberg in Case No. 5:19-cr-22 and Case No. 3:23-cr-48 as has Kenneth Barnes and they will represent Mr. Lindberg going forward in both cases. Mr. Little, Mr. Hannafan, Mr. Canter, and Mr. Barnes are substituted in place of the following law firms and attorneys who previously represented Mr. Lindberg in these matters:

  James F. Wyatt, III (Wyatt & Blake, LLP)

  Robert A. Blake, Jr. (Wyatt & Blake, LLP)

  Brandon N. McCarthy (Katten Muchen Rosenman, LLP

  Rachel M. Riley (Katten Muchen Rosenman, LLP)

  Robert T. Smith (Katten Muchin Rosenman, LLP)

  Ryan Meyer (Katten Muchin Rosenman, LLP)

Please remove the above attorneys as counsel of record for Mr. Lindberg and direct all future filings, correspondence and notices to Mr. Little, Mr. Canter, Mr. Hannafan, and Mr. Barnes.

Mr. Little, Mr. Canter, Mr. Hannafan, and Mr. Barnes will comply with all pending deadlines in these cases and will represent Mr. Lindberg at any scheduled hearings.

This the 17th day of June 2026.

/s/ Kenneth Barnes
Kenneth Barnes
N.C. Bar No. 14035
Kenneth Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
barnesatty@aol.com
(919) 524-1977
*Counsel for Defendant Greg E. Lindberg*