Madam Clerk,

In light of the ruckus initiated by the DOJ (whom I am copying here), I would like to bring some much-needed acuity to the situation:

(1) There are NO representation issues. DOJ is asked not to interfere with Defendant Lindberg's counsel.

(2) The request for extension for was made late in the evening one day before the first response is due;

(3)  Since DOJ called up Katten asking for removal of entries from the ECF the next day after the motion - one week ago - they are more than ready to respond as to the content; If the DOJ needed an extension, they should have requested one when Katten contacted them on Friday, and the government responded; The request for extension of time was intentionally delayed;

(4) It's prejudicial to the Defendant to allow the government to get more time given the gravity of the issue under these circumstances; The flurry of motions is Defendant exercising his due process rights and is not an excuse for the government not responding in time;

(5) Defendant's replacement of attorneys is irrelevant to the answer on a written motion within the appropriate timeframe; Replacement of attorney is Defendant's responsibility, and the extension request is not the place to address this issue. DOJ was informed on Friday as to who is replacing Katten and they should not use this as an excuse for anything much less an extension of time; and

(6) Should the Judge grant this extension request, we request the judge to:

(i) note these objections on the record on the order; and

(ii) if the Judge intends to grant this extension, the Judge should consider granting the motion filed on 6/15/2026 ex-parte on the record as it exists given the government's dilatory tactics from on or around May 27, 2026 so that Greg Lindberg is not designated to BOP pending determination of the final restitution, and has daily access to his counsel, a computer, internet and can use his computer to access spreadsheets to aid in the exercise of his constitutional rights and to help his counsel respond further to the restitution report and vigorously defend his rights and exercise his due process. (As a note, the clause in the order regarding the DOJ attorneys can be dealt with after the motion response and not included in the ex parte order. We want a full briefing on all the other issues in all three motions without exception.)

(7) Defendant's counsel does not anticipate any more clarity than is expressed above. Given the gravity, this response is being placed in writing to the court.

Respectfully Offered,

Ken Barnes

Barnes Legal, PLLC

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.