IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

 Plaintiff,

 v.

**GREG E. LINDBERG,**

 Defendant.

Case Number: 3:23-CR-48-MOC

**INTERESTED PARTY CELL 1.16'S MOTION FOR RESTITUTION PURSUANT TO THE CRIME VICTIMS' RIGHTS ACT, 18 U.S.C. § 3771**

The Commissioner of the Vermont Department of Financial Regulation, Kaj Samsom, solely in his capacity as Rehabilitator ("Rehabilitator") of Vista Life & Casualty Reinsurance Company's Protected Cell 1.16, n/k/a ViUS PC 2016-A IC, Inc. ("Cell 1.16"), respectfully moves pursuant to the Crime Victims' Rights Act,18 U.S.C. § 3771 ("CVRA") that Cell 1.16 be granted restitution as a victim of the defendant Greg E. Lindberg's crimes.

For the reasons set forth in the memorandum filed herewith, the Court should hold that Cell 1.16 is a victim entitled to restitution from the Defendant pursuant to the CVRA. The Special Master and Cell 1.16 may then discuss the calculation and value of the restitution amount consistent with the other recommendations in the Special Master's Report.

This the 22nd day of June 2026.

By: */s/ J. Walton Milam, III*
J. Walton Milam, III (N.C. Bar No. 57152)
ROSENWOOD, ROSE & LITWAK, PLLC
1712 Euclid Avenue
Charlotte, NC 28203
Phone: 704-228-8578
Fax: 704-371-6400
wmilam@rosenwoodrose.com

*Attorney for Kaj Samsom, Commissioner of the Vermont Department of Financial Regulation, solely in his capacity as Rehabilitator ("Rehabilitator") of Vista Life & Casualty Reinsurance Company's Protected Cell 1.16, n/k/a ViUS PC 2016-A IC, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing was served on all parties and others having noted an appearance in this case, via ECF and/or email.

This the 22nd day of June, 2026.

By:  *<u>/s/ J. Walton Milam, III</u>*
J. Walton Milam, III

## CERTIFICATE OF ARTIFICIAL INTELLIGENCE

The undersigned hereby certifies that pursuant to the Standing Order filed on 18 June 2024, that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg. The undersigned also hereby certifies that every statement and every citation to an authority contained in this document has been checked by an attorney as to the accuracy of the proposition for which it is offered, and the citation to the authority provided.

This the 22nd day of June, 2026.

By:  *<u>/s/ J. Walton Milam, III</u>*
J. Walton Milam, III