## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREG E. LINDBERG,<br><br>       *Defendant*. | No. 5:19-CR-22-MOC<br><br>No. 3:23-CR-48-MOC |

## WYATT & BLAKE, LLP'S AND KATTEN MUCHIN ROSENMAN'S MOTION TO DISMISS AS MOOT MOTIONS TO WITHDRAW AS COUNSEL

Wyatt & Blake, LLP (hereinafter "Wyatt & Blake") and Katten Muchin Rosenman (hereinafter "Katten Muchin"), respectfully submit this Motion to Dismiss as Moot the Motions to Withdraw as Counsel previously filed in Case No. 5:19-cr-22 and Case No. 3:23-cr-48. In support of this Motion, Wyatt & Blake and Katten Muchin set forth the following facts.

1. On June 12, 2026, James F. Wyatt, III and Robert A. Blake, Jr. filed Motions to Withdraw as counsel for Mr. Lindberg. *See* Case No. 5:19-cr-22, Dkt. Entry Nos. 541, 543; Case No. 3:23-cr-48, Dkt. Entry Nos. 196-197. Katten Muchin also filed Motions to Withdraw as Counsel for Mr. Lindberg on June 12th. *See* Case No. 5:19-cr-22, Dkt. Entry No. 542; Case No. 3:23-cr-48, Dkt. Entry No. 195.

2. As set forth in the Motions to Withdraw, Mr. Lindberg has hired new counsel to represent him in Case No. 5:19-cr-22 and Case No. 3:23-cr-48 going forward.

3. Subsequent to the filing of the Motions to Withdraw as Counsel, Mr. Lindberg's new attorneys (Alex Little, Edward Canter, Brent Hannafan, and Kenneth Barnes) filed Notices of Substitution of Counsel pursuant to which Mr. Lindberg's new attorneys were substituted in place of all attorneys from Wyatt & Blake and Katten Muchin in both cases. *See* Case No. 5:19-cr-22, Dkt. Entry No. 550; Case No. 3:23-cr-48, Dkt. Entry No. 210.

1

4.	Pursuant to LCrR 44.1 and LCvR 83.1(g), upon the filing of the Notices of Substitution of Counsel, Mr. Lindberg's new attorneys were automatically substituted as counsel for Mr. Lindberg.  Thus, Wyatt & Blake and Katten Muchin are no longer counsel of record in these cases.

5.	Based on the foregoing, it is respectfully submitted that the Motions to Withdraw can be dismissed as moot by the Court.

6.	Wyatt & Blake and Katten Muchin have discussed this Motion with counsel for the United States.  The United States does not object to the entry of an Order dismissing the Motions to Withdraw as moot and noting that all attorneys from Wyatt & Blake and Katten Muchin are no longer counsel of record in these cases for Mr. Lindberg

7.	A proposed Order is being submitted contemporaneously with the filing of this Motion.

Based on the foregoing, Wyatt & Blake and Katten Muchin respectfully request that the Court enter an Order dismissing the Motions to Withdraw as Moot and recognizing the substitution of Mr. Lindberg's new counsel for Wyatt & Blake and Katten Muchin.

This the 23rd day of June, 2026.

Respectfully submitted,

/s/ James F. Wyatt, III
James F. Wyatt, III
  (NC State Bar No. 13766)
Robert A. Blake, Jr.
  (NC State Bar No. 20858)
WYATT & BLAKE, LLP
402 W. Trade Street, Suite 101
Charlotte, NC 28202
704-331-0767
jwyatt@wyattlaw.net
rblake@wyattlaw.net

2

# ARTIFICAL INTELLIGENCE CERTIFICATION

Pursuant to the Court's June 18, 2024 Standing Order, which was published to the Bar of

the Western District of North Carolina on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 23rd day of June, 2026.

/s/ James F. Wyatt, III
James F. Wyatt, III
 (NC State Bar No. 13766)
WYATT & BLAKE, LLP
402 W. Trade Street, Suite 101
Charlotte, NC 28202
704-331-0767
jwyatt@wyattlaw.net
