## EXHIBIT B7

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GREG E. LINDBERG,

    Defendant.

Case No. 3:23-CR-48-MOC

## NOTICE OF SPECIAL MASTER'S DISTRIBUTION TO INDIVIDUAL POLICYHOLDERS WITH UNCOVERED CLAIMS

Joseph W. Grier, III, the Special Master (the "Special Master") appointed by this Court in the *Order Appointing Special Master* (ECF. No. 56), through counsel, hereby submits this notice to the Court, the Clerk's Office, all individual policyholders affected by the conduct and counts to which the Defendant pleaded guilty, and any and all other interested parties that the Special Master has mailed paper checks to approximately 43,000 individual policyholders with "excess" or "uncovered"[1] claim amounts totaling approximately $157,000,000, in the aggregate. A cover memorandum describing the distributions is attached as Exhibit A. Additional information regarding these distributions is available online as part of the Frequently Asked Questions section of Epiq's webpage dedicated to providing information relevant to this case: https://dm.epiq11.com/LindbergInsurance. If you have questions about how the amount of your

---

[1] Further information describing what an "excess" or "uncovered" claim refers to under these circumstances— and the authority and reasoning for these distributions—can be found in the *Consent Motion for Order Approving Disposition of Net Proceeds from the Sale of the Clanwilliam Group of Companies* (ECF No. 66); the *Order* granting the foregoing consent motion (ECF No. 68); the *Special Master's Second Status Report* (ECF No. 80); and the *Special Master's Third Status Report* (ECF No. 94).

distribution check was calculated, please refer to the claimant portal available at:

https://www.policyaccess.com/cbl/Account/Login.

Respectfully submitted this 23d day of December, 2025.

/s/ Michael L. Martinez
Joseph W. Grier, III (State Bar No. 7764)
Michael L. Martinez (State Bar No. 39885)
Benjamin D. Rhodes (State Bar No. 62618)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, North Carolina 28202
Telephone: 704.332.0209; Fax: 704.332.0215
Email: mmartinez@grierlaw.com

*Attorneys for Joseph W. Grier, III, Special Master*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Notice of Special Master's Distribution to Individual Policyholders with Uncovered Claims* were served on those parties who have requested electronic service in this case through the CM/ECF system and on the following parties by email:

Daniel Ryan (daniel.ryan@usdoj.gov)
Benjamin Bain-Creed (benjamin.bain-creed@usdoj.gov)
Julie Park (julia.park@usdoj.gov)
U.S. Attorney's Office

James F. Wyatt, III (jwyatt@wyattlaw.net)
Wyatt & Blake, LLP
*Attorneys for Defendant*

Lyndie Freeman (lyndie.freeman@usdoj.gov)
Criminal Division
U.S. Department of Justice

Ryan J. Meyer (ryan.meyer@katten.com)
Brandon McCarthy (brandon.mccarthy@katten.com)
Katten Muchin Rosenman LLP
*Attorneys for Defendant*

Respectfully submitted this 23d day of December, 2025.

/s/ Michael L. Martinez
Michael L. Martinez (State Bar No. 39885)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, North Carolina 28202

# EXHIBIT A

 777 Third Avenue, 12th Floor
New York, NY 10017

**MEMORANDUM**

**TO:**      **Policyholders of the North Carolina Insurance Companies**

**FROM:**    **Epiq, Distribution Agent for the Special Master**

**RE:**      ***United States of America v. Greg E. Lindberg,***
             **Case No. 3-23-cr-48-MOC Western District of North Carolina**
             **Distribution Checks**

**DATE: December 22, 2025**

---

The Special Master in the above-referenced criminal case against Mr. Greg Lindberg has authorized Epiq to serve as his Distribution Agent to make distributions to former holders of insurance policies, annuities, or other similar contracts with Southland National Insurance Company, Colorado Bankers Life Insurance Company, or Bankers Life Insurance Company with respect to claims against those entities (now in liquidation) that were not fully covered by state guaranty associations. The amount of the enclosed check reflects the full amount of your claim in the liquidation, less prior distributions, and is the final payment in settlement of any liability relative to your contract. If you have questions about how the amount of the enclosed distribution check was calculated, please refer to the claimant portal available at: https://www.policyaccess.com/cbl/Account/Login

Please deposit the enclosed check at your earliest convenience. Checks that have not been negotiated within 90 days of the check date will be void and will not be replaced.

Additional information regarding distributions is included in the Frequently Asked Questions available online at https://dm.epiq11.com/LindbergInsurance. If you have questions or concerns that are not covered by the information posted online, you may contact Epiq toll free at 877-780-8698. Please note, however, that neither the Special Master nor Epiq can provide tax advice with respect to any distributions you have received. Please consult with your tax advisors regarding the nature and effect of this payment.