IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GREG E. LINDBERG,**<br><br>    Defendant. | Case Number: 3:23-CR-48-MOC |

### CELL 1.16'S MOTION FOR EXTENSION OF TIME

The Commissioner of the Vermont Department of Financial Regulation, Kaj Samsom, solely in his capacity as Rehabilitator ("Rehabilitator") of Vista Life & Casualty Reinsurance Company's Protected Cell 1.16, n/k/a ViUS PC 2016-A IC, Inc. ("Cell 1.16"), files this Motion for Extension seeking additional time to file a Response to the Motion To Recoup Distribution To Vista, ECF No. 238, filed by Greg Lindberg. Cell 1.16 seeks a fourteen (14) day extension until August 7, 2026 to file its Response. Cell 1.16's Response is currently due July 24, 2026.

The Special Master and United States of America have indicated they do not oppose this Motion for Extension. As of the time of filing, Cell 1.16 has not yet heard from Counsel for Mr. Lindberg as to whether he opposes the Motion.

In support of its Motion, Cell 1.16 states as follows:

1.    Since Mr. Lindberg's sentencing on May 26, 2026, Mr. Lindberg and Interested Parties, including Cell 1.16, have engaged in Motions practice in support of or in opposition to contemplated future restitution payments.

1

2.     Cell 1.16 has filed Motions requesting that it be deemed a victim under the Crime Victim Right's Act, 18 U.S.C. § 3771 so that it will be entitled to forthcoming restitution payments.  Lindberg has opposed these Motions, arguing that the Special Masters' determination regarding Cell 1.16 in his Report, ECF No. 146, is correct.

3.     On July 17, 2026, Mr. Lindberg filed a Motion Seeking to Recoup a prior $23,520,710 distribution to Cell 1.16, referred to as the Clanwilliam Distribution.

4.     Mr. Lindberg's filing give rise to new factual and legal issues that Cell 1.16 will need to further investigate before drafting a response.

5.     Accordingly, Cell 1.16 requests an extension of fourteen (14) days until August 7, 2026 so that it can investigate and respond to the new factual and legal issues presented in Mr. Lindberg's Motion to Recoup, ECF 238.

Respectfully submitted this 20th day of July, 2026.

By:  */s/ J. Walton Milam, III*
J. Walton Milam, III (N.C. Bar No. 57152)
ROSENWOOD, ROSE & LITWAK, PLLC
1712 Euclid Avenue
Charlotte, NC 28203
Phone: 704-228-8578
Fax: 704-371-6400
wmilam@rosenwoodrose.com
*Attorneys for Kaj Samsom, Commissioner of the Vermont Department of Financial Regulation, solely in his capacity as Rehabilitator ("Rehabilitator") of Vista Life & Casualty Reinsurance Company's Protected Cell 1.16, n/k/a ViUS PC 2016-A IC, Inc.*

2

## CERTIFICATE OF ARTIFICIAL INTELLIGENCE

The undersigned hereby certifies that pursuant to the Standing Order filed on 18 June 2024, that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg. The undersigned also hereby certifies that every statement and every citation to an authority contained in this document has been checked by an attorney as to the accuracy of the proposition for which it is offered, and the citation to the authority provided.

By: */s/ J. Walton Milam, III*
J. Walton Milam, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing was served on all parties and others having noted an appearance in this case, via ECF and/or email.

This the 20th day of July, 2026.

By: */s/ J. Walton Milam, III*
J. Walton Milam, III