# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GREG E. LINDBERG,

      Defendant.

Case No. 3:23-CR-48-MOC

## MOTION TO SEAL APPENDIX TO RESTITUTION REPORT SUPPLEMENT

NOW COMES Joseph W. Grier, III, as special master appointed pursuant to 18 U.S.C. § 3664(d)(6) (the "Special Master"), by and through counsel, who hereby moves the Court pursuant to Rule 6.1 of the Local Civil Rules, made applicable herein by Rule 49.1.1 of the Local Criminal Rules, to file an Appendix 1 (the "Appendix") to the Special Master's *Second Supplement to Report and Recommendations Regarding Restitution* (the "Supplement") under seal, and, in support hereof, respectfully represents as follows.

1.     <u>LCvR 6.1(c)(1): Non-Confidential Description of Material to be Sealed</u>. The Special Master seeks to seal disclosures to the Court concerning the Special Master's evaluation of the potential value to be extracted from certain of the Primary Restitution Assets, which would comprise the entirety of the Appendix to the Supplement.

2.     <u>LCvR 6.1(c)(2): Why Sealing is Necessary and Why There are No Alternatives to Sealing</u>. The information the Special Master seeks to disclose, if made public, could detrimentally impact the value of the Primary Restitution Assets and, by extension, the interests of the parties due restitution in this case. The Court, in evaluating restitution issues in this case, should be given the opportunity to appreciate specifically why the Special Master is adjusting the estimated amounts he anticipates the Primary Restitution Assets might generate for restitution, but the details

1

of the estimation, if made public, could destroy the assets' value.  The Defendant and the government have already been provided an unredacted copy of the Appendix.

3.    LCvR 6.1(c)(3): Duration.  Consistent with LCvR 6.1(h)(1), the Special Master seeks to seal the Appendix until the closing of this case.

4.    LCvR 6.1(c)(4): Mandatory Disclosure of Authority.  None.

5.    Pursuant to LCvR 7.1, no brief need be filed with this motion.

6.    The Special Master has conferred with both the government and the Defendant's counsel in relation to this motion.  The government does not oppose the relief requested herein. The Defendant's counsel indicated that the Defendant's counsel would not be able to confer with the Defendant about the relief requested herein before the deadline for the Special Master to file the Supplement mandated by the Preliminary Restitution Order.

WHEREFORE, the Special Master prays that the Court enter an order authorizing the filing of the Appendix under seal and providing such further relief as the Court deems just and proper.

Respectfully submitted this 23d day of July, 2026.

<div style="margin-left:auto;width:50%">

/s/  Michael L. Martinez
Michael L. Martinez (State Bar No. 39885)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, North Carolina 28202
Telephone: 704.332.0209; Fax:  704.332.0215
Email:  mmartinez@grierlaw.com

*Attorneys for the Special Master*

</div>

## ARTIFICIAL INTELLIGENCE CERTIFICATION

The undersigned hereby certifies that: no artificial intelligence was knowingly employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Respectfully submitted this 23d day of July, 2026.

/s/ Michael L. Martinez
Michael L. Martinez (State Bar No. 39885)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, North Carolina 28202


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Motion to Seal Appendix to Restitution Report Supplement* were served on the parties registered to receive automatic notices in this case through the ECF system through such system.

Respectfully submitted this 23d day of July, 2026.

/s/ Michael L. Martinez
Michael L. Martinez (State Bar No. 39885)
Grier Wright Martinez, PA
521 East Morehead Street, Suite 440
Charlotte, North Carolina 28202
Telephone: 704.332.0209; Fax: 704.332.0215
Email: mmartinez@grierlaw.com