**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG,<br><br>Defendant. | Case No. 3:23-CR-48-MOC<br>Case No. 5:19-CR-22-MOC<br>Judge Max O. Cogburn, Jr.<br><br>EXPEDITED CONSIDERATION REQUESTED |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF SUBPOENAS TO MICHAEL DINIUS, THE SPECIAL MASTER AND NHC HOLDINGS, LLC, PALADIN MANAGEMENT, THE NCICS, THE BERMUDA INSURANCE COMPANIES, AND WES CAMDEN, LAUREN FUSSELL, AND THEIR FIRM PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17**

THIS MATTER is before the Court on Defendant Greg E. Lindberg's Motion for Issuance of Subpoenas to Michael Dinius Pursuant to Federal Rule of Criminal Procedure 17 (the "Motion"). Having considered the Motion and the record, and finding that the requirements of Rule 17(c)(1) and *United States v. Nixon*, 418 U.S. 683, 699–700 (1974), are satisfied, the Motion is GRANTED. IT IS THEREFORE ORDERED that:

1. The Clerk shall issue subpoenas duces tecum to (i) Michael Dinius in the form of Exhibit A to the Motion; (ii) Joseph W. Grier, III, as Special Master, and NHC Holdings, LLC, in the form of Exhibit B to the Motion; (iii) Paladin Management Group in the form of Exhibit C to the Motion; (iv) the NCICs, through the Rehabilitator as custodian of records, in the form of Exhibit D to the Motion; (v) the Bermuda insurance companies, through their Joint Provisional Liquidators, in the

form of Exhibit E to the Motion; and (vi) Wes Camden, Lauren Fussell, and their firm, in the form of Exhibit F to the Motion. Production shall be made to [the Clerk of Court / counsel for all parties] by ___________, 2026, a date the Court finds sufficient to permit Defendant to review the productions, seek additional information, and, if necessary, move to compel or enforce compliance under Rule 17(g) before the hearing. The parties and their attorneys may inspect the productions pursuant to Rule 17(c)(1).

2. Any assertion of privilege or protection shall be made by written log served on all parties within seven (7) days of service of the subpoena.

SO ORDERED.

Signed: ______________________________
Max O. Cogburn, Jr.
United States District Judge