**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**STATESVILLE DIVISION**

UNITED STATES OF AMERICA

V.                                                      CASE NUMBER:        3:23cr48
                                                                            5:19cr22
GREG E. LINDBERG

     THIS MATTER is before the Court sua sponte.

     **NOW, THEREFORE, IT IS ORDERED** that:

     The Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Defendant, Greg E. Lindberg (USM# 34828-058), for a hearing before the Honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than August 7, 2026, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

     The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation office.

     IT IS SO ORDERED.

Signed: July 24, 2026

Max O. Cogburn Jr
United States District Judge