July 25th 2026

To: WDNC Federal Court

From: Greg Lindberg, Inmate # 34-828-058 @ FCI Atlanta

To the Court:

Attorney VIVEK Ramachandran has been representing me at the 4th Circuit on the two cases appealed from this court. This week I asked Vivek to also represent me at the District Court. Ken Bell will remain local counsel. With respect to the Conservatrix appeal, I filed the initial filing pro se because Vivek has not yet been admitted to the 4th Circuit. He has now been admitted to the 4th and he is handling all 4th Circuit filings going forward. The Clerk of the 4th Circuit was informed of the initial filing on Conservatrix about Vivek's admission status and express permission was granted to make this filing pro se. I have reviewed in detail all filings that have been made in this case by all counsel who have appeared on my behalf, and I request that the government respond to these written filings in this Court. If this statement of representation does not moot the need for the scheduled Aug 7 2026 hearing, then I respectfully request the Court modify its transport order to allow the BOP to grant me a furlough to attend the hearing, which will be far less burdensome for the BOP to accommodate, and which will allow me to access counsel before the hearing. Otherwise my access to counsel will likely be cut off days before the hearing and will violate my constitutional right to access counsel.

/s/ _____

Greg E. Lindberg

# TRANSCRIPTION OF HANDWRITTEN STATEMENT
# OF GREG E. LINDBERG DATED JULY 24, 2026
*(Original handwritten statement attached)*

## Statement of Counsel Representation and Emergency Request to Allow Furlough to Attend Any Hearing

July 24th 2026

TO:   WDNC Federal Court

FROM:     Greg Lindberg, Inmate # 34828-058 @ FCI Atlanta

To the Court:

Attorney Vivek Ramachandran has been representing me at the 4th Circuit on the two cases appealed from this court. This week I asked Vivek to also represent me at the District Court. Ken Barnes will remain local counsel. With respect to the Conservatrix appeal, I filed the initial filing pro se because Vivek has not yet been admitted to the 4th Circuit. He has now been admitted to the 4th and he is handling all 4th Circuit filings going forward. The Clerk of the 4th Circuit was informed of the initial filing on Conservatrix about Vivek's admission status and express permission was granted to make this filing pro se. I have reviewed in detail all filings that have been made in this case by all counsel who have appeared on my behalf, and I request that the government respond to these with filings in this court. If this statement of representation does not moot the need for the scheduled Aug 7 2026 hearing, then I respectfully request the Court modify its transport order to allow the BOP to grant me a furlough to attend the hearing, which will be far less burdensome for the BOP to accommodate, and which will allow me to access counsel before the hearing. Otherwise my access to counsel will likely be cut off days before the hearing and will violate my constitutional right to access counsel.

Case 3:23-cr-00048-MOC-DCK    Document 252-2    Filed 07/25/26    Page 2 of 3

*/s/ Greg E. Lindberg*
Greg E. Lindberg
Inmate # 34828-058
FCI Atlanta