FILED: July 27, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 26-1965
(3:23-cr-00048-MOC-DCK-1)

_____

In re: GREG E. LINDBERG

        Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Date Petition Filed: | 07/24/2026 |
| Petitioner(s) | Greg E. Lindberg |
| Appellate Case Number | 26-1965 |
| Case Manager | R. Phillips 804-916-2702 |