WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
**www.wyattandblakelaw.com**


JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, NCCP

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net


June 15, 2026

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 5/1/26 | Analysis and revision of [redacted] and related communications with [redacted] | 1.0 |
| 5/1/26 | Analysis of revisions to [redacted] | .3 |
| 5/2/26 | Analysis and revision of [redacted] and related communications with attorneys; sending of [redacted] | 1.0 |
| 5/3/26 | Analysis of [redacted] and related communications with attorneys | 1.7 |
| 5/4/26 | Final analysis and revision of [redacted] analysis of [redacted] | 4.5 |

| | | |
|---|---|---|
| 5/5/26 | Analysis of [redacted] analysis of [redacted] | 1.3 |
| 5/5/26 | Conference with [redacted] related revisions to [redacted] | .9 |
| 5/6/26 | Analysis of [redacted] | 1.0 |
| 5/6/26 | Analysis of [redacted] and related communications with attorneys | .5 |
| 5/7/26 | Conference with [redacted] | .7 |
| 5/7/26 | Conference with attorneys to discuss [redacted] | .3 |
| 5/7/26 | Analysis of [redacted] | .6 |
| 5/8/26 | Analysis of [redacted] communications with client and attorneys re [redacted] | 3.2 |
| 5/8/26 | Analysis of [redacted] related communications with attorneys | 1.3 |
| 5/9/26 | Analysis of [redacted] related communications with attorneys | 1.3 |
| 5/9/26 | Analysis of [redacted] | .8 |
| 5/11/26 | Analysis and revision of [redacted] | 1.2 |
| 5/11/26 | Conference with [redacted] | .5 |
| 5/11/26 | Preparation for [redacted] | .9 |

| | | |
|---|---|---|
| 5/11/26 | Analysis of [redacted] | .7 |
| 5/12/26 | Analysis and revision of [redacted], and related communications with attorneys and client | 3.2 |
| 5/12/26 | Analysis of [redacted] | 1.1 |
| 5/12/26 | Conference with attorneys re [redacted] | .3 |
| 5/12/26 | Analysis of [redacted] | .8 |
| 5/13/26 | Conference with [redacted] | .5 |
| 5/13/26 | Analysis and revisions to [redacted] | 1.1 |
| 5/13/26 | Conference with [redacted] | .3 |
| 5/14/26 | Analysis of [redacted] | .8 |
| 5/14/26 | Revision of [redacted] | 1.2 |
| 5/14/26 | Conference with client and attorneys | .8 |
| 5/14/26 | Analysis of [redacted] | 2.4 |
| 5/15/26 | Conference with [redacted] | .6 |
| 5/15/26 | Analysis of [redacted] | 1.3 |
| 5/15/26 | Analysis of [redacted] and related communications with co-counsel | .6 |
| 5/18/26 | Analysis of [redacted] related communications with attorneys | .8 |

| | | |
|---|---|---|
| 5/18/26 | Analysis and revision of [redacted] | 1.8 |
| 5/19/26 | Preparation for [redacted] analysis of [redacted] | 2.0 |
| 5/19/26 | Analysis of [redacted] and related communications with co-counsel re [redacted] | .9 |
| 5/19/26 | Conference with [redacted] | .4 |
| 5/20/26 | Analysis of [redacted] and related communications with attorneys | 3.0 |
| 5/20/26 | Analysis and revision of [redacted] and related communications with attorneys | .5 |
| 5/20/26 | Analysis and related communications with client and attorneys re [redacted] | .4 |
| 5/20/26 | Conference with [redacted] | .4 |
| 5/20/26 | Conference with client and attorneys | .7 |
| 5/20/26 | Analysis of [redacted] and communications with attorneys | .6 |
| 5/21/26 | Conference with attorneys re [redacted] | .7 |
| 5/21/26 | Analysis and revision of [redacted] analysis of [redacted] analysis and revision of [redacted] | 3.7 |
| 5/22/26 | Preparation of [redacted] | 1.5 |
| 5/21-22/26 | Analysis of [redacted]; editing and revisions to [redacted] | 1.3 |

| | | |
|---|---|---|
| 5/22/26 | Analysis of [redacted] | .4 |
| 5/24/26 | Analysis of [redacted] and communications with client re [redacted] | 1.1 |
| 5/25/26 | Preparation for [redacted] analysis of [redacted] | 2.2 |
| 5/25/26 | Meeting with co-counsel to [redacted] | 1.0 |
| 5/26/26 | Meetings with co-counsel and client; sentencing hearing | 4.5 |
| **TOTAL** | | **66.6** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 5/1/26 | Further drafting of [redacted] | 2.8 |
| 5/1/26 | Analysis of [redacted] | 1.2 |
| 5/3/26 | Communications with counsel regarding [redacted] | .3 |
| 5/4/26 | Analysis and revisions to [redacted] drafting of [redacted] analysis of [redacted] communications with counsel regarding [redacted] | 7.0 |
| 5/5/26 | Analysis of [redacted] further research and communications with [redacted] analysis of [redacted] | 3.2 |
| 5/6/26 | Analysis of [redacted] evaluation of [redacted] cite checking of [redacted] | 3.3 |
| 5/7/26 | Conference with [redacted] | .5 |
| 5/7/26 | Analysis of cases and record cites for [redacted] | 2.5 |

