# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

GREG E. LINDBERG,

     Defendant.

Case No. 3:23-CR-48-MOC

## DECLARATION IN SUPPORT OF WYATT & BLAKE, LLP'S FIFTH MOTION FOR PAYMENT OF FEES AND EXPENSES

I, James F. Wyatt, III, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this Declaration are based upon my personal knowledge and/or my review and analysis of documents.

2. I submit this Declaration in support of Wyatt & Blake, LLP's ("W&B") Fifth Motion for Payment of Fees and Expenses (Dkt. Entry No. 264) (the "W&B Fee Motion").

3. I have practiced white collar criminal defense in North Carolina and other states for over 42 years. The experience and achievements of W&B and its attorneys can be viewed on our website at www.wyattandblakelaw.com.

4. My firm has represented Mr. Lindberg in his criminal matters, including Case No. 5:19-cr-22 in the Western District of North Carolina (the "Public Contribution" case) and Case No. 3:23-cr-48 in the Western District of North Carolina (the "Financial" case).

5. On May 16, 2024, Mr. Lindberg was retried for two weeks and convicted in the Public Contribution case.

6.      On November 12, 2024, Mr. Lindberg entered a plea of guilty in the Financial case. As a part of the plea agreement, Mr. Lindberg agreed to the appointment of a Special Master. His plea also specifically provided for payment of fees to criminal defense counsel. Dkt. Entry Nos. 40, 56. Following Mr. Lindberg's plea, my firm and I worked to cooperate with the Special Master and the Government to fulfill Mr. Lindberg's obligations under the Plea Agreement and the Order Appointing Special Master in order to maximize the restitution available to the victims in the Financial case, and spent substantial time preparing for Mr. Lindberg's sentencing hearing and subsequent restitution proceedings.

7.      On December 12, 2024, the United States and Mr. Lindberg jointly moved for the appointment of the Special Master given the complexity of the issues incidental to calculating and paying victim restitution in this case.  Dkt. Entry No. 54.  The Special Master was appointed by this Court on January 23, 2025. Dkt. Entry No. 56.

8.      W&B was replaced by new counsel for Mr. Lindberg who filed Notices of Substitution of Counsel in these two cases on June 17, 2026 (PC Dkt. Entry No. 550 and Fin. Dkt. Entry No. 210).

### THE FEE MOTION

9.      This Fifth Fee Motion seeks compensation for all legal work performed by my firm on behalf of Mr. Lindberg for the period May 1, 2026 through the conclusion of my firm's representation of Mr. Lindberg (June 24, 2026).  I certify that all of the work was performed and was necessary to fulfill W&B's duties and responsibilities as counsel to Mr. Lindberg.

10.      The statements for W&B's fees and expenses are attached as Exhibit 1 to W&B's Motion in Support of Fifth Motion for Payment of Fees and Expenses.  These statements have been previously provided to the Special Master.  He informed counsel that he does not oppose the

2

entry of an order approving these fees so long as W&B is authorized to draw down the retainer previously approved by the Court to satisfy a portion of the compensation approved, and the Special Master retains the discretion to pay the balance of compensations approved only upon the Special Master determining that funds are readily available to do so. Unredacted copies of W&B's statements will be provided to the Court *in camera* upon request.

11. I am familiar with the rates charged in the Charlotte market by attorneys performing services similar to those provided by W&B and certify that the requested rates are within the range charged by attorneys of comparable experience for work of a comparable nature and complexity.

12. I therefore request Court approval of the Fifth Fee Motion in favor of W&B in the amount of $142,610.00 in attorneys' fees and $451.73 in expenses, for a total of $143,061.73.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This the 30th day of July, 2026.

James F. Wyatt, III
NC State Bar No. 13766
jwyatt@wyattlaw.net
WYATT & BLAKE, LLP
402 W. Trade Street
Suite 101
Charlotte, NC 28202
(704) 331-0767 – telephone
(704) 331-0773 – facsimile

3