# <u>EXHIBIT A</u>



July 31, 2026

Mr. Greg Lindberg
Global Growth Holdings
P.O. Box 159
Thonotosassa, FL 33592

**RE: Indication of Interest in Business Combination with Damovo**

Dear Mr. Lindberg,

On behalf of Twelve Seas Investment Company III (the "Company"), a special purpose acquisition company listed on the NASDAQ ("TWLV") and currently holding approximately $175 million in trust capital, I am pleased to submit this letter outlining our interest in pursuing a potential business combination with Damovo, a multinational technology services company that provides communications, cybersecurity and other service to defense, healthcare, insurance, retail and other industries ("Damovo").

Based on our review of the materials previously provided to us about Damovo, and based on our independent research, we believe that Damovo represents a very attractive merger candidates for Twelve Seas.  We are especially impressed by Damovo's diversified customer base, its broad geographic presence, and its fast-growing artificial intelligence initiatives.

 We would be looking to structure a transaction with an enterprise value of Damovo of  $400 million, which would be paid through a combination of our cash in trust, additional funds raised (PIPE) and newly issued shares of our SPAC.

Please accept this letter as a formal indication of our interest in commencing discussions regarding a Twele Seas – Damovo merger. Any potential transaction would, of course, be subject to customary conditions, including the completion of satisfactory due diligence, necessary regulatory reviews and audits, and the execution of definitive transaction documentation.

We look forward to working closely with you and your team on this endeavor in the near future.

Sincerely,

Dimitri Elkin
CEO
Twelve Seas Investment Company III