UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
DOCKET NO. 3:23-CR-48-MOC

United States of America ,        )
                                  )
            Plaintiff,            )
                                  )
vs.                               )      MOTION FOR ADMISSION
                                  )      *PRO HAC VICE*
Greg E. Lindberg ,                )      and AFFIDAVIT
                                  )
            Defendant.            )
                                  )
_____          )

NOW COMES Benjamin L. Worley ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Ryan L. O'Neill ("Applicant"), who seeks permission to represent Marcin Czarnocki and Elizabeth Cava as the Joint Official Liquidators on behalf of PB Life and Annuity Co., Ltd., as the Joint Provisional Liquidators of Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd. ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1.      Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is New Jersey .

2.      Applicant practices under the name of or as a member of the following firm:

**Firm Name:** **Stevens & Lee, P.C.**

**Mailing Address:** **669 River Dr., Suite 201**

**City / State / Zip:** **Elmwood Park, NJ 07407**

**Telephone Number:** **201-857-6769**        **Facsimile Number:** **610-236-4909**

**Email Address (required):** **ryan.oneill@stevenslee.com**

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
New Jersey and the District of New Jersey
_____ .

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

2

By signing this Motion, we so certify.

This, the _____7_____ day of _____August_____, 20___.

_____     _____
Local Counsel                          Applicant

Attorney Name  Benjamin L. Worley
Bar Number  29527
Firm Name  Longleaf Law Partners
Firm Address  4509 Creedmoor Road, Suite 302
Firm City / State / Zip  Raleigh, NC 27612
Telephone Number  919-645-4302
Fax Number
Email Address  bworley@longleaflp.com

3