# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREG E. LINDBERG,

    *Defendant.*

Case No. 3:23-CR-48-MOC
Case No. 5:19-CR-22-MOC

Judge Max O. Cogburn, Jr.

## DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE AND TO CONTINUE TO SUPPLEMENT AS RECORDS BECOME AVAILABLE

Defendant Greg E. Lindberg respectfully moves for leave to file the accompanying Supplemental Response to the Special Master's Report, and to continue to supplement his Response and Objections as additional records become available. In support, Defendant states:

1.    Mr. Lindberg's prior counsel, Katten Muchin Rosenman LLP — which was replaced as his counsel — has been transferring the complete case files in tranches. The first tranche since Katten was replaced was transmitted to Mr. Lindberg on, August 7, 2026, at approximately 1:00 p.m.[1]; he has not yet been able to review the full record, and the transfer remains in progress.

2.    Mr. Lindberg submits the accompanying Supplemental Response based on the information available to him, and respectfully requests leave to

---

[1] As of the date of this filing, Mr. Lindberg has still been unable to access the materials in this first tranche. The files transmitted by his former counsel are password-protected, and the credentials necessary to open them have not yet been provided. Counsel will supplement promptly upon gaining access.

continue to supplement his Response and Objections as he obtains access to additional records from his former counsel and is able to provide that access to current counsel. He does not seek to delay; he seeks only to be heard on the complete record as it becomes available, and granting leave will prejudice no party.

3.      WHEREFORE, Defendant respectfully requests that the Court grant leave to file the accompanying Supplemental Response and to continue to supplement his Response and Objections as additional records become available.

Dated: August 10, 2026.

Respectfully submitted,

*/s/ Kenneth N. Barnes*[2]
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*Counsel for Greg E. Lindberg*

---

[2] Pursuant to LCrR 44.1 and LCvR 83.1 (c)(4), attorney Vivek Ramachandran has not signed this document while his Motion for Pro Hac Vice remains pending.

## CONSULTATION STATEMENT

Pursuant to the Local Rules, counsel states that the relief requested was raised with counsel for the United States and counsel for the Special Master. Defendant advised them that he would continue to file supplements as and when he obtains documents from his former counsel and is able to access them. Neither the Government nor the Special Master has responded on supplementation.

Dated: August 10, 2026.

Respectfully submitted,

*/s/ Kenneth N. Barnes*[3]
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*Counsel for Greg E. Lindberg*

---

[3] Pursuant to LCrR 44.1 and LCvR 83.1 (c)(4), attorney Vivek Ramachandran has not signed this document while his Motion for Pro Hac Vice remains pending.

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: August 10, 2026.

/s/ *Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*