## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GREG E. LINDBERG,

    Defendant.

Case No. 3:23-CR-48-MOC
Case No. 5:19-CR-22-MOC

## NOTICE OF FILING CERTIFICATE OF CANCELLATION FOR THE BECKETT COLLECTIBLES TRUST

Defendant Greg E. Lindberg, by through counsel, respectfully submits this Notice of Filing Certificate of Cancellation for the Beckett Collectibles Trust. A true and correct copy is attached hereto as Exhibit A.

Dated: August 10, 2026

Respectfully submitted,

/s/ Kenneth N. Barnes
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com
*Counsel for Greg E. Lindberg*[1]

---

[1] Pursuant to LCrR 44.1 and LCvR 83.1 (c)(4), attorney Vivek Ramachandran has not signed this document while his Motion for Pro Hac Vice remains pending.

1

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will serve notice on all counsel of record, including counsel for the United States.

Dated: August 7, 2026

/s/ Kenneth N. Barnes
Kenneth N. Barnes

2