**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CR-048-MOC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GREG E. LINDBERG,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 287) filed by Local Counsel Benjamin L. Worley on August 7, 2026.

Applicant David M. Stewart seeks to appear as counsel *pro hac vice* for Interested Parties Marcin Czarnocki and Elizabeth Cava as the Joint Official Liquidators on behalf of PB Life and Annuity Co., Ltd., as the Joint Provisional Liquidators of Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 287) is **GRANTED**.

David M. Stewart is hereby admitted *pro hac vice* to represent Interested Parties Marcin Czarnocki and Elizabeth Cava as the Joint Official Liquidators on behalf of PB Life and Annuity Co., Ltd., as the Joint Provisional Liquidators of Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd.

**SO ORDERED**.

Signed: August 13, 2026

David C. Keesler
United States Magistrate Judge