**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>GREG E. LINDBERG,<br><br>Defendant. | Case No. 3:23-CR-48-MOC<br>Case No. 5:19-CR-22-MOC<br><br>Judge Max O. Cogburn, Jr. |

**DEFENDANT'S NOTICE OF ERRATA TO HIS MOTION TO STRIKE THE GOVERNMENT'S OMNIBUS RESPONSE (DOC. 290)**

Defendant Greg E. Lindberg respectfully submits this notice of errata to correct a single quotation in his Motion to Strike the Government's Omnibus Response in Opposition (Doc. 290). The correction is to the quotation of Paragraph 8(a) of the Plea Agreement (Doc. 40) that appears in Paragraph 9, on page 6, of Doc. 290. It does not alter the substance of the Motion or any argument in it.

As filed, the sentence reads:

The plea agreement confirms the point expressly: it provides that restitution "may be different from, greater, or lesser than" the loss found under U.S.S.G. § 2B1.1. Plea Agreement ¶ 8(a) (Doc. 40).

Corrected to conform to the Plea Agreement, the sentence should read:

The plea agreement confirms the point expressly: it provides that "loss" under U.S.S.G. § 2B1.1 "may be different from, greater, or lesser than restitution under 18 U.S.C. § 3556." Plea Agreement ¶ 8(a) (Doc. 40).

The point for which the sentence was offered is unchanged. Paragraph 8(a) confirms that the Guidelines loss figure and restitution are distinct and may differ, so that Mr. Lindberg's agreement in Paragraph 10(a) to pay "full restitution, regardless of the resulting loss amount" fixes no amount and does not displace the requirement that any loss be caused by the conduct of conviction. Defendant respectfully requests that the Court and the parties treat Paragraph 9 of Doc. 290 as so corrected.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
barnesatty@aol.com

/s/ Vivek Ramachandran
Vivek Ramachandran
Dhamma Law PLLC
418 Broadway, Suite N
Albany, NY 12207
(202) 860-4084
vramachandran@dhammalaw.com
*Admitted Pro Hac Vice*

*Counsel for Greg E. Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*