IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**GREG E. LINDBERG,**<br><br>Defendant | Case No. 3:23-CR-48-MOC<br><br>Judge Max O. Cogburn, Jr. |

**LETTER OF MICHAEL HUMPHREYS, INSURANCE COMMISSIONER, PENNSYLVANIA INSURANCE DEPARTMENT, AS *AMICUS CURIAE* IN SUPPORT OF THE COMMISSIONER OF THE VERMONT DEPARTMENT OF FINANCIAL REGULATION'S OBJECTION AND MOTION FOR RECONSIDERATION OF THE PRELIMINARY ORDER OF RESTITUTION AND JUDGMENT**

This 20th day of August 2026.

**s/ Lee M. Cobb**

Lee M. Cobb Bar Number: 41165
Attorney for Amicus Curiae Michael Humphries, Insurance Commissioner, Pennsylvania Insurance Department
Pennsylvania Insurance Department
Office of Chief Counsel
901 N. 7th Street, 3rd Floor
Harrisburg, PA 17102
Telephone: (717) 772-0791
Fax: (717) 772-4543
E-mail: lecobb@pa.gov

Pennsylvania Insurance Department

Office of the Insurance Commissioner
1326 Strawberry Square, Harrisburg, PA 17120
Phone: 717.783.0442
Fax: 717.772.1969
Email: ra-in-commissioner@pa.gov

June 17, 2026

Honorable District Judge Max O. Cogburn, Jr.
319 U.S. Courthouse Building
100 Otis Street
Asheville, NC 28801

I serve as the Insurance Commissioner for the Commonwealth of Pennsylvania Insurance Department ("PID"). The PID is the domiciliary insurance regulator for United Security Assurance Company of Pennsylvania ("USAP"), an insurer whose business consists of long-term care insurance policies held by older Americans around the country. Long-term care insurance covers residents in nursing and assisted living facilities, as well as home health care and adult day care for individuals unable to care for themselves.

In 2016, USAP was induced by associates of Defendant Greg E. Lindberg to reinsure virtually all of its long-term care business with Vista Life & Casualty Reinsurance Company ("Vista"), now in receivership as Protected Cell 1.16, n/k/a ViUS PC 2016-A IC, Inc. ("Cell 1.16"). For that purpose, through a series of complex transactions described in earlier filings,[1] USAP transferred approximately $171 million to Cell 1.16, and these funds in turn were effectively invested in loans related to Defendant Lindberg. USAP is the only reinsured of Cell 1.16.[2]

In his April 3, 2026, Report and Recommendations Regarding Restitution (Doc. No. 106), Special Master Joseph W. Grier, III, (the "Special Master") advised the Court of his belief that:

*Cell 1.16 and USAP satisfy almost all of the elements of the Special Master's Definition* [for those eligible for restitution]. *Where the Special Master believes Cell 1.16 and USAP fall short of qualifying for restitution in this Case is that neither Cell 1.16 nor USAP have pointed to specific instances where Defendant misrepresented or concealed the nature of the Affiliate Investments*.

[1] See Doc. No. 106-3, Appendix 2 to Report and Recommendations Regarding Restitution, pages 23-24; Doc. No. 113, Declaration of Donald D. Solow in Support of Objections to the Special Master's Report and Recommendations Regarding Restitution, ("Solow Declaration"); Doc. No. 115, Objection of Cell 1.16's Rehabilitator to the Special Master's Report and Recommendations Regarding Restitution; and Doc. No. 153, Renewed Objection of Cell 1.16's Rehabilitator to the Special Master's Supplement to Report and Recommendations.

[2] *Id.*

The Special Master repeats this conclusion in his May 15, 2026, Supplement to Report and Recommendations Regarding Restitution (Doc. No. 146).

As the filings regarding and opposing this determination demonstrate, there is no material qualitative difference between USAP's derivative entitlement to restitution (through Cell 1.16) and that of the North Carolina and Bermuda insurers that the Special Master does recommend be awarded restitution. Respectfully, I write to emphasize that the actual victims here are USAP's long-term care insurance policyholders in Pennsylvania and around the country. The ability of USAP's policy holders to receive the benefits USAP promised, and for which each of the policy holders paid thousands of dollars in premiums, depends on recovery of USAP's assets illegally "invested" by Defendant Lindberg's organization. Awarding restitution to USAP for the benefit of its insureds on the same terms as to the other insurers and their insureds recommended by the Special Master is not only justified but essential for the protection of these elderly Pennsylvanians and Americans.

Respectfully submitted,

Michael Humphreys
Pennsylvania Insurance Commissioner

cc: Joseph W. Grier, III, Special Master
Mike Dinius, MDinius@noblecon.net
J. David Leslie, dleslie@davismalm.com

Respectfully Submitted,

**s/ Lee M. Cobb**

Lee M. Cobb Bar Number: 41165
Attorney for Amicus Curiae Michael Humphries, Insurance Commissioner, Pennsylvania Insurance Department
Pennsylvania Insurance Department
Office of Chief Counsel
901 N. 7th Street, 3rd Floor
Harrisburg, PA 17102
Telephone: (717) 772-0791
Fax: (717) 772-4543
E-mail: lecobb@pa.gov

This 20th day of August 2026

**CERTIFICATE OF ARTIFICIAL INTELLIGENCE**

The undersigned hereby certifies that pursuant to the Standing Order filed on 18 June 2024, that no artificial intelligence was employed in doing the research for the preparation of this document. Further, the undersigned certifies that every statement and every citation of authority contained in this document has been checked by an attorney.

This 20th day of August 2026.

**s/ Lee M. Cobb**

Lee M. Cobb Bar Number: 41165
Attorney for Amicus Curiae Michael Humphries, Insurance Commissioner, Pennsylvania Insurance Department
Pennsylvania Insurance Department
Office of Chief Counsel
901 N. 7th Street, 3rd Floor
Harrisburg, PA 17102
Telephone: (717) 772-0791
Fax: (717) 772-4543
E-mail: lecobb@pa.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing Motion were served on those parties requesting notice in this case, via ECF and/or email.

This 20th day of August 2026.

**s/ Lee M. Cobb**

Lee M. Cobb Bar Number: 41165
Attorney for Amicus Curiae Michael Humphries, Insurance Commissioner, Pennsylvania Insurance Department
Pennsylvania Insurance Department
Office of Chief Counsel
901 N. 7th Street, 3rd Floor
Harrisburg, PA 17102
Telephone: (717) 772-0791
Fax: (717) 772-4543
E-mail: lecobb@pa.gov