**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREG E. LINDBERG,<br>Defendant. | Case No. 3:23-CR-48-MOC<br>Judge Max O. Cogburn, Jr. |

**DEFENDANT'S NOTICE OF CORRECTION TO HIS RESPONSE TO THE UNITED STATES' CONSOLIDATED POSITION REGARDING RESTITUTION (DOC. 308)**

Defendant Greg E. Lindberg respectfully submits this Notice of Correction to his Response (Doc. 316) in opposition to the United States' Consolidated Position Regarding Restitution (Doc. 308):

1. The signed Declaration of Greg E. Lindberg in Response to the Government's December 18, 2024 Allegations — referenced in the Response as Defendant's Exhibit 1, Tab B — was inadvertently omitted from the Response as filed: the signature on this second affidavit was not obtained before the Response was filed yesterday. Mr. Lindberg has since signed the Declaration, executed August 24, 2026. Defendant now files the signed Declaration to complete Defendant's Exhibit 1, Tab B, together with its Attachment 2 (Mr. Lindberg's letters concerning AAPC).

2. Defendant also corrects the citation to that Declaration: the Response's reference to "Def. Ex. 1, Tab B ¶¶ 117, 119" should read "Def. Ex. 1, Tab B ¶¶ 4, 6, and Attachment 2 thereto." This Notice and the signed Declaration (Def. Ex. 1, Tab B) are filed on both above-captioned dockets.

[Signature page follows.]

Dated: August 24, 2026

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*/s/ Vivek Ramachandran*
Vivek Ramachandran
Dhamma Law PLLC
418 Broadway, Suite N
Albany, NY 12207
Email: vramachandran@dhammalaw.com
*Admitted pro hac vice*

*Counsel for Greg E. Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: August 24, 2026

*<u>/s/ Kenneth Barnes</u>*
Kenneth Barnes
*Counsel for Greg E. Lindberg*