# EXHIBIT A-1

# Katten

Direct Billing Inquiries to:
**Daija Jackson**
daija.jackson@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

July 31, 2026

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40338601
Client No. 392191
Matter No. 00005

FEIN: 36-2796532

**Re: DOJ Investigation** (392191.00005)

| | |
|---|---|
| For legal services rendered through June 30, 2026 | $160,074.00 |
| Less Discount 15% | (24,011.10) |
| Sub-Total Fees: | $136,062.90 |
| Disbursements and other charges | $ 3,623.69 |
| **CURRENT INVOICE TOTAL:** | **$139,686.59** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 20 May 26 | McCarthy, Brandon N. | Conduct four separate strategy conferences regarding [redacted] [1.1]; attend to multiple contested issues raised by the Special Master and client, and draft and review correspondence concerning same [.5]; continue preparation for upcoming hearing, including attention to allocution issues [.5]; work on contested forfeiture matter involving approximately $230 million and confer with DOJ regarding same [.5]; follow-up with client and expert concerning [redacted] [.5]; edit proposed [redacted] motion and order [.5]; draft correspondence with Special Master regarding outstanding matters [.5]; review and analyze recently filed PSR and continue attention to victim impact statements [1.0]. | 5.10 |
| 21 May 26 | McCarthy, Brandon N. | Attend strategy conference with co-counsel regarding [redacted] [.5]; analyze multiple [redacted] matters raised during conference and continue review of PSR and contested restitution claims [.5]; continue assessment of applicable [redacted] [.1]; confer with local counsel regarding [redacted] [.5]; review and analyze victim impact letters and supporting character letters for client [.5]; attend to affiliate analysis provided by Special Master [.5]; continue preparation for upcoming hearing, including review of [redacted] [1.5]. | 4.10 |
| 22 May 26 | McCarthy, Brandon N. | Attention to [redacted] [.9]; attention to Martinez suppl filing [.5]; conf call on [redacted] [.5]; attention to [redacted] [.2]; attention to arguments from DOJ [.2]; draft and review analysis on [redacted] [.6]. | 2.90 |
| 29 May 26 | McCarthy, Brandon N. | Attention to inquiries from client[ .1]; attention to USMS recent action [.1]; confer with DOJ and USMS on same [.1]; attention to proposed filings on restitution [.1]; attention to Court Order and rulings and procedural effect of 1.6B Restitution Order [.1]; confer with appellate section on [redacted] [.1]; draft letter to DOJ [.2]; review sentencing transcript regarding move to Pike County [.4]; draft summary of [redacted] for submission to USMS and DOJ [.3]; follow-up on [redacted] by client with local counsel [.3]; attention to privilege analysis regarding assistants [.2]; telephone conference on all [1.1]. | 3.10 |
| 01 Jun 26 | Smith, Robert T. | Draft [redacted] [.7]; make revisions to the [redacted] [.4]. | 1.10 |
| 01 Jun 26 | McCarthy, Brandon N. | Work on issues related to placement with USMS and DOJ [.2]; draft correspondence on same [.1]; work on potential joint motion/unopposed with DOJ on same [.5]; attention to correspondence from USMS [.5]; conf call with client/team [.3]; attention to court filings [.2]; attention to sentencing transcript request [.2]; attention | 3.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | to verification to SM Paladin [.3]; attention to Rule 46c and draft [redacted] [.3]; attention to USMS designation issues [.2]; attention to [redacted] by client [.5]. | |
| 01 Jun 26 | Meyer, Ryan J. | Attention to new orders issued by court [.2]; confer with Paladin on same [.2]; conferences with B. McCarthy, R. Smith, and J. Wyatt regarding [redacted] [.5]; correspondence with Paladin on follow-up meeting [.3]. | 1.20 |
| 01 Jun 26 | Upthegrove, Joshua R. | Multiple correspondence with GCDC regarding meetings with client [.5]; update team regarding [redacted] [.3]. | 0.80 |
| 02 Jun 26 | Smith, Robert T. | Call with client about [redacted] [.5]. | 0.50 |
| 02 Jun 26 | McCarthy, Brandon N. | Attention to [redacted] [.3]; attention to [redacted] county [.3]; review recommendation and transcript from Judge Cogburn [.3]; review order from Judge Coburn [.5]; review preliminary motion to delay designation to BOP [.5]; Zoom conference with client and legal team on [redacted] [.5]; draft review multiple correspondence on sale [.5]. | 2.90 |
| 02 Jun 26 | McCarthy, Brandon N. | Continue to work on access issues with DOJ and USMS [.3]; attention to [redacted] DOJ [.3]; attention to privilege issues regarding [redacted] [.3]; draft correspondence to USMS and DOJ [.2]; attention to sentencing transcript for support [.3]; conf call conducted on case regarding pending [redacted] [.5]. | 1.90 |
| 02 Jun 26 | Meyer, Ryan J. | Prepare for and meet with client regarding [redacted] [.8]; review and analyze [redacted] [.2]; confer with J. Wyatt on [redacted] [.2]; multiple correspondence with client and B. McCarthy on [redacted] [1.2]; follow-up with A. Friedman at USMS regarding same, providing citations to relevant transcripts and judgments [.7]; follow-up correspondence with client regarding [redacted] [.6]; review and analyze correspondence on [redacted] [.4]. | 4.10 |
| 02 Jun 26 | Upthegrove, Joshua R. | Attend meeting with client [1.0]; logistical set up of two more meetings this week [.3]; begin batching up pleadings and victim statements [.7]. | 2.00 |
| 03 Jun 26 | McCarthy, Brandon N. | Confer with local counsel on [redacted] [.3]; conf with client [.3]; draft multiple emails on pending issues [.2]; confer with DOJ [.3]; attention to [redacted] to DOJ [.3]; review [redacted] from client on objections [redacted] [.3]; address [redacted] with client [.1]. | 1.80 |
| 03 Jun 26 | Meyer, Ryan J. | Multiple correspondence with client and co-defense team on [redacted] [1.4]; multiple conferences with team on [redacted] issues and strategy for [redacted] [1.5]. | 2.90 |
| 04 Jun 26 | Smith, Robert T. | Call with client about [redacted] [.5]. | 0.50 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 04 Jun 26 | McCarthy, Brandon N. | Work on contested restitution issues [.5]; review multiple [redacted] from client in support of [redacted] [.5]; attention to proposed [redacted] [.5]; confer with local counsel on [redacted] [.5]; confer with client on [redacted] [.3]; attention to [redacted] analysis [.4]. | 2.70 |
| 04 Jun 26 | Meyer, Ryan J. | Finalize and file motion to delay reporting date [.3]; update client on [redacted] [.2]; begin to review additional [redacted] from client team [.9]; prepare for and meet with client on [redacted] [1.2]; begin to review and analyze additional [redacted] provided by client [.6]. | 3.20 |
| 04 Jun 26 | Upthegrove, Joshua R. | Meeting with client [1.0]. | 1.00 |
| 04 Jun 26 | Pecoraro, Andrew J. | Review and analyze preliminary order of restitution and supplemental report of Special Master regarding restitution [1.0]. | 1.00 |
| 05 Jun 26 | McCarthy, Brandon N. | Continue to work on [redacted] analysis [.3]; attention to info and correspondence on [redacted] [.3]; attention to proposed motion with DOJ consent [.3]; conf call previous day [DOJ] [.1]; attention to proposed [redacted] proposed by client [.3]; follow up with local on [redacted] [.4]. | 1.70 |
| 05 Jun 26 | Meyer, Ryan J. | Review and analyze additional information from client [1.1]; strategy conference with A. Pecoraro regarding [redacted] [1.0]; prepare for and meet with Paladin regarding follow-up items [1.6]. | 3.70 |
| 05 Jun 26 | Pecoraro, Andrew J. | Teleconference with R. Meyer regarding [redacted] [.3]; review draft revised [redacted] [1.0]; legal research regarding motion to [redacted] [.7]. | 2.00 |
| 07 Jun 26 | Pecoraro, Andrew J. | Review and [redacted] to [redacted] prepared by client [1.2]; review draft motion to [redacted] regarding [redacted] [.8]. | 2.00 |
| 08 Jun 26 | McCarthy, Brandon N. | Work on issues related to [redacted] analysis [.2]; review multiple proposed [redacted] from client [ .3]; attention to sentencing transcript and draft supporting arguments to DOJ on designation delay [.2]; attention to revised proposed Order to court [.5]; work on revised [redacted] [.5]; attention to specific intent analysis [.5]; conf with local counsel on [redacted] [.5]; draft notice to DOJ on upcoming notice of appeal [.5]. | 3.20 |
| 08 Jun 26 | Meyer, Ryan J. | Attention to correspondence with client on [redacted] [.6]; follow-up with B. McCarthy on [redacted] [.2]. | 0.80 |
| 08 Jun 26 | Upthegrove, Joshua R. | Phone conference with Korby regarding [redacted] [.7]. | 0.70 |
| 08 Jun 26 | Pecoraro, Andrew J. | Review and analyze issues relating to [redacted] regarding restitution [redacted] [2.0]. | 2.00 |
| 08 Jun 26 | Pecoraro, Andrew J. | Revise [redacted] prepared by client [1.4]; correspond with B. McCarthy and R. Meyer regarding [redacted] [.3]; further revise [redacted] to reflect [redacted] [.6]; review [redacted] from G. | 3.20 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Lindberg regarding [redacted] [.4]; correspond with Katten team regarding [redacted] [.5]. | |
