# EXHIBIT A

**Ryan, Daniel (USANCW)**

---

| | |
|---|---|
| **From:** | vramachandran@dhammalaw.com |
| **Sent:** | Wednesday, August 26, 2026 9:58 AM |
| **To:** | Ryan, Daniel (USANCW) |
| **Cc:** | Barnesatty; Freeman, Lyndie (FRD); Bain-Creed, Benjamin (USANCW); Sanders, Jeremy (FRD); Washington, Dana (USANCW) |
| **Subject:** | Re: [EXTERNAL] Re: Draft Final Supplement to Restitution Report |

Dan,

This email thread has the entire requested information. We are not playing ask the Special Master. We want this information from the government including any ex parte communication with the special master.

You are the prosecutor with the burden of proof. I need the entire methodology and data that the government had when it adopted wholesale the report of the special master. This is not the same as a request to get something from the Special Master.
We want to know what your basis for restitution is as the government. What your basis if for the sentencing. What your basis is for forfeiture. Not someone else's. Since MVRA puts the burden on the government we have an independent basis to get this information from the government not the special master or anyone else.

In any case, the requested information is given below and we want to see what the government used to form it's basis for the arguments and in your presentation to the court. The government's disclosure obligations — including under Brady and Giglio — attach to it.

Thank you.

Sincerely,
Vivek

On 2026-08-26 09:31, vramachandran@dhammalaw.com wrote:
> Dan,
>
> This email has the entire requested information. We are not playing ask
> the Special Master.
> Also send us information about your own ex parte communication with the
> special master.
>
> Thank you.
>
> Sincerely,
> Vivek
>
> On 2026-08-25 16:33, vramachandran@dhammalaw.com wrote:
>> Dan and Jeremy,

>>
>> As always, we want this done today so that the 4th circuit has all the
>> data it needs. We really don't want to file a motion to compel. Please
>> revert as soon as possible today.
>>
>> With the Special Master's August 24 response (Doc. 323) now in hand, I
>> am writing to ask the government — not the Special Master — to produce
>> the data and methodology underlying the restitution, sentencing, and
>> forfeiture figures. Under the MVRA the burden of proving loss and
>> causation is the government's, 18 U.S.C. § 3664(e); the statute
>> requires "a complete accounting of the losses to each victim," id. §
>> 3664(a); and the amount must be established on the record, id. §
>> 3664(f)(1)(A). Asking the proponent of a number to produce the basis
>> for that number is not discovery. It is asking the government to meet
>> its burden before a final order enters. We are not asking the
>> government to search for material it has never used — every item below
>> is the support for a figure the Special Master or the government has
>> already placed on the record.
>>
>> Restitution here is part of the criminal sentence, not a civil matter.
>> It is imposed as part of the judgment under the MVRA, 18 U.S.C. §
>> 3663A, and the restitution order is itself a final judgment, id. §
>> 3664(o); until the final order of restitution enters, sentencing in
>> this case is not complete, see id. § 3664(d)(5); Dolan v. United
>> States, 560 U.S. 605 (2010). The data underlying restitution is
>> therefore data underlying the sentence itself, and the government's
>> disclosure obligations — including under Brady and Giglio — attach to
>> it.
>>
>> Let me put one question to you directly, because the answer matters
>> either way. When the government used the loss figure at sentencing,
>> and when the preliminary order of restitution and the Rule 32.2(c)(2)
>> forfeiture money judgment were entered on May 26, 2026, did the
>> government possess the data and methodology underlying those numbers?
>>
>> If it did, that data is in the government's possession, custody, or
>> control; it is the government's to produce; and its production is
>> required both by the MVRA accounting provisions and — because these
>> numbers drove the sentence and the forfeiture exposure — by Brady and
>> Giglio.
>> If it did not, then the government obtained a twelve-year sentence, a
>> preliminary restitution figure, and a forfeiture money judgment on
>> numbers it could not itself support — numbers that, on the Special
>> Master's own account, are his "best guess," produced without any
>> "independently-commissioned business valuations," and carrying a
>> "necessary inaccuracy." Doc. 323 at 4.
>>
>> We will represent your answer, or the absence of one, to the Court.
>>
>> This is not a post-hoc request. The government read a loss figure of
>> roughly $1.6 billion into the record, and the methodology and data
>> behind that number have never been disclosed. Because the restitution

>> determination is still open — it may be fixed up to ninety days after
>> sentencing, § 3664(d)(5), and the order is not final until entered, §
>> 3664(o); Dolan — these figures are being litigated now, not after a
>> closed proceeding, and the government's § 3664(e) burden and its Brady
>> and Giglio duties are continuing ones. The government may not rely on
>> the Special Master's holding the data to avoid producing it. See Kyles
>> v. Whitley, 514 U.S. 419, 437 (1995).
>>
>> That second point is not rhetoric; it is the Special Master's own
>> characterization of his work, and it is why we now need the underlying
>> data for everything in his report, not a single lumped range. In the
>> span of two filings the Special Master has told the Court that his
>> valuation estimates are "not a critical component of restitution"
>> (Doc. 323 at 2); that he "did not commission formal business
>> valuations" and relied instead on "documents, information, and
>> judgments prepared by those persons charged with managing the Primary
>> Restitution Assets" (id. at 4); that "all business valuations are
>> inherently unreliable" and his figure "merely reflects the Special
>> Master's best guess at what might happen in the future" (id.); that
>> his numbers are a "prediction" and a "forecast" carrying a "necessary
>> inaccuracy" (id. at 3–4); and that the estimates were made "with a
>> variety of caveats, qualifications, and disclaimers" (id. at 2 n.2;
>> accord Doc. 246, Appendix 1). When the proponent of a number disclaims
>> it in those terms, the defendant is entitled to the documents beneath
>> it — for every figure, not one aggregated range.
>>
>> That is especially so because the same disclaimed "Mid" estimate —
>> $998 million (Doc. 246) — is the figure that fixes Mr. Lindberg's
>> forfeiture exposure. The Forfeiture Order sets a money judgment at
>> "the lesser of (1) $230,000,000 or (2) the difference between the
>> amount of restitution ... and the Special Master's estimate ... of the
>> 'Mid' point value of the 'Primary Restitution Assets.'" Doc. 160 ¶ 1.
>> A number the Special Master himself calls a "best guess" is thus
>> driving a forfeiture measured in the hundreds of millions. The harm to
>> Mr. Lindberg is immediate.
>>
>> The Special Master's own downgrade illustrates why the data must be
>> produced. Between the Initial Report and the Second Supplement, his
>> Mid estimate fell from $1,454 million to $998 million — a swing of
>> roughly $456 million — "almost entirely" attributable to AAPC, which
>> he now describes as having "bleak" prospects. Doc. 246, Appendix 1.
>> Yet AAPC engaged Goldman Sachs, Houlihan Lokey, and Raymond James,
>> and, in his own words, "dozens of interested purchase groups signed
>> non-disclosure agreements" and gave the acquisition "serious
>> consideration." Id. There is, therefore, a documentary record — banker
>> analyses, NDAs, indications of interest, and offers — behind the very
>> downgrade the Special Master reports only in conclusory terms and
>> attributes to generative-AI speculation. The defendant is entitled to
>> see it. AAPC is only the clearest example. The same demand applies to
>> every other Primary Restitution Asset: each has its own financial
>> statements, board reports, marketing process, indications of interest,
>> and offers, and behind the Special Master's single lumped range there