| | | |
|---|---|---|
| 5/7/26 | Further legal research regarding [redacted] | .8 |
| 5/8/26 | Preparation and conference with [redacted] | .8 |
| 5/8/26 | Additional work on [redacted] | 1.5 |
| 5/8/26 | Revise draft of [redacted] and analysis of case law regarding [redacted] | 3.2 |
| 5/9/26 | Further legal research and work on [redacted] communications with counsel regarding same | 3.7 |
| 5/11/26 | Communications with counsel regarding [redacted] | 3.0 |
| 5/12/26 | Analysis and revisions to [redacted] and related research for additional caselaw; communications with counsel relating to [redacted] | 4.4 |
| 5/13/26 | Analysis and revisions to [redacted] | .9 |
| 5/13/26 | Communications with counsel and revisions to [redacted] | .8 |
| 5/14/26 | Final analysis and revisions to [redacted] cite and case checking of new cases and cites added; communications with counsel regarding [redacted] | 5.2 |
| 5/15/26 | Analysis of [redacted] final review and editing of [redacted] Analysis of [redacted] | 2.6 |
| 5/17/26 | Analysis of [redacted] and communications with counsel | .3 |

| | | |
|---|---|---|
| 5/18/26 | Analysis of [redacted] communications with [redacted] analysis of [redacted] and communications with counsel re: same | 2.8 |
| 5/18/26 | Analysis and revisions to [redacted] communications with counsel and paralegal regarding [redacted] | 1.0 |
| 5/19/26 | Analysis of [redacted] analysis of [redacted]; communications with counsel and [redacted] | 1.6 |
| 5/20/26 | Analysis of [redacted] | 2.8 |
| 5/20/26 | Analysis and revisions to [redacted] | 1.0 |
| 5/20/26 | Analysis of [redacted] | .7 |
| 5/21/26 | Conference with attorneys [redacted] | .8 |
| 5/22/26 | Analysis of [redacted] | 2.0 |
| 5/21/26 | Analysis of [redacted] and communications with counsel re: same | .7 |
| 5/22/26 | Analysis of [redacted] analysis of [redacted]; analysis of [redacted] | 3.2 |
| 5/25/26 | Analysis of [redacted]; analysis of [redacted] conference with attorneys [redacted] | 3.0 |
| 5/26/26 | Meetings and communications with [redacted], sentencing hearing; communications relating to [redacted] | 4.7 |
| 5/27/26 | Analysis of [redacted] | .1 |
| 5/29/26 | Analysis of [redacted]; communications with counsel | .8 |
| **TOTAL** | | **73.2** |

**Billing for Senior Paralegal Ginny Wooten**

| Date | Description | Time (Hours) |
|---|---|---|
| 5/4/26 | Preparation of exhibits for [redacted] | 1.2 |
| 5/4/26 | Revisions to [redacted] | 1.7 |
| 5/4/26 | Revisions to [redacted] | .2 |
| 5/4/26 | Revisions to [redacted] | .6 |
| 5/4/26 | Filing of Response and Objections, Motion to Seal and proposed order | .6 |
| 5/13/26 | Revisions to [redacted] | 1.2 |
| 5/14/26 | Revisions to [redacted] | .7 |
| 5/14/26 | Filing of sentencing memo (in both cases) | .2 |
| 5/18/26 | Revisions to and filing of [redacted] | .5 |
| 5/21/26 | Drafting of and revisions to [redacted] filing of [redacted] | .8 |
| **TOTAL** | | **7.7** |

**Billing for Paralegal Lauren Robertson**

| Date | Description | Time (Hours) |
|---|---|---|
| 5/15/26 | Filing of Fourth Motion for Payment of Fees and Expenses, Declaration, and Proposed Order | .3 |
| 5/19/26 | Obtain pleadings from docket | .2 |
| **TOTAL** | | **.5** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 5/1-31/26 | Electronic research and filing (Pacer) | $41.60 |
| 5/1-31/26 | Electronic research (Lexis) | $320.68 |

| | | |
|---|---|---|
| 5/6/26 through 6/3/26 | Photocopies (159x$.05) | $7.95 |
| **TOTAL** | | **$370.23** |

The bill for the foregoing legal services is **$112,817.73** (66.6 hours x $825.00 per hour (JFW); 73.2 hours x $750.00 per hour (RAB); 7.7 hours x $325.00 per hour (senior paralegal); .5 hours x $200.00 per hour (paralegal); plus $370.23 in expenses).

Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw

WYATT & BLAKE, L.L.P.
402 W. TRADE STREET, SUITE 101
CHARLOTTE, NORTH CAROLINA 28202
TELEPHONE: 704-331-0767
FACSIMILE: 704-331-0773
www.wyattandblakelaw.com

JAMES F. WYATT, III
ROBERT A. BLAKE, JR.
VIRGINIA M. WOOTEN, NCCP
LAUREN M. ROBERTSON, NCCP

DIRECT E-MAIL: jwyatt@wyattlaw.net
rblake@wyattlaw.net
gwooten@wyattlaw.net
lrobertson@wyattlaw.net

June 24, 2026

**Via Email**

Greg Lindberg
gelindberg@gmail.com

Re: Wyatt & Blake Representation

Dear Greg:

Since our last invoice, the following hours of legal services have been performed on your behalf:

**Billing for James F. Wyatt, III ("JFW")**

| Date | Description | Time (Hours) |
|---|---|---|
| 6/1/26 | Analysis of [redacted] and related communications with attorneys | .3 |
| 6/2/26 | Analysis of [redacted] and communications with attorneys and client [redacted] | 1.2 |
| 6/3/26 | Analysis and revision of [redacted] and related communications with client and attorneys | .6 |
| 6/4/26 | Conference with [redacted] | .5 |
| 6/4/26 | Analysis of [redacted] | .3 |
| 6/8/26 | Analysis of [redacted] and communications with co-counsel re [redacted] | 1.3 |

| | | |
|---|---|---|
| 6/10/26 | Analysis of pleadings [redacted] | 2.2 |
| 6/10/26 | Communications and conferences with [redacted] analysis and revision of [redacted] | 1.3 |
| 6/10/26 | Communications with SM, USAO and attorneys | .2 |
| 6/11/26 | Conference with [redacted] them [redacted] | .2 |
| 6/11/26 | Analysis and revision of [redacted] and related communications with client and attorneys | .6 |
| 6/12/26 | Revisions to [redacted]; related communications with attorneys | .8 |
| 6/11-12/26 | Analysis of [redacted] related communications with attorneys | 2.2 |
| 6/15/26 | Redrafting of [redacted] and related communications with attorneys | .4 |
| 6/15/26 | Analysis of [redacted] | 2.2 |
| 6/16/26 | Analysis of [redacted] | 1.2 |
| 6/17/26 | Analysis of [redacted] and related communications with court | .4 |
| 6/17/26 | Conference with court and attorneys | .3 |
| 6/17/26 | Analysis of [redacted] | 1.3 |
| **TOTAL** | | **17.5** |

**Billing for Robert A. Blake, Jr. ("RAB")**

| Date | Description | Time (Hours) |
|---|---|---|
| 6/1/26 | Analysis of emails and communications relating to [redacted] | .3 |

| | | |
|---|---|---|
| 6/2/26 | Analysis of [redacted] | .4 |
| 6/3/26 | Analysis of legal memos [redacted]; drafting of [redacted] communications with counsel and client regarding [redacted]; review and cite checking of motion | 4.0 |
| 6/4/26 | Communications with attorneys and analysis of information [redacted]; review and additional editing of [redacted] | 1.5 |
| 6/5-7/26 | Analysis of [redacted] and communications with attorneys | .4 |
| 6/8/26 | Analysis of [redacted] and communications with counsel | .4 |
| 6/9/26 | Communications with counsel and analysis of [redacted] | .5 |
| 6/10/26 | Analysis of [redacted] | 3.2 |
| 6/10/26 | Drafting of [redacted]; communications with counsel re: same | 2.2 |
| 6/11/26 | Communications with counsel and drafting and revising [redacted]; drafting of [redacted] | 1.2 |
| 6/12/26 | Revisions to [redacted] communications with counsel | .7 |
| 6/15/26 | Analysis of [redacted] and communications with counsel | .3 |
| 6/15/26 | Analysis of [redacted] | 1.5 |
| 6/15/26 | Analysis of [redacted] and communications with counsel | .9 |
| 6/17/26 | Analysis of [redacted]; analysis of [redacted] | 1.1 |

| | | |
|---|---|---|
| 6/22/26 | Communications with counsel; drafting of [redacted] | 1.2 |
| 6/23/26 | Revisions to [redacted] | .3 |
| **TOTAL** | | **20.1** |

**Billing for Senior Paralegal Ginny Wooten**

| Date | Description | Time (Hours) |
|---|---|---|
| 6/3/26 | Draft of and revisions to [redacted] | .3 |
| 6/4/26 | Filing of motion to delay reporting date and proposed order (in both cases) | .4 |
| 6/11/26 | Revisions to [redacted] | .3 |
| 6/22/26 | Drafting of and revisions to [redacted] | .6 |
| 6/23/26 | Revisions to and filing of Motion to Dismiss Motion to Withdraw | .4 |
| **TOTAL** | | **2.0** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 6/1-24/26 | Photocopies (54x$.05) | $2.70 |
| 6/1-24/26 | Electronic research and filing (Pacer) | $78.80 |
| **TOTAL** | | **$81.50** |

The bill for the foregoing legal services is **$30,244.00** (17.5 hours x $825.00 per hour (JFW); 20.1 hours x $750.00 per hour (RAB); 2.0 hours x $325.00 per hour (senior paralegal); plus $81.50 in expenses).

Please remit payment within thirty (30) days.

If you have any questions concerning this invoice, please feel free to contact me at your convenience.

Cordially,

James F. Wyatt, III

JFW:gw