| 09 Jun 26 | McCarthy, Brandon N. | Continue revising [redacted] [.3]; analyze [redacted] and [redacted] in support of proposed [redacted] [.3]; review and revise proposed Order and follow up with D. Ryan regarding same [.3]; draft correspondence to client concerning [redacted] [.5]; review and analyze [redacted] [.5]; confer with DOJ regarding request and motion to be forwarded to BOP [.3]; analyze [redacted] affecting [redacted] [.2]; draft follow-up correspondence to client regarding [redacted] [.5]; review multiple new filings submitted by unknown NC counsel and assess [redacted] [.5]; draft correspondence to NC counsel regarding same and follow up with local counsel concerning [redacted] [.5]. | 3.90 |
| 09 Jun 26 | Pecoraro, Andrew J. | Correspond with R. Smith regarding [redacted] [.3]; legal research regarding [redacted] [.6]. | 0.90 |
| 10 Jun 26 | Smith, Robert T. | Communicate with client about withdrawal [redacted] [.6]. | 0.60 |
| 10 Jun 26 | McCarthy, Brandon N. | Continue reviewing multiple filings submitted by unknown North Carolina counsel [.3]; follow up with client regarding [redacted] [.3]; confer repeatedly with local counsel concerning [redacted] [.2]; confer with DOJ regarding its demand that we withdraw the latest pleadings [.5]; [note: we refused their request]; draft responsive email to DOJ [.5]; address [redacted] with R. Smith and appellate team, including [redacted] [.5]; confer with Korby H. and review multiple [redacted] [1.0]. | 3.30 |
| 10 Jun 26 | Pecoraro, Andrew J. | Draft and prepare [redacted] for G. Lindberg regarding [redacted] [1.6]. | 1.60 |
| 11 Jun 26 | Smith, Robert T. | Review communications; review [redacted] [.8]. | 0.80 |
| 11 Jun 26 | McCarthy, Brandon N. | Work on [redacted] and [redacted] to client for [redacted] and [redacted] for new counsel [over midnight] [.5]; draft correspondence on case [.5]; call to client's assistant; attention to local counsel motions [.3]; conf with J. Wyatt on [redacted] [.3]; attention to appeal issues raised [.3]; attention to notice of appeal [filed in error by new NC counsel] [.1]; attention to writ of mandamus by Consevatrix [.3]; follow up on [redacted] with client [.3]; attention to multiple recent filings [.3]; draft and review multiple | 3.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | correspondence on same [.1]; review 50+ emails from today on outstanding issues and upcoming deadlines and new counsel's multiple errors in filing [.3]. | |
| 11 Jun 26 | Meyer, Ryan J. | Attention to Conservatrix mandamus petition and 4th Circuit order on same [.8]; correspond with R. Smith to ensure [redacted] [.4]. | 1.20 |
| 11 Jun 26 | Upthegrove, Joshua R. | Review file for communications with Martinez and USMS to provide to client [.8]; multiple correspondence with B. McCarthy and R. Meyer regarding [redacted] [.3]. | 1.10 |
| 11 Jun 26 | Upthegrove, Joshua R. | Set up attorney visit with client via GCDC procedures [.5]. | 0.50 |
| 12 Jun 26 | Smith, Robert T. | Prepare and file motion to withdraw [.5]; call with client [.8]. | 1.30 |
| 12 Jun 26 | McCarthy, Brandon N. | Prepare for upcoming zoom meeting with client [.2]; continue to work on [redacted] [.3]; conf with appellate section on [redacted] and [redacted] [.2]; work on transition to new counsel, Alex Little [.2]; meet with client via zoom [.1]; confer with J. Wyatt multiple times [.1]; draft correspondence with DOJ [.2]; draft correspondence with USMS [2]; attention to PCDC motion pending [.1]; review and edit [redacted] [.2]; same filed [.1]; review local counsel [redacted] [.2]; attention to Writ filed by Consevatrix seeking victim designation and attn to expedited reply requirements [.4]. | 4.20 |
| 12 Jun 26 | Upthegrove, Joshua R. | Meeting with client [1.0]; prepare and efile motions to withdraw [.8]; begin review of [redacted] [.9]. | 2.70 |
| 15 Jun 26 | McCarthy, Brandon N. | Draft correspondence with and to D. Ryan at DOJ [.2]; attention to multiple protective orders in place and handling of same with transfer of discovery [.5]; attention to legal requirements [.2]; attention to recent filings in case; review same for accuracy [.3]; attention to motion to substitute [.2]; review and revise correspondence related to same [.2]; review discovery cont'd [voluminous] to determine what can legally be sent at this time [.2]; draft multiple emails to new counsel for transition [.2]; call to same [.1]; draft correspondence to client [.1]. | 2.20 |
| 15 Jun 26 | Meyer, Ryan J. | Confer with G. Lindberg's new counsel regarding [redacted] [.4]. | 0.40 |
| 15 Jun 26 | Upthegrove, Joshua R. | Attention to [redacted] to new counsel [1.3]. | 1.30 |
| 16 Jun 26 | McCarthy, Brandon N. | Attention to client inquiry [.5]; attention writ of mandamus and Order from 4th Circuit [.1]; follow up on [redacted] with client [.5]; attention to court correspondence and rebuttal from new counsel to court [.2]; attention to DOJ response and inquiry [.5]; review Fulsome response from SM [.1]; follow up with client on [redacted] [.1]; attention to Vista analysis [.1]; attention to motion to substitute [.5]. | 2.60 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 16 Jun 26 | Upthegrove, Joshua R. | Gather all protective orders, and research Cogburn's standing discovery order [.8]; begin organizing files for transfer [.8]; review correspondence from new counsel's paralegal [.1]. | 1.70 |
| 17 Jun 26 | Smith, Robert T. | Attend telephonic hearing [.2]. | 0.20 |
| 17 Jun 26 | McCarthy, Brandon N. | Prepare for upcoming hearing called by court [.1]; continue to review voluminous new filings to [redacted] [.5]; draft correspondence on case [.3]; attention to multiple correspondence from DOJ [.2]; attention to correspondence from court [.3]; attend hearing [.2]; follow up with SM; attention to [redacted] [.5]; attention to recently filed motions by DOJ and new counsel in opposition [.5]; attention to inquiry from A Little [.5]. | 3.10 |
| 17 Jun 26 | Meyer, Ryan J. | Attention to request from Court for hearing and confer with J. Wyatt and B. McCarthy on [redacted] [.6]; follow-up [redacted] with B. McCarthy following same [.4]. | 1.00 |
| 18 Jun 26 | Smith, Robert T. | Call with R. Meyer about [redacted] [.7]. | 0.70 |
| 18 Jun 26 | McCarthy, Brandon N. | Attention to recent custody designation [.2]; draft and review correspondence regarding same [.2]; attention to designation location request [.2]; continue work on [redacted] [.8]. | 1.40 |
| 19 Jun 26 | McCarthy, Brandon N. | Continue to work on transition of files to new counsel [.1]; follow up tele conf with counsel on case [.1]; attention to [redacted] related to costs of NC and impact on [redacted] analysis [6]. | 0.80 |
| 22 Jun 26 | McCarthy, Brandon N. | Confer with local counsel regarding [redacted] [.1]; confer with the court regarding matters pending for filing [.1]; attention to filings due today [.1]; continue transitioning the file to new counsel [.1]; confer with new counsel regarding [redacted] [.1]; draft and review correspondence with client [.2]; attention to correspondence and linked materials received from client [.5]; attention to ex parte issue raised by the court and coordination with new counsel regarding same [.5]. | 1.70 |
| 23 Jun 26 | McCarthy, Brandon N. | Continue to work on transition to new counsel [.2]; review docs for same; review protective orders/likewise [.2]; review emergency motions [.4]; draft correspondence with client/reps [.3]; attention to motion to dismiss/withdraw [.3]. | 1.40 |
| 24 Jun 26 | McCarthy, Brandon N. | Review and analyze newly filed pleadings [.1]; continue coordinating transition of the matter to new counsel, including attention to [redacted] [.4]; draft and review correspondence regarding [redacted] [.2]. | 0.70 |
| 25 Jun 26 | McCarthy, Brandon N. | Review of recently filed motions including access to counsel follow up motion [.3]; follow up with local counsel regarding [redacted] [.4]; follow up with Lindberg team continued on | 1.70 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | [redacted] [1.0]. | |
| 27 Jun 26 | McCarthy, Brandon N. | Review recent pleadings and client objections in response to third-party motions, including analysis of the most recent filing [.4]; follow up with client and client team regarding [redacted] [.4]; analyze and respond to multiple requests for [redacted] [.5]; draft and review correspondence regarding [redacted] [.5]. | 1.80 |
| 28 Jun 26 | McCarthy, Brandon N. | Review recent pleadings and client objections in response to third-party motions, including analysis of the most recent filing [.4]; follow up with client and client team regarding [redacted] [.4]; analyze and respond to multiple requests for [redacted] [.5]; draft and review correspondence regarding [redacted] [.5]. | 1.80 |
| 29 Jun 26 | Upthegrove, Joshua R. | Attention to key files for transfer [.7]. | 0.70 |
| | | **TOTALS:** | **116.00** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Attorney or Assistant | | Hours | Regional Rate | Regional Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|---|
| McCarthy, Brandon N. | | 66.60 | 1,520.00 | $101,232.00 | 1,292.11 | $86,047.28 |
| Meyer, Ryan J. | | 18.50 | 1,395.00 | $25,807.50 | 1,185.75 | $21,936.36 |
| Pecoraro, Andrew J. | | 12.70 | 1,315.00 | $16,700.50 | 1,117.75 | $14,195.42 |
| Smith, Robert T. | | 5.70 | 1,495.00 | $8,521.50 | 1,270.74 | $7,243.25 |
| Upthegrove, Joshua R. | | 12.50 | 625.00 | $7,812.50 | 531.24 | $6,640.59 |
| | **TOTAL:** | **116.00** | | **$160,074.00** | | **$136,062.90** |