>> is a per-asset valuation, method, and supporting record for each one.
>> The defendant is entitled to that data for every Primary Restitution
>> Asset, not AAPC alone.
>>
>> On the mechanism, there is no dispute left to have. The Court's
>> Standard Criminal Discovery Order — which the Special Master himself
>> attached to Doc. 323 — already prescribes how sensitive financial
>> materials are handled: they "shall be reviewed with the defendant in
>> the presence of the defense team," "the defense team shall maintain
>> custody and control" of them, and they may not be "used ... for any
>> purpose other than in direct relationship to the case," with "no
>> further disclosure." Standard Criminal Discovery Order ¶¶ 22, 26. That
>> is the government's own standing order, and it fully answers the
>> confidentiality concern the Special Master raises. We are prepared to
>> take this material under that order and to file it under seal, as we
>> have done throughout, pending the Court's determination on any
>> designation. That is the same course the government already followed
>> in transferring the victim statements to us — material far more
>> sensitive than the statements of the companies Mr. Lindberg turned
>> over — and in sharing the Ares 302s. You have stated that the
>> government "has no objection to [our] getting access to the type of
>> information [we] are requesting." We do not require, and do not seek,
>> a separate confidentiality agreement; we agree to receive and handle
>> these materials under the government's own Standard Criminal Discovery
>> Order. Confidentiality is therefore not an obstacle, and it is no
>> reason to keep the government's burden off the record.
>>
>> Here is the list, tied to the filings:
>>
>> March 2026 report. The methodology and the data supporting the
>> restitution figures in that report, and the material the Special
>> Master represented he would provide to the Court.
>> Second Supplement, Final Supplement, proposed final order of
>> restitution, and Appendix. The methodology and the data supporting the
>> figures in each.
>> Sealed exhibit filed July 2026. How the high, mid, and low value of
>> each restitution asset was derived, and the inputs used to set each
>> end of each range. The Special Master stated he lumped the Primary
>> Restitution Assets together because disclosing detail could decrease
>> their value; we are asking for the per-asset figures behind that lump
>> sum, including AAPC.
>> Each Primary Restitution Asset (including AAPC). For every Primary
>> Restitution Asset — not AAPC alone — the valuation, the method used to
>> reach it, and the data supporting it, including any adjustment up or
>> down (such as the AAPC downgrade) and the banker materials, NDAs,
>> indications of interest, and offers referenced in Doc. 246.
>> Valuation inputs. The financial reports, board reports, letters of
>> intent, and offers to purchase that the Special Master relied on in
>> valuing these companies, for the last four years. These companies have
>> revenues in the millions and are not valued at debt. If the Special
>> Master did not rely on financial statements, board reports, or
>> received offers in reaching his valuations, please say so — that

>> answer is responsive.
>> Victim losses. The methodology and the data used to determine the
>> obligation due to each victim, as the Special Master defines victims,
>> victim by victim — balance sheets, valuations, and the documents used
>> to arrive at each loss, and how each loss was calculated. This is the
>> accounting § 3664(a) requires.
>> Insurance-company figures. The loss numbers taken from the insurance
>> companies and the estates that were carried into the restitution
>> calculation.
>> Credits and offsets. How each credit and offset in the proposed final
>> order was computed, including the basis for treating unrealized
>> offsets as credits granted only as assets are monetized.
>> Interest. The reason the government chose not to follow DOJ policy on
>> interest, and any authority that allows the prosecution to deviate
>> from that policy.
>> Damovo and Beckett. The terms of the below-value dispositions —
>> including the Damovo sale for debt and the $400–$450 million offer,
>> and the Beckett sale — and any competing offers. These bear directly
>> on asset value and on the credits in the proposed order, and they have
>> not been disclosed to the Court.
>> Forfeiture. The calculation by which the restitution amount and the
>> asset values interact to trigger forfeiture, at the high, mid, and low
>> figures.
>> Sentencing. The data underlying the loss figure used at sentencing and
>> in the preliminary order of restitution, and any reconciliation
>> between that figure and the restitution number now proposed.
>>
>> We remain willing to narrow. Tell us which items you dispute and we
>> will confer on scope before we file, so the Court sees a narrowed
>> request rather than a contested one.
>>
>> Sincerely,
>> Vivek
>>
>>
>> On 2026-08-25 15:25, Ryan, Daniel (USANCW) wrote:
>>> Vivek,
>>>
>>> What "data" are you referencing that you believe is in the
>>> government's possession that has not been turned over to you or your
>>> predecessor counsel?
>>>
>>> Dan
>>>
>>>
>>> -----Original Message-----
>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>> Sent: Tuesday, August 25, 2026 2:39 PM
>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>> Cc: Barnesatty <barnesatty@aol.com>; Freeman, Lyndie (FRD)
>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier <jgrier@grierlaw.com>;

>>> Sanders, Jeremy (FRD) <Jeremy.Sanders@usdoj.gov>; Washington, Dana
>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>> <mmartinez@grierlaw.com>
>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to Restitution
>>> Report
>>>
>>> Please respond before 3.30 P.M. We will be seeking active
>>> intervention
>>> from both the 4th circuit and the district court on the government's
>>> obligation to share data it has.
>>>
>>> Sincerely,
>>> Vivek
>>>
>>> On 2026-08-25 14:28, vramachandran@dhammalaw.com wrote:
>>>> Dan and Jeremy,
>>>>
>>>> We once again request the government to give the data that underlies
>>>> the restitution and sentencing. Restitution is part and parcel of
>>>> the
>>>> criminal sentence. It's a Brady/Giglio violation to deny access to
>>>> the
>>>> data and the methodology on which sentencing is based.
>>>>
>>>> Additionally, your second omnibus position is against DOJ policy on
>>>> interest rate.
>>>>
>>>> The prosecution has the duty to provide the data we requested from
>>>> the
>>>> special master.
>>>>
>>>> There is an appeal filed to preserve Greg Lindberg's rights after
>>>> sentencing and after preliminary order on restitution. That does not
>>>> excuse non-production of the data. Dan it's the government's
>>>> responsibility to get the data and share the data similar to how the
>>>> Ares 302's were shared.
>>>>
>>>> At the end of the day, it's the United States Vs. Greg Lindberg.
>>>> It's
>>>> your burden of proof irrespective of your position on what the data
>>>> relates to. It's the underlying data on restitution and the data
>>>> that
>>>> you used for sentencing and preliminary restitution and an order on
>>>> restitution the government wants and a forfeitutre the government
>>>> will
>>>> seek to enforce.
>>>> And sentencing is as yet incomplete and we are asking for the data.
>>>>
>>>> It's the prosecution to obtain the data.
>>>>
>>>> On our part, even when we don't agree with a designation, we have
>>>> gone

>>>> the extra mile to file everything under seal pending determination
>>>> by
>>>> the court. Not getting us the data under these circumstances does
>>>> not
>>>> comport with your obligations.
>>>>
>>>> You have the ability to share the data with the defendant and have
>>>> done
>>>> so on victims statements which are far more sensitive than the
>>>> statements of companies Greg Lindberg turned over to you.
>>>>
>>>> Thank you.
>>>>
>>>> Sincerely,
>>>> Vivek
>>>>
>>>> On 2026-08-23 21:11, vramachandran@dhammalaw.com wrote:
>>>>> Jermey,
>>>>>
>>>>> We may file this with the 4th again as an interim stay.
>>>>>
>>>>> Sincerely,
>>>>> Vivek
>>>>>
>>>>>
>>>>> Dan and Martinez,
>>>>>
>>>>> Given that the court has not been informed of a sale on the Damovo
>>>>> sale and both of you have not responded to the motion relating to
>>>>> Damovo which is now being sold for debt with an offer for the $400
>>>>> million to 450 million. We are filing a motion for stay.
>>>>>
>>>>> Sincerely,
>>>>> Vivek
>>>>>
>>>>> On 2026-08-18 11:07, vramachandran@dhammalaw.com wrote:
>>>>>> Thank you, Dan. We will file a motion to reconsider shortly. We
>>>>>> need
>>>>>> to preserve our objections at this point.
>>>>>>
>>>>>> Sincerely,
>>>>>> Vivek
>>>>>>
>>>>>> Sent with Spark [18]
>>>>>>
>>>>>> On Aug 18, 2026 at 11:03 AM -0400, Ryan, Daniel (USANCW)
>>>>>> <Daniel.Ryan@usdoj.gov>, wrote:
>>>>>>
>>>>>>> Vivek,
>>>>>>>
>>>>>>> I disagree with your recitation of the facts and law, but, as I
>>>>>>> indicated yesterday, the Government has no objection to you