## DISBURSEMENTS

Matter 00005: DOJ Investigation

| Date | Description | Amount |
|---|---|---|
| 30 Apr 26 | Vendor: US Courts Pacer Service Center; Invoice#: 043026-PACER; Date: 4/30/2026 - Reallocation of April PACER chargebacks: NYC, CHI, LAX, WAS Offices - Pacer - April Chargebacks - 392191 00005 | 9.10 |
| 24 May 26 | Vendor: Meyer, Ryan Invoice#: 8227432326160428 Date: 6/26/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - 05-24 thru 05-26 flight Date Incurred: 05/24/26 010082274323 | 169.00 |
| 25 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - Hotel Fee Date Incurred: 05/25/26 010082272591 | 7.00 |
| 25 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - Uber Date Incurred: 05/25/26 010082272591 | 45.97 |
| 25 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - 5.25-5.26 Flight Date Incurred: 05/25/26 010082272591 | 464.40 |
| 25 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - Flight AA DFW CLT Date Incurred: 05/25/26 010082272591 | 739.40 |
| 25 May 26 | Vendor: Meyer, Ryan Invoice#: 8227432326160428 Date: 6/26/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - 05-24 thru 05-26 flight Date Incurred: 05/25/26 010082274323 | 513.40 |
| 26 May 26 | Vendor: Meyer, Ryan Invoice#: 8227432326160428 Date: 6/26/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - 05-25 thru 05-26 JW MARRIOTT CHARLOTTE Hotel Date Incurred: 05/26/26 010082274323 | 371.88 |
| 26 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - 05-25 thru 05-26 JW MARRIOTT CHARLOTTE Hotel Date Incurred: 05/26/26 010082272591 | 361.88 |
| 26 May 26 | Vendor: Meyer, Ryan Invoice#: 8227432326160428 Date: 6/26/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - 05-25 thru 05-26 Parking Date Incurred: 05/26/26 010082274323 | 110.09 |
| 26 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - Uber Court sentencing hearing Date Incurred: 05/26/26 010082272591 | 28.77 |
| 26 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - Uber Court sentencing hearing Date Incurred: 05/26/26 010082272591 | 26.67 |
| 26 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - Uber Court sentencing hearing Date Incurred: 05/26/26 010082272591 | 7.00 |
| 26 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - Uber Court sentencing hearing Date Incurred: 05/26/26 010082272591 | 25.11 |
| 26 May 26 | Vendor: Meyer, Ryan Invoice#: 8227432326160428 Date: 6/26/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - 05-24 thru 05-26 flight Date Incurred: 05/26/26 010082274323 | 665.40 |
| 27 May 26 | Vendor: McCarthy, Brandon N. Invoice#: 8227259101160113 Date: 7/1/2026 - 5.25-5.26 Trip NC Lindberg Sentencing - Uber Date Incurred: 05/27/26 010082272591 | 34.22 |
| 18 Jun 26 | Vendor: US Courts Pacer Service Center; Invoice#: 053126-PACER; Date: 5/31/2026 - Reallocation of May PACER chargebacks: NYC, CHI, LAX, WAS Offices - PACER - May Chargebacks 392191-00005 | 4.00 |

## DISBURSEMENTS

Matter 00005: DOJ Investigation

| Date | Description | Amount |
|---|---|---|
| 18 Jun 26 | Vendor: US Courts Pacer Service Center; Invoice#: 053126-PACER; Date: 5/31/2026 - Reallocation of May PACER chargebacks: NYC, CHI, LAX, WAS Offices - PACER - May Chargebacks 392191-00005 | 1.70 |
| 30 Jun 26 | Vendor: US Courts Pacer Service Center; Invoice#: 063026-PACER; Date: 6/30/2026 - Reallocation of JunePACER chargebacks: NYC, CHI, LAX, WAS Offices - PACER - June Chargebacks - 392191 00005 | 3.00 |
| 30 Jun 26 | Vendor: US Courts Pacer Service Center; Invoice#: 063026-PACER; Date: 6/30/2026 - Reallocation of JunePACER chargebacks: NYC, CHI, LAX, WAS Offices - PACER - June Chargebacks - 392191 00005 | 35.70 |
| | **TOTAL DISBURSEMENTS:** | **$3,623.69** |

## SUMMARY OF DISBURSEMENTS

Matter 00005: DOJ Investigation

| | |
|---|---|
| Travel - Hotel | $740.76 |
| Out of Town Travel | $277.83 |
| Legal Research | $53.50 |
| Airfare | $2,551.60 |
| **TOTAL DISBURSEMENTS:** | **$3,623.69** |
| **MATTER TOTAL:** | **$139,686.59** |

# Katten

Direct Billing Inquiries to:
**Daija Jackson**
daija.jackson@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

July 31, 2026

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40338602
Client No. 392191
Matter No. 00008

FEIN: 36-2796532

**Re: SEC v. Lindberg, et al** (392191.00008)

| | |
|---|---|
| For legal services rendered through June 30, 2026 | $4,029.00 |
| Less Discount 15% | (604.35) |
| Sub-Total Fees: | $3,424.65 |
| **CURRENT INVOICE TOTAL:** | **$3,424.65** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00008: SEC v. Lindberg, et al