>>>>>>> getting
>>>>>>> access to the type of information you are requesting from the
>>>>>>> Special Master subject to his ability to provide it to you. The
>>>>>>> Government believes that the information you are seeking would,
>>>>>>> at a
>>>>>>> minimum, qualify as "sensitive materials" under the Court's
>>>>>>> Standard Criminal Discovery Order that the Defendant may not have
>>>>>>> copies of, and they may rise to the level of "attorney's eyes
>>>>>>> only."  I would encourage you to work with the Special Master to
>>>>>>> see if you can agree to a mechanism for you to obtain access to
>>>>>>> the
>>>>>>> materials you seek.
>>>>>>>
>>>>>>> Dan
>>>>>>>
>>>>>>> From: Vramachandran <vramachandran@dhammalaw.com>
>>>>>>> Sent: Monday, August 17, 2026 5:55 PM
>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>>> Cc: Barnesatty <barnesatty@aol.com>; Freeman, Lyndie (CRM)
>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier <jgrier@grierlaw.com>;
>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>; Washington,
>>>>>>> Dana
>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>>>>>> <mmartinez@grierlaw.com>
>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to Restitution
>>>>>>> Report
>>>>>>>
>>>>>>> Corrected. Sent was hit before the draft was complete.
>>>>>>>
>>>>>>> Dan,
>>>>>>>
>>>>>>> Defense wants a complete record for the appeal. The basis for
>>>>>>> both
>>>>>>> the sentence term and the restitution number is based on the
>>>>>>> methodology of calculating the value of the restitution assets
>>>>>>> i.e.
>>>>>>> companies.
>>>>>>>
>>>>>>> Similar to when law enforcement uses a sting ray device they need
>>>>>>> to
>>>>>>> disclose the specification of the stingray device and how the
>>>>>>> data
>>>>>>> on a particular suspect was collected.
>>>>>>>
>>>>>>> Similarly over here when you allege that multiple restitution
>>>>>>> assets
>>>>>>> are worth a lump sum value you need to disclose what each company
>>>>>>> is
>>>>>>> worth and how that valuation was arrived at.  Finally you need to
>>>>>>> show how each credit and offset is calculated and the detailed
>>>>>>> method. All of these under MVRA are the government burden to

>>>>>>> establish. Without this there cannot be a final restitution
>>>>>>> order.
>>>>>>> Here the restitution order triggers a forfeiture if the value of
>>>>>>> the
>>>>>>> companies is less than the restitution ordered. So the harm is
>>>>>>> immediate to Greg Lindberg. In addition whatever methodology
>>>>>>> including numbers from the insurance companies and losses that
>>>>>>> went
>>>>>>> into the calculations should also be on the record. Again the
>>>>>>> governments proof on the record.
>>>>>>>
>>>>>>> Once again defendants interest over here is to adversarily test
>>>>>>> this
>>>>>>> information for which defendant has to see this information and
>>>>>>> have
>>>>>>> time with this information.
>>>>>>>
>>>>>>> On multiple instances Katten has tried to obtain this information
>>>>>>> unsuccessfully. If we need to go to the 4 th circuit and come
>>>>>>> back
>>>>>>> on remand to get this information in two years we will. We will
>>>>>>> seek
>>>>>>> a bond from the 4th because government failed in providing the
>>>>>>> factual basis for the numbers.
>>>>>>>
>>>>>>> It will be easier for all parties including Greg Lindberg and the
>>>>>>> victims, if this information is placed on the record right now.
>>>>>>>
>>>>>>> Given that we are willing to use the governments protective order
>>>>>>> there is no basis to deny access to the information we requested.
>>>>>>>
>>>>>>> Sincerely,
>>>>>>>
>>>>>>> Vivek
>>>>>>>
>>>>>>>> On Aug 17, 2026 at 1:38 PM, <Vramachandran> wrote:
>>>>>>>>
>>>>>>>> There is already a standing protective order in place in the
>>>>>>>> criminal
>>>>>>>>
>>>>>>>> case that governs all of the government's discovery in this
>>>>>>>> case,
>>>>>>>> so I'm
>>>>>>>>
>>>>>>>> now sure where there needs to be a new protective order for
>>>>>>>> this.
>>>>>>>>
>>>>>>>> Please use that order.
>>>>>>>>
>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>> Vivek

>>>>>>>>
>>>>>>>> On 2026-08-17 13:20, Vramachandran wrote:
>>>>>>>>
>>>>>>>>> Martinez,
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>> Please provide the information we asked for and what's in your
>>>>>>>>
>>>>>>>>> subpoena. Just blocking access with a no is just an illegal
>>>>>>>> sentence.
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>> This is not a civil proceeding. Delaying access is prejudicial
>>>>>>>> to Greg
>>>>>>>>
>>>>>>>>> Lindberg.
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>>> On Aug 17, 2026 at 1:11 PM, <Vramachandran> wrote:
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Of course if there is business confidential information we
>>>>>>>> won't
>>>>>>>>
>>>>>>>>>> contest it. It's Greg Lindberg's  companies.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> The AAPC report is mere attorney arguments without any data.
>>>>>>>> That
>>>>>>>>
>>>>>>>>>> kind of a report being sealed serves no one.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> On Aug 17, 2026 at 1:06 PM, <Vramachandran> wrote:

>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Dan,
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> The court can order a protective order and the Special Master
>>>>>>>> can
>>>>>>>>
>>>>>>>>>> request one after filing it under seal. We will contest the
>>>>>>>>
>>>>>>>>>> protective order request.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Sent with Spark [1]
>>>>>>>>
>>>>>>>>>> On Aug 17, 2026 at 1:04 PM -0400, Ryan, Daniel (USANCW)
>>>>>>>>
>>>>>>>>>> <Daniel.Ryan@usdoj.gov>, wrote:
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Vivek,
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> While we do not believe the requested information is relevant
>>>>>>>> to the
>>>>>>>>
>>>>>>>>>> Court's determination of a final restitution order, we have no
>>>>>>>>
>>>>>>>>>> objection to you getting relevant data from the Special
>>>>>>>>>> Master.
>>>>>>>> That
>>>>>>>>
>>>>>>>>>> said, we agree a protective order, not just filing it under
>>>>>>>> seal, is
>>>>>>>>
>>>>>>>>>> appropriate here at least with respect to the most sensitive
>>>>>>>> types
>>>>>>>>
>>>>>>>>>> of business data.
>>>>>>>>
>>>>>>>>>>

>>>>>>>>
>>>>>>>>>> Dan
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> From: Vramachandran <vramachandran@dhammalaw.com>
>>>>>>>>
>>>>>>>>>> Sent: Monday, August 17, 2026 1:01 PM
>>>>>>>>
>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>>>>
>>>>>>>>>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Barnesatty
>>>>>>>>
>>>>>>>>>> <barnesatty@aol.com>; Freeman, Lyndie (CRM)
>>>>>>>>
>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>>>>
>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>
>>>>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>; Washington,
>>>>>>>> Dana
>>>>>>>>
>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>>>>>>>
>>>>>>>>>> <mmartinez@grierlaw.com>
>>>>>>>>
>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>> Restitution
>>>>>>>>
>>>>>>>>>> Report
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Dan,
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Are you opposed to an expedited motion being placed on the
>>>>>>>> record?
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> We have no interest in delaying proceedings and want this data
>>>>>>>> on
>>>>>>>>
>>>>>>>>>> the record now.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Sincerely,
>>>>>>>>

>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> On Aug 17, 2026 at 12:57 PM, <Michael Martinez> wrote:
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> No.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Michael L. Martinez
>>>>>>>>
>>>>>>>>>> Grier Wright Martinez PA
>>>>>>>>
>>>>>>>>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>>>>>>>>
>>>>>>>>>> (704) 332-0209 (direct dial)
>>>>>>>>
>>>>>>>>>> https://protect2.fireeye.com/v1/url?k=ff291469-9a99f1e9-ff2e308c-74fe486959fc-eaa8cce4f6b99b2f&q=1&e=f96009f1-23c7-445e-918f-2d4e1af1ac14&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>>>> [1] [2]
>>>>>>>>
>>>>>>>>>> mmartinez@grierlaw.com
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> -----Original Message-----
>>>>>>>>
>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>>>> <vramachandran@dhammalaw.com>
>>>>>>>>
>>>>>>>>>> Sent: Monday, August 17, 2026 12:28 PM
>>>>>>>>
>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Michael
>>>>>>>> Martinez
>>>>>>>>
>>>>>>>>>> <mmartinez@grierlaw.com>
>>>>>>>>
>>>>>>>>>> Cc: barnesatty@aol.com; Freeman, Lyndie (CRM)
>>>>>>>>
>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>>>>
>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>
>>>>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>; Washington,
>>>>>>>> Dana
>>>>>>>>