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Jun 26 | McCarthy, Brandon N. | Follow up with SEC on their inquiry [.1]; draft and review multiple correspondence on case [.9]. | 1.00 |
| 02 Jun 26 | Meyer, Ryan J. | Correspondence with SEC regarding update to Court in light of sentencing [.2]. | 0.20 |
| 03 Jun 26 | McCarthy, Brandon N. | Attention to SEC joint status report [.5]. | 0.50 |
| 03 Jun 26 | Meyer, Ryan J. | Prepare for and meet with K. Wisniewski and A. Qualls regarding necessary update to Court and potential resolution [.4]. | 0.40 |
| 15 Jun 26 | McCarthy, Brandon N. | Draft correspondence to SEC regarding protective orders [.6]. | 0.60 |
| | | **TOTALS:** | **2.70** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00008: SEC v. Lindberg, et al

| Attorney or Assistant | | Hours | Agreed Rate | Agreed Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|---|
| McCarthy, Brandon N. | | 2.10 | 1,520.00 | $3,192.00 | 1,292.00 | $2,713.20 |
| Meyer, Ryan J. | | 0.60 | 1,395.00 | $837.00 | 1,185.75 | $711.45 |
| | **TOTAL:** | **2.70** | | **$4,029.00** | | **$3,424.65** |

# Katten

Direct Billing Inquiries to:
**Daija Jackson**
daija.jackson@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

June 30, 2026

Lindberg, Greg
c/o Global Growth Holdings, Inc.
4750 New Broad Street
Suite 125
Orlando, FL 32814