>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>
>>>>>>>>
>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>> Restitution
>>>>>>>>
>>>>>>>>>> Report
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Caution: This message is from an external sender.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Martinez,
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Are you going to place the requested data under seal on the
>>>>>>>> court
>>>>>>>>
>>>>>>>>>> records to avoid the motion? We would rather fight on the
>>>>>>>>
>>>>>>>>>> designation than delay proceedings. Thank you.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> In any case, in March 2026 you offered to place it on the
>>>>>>>> record
>>>>>>>>
>>>>>>>>>> under seal. I am not sure why you cannot do the same now. None
>>>>>>>> of
>>>>>>>>
>>>>>>>>>> this requires a confidentiality agreement.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> On 2026-08-17 11:49, vramachandran@dhammalaw.com wrote:
>>>>>>>>
>>>>>>>>>>> Dan,
>>>>>>>>
>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>> We need the data. We are asking for the data to avoid the
>>>>>>>> motion.
>>>>>>>>
>>>>>>>>>>>

>>>>>>>>
>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>> On 2026-08-17 11:48, Ryan, Daniel (USANCW) wrote:
>>>>>>>>
>>>>>>>>>>>> Vivek,
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> We appreciate your advocacy for your client, but we do not
>>>>>>>>
>>>>>>>>>> litigate
>>>>>>>>
>>>>>>>>>>>> via email. If you file a motion with the court with your
>>>>>>>>
>>>>>>>>>> requested
>>>>>>>>
>>>>>>>>>>>> relief, we will respond accordingly. To the extent we
>>>>>>>> understand
>>>>>>>>
>>>>>>>>>> your
>>>>>>>>
>>>>>>>>>>>> emails, we object to your conclusions, accusations, and
>>>>>>>> requested
>>>>>>>>
>>>>>>>>>>>> relief. That said, with respect to your requests for
>>>>>>>> valuation
>>>>>>>>
>>>>>>>>>>>> information, you can represent to the Court that we are
>>>>>>>> reserving
>>>>>>>>
>>>>>>>>>> our
>>>>>>>>
>>>>>>>>>>>> position until we see your motion.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Regards,
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Dan
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>> <vramachandran@dhammalaw.com>
>>>>>>>>

>>>>>>>>>>>> Sent: Monday, August 17, 2026 11:37 AM
>>>>>>>>
>>>>>>>>>>>> To: Michael Martinez <mmartinez@grierlaw.com>
>>>>>>>>
>>>>>>>>>>>> Cc: barnesatty@aol.com; Ryan, Daniel (USANCW)
>>>>>>>>
>>>>>>>>>>>> <Daniel.Ryan@usdoj.gov>; Freeman, Lyndie (CRM)
>>>>>>>>
>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>>>>>
>>>>>>>>>>>> (USANCW) <Benjamin.Bain-Creed@usdoj.gov>; Meyer, Ryan J.
>>>>>>>>
>>>>>>>>>>>> <ryan.meyer@katten.com>; Joe Grier <jgrier@grierlaw.com>;
>>>>>>>>
>>>>>>>>>> Sanders,
>>>>>>>>
>>>>>>>>>>>> Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>
>>>>>>>>
>>>>>>>>>>>> Subject: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>> Restitution
>>>>>>>>
>>>>>>>>>> Report
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Dan and Michael,
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> (1) Do you have the financial reports data we asked for
>>>>>>>> below?
>>>>>>>>
>>>>>>>>>> Did
>>>>>>>>
>>>>>>>>>>>> you use it in your report?
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> We are looking for all financial reports and all board
>>>>>>>> reports
>>>>>>>>
>>>>>>>>>> for
>>>>>>>>
>>>>>>>>>>>> all primary restitution assets, specified affiliated
>>>>>>>> companies
>>>>>>>>
>>>>>>>>>> for
>>>>>>>>
>>>>>>>>>>>> the last four years and all letter of intents and offers to
>>>>>>>>
>>>>>>>>>> purchase
>>>>>>>>

>>>>>>>>>>>> received. It is going to take us a month to analyze all this
>>>>>>>>
>>>>>>>>>> data.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> (2) Specifically the mid low high you filed with the court
>>>>>>>>>>>> in
>>>>>>>>
>>>>>>>>>> July
>>>>>>>>
>>>>>>>>>>>> 2026 is going to trigger a forfeiture worth millions of
>>>>>>>> dollars.
>>>>>>>>
>>>>>>>>>> So
>>>>>>>>
>>>>>>>>>>>> you need to let the defendant see this data on the court
>>>>>>>> docket
>>>>>>>>
>>>>>>>>>> and
>>>>>>>>
>>>>>>>>>>>> this needs to be on the docket so that this can be appealed.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> (3) Do you have the data you used to arrive at the valuation
>>>>>>>> of
>>>>>>>>
>>>>>>>>>> all
>>>>>>>>
>>>>>>>>>>>> assets you quoted in the sealed report in July 2026?
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> (4) Do you have the data you said you will share with the
>>>>>>>> court
>>>>>>>>
>>>>>>>>>> under
>>>>>>>>
>>>>>>>>>>>> seal on March 2026?
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> (5) Where is the updated data from March 2026 for the same
>>>>>>>> where
>>>>>>>>
>>>>>>>>>> you
>>>>>>>>
>>>>>>>>>>>> said that because AAPC is now valued less it needs to be
>>>>>>>>
>>>>>>>>>> downgraded?
>>>>>>>>

>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> You are going to place all of the above on the record today
>>>>>>>> under
>>>>>>>>
>>>>>>>>>>>> seal.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Without this the sentencing is going to be based on a
>>>>>>>> blackbox
>>>>>>>>
>>>>>>>>>> and
>>>>>>>>
>>>>>>>>>>>> attorney arguments.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Dan, the government may not stand silent in all this. This
>>>>>>>>>>>> is
>>>>>>>> a [2]
>>>>>>>>
>>>>>>>>>>>> criminal proceeding where you sent someone to prison for 12
>>>>>>>> years [2]
>>>>>>>>
>>>>>>>>>>>> based on data he cannot see and will not be allowed to see?
>>>>>>>> And [2]
>>>>>>>>
>>>>>>>>> [2]>>> restitution worth billions of dollars based on data he
>>>>>>>> cannot see
>>>>>>>>
>>>>>>>>>> and
>>>>>>>>
>>>>>>>>>>>> you will not place on the record under seal?
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Sorry, I am having trouble with scruples. I am flummoxed
>>>>>>>>>>>> that
>>>>>>>>
>>>>>>>>>> anyone
>>>>>>>>
>>>>>>>>>>>> thinks this is ok in a criminal proceeding and if we ask for
>>>>>>>> it
>>>>>>>>
>>>>>>>>>> as a
>>>>>>>>
>>>>>>>>>>>> criminal defendant we are delaying the proceedings.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Thank you.

>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> On 2026-08-17 11:08, vramachandran@dhammalaw.com wrote:
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Michael,
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Let me get this straight you are evaluating the assets with
>>>>>>>> a
>>>>>>>>
>>>>>>>>>> range
>>>>>>>>
>>>>>>>>>>>>> that you put on the record to trigger forfeiture but will
>>>>>>>> not
>>>>>>>>
>>>>>>>>>> share
>>>>>>>>
>>>>>>>>>>>>> that information with the defendant?
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> You are going to share the valuation you said you have on
>>>>>>>> all
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>> assets from March 26, 2026 report. Either that was a lie or
>>>>>>>> you
>>>>>>>>
>>>>>>>>>> have
>>>>>>>>
>>>>>>>>>>>>> that data. You are going to place this on the record today
>>>>>>>> under
>>>>>>>>
>>>>>>>>>>>>> seal which we will contest.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Dan, you are going to sentence someone based on data he
>>>>>>>> cannot
>>>>>>>>
>>>>>>>>>> even

>>>>>>>>
>>>>>>>>>>>>> see. You need to get this on the docket today please. And
>>>>>>>> this
>>>>>>>>
>>>>>>>>>> is
>>>>>>>>
>>>>>>>>>>>>> not for lack of asking as was represented to the court. You
>>>>>>>>
>>>>>>>>>>>>> represented to the court when you had questionable
>>>>>>>>>>>>> authority
>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>> prevent product as the government and you want a sentence
>>>>>>>>>>>>> on
>>>>>>>> an
>>>>>>>>
>>>>>>>>>>>>> incomplete record. You need to explain this to the court.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> We want this on the record today under seal. You forced the
>>>>>>>>
>>>>>>>>>> deadline
>>>>>>>>
>>>>>>>>>>>>> you need to give us the data now on the court records under
>>>>>>>> seal
>>>>>>>>
>>>>>>>>>> if
>>>>>>>>
>>>>>>>>>>>>> it needs to be.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> On 2026-08-17 10:35, vramachandran@dhammalaw.com wrote:
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Michael,
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Let me get this straight you are evaluating the assets with
>>>>>>>> a
>>>>>>>>
>>>>>>>>>> range
>>>>>>>>