Invoice No. 40330705
Client No. 392191
Matter No. 00005

FEIN: 36-2796532

**Re: DOJ Investigation** (392191.00005)

| | |
|---|---|
| For legal services rendered through May 31, 2026 | $269,234.00 |
| Less Discount 15% | (40,385.10) |
| Sub-Total Fees: | $228,848.90 |
| Disbursements and other charges | $ 444.60 |
| **CURRENT INVOICE TOTAL:** | **$229,293.50** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 May 26 | McCarthy, Brandon N. | Attention to [redacted] analysis [.5]; continue work on Response to SM, including attention to [redacted] [.5]; attention to client's proposed [redacted] [.5]; attenti on to [redacted] memorandum and applicability of [redacted] [.5]; draft and review multiple correspondence related to the case [.7]; follow up with local counsel regarding [redacted] [.5]. | 3.20 |
| 01 May 26 | Meyer, Ryan J. | Prepare for and meet with client regarding [redacted] [1.6]; draft, review, revise, and finalize [redacted] [4.4]; begin to review and analyze client's draft [redacted] [.4]. | 6.40 |
| 01 May 26 | Pecoraro, Andrew J. | Edit response to Special Master report to [redacted] [1.0]; review [redacted] to reconcile [redacted] [.6] | 1.60 |
| 02 May 26 | McCarthy, Brandon N. | Prep for client meeting [.3]; attention to multiple items and documents [Exhibits 10] [.6]; confer with GEL legal team [.5]; analyze [redacted] [.3]; conduct FSA analysis and review [redacted] implications [.2]; evaluate Paladin $243M claim [.2]; review Wyatt [redacted] [.2]; draft and review case correspondence [.6]. | 2.90 |
| 02 May 26 | Meyer, Ryan J. | Review and analyze client's draft [redacted] [1.8]; voluminous correspondence with client on [redacted] [.8]. | 2.60 |
| 02 May 26 | Meyer, Ryan J. | Prepare for and meet with client regarding [redacted] [1.0]. | 1.00 |
| 02 May 26 | Upthegrove, Joshua R. | Review weekend correspondence and documents related to Monday's deadline [1.0]; set up meeting for today [.5]. | 1.50 |
| 02 May 26 | Pecoraro, Andrew J. | Revise [redacted] to Special Master report [1.5]; review and propos[redacted] to [redacted] [1.0]; compile exhibit list in support of [redacted] [.6]; teleconference with R. Meyer regarding [redacted] [.2] | 3.30 |
| 03 May 26 | Meyer, Ryan J. | Review and analyze multiple [redacted] from client [1.8]; review and revise accordingly [2.2]; review and analyze client's draft statement of facts [.4]. | 4.40 |
| 03 May 26 | Pecoraro, Andrew J. | Review client comments and edits to [redacted] [.4]; cite-check response to restitution report and add table of authorities [1.8]; draft attorney declaration in support of [redacted] [.4]. | 2.60 |
| 04 May 26 | Smith, Robert T. | Call with B. McCarthy and R. Meyer about [redacted] [.2]. | 0.20 |
| 04 May 26 | McCarthy, Brandon N. | Attention to ULICO, Southland, NOLHGA, and other similar third-party filings [.3]; review supporting | 4.30 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | documents offered as exhibits and address related objections [.5]; work on [redacted] and incorporate multiple client [redacted] [.5]; confer with DOJ regarding Apprendi argument [1.0]; finalize Response to Special Master [2.0]. | |
| 04 May 26 | Meyer, Ryan J. | Review, revise, and finalize objection and supporting declaration [4.8]; multiple correspondence and calls with R. Blake to coordinate filing [.4]. | 5.20 |
| 04 May 26 | Riley, Rachel | Review memo from J. Sickler regarding [redacted] [1.1]; confer internally on [redacted] for [redacted] arguments [.8]; review numerous ecf filings regarding sentencing [.4]. | 2.30 |
| 04 May 26 | Upthegrove, Joshua R. | Attention to finalizing and preparing finals for filing of: Response and Objections to Special Master Report, GEL's personal statement of facts with 32 exhibits, Exhibit B chart, and R. Meyer's Declaration in support of Response [3.0]; multiple correspondence with G. Wooten, R. Meyer, B. McCarthy, and R. Blake regarding same [.5]. | 3.50 |
| 05 May 26 | McCarthy, Brandon N. | Work on analysis of [redacted] given our [redacted] [.1]; attention to expert [redacted] [.1]; work with local counsel to [redacted] credit [.5]; attention to [redacted] from local counsel [.5]. | 1.20 |
| 05 May 26 | Upthegrove, Joshua R. | Review, sort, and organize all Objections and Responses to SM reports [1.5]; multiple correspondence with team and court regarding same [.3]. | 1.80 |
| 06 May 26 | McCarthy, Brandon N. | Continue to work on [redacted] and SM [redacted] [1.0]; attention to [redacted] analysis with local counsel [.4]; draft and review correspondence on same [.5]; attention to access issues with the USMS and DOJ [.5]; draft correspondence with USMS and DOJ [.2]; attention to Bermuda IC objections, Vista objections, Conservatrix objections, NOLGHA objections continued, ULICO, and related third parties [.8]. | 3.40 |
| 06 May 26 | Meyer, Ryan J. | Review and analyze objections filed by third parties [3.2]; analyze J. Sickler and R. Blake correspondence regarding [redacted] [1.2]. | 4.40 |
| 06 May 26 | Upthegrove, Joshua R. | Field access requests from team [.5]; review and organize files related to restitution report, responses, objections, and exhibits [1.0]. | 1.50 |
| 07 May 26 | Smith, Robert T. | Review sentencing memorandum and analyze [redacted] | 2.50 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | [redacted] issues [2.5]. | |
| 07 May 26 | Meyer, Ryan J. | Review and analyze multiple correspondence related to [redacted] issue [.6]; prepare for and meet with group on [redacted] [1.2]; confer with Paladin on restitution follow-up items [.3]; continue to review and analyze third parties' objections [1.0]. | 3.10 |
| 08 May 26 | Smith, Robert T. | Analyze [redacted] issues [.6]; call about the [redacted] [1.1]. | 1.70 |
| 08 May 26 | Meyer, Ryan J. | Multiple correspondence on [redacted] issue and [redacted] generally [.6]; follow-up with client on [redacted] [.4]; review and analyze forfeiture request from B. Ben-Creed, including draft order [.6]; follow-up with J. Wyatt on [redacted] given sea change from government's prior position [.9]; review and analyze prior correspondence and drafts [.6]; follow-up with S. Casella on [redacted] for [redacted] [.6]. | 3.70 |
| 09 May 26 | McCarthy, Brandon N. | Confer with local counsel on [redacted] [.3]; attention to forfeiture issues raised by DOJ [.3]; confer with expert on [redacted]; assist in draft [redacted] [.4]; begin [redacted] including all communications with DOJ on same [.9]. | 1.90 |