>>>>>>>>>>>>> that you put on the record to forfiture but will not share
>>>>>>>> that
>>>>>>>>
>>>>>>>>>>>>> information with the defendant?
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> You are going to share the valuation you said you have on
>>>>>>>> all
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>> assets from March 26, 2026 report. Either that was a lie or
>>>>>>>> you
>>>>>>>>
>>>>>>>>>> have
>>>>>>>>
>>>>>>>>>>>>> that data. You are going to place this on the record today
>>>>>>>> under
>>>>>>>>
>>>>>>>>>>>>> seal which we will contest.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Dan, you are going to sentence someone based on data he
>>>>>>>> cannot
>>>>>>>>
>>>>>>>>>> even
>>>>>>>>
>>>>>>>>>>>>> see. You need to get this on the docket today please. And
>>>>>>>> this
>>>>>>>>
>>>>>>>>>> is
>>>>>>>>
>>>>>>>>>>>>> not for lack of asking as was represented to the court. You
>>>>>>>>
>>>>>>>>>>>>> represented to the court when you had questionable
>>>>>>>>>>>>> authority
>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>> prevent product as the government and you want a sentence
>>>>>>>>>>>>> on
>>>>>>>> an
>>>>>>>>
>>>>>>>>>>>>> incomplete record. You need to explain this to the court.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> We want this on the record today under seal. You forced the
>>>>>>>>
>>>>>>>>>> deadline
>>>>>>>>

>>>>>>>>>>>>> you need to give us the data now on the court records under
>>>>>>>> seal
>>>>>>>>
>>>>>>>>>>> if
>>>>>>>>
>>>>>>>>>>>>> it needs to be.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> On 2026-08-17 10:24, vramachandran@dhammalaw.com wrote:
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Dan,
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Also as suggested, we have raised concerns about the
>>>>>>>> relevance
>>>>>>>>
>>>>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>> some of this data to an independent criminal investigation.
>>>>>>>>
>>>>>>>>>>>>> The government needs to act and get this data on file.
>>>>>>>>>>>>> Thank
>>>>>>>>
>>>>>>>>>>> you.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> On 2026-08-17 10:19, vramachandran@dhammalaw.com wrote:
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Dan,
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> As a prosecutor you should be aware that this is not just

>>>>>>>> about
>>>>>>>>
>>>>>>>>>> Greg
>>>>>>>>
>>>>>>>>>>>>> Lindberg. This data belongs to the victims and should be
>>>>>>>> known
>>>>>>>>
>>>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>> the general public. Sentencing without disclosing all of
>>>>>>>> this
>>>>>>>>
>>>>>>>>>>>>> information on the record is illegal. Unconstitutional. You
>>>>>>>> need
>>>>>>>>
>>>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>> let the Special Master know that he needs to file
>>>>>>>>>>>>> everything
>>>>>>>>
>>>>>>>>>> under
>>>>>>>>
>>>>>>>>>>>>> seal if he so wants to.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> This is a criminal proceeding. You have a duty to place
>>>>>>>>>>>>> this
>>>>>>>>
>>>>>>>>>>>>> information on the docket. This is exceptional. You delay
>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>> proceedings and then blame it on the defendant. Then seek a
>>>>>>>>
>>>>>>>>>>>>> confidentiality agreement. You have the burden of proof.
>>>>>>>>>>>>> Are
>>>>>>>> you
>>>>>>>>
>>>>>>>>>>>>> going to meet it or not?
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> I would like an answer by 12.00 P.M.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>

>>>>>>>>>>>>> Michael,
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> This is a criminal case. Whatever you want to produce you
>>>>>>>> need
>>>>>>>>
>>>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>> produce now. I need to get this to my client so that we can
>>>>>>>>
>>>>>>>>>> defend
>>>>>>>>
>>>>>>>>>>>>> on August 24th which you are forcing on the defendant.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> The data is subject to the court's sealing procedures. You
>>>>>>>> are
>>>>>>>>
>>>>>>>>>> not
>>>>>>>>
>>>>>>>>>>>>> going to condition this data on anything other than the
>>>>>>>> court's
>>>>>>>>
>>>>>>>>>> own
>>>>>>>>
>>>>>>>>>>>>> processes.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Any failure to produce the data means you are unwilling to
>>>>>>>>
>>>>>>>>>> establish
>>>>>>>>
>>>>>>>>>>>>> these on the record as required under the MVRA. That is a
>>>>>>>>
>>>>>>>>>> failure to
>>>>>>>>
>>>>>>>>>>>>> prosecute by the government.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Please file on the record the methodology and the data we
>>>>>>>>
>>>>>>>>>> requested
>>>>>>>>
>>>>>>>>>>>>> underseal by August 17, 2026 noon. We will contest the
>>>>>>>> sealing
>>>>>>>>
>>>>>>>>>> with
>>>>>>>>

>>>>>>>>>>>>> the court if necessary.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> This is not a civil proceeding.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>>>> viek
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> On 2026-08-17 10:13, Michael Martinez wrote:
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Vivek:
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> The Special Master disagrees with your legal analyses and
>>>>>>>>
>>>>>>>>>>>>> conclusions below.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> That said, the Special Master would not be opposed in
>>>>>>>> concept to
>>>>>>>>
>>>>>>>>>>>>> producing (on a reasonable timeline) documents in our
>>>>>>>> possession
>>>>>>>>
>>>>>>>>>>>>> under a confidentiality agreement and protective order
>>>>>>>> limiting
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>> public disclosure of proprietary information. If your
>>>>>>>>>>>>> client
>>>>>>>> is
>>>>>>>>
>>>>>>>>>>>>> amenable to preserving the confidentiality of sensitive
>>>>>>>>
>>>>>>>>>> proprietary
>>>>>>>>
>>>>>>>>>>>>> information, then I can draft a confidentiality agreement
>>>>>>>> and
>>>>>>>>
>>>>>>>>>>>>> protective order for your review and edit. If your client
>>>>>>>>>>>>> is

>>>>>>>> not
>>>>>>>>
>>>>>>>>>>>>> amenable to preserving the confidentiality of sensitive
>>>>>>>>
>>>>>>>>>> proprietary
>>>>>>>>
>>>>>>>>>>>>> information, then a court order compelling us to produce
>>>>>>>> these
>>>>>>>>
>>>>>>>>>>>>> materials with no restrictions on subsequent disclosure
>>>>>>>>>>>>> will
>>>>>>>> be
>>>>>>>>
>>>>>>>>>>>>> required.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Without limiting the foregoing, our proposed methodology
>>>>>>>>>>>>> for
>>>>>>>>
>>>>>>>>>>>>> unrealized offsets/credits is that your client will receive
>>>>>>>> a
>>>>>>>>
>>>>>>>>>> credit
>>>>>>>>
>>>>>>>>>>>>> against his restitution obligation as the assets are
>>>>>>>> monetized
>>>>>>>>
>>>>>>>>>>>>> rather than him receiving a credit now based on our
>>>>>>>> estimation
>>>>>>>>
>>>>>>>>>> of
>>>>>>>>
>>>>>>>>>>>>> what the Primary Restitution Assets might fetch for
>>>>>>>>>>>>> victims.
>>>>>>>> The
>>>>>>>>
>>>>>>>>>>>>> purpose of the estimation was to satisfy the mandate in the
>>>>>>>>
>>>>>>>>>> special
>>>>>>>>
>>>>>>>>>>>>> master order that the special master identify assets “and
>>>>>>>> to
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>> extent those assets are not readily convertible to cash,
>>>>>>>>
>>>>>>>>>> determine a
>>>>>>>>
>>>>>>>>>>>>> reasonable estimated value for those assets.” In other
>>>>>>>> words,