| 10 May 26 | McCarthy, Brandon N. | Work on [redacted] with local counsel [.3]; attention to [redacted] and arguments regarding [redacted] [.7]; attention to potential [redacted] [.2]; attention to R. Blake [redacted] [.2]; review [redacted] for same and attention to BOP analysis for issues related to [redacted] [.5]; attention to expert analysis [redacted] of continued [redacted] issues with DOJ [.2]; draft and review correspondence on [redacted] [.2]. | 2.30 |
| 11 May 26 | Smith, Robert T. | Review and revise sentencing memorandum about [redacted] [2.3]. | 2.30 |
| 11 May 26 | McCarthy, Brandon N. | Continue to work on multiple issues related to [redacted] [.8]; work with local counsel on same [.2]; draft and review [redacted] client inquiries [.3]; continue to work on access challenges with USMS and DOJ [.2]; review [redacted] from client [.2]; attention to supporting exhibits including [redacted] [.7]. | 2.40 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 11 May 26 | Meyer, Ryan J. | Review and revise J. Wyatt's email [redacted] [.4]; review and analyze client email [.3]; respond to J. Wyatt questions regarding [redacted] [.4]; paladin call regarding objecitons material [.8]; Strategy call with S. Casella and J. Wyatt on [redacted] [.6]; begin to review and analyze [redacted] [.2]. | 2.70 |
| 12 May 26 | McCarthy, Brandon N. | Work on restitution analysis and objection responses continued [.6]; confer with local counsel on [redacted] [.3]; attend zoom [.6]; attention to [redacted] proposed [.4]; attention to Project [redacted] proposal that [redacted] for SM response [.4]; attention to client analysis of [redacted] [.4]. | 2.70 |
| 12 May 26 | Meyer, Ryan J. | [redacted] call with J. Wyatt [.5]; follow-up correspondence with Paladin regarding detail behind numbers in response and objection [.4]. | 0.90 |
| 12 May 26 | Upthegrove, Joshua R. | Attention to review of additional victim statements [2.5]; correspondence with T. Swaffar regarding [redacted] [.2]; multiple correspondence with team regarding [redacted] [.3]. | 3.00 |
| 13 May 26 | McCarthy, Brandon N. | Work with DOJ on FSA and back time calculations [.3]; attention to BOP counsel response [.1]; work on agreement with DOJ [.4]; attention to multiple email with local counsel on [redacted] [.2]. | 1.00 |
| 13 May 26 | Meyer, Ryan J. | Review and analyze zero coupon bond sheet provided by Paladin [.4]; confer with client on [redacted] [.2]; prepare for and meet with M. Martinez, J. Grier, and J. Wyatt on the sentencing hearing [1.1]; follow-up with J. Wyatt on [redacted] [.3]; review and revise draft [redacted] and multiple conferences with J. Wyatt and R. Blake on [redacted] [1.2]; review and analyze [redacted] 302s and confer with client on [redacted] [1.4]. | 4.60 |
| 14 May 26 | McCarthy, Brandon N. | Attention to [redacted] analysis [.5]; attention to [redacted] docs related thereto [.5]; attention to [redacted] proposal on same [.5]; attention to Wyatt [redacted] [.2]; attention to [redacted] memorandum [.6]; attention to request from SM and accompanying waiver [.2]. | 2.50 |
| 14 May 26 | Meyer, Ryan J. | Prepare for and meet with client, J. Wyatt, and R. Smith on [redacted] [1.4]; review and revise [redacted] | 2.60 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | memorandum [1.2]. | |
| 14 May 26 | Upthegrove, Joshua R. | Continued review of victim statements [1.5]; attention to logistics for next weeks needs in CLT [1.5]. | 3.00 |
| 15 May 26 | McCarthy, Brandon N. | Attention to Memo and Recommendation of Special Master [.4]; attention to Proposed Order of restitution [.4]; attention to status report [.2]; special attention to Section IV analysis and docs related [.6]. | 1.60 |
| 15 May 26 | Meyer, Ryan J. | Prepare for G. Lindberg forfeiture meeting by [redacted] and corresponding with J. Wyatt and B. McCarthy on [redacted] [.6]; prepare for and conduct G. Lindberg forfeiture call with D. Ryan and B. Bain-Creed [.6]. | 1.20 |
| 15 May 26 | Riley, Rachel | Review Special Master's Report and Recommendation regarding Restitution and correspondence regarding sentencing [1.2]. | 1.20 |
| 15 May 26 | Upthegrove, Joshua R. | Review and analyze [redacted] for B. McCarthy [1.5]. | 1.50 |
| 16 May 26 | Upthegrove, Joshua R. | Multiple correspondence with Katten team and client's team regarding [redacted] [.6]; review and save all filings from deadlines today, circulate [.9]. | 1.50 |
| 17 May 26 | Meyer, Ryan J. | Review and analyze correspondence from B. Bain-Creed regarding forfeiture [.4]. | 0.40 |
| 18 May 26 | Smith, Robert T. | Analyze sentencing issues [.2] | 0.20 |
| 18 May 26 | McCarthy, Brandon N. | Work on sentencing and responses to SM, DOJ, and third parties; attention to credit analysis [.3]; follow up conference with local counsel on [redacted] [.3]; draft and review multiple correspondence on case [.3]; attention to PSR [.2]; attention to expert report on [redacted] [.2]; attention to USMS requirements for access of K. Holcomb[.6]; attention to finalization of Responses to third party objections [1.0]. | 2.90 |
| 18 May 26 | Meyer, Ryan J. | Finalize draft fee application, memorandum in support, and declaration [1.6]; correspond with special master on same [.2]; draft, finalize, and coordinate for filing the initial objection to third-party objections [2.3]. | 4.10 |
| 18 May 26 | Upthegrove, Joshua R. | Attention to logistics regarding jail transition [.5]; multiple PC with Marshalls office and jail regarding client housing [1.0]; multiple PC with K. Holcomb regarding [redacted] [1.0]; correspondence with Katten team regarding [redacted] [.5]; review additional victim statements [1.0]. | 4.00 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 19 May 26 | McCarthy, Brandon N. | Attention to proposed Forfeiture order and meeting conducted to [redacted] [.5]; review and edit proposed motion/order [.4]; meet with local counsel on [redacted] [.5]; analyze same for [redacted] s per our Conference with exper [redacted] [.4]; conference with client on [redacted] [.5]; additional late night meeting with client via zoom on [redacted] [.5]; attention to victim impact statement [Suppl] [.3]; attention to access issues [signature] with USMS [.2]; correspondence with USMS [.2]; review sentencing memorandum from DOJ [33 pages] [.4]. | 3.90 |