>>>>>>>>
>>>>>>>>>>>>> evaluating our estimation of what the Primary Restitution
>>>>>>>> Assets
>>>>>>>>
>>>>>>>>>>>>> might generate for victims in the future is not an integral
>>>>>>>>
>>>>>>>>>>>>> component of the Court’s restitution determination, and
>>>>>>>> those
>>>>>>>>
>>>>>>>>>>>>> estimated figures do not appear anywhere in the proposed
>>>>>>>>
>>>>>>>>>>> restitution
>>>>>>>>
>>>>>>>>>>>>> order.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Michael L. Martinez
>>>>>>>>
>>>>>>>>>>>>> Grier Wright Martinez PA
>>>>>>>>
>>>>>>>>>>>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>>>>>>>>
>>>>>>>>>>>>> (704) 332-0209 (direct dial)
>>>>>>>>
>>>>>>>>>>>>> https://protect2.fireeye.com/v1/url?k=b93c74d8-dc8c9158-b93b503d-74fe486959fc-2784f89c0d20bc9b&q=1&e=f96009f1-23c7-445e-918f-2d4e1af1ac14&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>>>>>>> [1] [3] [1] [1 [2]]
>>>>>>>>
>>>>>>>>>>>>> mmartinez@grierlaw.com
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>
>>>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>> <vramachandran@dhammalaw.com>
>>>>>>>>
>>>>>>>>>>>>> Sent: Monday, August 17, 2026 6:03 AM
>>>>>>>>
>>>>>>>>>>>>> To: Michael Martinez <mmartinez@grierlaw.com>
>>>>>>>>
>>>>>>>>>>>>> Cc: barnesatty@aol.com; Daniel Ryan (Daniel.Ryan@usdoj.gov)
>>>>>>>>
>>>>>>>>>>>>> <daniel.ryan@usdoj.gov>; Freeman, Lyndie (CRM)
>>>>>>>>
>>>>>>>>>>>>> <lyndie.freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>>>>
>>>>>>>>>>>>> <benjamin.bain-creed@usdoj.gov>; Meyer, Ryan J.
>>>>>>>>
>>>>>>>>>>>>> <ryan.meyer@katten.com>; Joe Grier <jgrier@grierlaw.com>;
>>>>>>>> Jeremy

>>>>>>>>
>>>>>>>>>>>>> Sanders <jeremy.sanders@usdoj.gov>
>>>>>>>>
>>>>>>>>>>>>> Subject: Re: Draft Final Supplement to Restitution Report
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Caution: This message is from an external sender.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Michael and Dan,
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> I do want to remind you that unlike a bankruptcy
>>>>>>>>>>>>> proceeding,
>>>>>>>>
>>>>>>>>>> these
>>>>>>>>
>>>>>>>>>>>>> companies are not just worth debt. They have revenues in
>>>>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>> millions, so your methodology of evaluation has to be
>>>>>>>> disclosed
>>>>>>>>
>>>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>> the defendant on the record.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> We are looking for all financial reports and all board
>>>>>>>> reports
>>>>>>>>
>>>>>>>>>> for
>>>>>>>>
>>>>>>>>>>>>> all primary restitution assets, specified affiliated
>>>>>>>> companies
>>>>>>>>
>>>>>>>>>> for
>>>>>>>>
>>>>>>>>>>>>> the last four years and all letter of intents and offers to
>>>>>>>>
>>>>>>>>>> purchase
>>>>>>>>
>>>>>>>>>>>>> received. It is going to take us a month to analyze all
>>>>>>>>>>>>> this
>>>>>>>>
>>>>>>>>>> data.
>>>>>>>>
>>>>>>>>>>>>> Without this the sentencing is going to be based on a

>>>>>>>> blackbox
>>>>>>>>
>>>>>>>>>> and
>>>>>>>>
>>>>>>>>>>>>> attorney arguments.
>>>>>>>>
>>>>>>>>>>>>> This does not meet the MVRA accounting requirement. Please
>>>>>>>> get
>>>>>>>>
>>>>>>>>>> us
>>>>>>>>
>>>>>>>>>>>>> this information by noon August 17, 2026.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> A fiduciary duty applies to the Special Master/Receiver.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> If you cannot establish your burden of proof, the
>>>>>>>>>>>>> government
>>>>>>>> has
>>>>>>>>
>>>>>>>>>> a
>>>>>>>>
>>>>>>>>>>>>> duty to let the court know that you cannot do it. Failure
>>>>>>>>>>>>> to
>>>>>>>> do
>>>>>>>>
>>>>>>>>>> that
>>>>>>>>
>>>>>>>>>>>>> to win is striking a foul blow.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Katten has asked for this in the past. We do not have this
>>>>>>>>
>>>>>>>>>>>>> information.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Thank you.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> On 2026-08-15 14:59, vramachandran@dhammalaw.com wrote:

>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Michael and Dan,
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> (I) In your March 2026 report, you stated that publicly
>>>>>>>>
>>>>>>>>>> disclosing
>>>>>>>>
>>>>>>>>>>>>> too much detail regarding the Primary Restitution Assets
>>>>>>>>>>>>> and
>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>> Special Master's value determinations concerning the same
>>>>>>>> would
>>>>>>>>
>>>>>>>>>>>>> negatively impact liquidation efforts and could, in itself,
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> decrease
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> the value of the Primary Restitution Assets, and that the
>>>>>>>>
>>>>>>>>>> Special
>>>>>>>>
>>>>>>>>>>>>>> Master therefore erred on the side of caution by including
>>>>>>>> in
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>>> report a single range encompassing all Primary Restitution
>>>>>>>>
>>>>>>>>>> Assets
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> lumped together.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> Please provide all of the data you stated you would
>>>>>>>>>>>>>> provide
>>>>>>>> to
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>>> Court in that March 2026 report, together with any other

>>>>>>>>
>>>>>>>>>> documents
>>>>>>>>
>>>>>>>>>>>>>> the Special Master intends to rely on for the valuations
>>>>>>>>>>>>>> in
>>>>>>>>
>>>>>>>>>> this
>>>>>>>>
>>>>>>>>>>>>>> proceeding. Please do so by noon on August 17, 2026. To
>>>>>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>> extent
>>>>>>>>
>>>>>>>>>>>>>> you have any additional information these have to be
>>>>>>>>
>>>>>>>>>> established on
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> the record under § 3664(f)(1)(A) by placing them on the
>>>>>>>>
>>>>>>>>>> record.
>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> Under the MVRA that material belongs with the defendant:
>>>>>>>> the
>>>>>>>>
>>>>>>>>>> burden
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> of demonstrating the amount of loss is on the Government,
>>>>>>>> 18
>>>>>>>>
>>>>>>>>>> U.S.C.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> §
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> 3664(e); the statute requires "a complete accounting of
>>>>>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>> losses
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> to
>>>>>>>>

>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> each victim," id. § 3664(a); and restitution must be set
>>>>>>>> "in
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> full
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> amount of each victim's losses as determined by the
>>>>>>>>>>>>>> court,"
>>>>>>>> id.
>>>>>>>>
>>>>>>>>>> §
>>>>>>>>
>>>>>>>>>>>>>> 3664(f)(1)(A). A single lumped range, with its particulars
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> withheld,
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> cannot satisfy those provisions or permit the de novo
>>>>>>>>
>>>>>>>>>>>>>> determination
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> the Court is required to make. Id. § 3664(d)(6).
>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> (II) We will also file a motion on to unseal the Appendix
>>>>>>>> to
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>>> final report. Other than attorney argument, there is
>>>>>>>> nothing in
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> that
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> Appendix, and we will file our own argument saying so --

>>>>>>>> both
>>>>>>>>
>>>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>>> highlight this issue and to preserve the record for the
>>>>>>>> Fourth
>>>>>>>>
>>>>>>>>>>>>>> Circuit. Neither the defendant's right to contest the loss
>>>>>>>>
>>>>>>>>>> amount
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> nor
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> the Court's de novo review under § 3664(d)(6) can be
>>>>>>>> exercised
>>>>>>>>
>>>>>>>>>>>>>> against a figure whose basis is kept under seal. See §
>>>>>>>>
>>>>>>>>>> 3664(e).
>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> (III) We are going to file a motion for reconsideration of
>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> denial
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> of the subpoenas -- not because we expect the Court to
>>>>>>>> change
>>>>>>>>
>>>>>>>>>> its
>>>>>>>>
>>>>>>>>>>>>>> mind, but to make sure the record is clear on three
>>>>>>>>>>>>>> points.
>>>>>>>>
>>>>>>>>>> First,
>>>>>>>>
>>>>>>>>>>>>>> under the MVRA the burden of proof lies with the
>>>>>>>> Government,
>>>>>>>>
>>>>>>>>>> not
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>