| 19 May 26 | Meyer, Ryan J. | Forfeiture order call [.5]; finalize and file fee application [3.8]; review file for [redacted] [1.2]; review and analyze correspondence from client [.6]; review and analyze Vista objection [.3]. | 6.40 |
| 19 May 26 | Riley, Rachel | Review and analyze the government's sentencing memorandum [.6]. | 0.60 |
| 19 May 26 | Upthegrove, Joshua R. | Follow up on logistical issues regarding [redacted] with client's team [1.0]; review of victim statements [1.5]. | 2.50 |
| 19 May 26 | Upthegrove, Joshua R. | Prepare, revise, review, and efile Motion, Memo, Exhibits, and Proposed order related to fees [.7]. | 0.70 |
| 20 May 26 | Smith, Robert T. | Analyze waiver regardingquested by special master [.2]. | 0.20 |
| 20 May 26 | Meyer, Ryan J. | Strategize [redacted] issue with B. McCarthy and draft revised language for proposed order [2.0]; review and analyze documents to prep for call with DOJ [.6]; prepare for and meet with B. Bain-Creed [.8]; correspondence with client on [redacted] [.6]; review and analyze government's sentencing brief [1.8]. | 5.80 |
| 20 May 26 | Riley, Rachel | Review letters and statements of support filed for client [1.1]. | 1.10 |
| 20 May 26 | Upthegrove, Joshua R. | Set up meeting and attend meeting with client and team regarding [redacted] [1.5]. | 1.50 |
| 21 May 26 | Smith, Robert T. | Analyze government's sentencing memorandum [.6]; edit [redacted] for hearing [.3]. | 0.90 |
| 21 May 26 | Meyer, Ryan J. | Attention to forfeiture order correspondence [.6]; review and analyze government's sentencing memorandum [.9]; review and analyze NCIC's victim impact statement [1.1]; [redacted] conference with J. Wyatt [.6]. | 3.20 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 22 May 26 | Meyer, Ryan J. | Confer with J. Wyatt on [redacted] [.8]; multiple correspondence with client on [redacted] [1.3]; review and analyze Bermuda ICs' victim impact statement [.8]; review and revise J. Wyatt's draft [redacted] [1.4]; review and analyze public NCIC and BIC filings to [redacted] by client and J. Wyatt [3.6]. | 7.90 |
| 22 May 26 | Riley, Rachel | Review correspondence on [redacted] and strategize internally on the [redacted] [1.2]. | 1.20 |
| 22 May 26 | Upthegrove, Joshua R. | State court research for R. Meyer regarding [redacted] [1.5]; multiple correspondence regarding [redacted] [.5]. | 2.00 |
| 23 May 26 | Meyer, Ryan J. | Review and analyze most recent filings by special master [.4]. | 0.40 |
| 24 May 26 | McCarthy, Brandon N. | Work on multiple items of contention between DOJ, SM, and defense; attention to multiple arguments raised by third parties [1.0]; attention to [redacted] with local counsel [.3]; attention to multiple email correspondence from client [.5]; attention to FSA issue with BOP and DOJ [.5]. | 2.30 |
| 24 May 26 | Meyer, Ryan J. | Multiple correspondence with client and team regarding [redacted] [.8]; strategy conference with B. McCarthy regarding [redacted] [.6]. | 1.40 |
| 25 May 26 | McCarthy, Brandon N. | Prepare for upcoming hearing/sentencing in case [.2]; attention to multiple items raised by SM in their supplemental response [.5]; review of both PSRs [.5]; attention to prior sentencing transcript [.5]; work on [redacted] with local counsel [.5]; attention to multiple correspondence from SM on same [.5]; attention to edits proposed [.5]; prepare for sentencing [.2]; review multiple docs in anticipation of same [.2]; attention to 33 page sentencing memorandum from DOJ [.6]; formulate [redacted] [1.0]; go to local counsel office to [redacted] [2.0]; continue to prepare for hearing [.5]; call and correspondence with SM regarding the Waiver requested [.5]; attention to multiple emails with client regarding [redacted] [2.0]; Note: Legally cannot sign the waiver until these legal issues are resolved. | 9.20 |
| 25 May 26 | Meyer, Ryan J. | Review and analyze victim impact statements [3.2]; review and analyze government's sentencing memorandum [1.4]; prepare for and meet with J. Wyatt, R. Blake, and B. McCarthy to [redacted] | 6.60 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | [redacted] [2.0]. | |
| 25 May 26 | Upthegrove, Joshua R. | Assist with preparations for sentencing hearing [2.0]. | 2.00 |
| 26 May 26 | McCarthy, Brandon N. | Continue prep for upcoming hearing [.4]; meet with client at USMS holdover before hearing [.7]; meeting with local counsel on [redacted] [.5]; attention to additional points raised on [redacted] [.3]; attend extended sentencing hearing [2.0]; meet with client post hearing [.7]; meeting with local counsel to [redacted] [1.0]; [redacted] plane [.9]; follow up with appellate section on [redacted] [.3]; brief follow up meeting with R. Meyer [.4]; attention to correspondence from client [.3]; attention to proposed filings regarding [redacted] [.5]; attention to proposed filing on [redacted] [.4]; attention to client inquiry on [redacted] [.4]. | 8.20 |
| 26 May 26 | Meyer, Ryan J. | [Actual 13.7 reduced to 9.9] Review and analyze additional fee statements to assemble total amounts paid to professionals in NC state litigation [2.4]; prepare for and meet with client prior to sentencing [2.2]; attend client's sentencing and confer with client/team [redacted] [3.2]; follow-up meeting with client [.9]; follow-up meeting with J. Wyatt and B. McCarthy [.4]; review and analyze [redacted] filings and [redacted] to be addressed with Paladin to prepare for hearing on same [4.6]. | 9.90 |
| 26 May 26 | Upthegrove, Joshua R. | Preparation for sentencing hearing [.5]; research and review [redacted] [1.0]; order transcript from sentencing hearing [.5]; correspond with team regarding [redacted] [.5]. | 2.50 |
| 27 May 26 | Smith, Robert T. | Call to discuss sentencing [.4]. | 0.40 |
| 27 May 26 | Meyer, Ryan J. | Confer with D. Harer regarding asset sales [.4]; strategy call with B. McCarthy [redacted], including potential [redacted] [1.2]. | 1.60 |
| 27 May 26 | Upthegrove, Joshua R. | Multiple correspondence with client regarding [redacted] [1.0]; correspond with team and court reporter [.5]. | 1.50 |
| 28 May 26 | Meyer, Ryan J. | Follow-up call with D. Harer on asset sales [.3]; follow-up with M. Martinez on fees, asset sales, and tax issues [.6]; [redacted] call with B. McCarthy [1.2]. | 2.10 |
| 29 May 26 | Meyer, Ryan J. | Strategy conference with B. McCarthy regarding [redacted] [.9]; correspond with Paladin on follow-up meetings on | 1.90 |

## PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | restitution issues [.2]; correspond with client on [redacted] [.2]; begin to review and analyze same [.6]. | |
| | | **TOTALS:** | **206.70** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00005: DOJ Investigation

| Attorney or Assistant | Hours | Regional Rate | Regional Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| McCarthy, Brandon N. | 55.90 | 1,520.00 | $84,968.00 | 1,292.00 | $72,222.80 |
| Meyer, Ryan J. | 94.50 | 1,395.00 | $131,827.50 | 1,185.81 | $112,053.45 |
| Pecoraro, Andrew J. | 7.50 | 1,315.00 | $9,862.50 | 1,117.75 | $8,383.12 |
| Riley, Rachel | 6.40 | 1,370.00 | $8,768.00 | 1,164.50 | $7,452.80 |
| Smith, Robert T. | 8.40 | 1,495.00 | $12,558.00 | 1,270.75 | $10,674.28 |
| Upthegrove, Joshua R. | 34.00 | 625.00 | $21,250.00 | 531.25 | $18,062.45 |
| **TOTAL:** | **206.70** | | **$274,535.00** | | **$228,848.90** |

## DISBURSEMENTS

Matter 00005: DOJ Investigation

| Date | Description | Amount |
|---|---|---|
| 30 May 26 | Vendor: Deborah Cohen-Rojas; Invoice#: 434; Date: 5/30/2026 United States v Lindberg et al.5/26/2026 sentencing hearing | 444.60 |
| | **TOTAL DISBURSEMENTS:** | **$444.60** |

## SUMMARY OF DISBURSEMENTS

Matter 00005: DOJ Investigation

| | | |
|---|---|---|
| Service Fees | | $444.60 |
| | **TOTAL DISBURSEMENTS:** | **$444.60** |
| | **MATTER TOTAL:** | **$229,293.50** |

Katten

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 44951 - McCarthy, Brandon N. | **Invoice No.:** | 40330705 |
| **Client:** | 392191 - Lindberg, Greg | **Invoice Date:** | 30 Jun 26 |
| **Matter:** | 00005 - ULICO DOJ Investigation | | |

**Current Invoice Charges: $229,293.50**

**Wire Instructions:**
Reference: 392191.00005

**BANKING INSTRUCTIONS HAVE CHANGED**
**Katten Payment Instructions - Changed to Citibank, Effective September 2025**

***We encourage you to confirm our Wire/ACH payment instructions and you may contact us as follows:***
***Renee Lercher, CFO: renee.lercher@katten.com (or use the firm's website to find Renee Lercher's contact info)***
***Michael Labuda, Director of Financial Reporting & Budgeting: michael.labuda@katten.com***

***If you prefer, you may also confirm our new instructions by contacting your Katten relationship attorney.***

**Bank Name: Citibank**
**Bank Address: One Penn's Way New Castle, DE 19720**
**Account Name: Katten Muchin Rosenman LLP**
**Swift: CITIUS33**
**Routing (ACH/WIRE):031100209**
**Account: 54330566**

**When wiring a payment please e-mail a copy of the Remittance to payments@katten.com**

**Remittance address:**
**Katten Muchin Rosenman LLP**
**525 West Monroe Street**
**Suite 2200**
**Chicago, IL 60661-3693**

**Please direct any billing inquiries to Daija Jackson at daija.jackson@katten.com.**