>>>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> defendant. § 3664(e). Second, to the extent the valuations
>>>>>>>> of
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>>> companies rest with the Special Master, they must be
>>>>>>>> provided
>>>>>>>>
>>>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> defendant under the accounting provisions of the MVRA. §§
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> 3664(a),
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> (f)(1)(A). Third, restitution under the MVRA must be
>>>>>>>> accurate;
>>>>>>>>
>>>>>>>>>> if
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> it
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> cannot be made accurate, or if the issues are too complex,
>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>>> Court's option is to decline restitution rather than order
>>>>>>>> an
>>>>>>>>
>>>>>>>>>>>>>> inaccurate amount. § 3663A(c)(3)(B). To the extent you
>>>>>>>> again
>>>>>>>>
>>>>>>>>>>>>>> press
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>

>>>>>>>>>>>>>> the August 24 deadline, we preserve this issue for the
>>>>>>>> Fourth
>>>>>>>>
>>>>>>>>>>>>>> Circuit: the deferred determination is expressly
>>>>>>>> contemplated
>>>>>>>>
>>>>>>>>>> by
>>>>>>>>
>>>>>>>>>>>>>> §
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> 3664(d)(5), and that ninety-day date is directory, not a
>>>>>>>>
>>>>>>>>>> license
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> for an inaccurate award.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> See Dolan v. United States, 560 U.S. 605 (2010) (a court
>>>>>>>> that
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> misses
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> the § 3664(d)(5) deadline retains authority to order
>>>>>>>>
>>>>>>>>>> restitution,
>>>>>>>>
>>>>>>>>>>>>>> because the deadline is meant to protect victims, not to
>>>>>>>> create
>>>>>>>>
>>>>>>>>>> a
>>>>>>>>
>>>>>>>>>>>>>> windfall for defendants). Where loss is not yet
>>>>>>>> ascertainable,
>>>>>>>>
>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>>> MVRA's remedy is to develop the record -- or to decline
>>>>>>>>
>>>>>>>>>>>>>> restitution
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> under § 3663A(c)(3)(B) -- not to adopt a guess.

>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> (IV) We will additionally file a motion on the AAPC
>>>>>>>> valuation
>>>>>>>>
>>>>>>>>>> and
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> on
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> Ares causation, tied to the subpoena request, to highlight
>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>>> live
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> issues that remain pending and that the Government and the
>>>>>>>>
>>>>>>>>>> Special
>>>>>>>>
>>>>>>>>>>>>>> Master are resisting. Causation and amount are the
>>>>>>>> Government's
>>>>>>>>
>>>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>>> prove by a preponderance of the evidence, § 3664(e), and
>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>>> value
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> of
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>>> the property must be established on the record under §
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> 3664(f)(1)(A).
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Attorney arguments about AI and AAPC do not establish value
>>>>>>>> of
>>>>>>>>

>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>> property on the record.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> We are happy to state that you are opposed to these
>>>>>>>>>>>>> motions.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>>>>>>> Vivek
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> On 2026-07-22 16:48, Michael Martinez wrote:
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Please find attached our current draft of a final
>>>>>>>>>>>>> supplement
>>>>>>>> to
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> restitution report in the 3:23-CR-48 case. Also attached is
>>>>>>>> a
>>>>>>>>
>>>>>>>>>>>>> proposed final order of restitution and appendix to the
>>>>>>>>
>>>>>>>>>> supplement
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> discussing the primary restitution assets.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Here is what we said about the other parties positions on
>>>>>>>> this
>>>>>>>>
>>>>>>>>>>>>> supplement: "The Special Master has conferred with both the
>>>>>>>>
>>>>>>>>>>>>> government and the Defendant's counsel in relation to this
>>>>>>>>
>>>>>>>>>>>>> Supplement.

>>>>>>>>
>>>>>>>>>>>>> Although the government does not oppose the positions
>>>>>>>>
>>>>>>>>>> articulated
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> by
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> the Special Master through this Supplement, the Defendant
>>>>>>>>
>>>>>>>>>> opposes
>>>>>>>>
>>>>>>>>>>>>> the majority of the Special Master's recommendations
>>>>>>>> appearing
>>>>>>>>
>>>>>>>>>> in
>>>>>>>>
>>>>>>>>>>>>> this Supplement." If I have not accurately stated your
>>>>>>>> client's
>>>>>>>>
>>>>>>>>>>>>> position on our supplement, please let me know by the end
>>>>>>>>>>>>> of
>>>>>>>> the
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> day
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> tomorrow.
>>>>>>>>
>>>>>>>>>>>>> We have to file this by Friday.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Thank you.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Michael L. Martinez
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Grier Wright Martinez, PA
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> 521 E. Morehead St., Ste. 440

>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Charlotte, NC 28202
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> 704/332.0209 (direct)
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> 704/332.0215 (fax)
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> mmartinez@grierlaw.com
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Disclaimer
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> This e-mail may contain confidential and attorney-client
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> privileged
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> material for the sole use of the intended recipient. Do not
>>>>>>>>
>>>>>>>>>> accept
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> wiring instructions from us by email. If you are not the
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> recipient,
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> you are hereby notified that any disclosure, copying,
>>>>>>>>
>>>>>>>>>> distribution
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> or taking action in relation of the contents of this

>>>>>>>> information
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> is
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> strictly prohibited and may be unlawful, please contact the
>>>>>>>>
>>>>>>>>>> sender
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> and delete this e-mail.
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> This email has been scanned for viruses and malware, and
>>>>>>>>>>>>> may
>>>>>>>>
>>>>>>>>>> have
>>>>>>>>
>>>>>>>>>>>>> been automatically archived by Mimecast Ltd, an innovator
>>>>>>>>>>>>> in
>>>>>>>>
>>>>>>>>>>>>> Software as a Service (SaaS) for business. Providing a
>>>>>>>>>>>>> safer
>>>>>>>> and
>>>>>>>>
>>>>>>>>>>>>> more useful place for your human generated data.
>>>>>>>> Specializing
>>>>>>>>
>>>>>>>>>> in;
>>>>>>>>
>>>>>>>>>>>>> Security, archiving and compliance. To find out more Click
>>>>>>>> Here
>>>>>>>>
>>>>>>>>>> [1
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> [1 [3]]].
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Links:
>>>>>>>>
>>>>>>>>>>>>> ------
>>>>>>>>
>>>>>>>>>>>>> [1]

>>>>>>>>>>>>> https://protect2.fireeye.com/v1/url?k=6a6d1c0b-0fddf98b-6a6a38ee-74fe486959fc-9f09791668a5a984&q=1&e=f96009f1-23c7-445e-918f-2d4e1af1ac14&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>>>>>>> [4] [4]
>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>>> Links:
>>>>>>>>
>>>>>>>>>>>>> ------
>>>>>>>>
>>>>>>>>>>>>> [1]
>>>>>>>>>>>>> https://protect2.fireeye.com/v1/url?k=15eff51b-705f109b-15e8d1fe-74fe486959fc-6cf917333f9ee5ec&q=1&e=f96009f1-23c7-445e-918f-2d4e1af1ac14&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>>>>>>> [5] [5]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Disclaimer
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> This e-mail may contain confidential and attorney-client
>>>>>>>>
>>>>>>>>>> privileged
>>>>>>>>
>>>>>>>>>>>> material for the sole use of the intended recipient. Do not
>>>>>>>>
>>>>>>>>>> accept
>>>>>>>>
>>>>>>>>>>>> wiring instructions from us by email. If you are not the
>>>>>>>>
>>>>>>>>>> recipient,
>>>>>>>>
>>>>>>>>>>>> you are hereby notified that any disclosure, copying,
>>>>>>>>
>>>>>>>>>> distribution or
>>>>>>>>
>>>>>>>>>>>> taking action in relation of the contents of this
>>>>>>>>>>>> information
>>>>>>>> is
>>>>>>>>
>>>>>>>>>>>> strictly prohibited and may be unlawful, please contact the
>>>>>>>>
>>>>>>>>>> sender and
>>>>>>>>
>>>>>>>>>>>> delete this e-mail.
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> This email has been scanned for viruses and malware, and may

>>>>>>>> have
>>>>>>>>
>>>>>>>>>> been
>>>>>>>>
>>>>>>>>>>>> automatically archived by Mimecast Ltd, an innovator in
>>>>>>>> Software
>>>>>>>>
>>>>>>>>>> as a
>>>>>>>>
>>>>>>>>>>>> Service (SaaS) for business. Providing a safer and more
>>>>>>>> useful
>>>>>>>>
>>>>>>>>>> place
>>>>>>>>
>>>>>>>>>>>> for your human generated data. Specializing in; Security,
>>>>>>>>
>>>>>>>>>> archiving
>>>>>>>>
>>>>>>>>>>>> and compliance. To find out more Click Here [2 [6]].
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Links:
>>>>>>>>
>>>>>>>>>>>> ------
>>>>>>>>
>>>>>>>>>>>> [1]
>>>>>>>>>>>> https://protect2.fireeye.com/v1/url?k=f2f2adbc-9742483c-f2f58959-74fe486959fc-01bf87c4218c6f8f&q=1&e=f96009f1-23c7-445e-918f-2d4e1af1ac14&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>>>>>> [6] [7]
>>>>>>>>
>>>>>>>>>>>> [2]
>>>>>>>>>>>> https://protect2.fireeye.com/v1/url?k=40c5ff21-25751aa1-40c2dbc4-74fe486959fc-82d0567deac7d14d&q=1&e=f96009f1-23c7-445e-918f-2d4e1af1ac14&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>>>>>> [7] [8]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>>> Links:
>>>>>>>>
>>>>>>>>>>>> ------
>>>>>>>>
>>>>>>>>>>>> [1]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>

>>>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-
b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [3]
>>>>>>>>
>>>>>>>>>> [8]
>>>>>>>>
>>>>>>>>>>>> [2]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-
c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-
8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [4]
>>>>>>>>
>>>>>>>>>> [9]
>>>>>>>>
>>>>>>>>>>>> [3]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-
ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-
8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [5]
>>>>>>>>
>>>>>>>>>> [10]
>>>>>>>>
>>>>>>>>>>>> [4]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-
6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-
8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [6]
>>>>>>>>

>>>>>>>>>> [11]
>>>>>>>>
>>>>>>>>>>>> [5]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [7]
>>>>>>>>
>>>>>>>>>> [12]
>>>>>>>>
>>>>>>>>>>>> [6]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [8]
>>>>>>>>
>>>>>>>>>> [13]
>>>>>>>>
>>>>>>>>>>>> [7]
>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [9]
>>>>>>>>
>>>>>>>>>> [14]
>>>>>>>>
>>>>>>>>>>>> [8]
>>>>>>>>
>>>>>>>>>>>>

>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [10]
>>>>>>>>
>>>>>>>>>> [15]
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> Disclaimer
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> This e-mail may contain confidential and attorney-client
>>>>>>>> privileged
>>>>>>>>
>>>>>>>>>> material for the sole use of the intended recipient. Do not
>>>>>>>> accept
>>>>>>>>
>>>>>>>>>> wiring instructions from us by email. If you are not the
>>>>>>>> recipient,
>>>>>>>>
>>>>>>>>>> you are hereby notified that any disclosure, copying,
>>>>>>>> distribution
>>>>>>>>
>>>>>>>>>> or taking action in relation of the contents of this
>>>>>>>> information is
>>>>>>>>
>>>>>>>>>> strictly prohibited and may be unlawful, please contact the
>>>>>>>> sender
>>>>>>>>
>>>>>>>>>> and delete this e-mail.
>>>>>>>>
>>>>>>>>>>
>>>>>>>>
>>>>>>>>>> This email has been scanned for viruses and malware, and may
>>>>>>>> have
>>>>>>>>
>>>>>>>>>> been automatically archived by Mimecast Ltd, an innovator in
>>>>>>>>
>>>>>>>>>> Software as a Service (SaaS) for business. Providing a safer
>>>>>>>> and
>>>>>>>>
>>>>>>>>>> more useful place for your human generated data. Specializing
>>>>>>>> in;
>>>>>>>>

>>>>>>>>>> Security, archiving and compliance. To find out more Click
>>>>>>>>>> Here
>>>>>>>>
>>>>>>>>>> [16].
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>> Links:
>>>>>>>>
>>>>>>>>> ------
>>>>>>>>
>>>>>>>>> [1] https://sparkmailapp.com/source?from=signature
>>>>>>>>
>>>>>>>>> [2]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=255d2cc9-439869f7-255a082c-c400add0b6f2-ef3d6ebaede0607b&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [11]
>>>>>>>>
>>>>>>>>> [3]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=58de74e3-3e1b31dd-58d95006-c400add0b6f2-c480a08ec262503a&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [12]
>>>>>>>>
>>>>>>>>> [4]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b21c0063-d4d9455d-b21b2486-c400add0b6f2-a89226c8521b3cfb&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [13]
>>>>>>>>
>>>>>>>>> [5]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>

>>>>>> https://protect2.fireeye.com/v1/url?k=cc6968bb-aaac2d85-cc6e4c5e-c400add0b6f2-2e8d6cc528df355f&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [14]
>>>>>>>>
>>>>>>>>> [6]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=a22959de-c4ec1ce0-a22e7d3b-c400add0b6f2-90df1e1e64bd4ff1&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [15]
>>>>>>>>
>>>>>>>>> [7]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=9f3909c3-f9fc4cfd-9f3e2d26-c400add0b6f2-50b7993eed216485&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [16]
>>>>>>>>
>>>>>>>>> [8]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [3]
>>>>>>>>
>>>>>>>>> [9]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [4]
>>>>>>>>
>>>>>>>>> [10]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [5]

>>>>>>>>
>>>>>>>>> [11]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [6]
>>>>>>>>
>>>>>>>>> [12]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [7]
>>>>>>>>
>>>>>>>>> [13]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [8]
>>>>>>>>
>>>>>>>>> [14]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [9]
>>>>>>>>
>>>>>>>>> [15]
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [10]
>>>>>>>>
>>>>>>>>> [16]
>>>>>>>>

>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=1c82a97f-7a47ec41-1c858d9a-c400add0b6f2-92ca2cca7ec81edf&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [17]
>>>>>>
>>>>>>
>>>>>> Links:
>>>>>> ------
>>>>>> [1]
>>>>>> https://protect2.fireeye.com/v1/url?k=4a3878bf-2f889d3f-4a3f5c5a-74fe486959fc-4eafff6fa92264b3&q=1&e=f96009f1-23c7-445e-918f-2d4e1af1ac14&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [2]
>>>>>> https://protect2.fireeye.com/v1/url?k=2137e668-447b8f27-2130c28d-74fe4868cd43-1f354b13c23ee39e&q=1&e=acab17db-132a-430a-a710-caa9d1ae50c8&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [3]
>>>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [4]
>>>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [5]
>>>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [6]
>>>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [7]
>>>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [8]
>>>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [9]
>>>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [10]
>>>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [11]
>>>>>> https://protect2.fireeye.com/v1/url?k=255d2cc9-439869f7-255a082c-c400add0b6f2-ef3d6ebaede0607b&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [12]

>>>>>> https://protect2.fireeye.com/v1/url?k=58de74e3-3e1b31dd-58d95006-c400add0b6f2-c480a08ec262503a&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [13]
>>>>>> https://protect2.fireeye.com/v1/url?k=b21c0063-d4d9455d-b21b2486-c400add0b6f2-a89226c8521b3cfb&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [14]
>>>>>> https://protect2.fireeye.com/v1/url?k=cc6968bb-aaac2d85-cc6e4c5e-c400add0b6f2-2e8d6cc528df355f&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [15]
>>>>>> https://protect2.fireeye.com/v1/url?k=a22959de-c4ec1ce0-a22e7d3b-c400add0b6f2-90df1e1e64bd4ff1&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [16]
>>>>>> https://protect2.fireeye.com/v1/url?k=9f3909c3-f9fc4cfd-9f3e2d26-c400add0b6f2-50b7993eed216485&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [17]
>>>>>> https://protect2.fireeye.com/v1/url?k=1c82a97f-7a47ec41-1c858d9a-c400add0b6f2-92ca2cca7ec81edf&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [18] https://sparkmailapp.com/source?from=signature