IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG,<br><br>Defendant. | Case No. 3:23-CR-48-MOC<br><br>Judge Max O. Cogburn, Jr. |

**REPLY EXHIBIT C**
**CONSOLIDATED E-MAIL CORRESPONDENCE BETWEEN DEFENSE COUNSEL, GOVERNMENT COUNSEL, AND THE SPECIAL MASTER'S OFFICE (JULY 22 – SEPTEMBER 13, 2026)**

This exhibit collects, in one place, the five e-mail threads between current defense counsel and counsel for the Government and for the Special Master that are cited in Defendant's Reply in support of his Motion to Compel (Docs. 341, 344). Each thread is reproduced in full from the native e-mail file, including every earlier message quoted within it, exactly as sent and received; only runs of blank lines have been collapsed. Four of the nine files produced to counsel were exact duplicates (same Message-ID) and are omitted. Threads are arranged in chronological order of the most recent message; the quoted chains within Exhibits C-3, C-4, and C-5 overlap because each later message on the "Response to Final Report" thread carried the earlier messages forward. The exhibit contains no e-mail exchanged between Defendant and his counsel.

# INDEX



| Exhibit | Latest message | Thread subject | Contents | Page |
|---|---|---|---|---|
| **C-1** | Aug. 27, 2026, 9:50 a.m. | AAPC Holdings LLC — 2025 federal tax returns package | Current counsel adds Government counsel (Ryan, Sanders) to the one thread on which the Special Master's office had contacted the defense (an AAPC tax-return signature), so that it would not be ex parte: "We are adding you to the thread." Chain runs from July 31, 2026 (Puri/Avila; Martinez) through Aug. 18, 2026. | 4 |
| **C-2** | Sept. 13, 2026, 3:50 p.m. | Draft Final Supplement to Restitution Report | Request that Government counsel at the district court recuse themselves in light of ex parte communications with the Special Master; statement that Defendant "has never waived these issues and will not waive these issues"; reference to the Aug. 10, 2026 ethics warning. Chain runs from July 22, 2026 through Aug. 28, 2026 (incl. Aug. 17 "we do not litigate via email"; Aug. 26 9:27–12:39 exchanges; Aug. 27 10:03 a.m. "regularized"; Aug. 28 7:39, 8:17, 8:32 a.m. demands for the Government's ex parte communications and referral to the Government's ethics panel). | 11 |
| **C-3** | Sept. 13, 2026, 3:58 p.m. | Response to Final Report | Request that the day's e-mails be referred to the Office of the Deputy Attorney General; objection to the Government's characterization of the correspondence; non-waiver of objections to ex parte communications; the Special-Master-as-probation-officer theory. Chain runs from July 29, 2026 (Ryan: "final hearing on August 17") through Aug. 17, 2026, incl. Aug. 7 (Bain-Creed; Ares production demand), Aug. 10, 7:23 a.m. | 76 |

| | | | | |
|---|---|---|---|---|
| | | | (request to forward to the Department's ethics department), Aug. 11, 9:52 a.m. (Sanders: OPR link), Aug. 11, 4:15 a.m., Aug. 15, Aug. 17, 7:06 a.m. ("we did not waive anything"), Aug. 17, 11:01 a.m. and 6:58 p.m. | |
| **C-4** | Sept. 13, 2026, 4:20 p.m. | Response to Final Report | Same thread, later message: ODAG referral request restated; "Greg Lindberg, did not waive or consent and does not waive his objections to ex parte communications by the government nor any other ethics issue." Quoted chain as in C-3. | 108 |
| **C-5** | Sept. 13, 2026, 7:54 p.m. | Response to Final Report | Same thread, final message: Defendant's position that the proceeding reflects governmental vindictiveness; that the Special Master was given "powers no judge, no executive and no senator has," with "no separation of powers"; and ex parte communication "on top of that." Quoted chain as in C-3. | 136 |

**EXHIBIT C-1**
**AAPC Holdings LLC — 2025 federal tax returns package**

| | |
|---|---|
| **Subject:** | Re: FW: AAPC Holdings LLC - 2025 federal tax returns package |
| **From:** | Vramachandran <vramachandran@dhammalaw.com> |
| **Date:** | Thu, 27 Aug 2026 09:50:15 -0400 |
| **To:** | "Daniel (USANCW) Ryan" <daniel.ryan@usdoj.gov>, Jeremy Sanders <jeremy.sanders@usdoj.gov> |
| **Cc:** | Barnesatty <barnesatty@aol.com>, Scott Avila <savila@paladinmgmt.com>, Joe Grier <jgrier@grierlaw.com>, Michael Martinez <mmartinez@grierlaw.com> |
| **Message-ID:** | <6FEFDB4E-5D08-4A5C-88D9-32872DCCC020@edison.tech> |
| **Source file:** | Re_FW_AAPC_Holdings_LLC_-_2025_federal_tax_returns_package.eml |

---

Dan,

We are adding you to the thread.

I will send the tax documents themselves to the special master ( excluding the government) via email when they are ready. I do not believe the government has an interest in them but let me know if you believe otherwise. Greg and his legal team on this issue are open to your request to be included in a signed return when that happens.

Greg has to get the documents via legal mail and review the tax returns.

On the contrary if the special master wants it mailed into AAPC we will do that as well. Dan can approve that.

The point is Greg Lindberg has been and will be open and transparent. We have nothing to hide.

Thank you.

Sincerely,

Vivek

> On Aug 18, 2026 at 3:39 PM, <Michael Martinez (mailto:mmartinez@grierlaw.com)> wrote:

> Understood. Thank you.

> Michael L. Martinez

> Grier Wright Martinez PA

> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202

>   (704) 332-0209 (tel:704-332-0209)   (direct dial)

>   www.grierlaw.com (https://grierlaw.com/)

>   mmartinez@grierlaw.com (mailto:mmartinez@grierlaw.com)

> From:   vramachandran@dhammalaw.com  <vramachandran@dhammalaw.com>
>   Sent:  Tuesday, August 18, 2026 3:22 PM
>   To:  Michael Martinez  <mmartinez@grierlaw.com>
>   Cc:  Barnesatty  <barnesatty@aol.com>; Scott Avila  <savila@paladinmgmt.com>; Joe Grier <jgrier@grierlaw.com>
>   Subject:  RE: FW: AAPC Holdings LLC - 2025 federal tax returns package

>  Caution: This message is from an external sender.

> I will ask him today again. But it will be a couple of more days before he can. He is in transit through the BOP system and it will be difficult to get him 500 or more pages.

> I did print and give him all the pages which had to be dumped when he was moved for the hearing.

> Sincerely,

> Vivek

>  Sent with  Spark (https://sparkmailapp.com/source?from=signature)

> On Aug 18, 2026 at 3:19 PM -0400, Michael Martinez  <mmartinez@grierlaw.com (mailto:mmartinez@grierlaw.com)>,  wrote:

> > Vivek:

> >  AAPC's in-house attorney asked me again today about whether Greg Lindberg will sign the tax documents referenced below. If you know, one way or another, then I can pass that information along if you let me know.

> >  Thanks.

> >  Michael L. Martinez
> >  Grier Wright Martinez PA
> >  521 E. Morehead St., Ste. 440, Charlotte, NC 28202
> >  (704) 332-0209   (direct dial)
> >   www.grierlaw.com (http://www.grierlaw.com)
> >   mmartinez@grierlaw.com (mailto:mmartinez@grierlaw.com)

> >  -----Original Message-----
> >  From:  vramachandran@dhammalaw.com (mailto:vramachandran@dhammalaw.com) <vramachandran@dhammalaw.com (mailto:vramachandran@dhammalaw.com)>

> > Sent: Friday, July 31, 2026 11:11 AM
> > To: Michael Martinez <mmartinez@grierlaw.com (mailto:mmartinez@grierlaw.com)>
> > Cc: Barnesatty <barnesatty@aol.com (mailto:barnesatty@aol.com)>; Scott Avila <savila@paladinmgmt.com (mailto:savila@paladinmgmt.com)>; Joe Grier <jgrier@grierlaw.com (mailto:jgrier@grierlaw.com)>
> > Subject: Re: FW: AAPC Holdings LLC - 2025 federal tax returns package

> > Caution: This message is from an external sender.

> > Thank you, Michael.

> > We will get these to Greg. Given the hearing, I am not sure when he will be moved and we may lose access to him while in transit.

> > Sincerely,
> > Vivek

> > On 2026-07-31 11:05, Michael Martinez wrote:
> > > Vivek and Kenneth:

> > > See below and attached from one of AAPC's internal financial people,
> > > Saurabh Puri. Please request that Mr. Lindberg execute these AAPC tax
> > > documents and return them either to Saurabh or to me.

> > > Thank you.

> > > Michael L. Martinez

> > > Grier Wright Martinez PA

> > > 521 E. Morehead St., Ste. 440, Charlotte, NC 28202

> > > (704) 332-0209 [1] (direct dial)

> > > www.grierlaw.com (http://www.grierlaw.com) [2]

> > > mmartinez@grierlaw.com (mailto:mmartinez@grierlaw.com)

> > > From: Scott Avila <savila@paladinmgmt.com (mailto:savila@paladinmgmt.com)>
> > > Sent: Friday, July 31, 2026 10:17 AM
> > > To: Michael Martinez <mmartinez@grierlaw.com (mailto:mmartinez@grierlaw.com)>; Joe Grier
> > > <jgrier@grierlaw.com (mailto:jgrier@grierlaw.com)>; Benjamin Rhodes <brhodes@grierlaw.com (mailto:brhodes@grierlaw.com)>
> > > Cc: Don Harer <dharer@paladinmgmt.com (mailto:dharer@paladinmgmt.com)>; Andrew Cowie
> > > <acowie@paladinmgmt.com (mailto:acowie@paladinmgmt.com)>; Julia Greeley <jgreeley@paladinmgmt.com (mailto:jgreeley@paladinmgmt.com)>;
> > > David Elkin <delkin@paladinmgmt.com (mailto:delkin@paladinmgmt.com)>

> > > Subject: FW: AAPC Holdings LLC - 2025 federal tax returns package

> > > Caution: This message is from an external sender.

> > > ------------------------

> > > Joe, Michael and Ben

> > > See below and attached. Not sure who to send this to get Greg's
> > > signature.

> > > Thoughts??

> > > Thanks

> > > Scott

> > > From: Saurabh Puri <saurabh.puri@aapc.com (mailto:saurabh.puri@aapc.com)>
> > > Sent: Friday, July 31, 2026 6:21 AM
> > > To: Scott Avila <savila@paladinmgmt.com (mailto:savila@paladinmgmt.com)>
> > > Cc: Bevan Erickson <bevan.erickson@aapc.com (mailto:bevan.erickson@aapc.com)>
> > > Subject: AAPC Holdings LLC - 2025 federal tax returns package

> > > [EXTERNAL]

> > > Hi Scott

> > > Hope you are doing well. Please find the attached 2025 tax returns for
> > > Greg's signature, as outlined below. We would appreciate receiving the
> > > signed documents by mid-next week, thanks.

> > > * TY25_AAPC Holdings, LLC_FED_Signature Pages - need signatures.
> > > * AAPC Holdings, LLC_2025_8804 and 8805 - need signature on Page 2.
> > > * AAPC Holdings, LLC_2025_Federal Return - full return
> > > * 2025_AAPC Holdings, LLC_Federal T-Letter - full return

> > > Thanks and Regards

> > > Saurabh Puri

> > > Vice President-Finance and accounting

> > > M-801-554-7438

> > > saurabh.puri@aapc.com (mailto:saurabh.puri@aapc.com)

> > > AAPC.com [3]

> > > [4]

> > > [5]

> > > [6]

> > > [7]

> > > The information contained in this e-mail and any accompanying
> > > documents is intended for the sole use of the recipient to whom it is
> > > addressed, and may contain information that is privileged,
> > > confidential, proprietary to sender, and prohibited from disclosure
> > > under applicable law. If you are not the intended recipient, you are
> > > hereby notified that any review, use, disclosure, copying, or
> > > distribution is prohibited and you are asked to please contact the
> > > sender by e-mail, delete it from your computer, and destroy all copies
> > > of the original message.

> > > Disclaimer

> > > This e-mail may contain confidential and attorney-client privileged
> > > material for the sole use of the intended recipient. Do not accept
> > > wiring instructions from us by email. If you are not the recipient,
> > > you are hereby notified that any disclosure, copying, distribution or
> > > taking action in relation of the contents of this information is
> > > strictly prohibited and may be unlawful, please contact the sender and
> > > delete this e-mail.

> > > This email has been scanned for viruses and malware, and may have been
> > > automatically archived by Mimecast Ltd, an innovator in Software as a
> > > Service (SaaS) for business. Providing a safer and more useful place
> > > for your human generated data. Specializing in; Security, archiving
> > > and compliance. To find out more Click Here [8].

> > > Links:
> > > ------
> > > [1] tel:704-332-0209
> > > [2] https://grierlaw.com/
> > > [3]
> > > https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.aapc.com%2f&c=
> > > E,1,w_viQRnQuFufXx_ajzoHQB84PHjZLUpmJcIPN936d-gZFmhn2OYXj4C9T-vYPiT9zt
> > > Z4zxfmGWwpUFCrJeL0RJP3BXyJ8Y1AowQiVHmVy2s,&typo=1
> > > [4]
> > > https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.aapc.com%2f&c=
> > > E,1,3DUEr9kWAhfKROvQ263W_AIB-
E5WGfbjHn7SM_udNYXe0leUbOTcMlo8wk2N7Kgb0_
> > > 8jp3whfALt8LvyjcKwFUpPTBWJ2bRWmoH01LvQq1OzEuIzb2n5UtSMWUzM&typo=1
> > > [5] https://www.linkedin.com/company/aapc
> > > [6] https://www.facebook.com/AAPCFan
> > > [7] https://x.com/aapcstaff

> >  > [8] http://www.mimecast.com/products/

> > Disclaimer

> > This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Do not accept wiring instructions from us by email. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful, please contact the sender and delete this e-mail.

> > This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here (http://www.mimecast.com/products/).

**EXHIBIT C-2**
**Draft Final Supplement to Restitution Report**

**Subject:** Re: [EXTERNAL] Re: Draft Final Supplement to Restitution Report
**From:** vramachandran@dhammalaw.com
**Date:** Sun, 13 Sep 2026 15:50:45 -0400
**To:** "Jeremy (FRD) Sanders" <jeremy.sanders@usdoj.gov>
**Cc:** Barnesatty <barnesatty@aol.com>, "Benjamin (USANCW) Bain-Creed" <benjamin.bain-creed@usdoj.gov>, "Daniel (USANCW) Ryan" <daniel.ryan@usdoj.gov>, "Dana (USANCW) Washington" <dana.washington@usdoj.gov>
**Message-ID:** <5d1752c4c7874c8a4813f5c3f977a9fa@dhammalaw.com>
**Source file:** Re_EXTERNAL_Re_Draft_Final_Supplement_to_Restitution_Report_7.eml

---

Jermey,

We are asking that the government attorneys at the district court recuse themselves in light of the ex parte communications they have had with the special master and continue to have with the special master.

Defendant has never waived these issues and will not waive these issues. I reached out to you on August 10, 2026 about other ethics concerns. My attempt then was to warn the government about self-correction. I did so multiple times.

This is yet another example of hunter violations. This state of affairs cannot continue.

Sincerely,
Vivek

On 2026-08-28 08:32, vramachandran@dhammalaw.com wrote:
> Jeremy,

> Given the extensive ex parte communications this needs to goto your own
> ethics panel. And you cannot forward this back to Dan and others. They
> are the government attorneys who engaged in ex parte communication with
> a neutral.

> You need to do this now. This is NOT optional anymore if the government
> is going to maintain any semblance of due process.

> Sincerely,
> Vivek

> On 2026-08-28 08:17, vramachandran@dhammalaw.com wrote:
>> Dan,

>> For clarity, ex-parte communications are targeted for Brady/Gigilo
>> material targets everything that was send or received by the
>> government from/to the special master, his counsel or his
>> representatives (including but not limited to Paladin.) Any
>> communications between the government and any officers of the entities
>> (Preliminary Restitution Assets and Specified Affiliated Companies)
>> including but not limited to CEOs and trustees of the organizations.
>> For example, your communication with NHC officer Meiji(?) to produce
>> the affidavit you did in one of the only responses to our motions you
>> filed with the court.

>> We are also trying to preserve evidence in what is a scrambled egg
>> with a special master/receiver. This applies not just to Greg
>> Lindberg. It applies to the victims as well. You have a constitutional
>> duty to get this done right.

>> Please respond by 9.30 A.M. so that we know you are going to meet your
>> constitutional obligations.

>> Sincerely,
>> Vivek

>> On 2026-08-28 07:39, vramachandran@dhammalaw.com wrote:
>>> Dan,

>>> We want all ex parte communication between the government and the
>>> special master or his counsel. Let's start there. As you know
>>> communicating with a judge ex parte is not constitutional. It's a due
>>> process issue. It's Brady/Gigilo material which defense is entitled
>>> to have. All of it. Please respond by 9.30 AM so that we know that
>>> you are working on this production.

>>> We will send a discrete list of other items we want from the
>>> government as well. We will place all of these on the record in a
>>> motion to compel just as a protective measure. We will of course
>>> remove this from the docket if you provide us the information. We
>>> have no choice but to do this.

>>> I have had an extensive look at the contemporaneous record and the
>>> government in many instances made promises it never kept. For
>>> example, it agreed with Greg Lindberg that ClanWilliams should have a
>>> value of $800 million and Greg could argue for the $400 in credits.
>>> The government during a call suggested the same NCICS offset would be
>>> favorably treated and Greg would get the offsets.

>>> Let me just say, I had issues with my scruples again.

>>> Sincerely,

>>> Vivek

>>> On 2026-08-27 10:03, Vramachandran wrote:
>>>> Dan,

>>>> Added you to the one place where the special master reached out to
>>>> us.
>>>> We have now regularized the one ex parte communication initiated by
>>>> the master.

>>>> Thank you.

>>>> Sincerely,
>>>> Vivek

>>>>> On Aug 26, 2026 at 12:39 PM, <Vramachandran> wrote:

>>>>> Brandon,

>>>>> Per my understanding the special master never gave us any
>>>>> information on
>>>>> the data and the spreadsheets behind the 1.6 Billion in
>>>>> restitution.
>>>>> Nor
>>>>> the methodology behind that value. Greg does not have them and
>>>>> would

>>>>> have had them if you had access to them.

>>>>> Additionally, none of the calculations, methodology spreadsheets
>>>>> and

>>>>> data behind the offsets and credits are disclosed.

>>>>> The valuations of the primary restitution assets and specified
>>>>> affiliated companies and assets and the methodology was ever
>>>>> disclosed.
>>>>> One was made in March 2026 and filed with the court in April 2026.

>>>>> This valuation of assets was updated and not disclosed to the
>>>>> defendant
>>>>> in the second supplement. None of which has ever been produced with
>>>>> the
>>>>> defendant. Only a range was disclosed in the second supplement.

>>>>> None of this is available with the defendant. We just asked the
>>>>> government to provide this information. We have already formally
>>>>> requested the government with a list and expect the government to
>>>>> step

>>>>> in provide all the results. This is an independent request to the
>>>>> government and they should provide it.

>>>>> Sincerely,
>>>>> Vivek

>>>>> On 2026-08-26 12:27, McCarthy, Brandon N. wrote:
>>>>>> Just seeing this back and forth. I am not sure what specific items
>>>>> are
>>>>>> needed. We are happy to run another search for anything. Just let
>>>>> us
>>>>>> know the specific items to look for.
>>>>>> Thanks

>>>>>> Brandon N. McCarthy
>>>>>> Partner
>>>>>> Katten
>>>>>> Katten Muchin Rosenman LLP
>>>>>> 2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
>>>>>> direct +1.214.765.3680
>>>>>> brandon.mccarthy@katten.com | katten.com
>>>>>> Bio | vCard

>>>>>> -----Original Message-----
>>>>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>>>>> Sent: Wednesday, August 26, 2026 9:37 AM
>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>> Cc: Barnesatty <barnesatty@aol.com>; Freeman, Lyndie (FRD)
>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier <jgrier@grierlaw.com>;
>>>>>> Sanders, Jeremy (FRD) <Jeremy.Sanders@usdoj.gov>; Washington, Dana
>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>>>>> <mmartinez@grierlaw.com>; Meyer, Ryan J. <ryan.meyer@katten.com>;
>>>>>> McCarthy, Brandon N. <brandon.mccarthy@katten.com>
>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to Restitution
>>>>>> Report

>>>>>> EXTERNAL EMAIL – EXERCISE CAUTION

>>>>>> Dan,

>>>>>> And yes, I spoke to Greg Lindberg a few minutes ago. He has never
>>>>>> received any of this information from the special master or anyone
>>>>>> else.
>>>>>> Prior counsel also have not had any success getting this
>>>>> information
>>>>>> from the special master. They are copied here.

>>>>>> You (the government) have the burden of proof. Also all of this is
>>>>>> Brady/Giglio information.

>>>>>> We don't have it and have not had it. We want this information.

>>>>>> Sincerely,
>>>>>> Vivek

>>>>>> On 2026-08-26 09:33, vramachandran@dhammalaw.com wrote:
>>>>>>> I have not had any ex parte communication with the special master
>>>>>> other
>>>>>>> than an AAPC tax return.
>>>>>>> I would like to know what communication the government had.
>>>>>>> And your data request is to you the government. Do not bring in
>>>>> the
>>>>>>> Special Master or anyone else into this.
>>>>>>> Either you have it or you don't have it. State plainly whether
>>>>> you
>>>>>> have
>>>>>>> the data or not in the other email.

>>>>>>> Sincerely,
>>>>>>> vivek

>>>>>>> On 2026-08-26 09:29, vramachandran@dhammalaw.com wrote:
>>>>>>>> Dan,

>>>>>>>> The government was asked via a separate email for the data to be
>>>>>>>> produced.
>>>>>>>> You can respond there. We asked the government to produce what
>>>>> it
>>>>>> has
>>>>>>>> in that email thread.
>>>>>>>> It is directed to the government. I am not playing ask the
>>>>> special
>>>>>>>> master again.
>>>>>>>> We want the basis for your adoption of the report wholesale and
>>>>>> using
>>>>>>>> that during sentencing.
>>>>>>>> Your response to the government's request should be on that
>>>>> thread.

>>>>>>>> Sincerely,
>>>>>>>> Vivek

>>>>>>>> On 2026-08-26 09:27, Ryan, Daniel (USANCW) wrote:
>>>>>>>>> Vivek,

>>>>>>>>> We once again disagree with your claims about the facts and the
>>>>>> law.
>>>>>>>>> Moreover, you did not answer my question. What materials
>>>>> regarding

>>>>>>>>> restitution did Mr. Lindberg's prior counsel not receive from
>>>>> the
>>>>>>>>> Government, the Special Master, Paladin, or any other source?
>>>>> The
>>>>>>>>> government does not have any obligation to reproduce materials
>>>>>>>>> already in Defendant's possession. Is it your position that Mr.
>>>>>>>>> Lindberg's counsel did not receive any information or materials
>>>>>> from
>>>>>>>>> the Special Master and/or Paladin during its ex parte
>>>>>> communications
>>>>>>>>> with them or the government in discovery relating to
>>>>> restitution?
>>>>>> If
>>>>>>>>> so, please provide support for that claim.

>>>>>>>>> We are happy to provide Mr. Lindberg with any materials he is
>>>>>>>>> entitled to, but we do not agree with your suggestion that he
>>>>> has
>>>>>> not
>>>>>>>>> already received materials underpinning the restitution amount.

>>>>>>>>> Also, I will be at a trial that starts this morning, so I will
>>>>> not
>>>>>> be
>>>>>>>>> able to respond to any further emails today.

>>>>>>>>> Dan

>>>>>>>>> -----Original Message-----
>>>>>>>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>>>>>>>> Sent: Wednesday, August 26, 2026 7:43 AM
>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>>>>> Cc: Barnesatty <barnesatty@aol.com>; Freeman, Lyndie (FRD)
>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>> <jgrier@grierlaw.com>;
>>>>>>>>> Sanders, Jeremy (FRD) <Jeremy.Sanders@usdoj.gov>; Washington,
>>>>> Dana
>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>>>>>>>> <mmartinez@grierlaw.com>
>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>> Restitution
>>>>>>>>> Report

>>>>>>>>> Dan,

>>>>>>>>> We will be placing objections on file today. We will also place
>>>>> a
>>>>>>>>> motion
>>>>>>>>> to compel against the government and special master if I don't

>>>>>> hear
>>>>>>>>> back
>>>>>>>>> from the government on the documents we asked for.

>>>>>>>>> Clearly, the government knows how to share the information it
>>>>> has.
>>>>>>>>> And
>>>>>>>>> it should to avoid troubling the court.

>>>>>>>>> Sincerely,
>>>>>>>>> Vivek

>>>>>>>>> On 2026-08-25 14:38, vramachandran@dhammalaw.com wrote:
>>>>>>>>>> Please respond before 3.30 P.M. We will be seeking active
>>>>>>>>>> intervention
>>>>>>>>>> from both the 4th circuit and the district court on the
>>>>>> government's
>>>>>>>>>> obligation to share data it has.

>>>>>>>>>> Sincerely,
>>>>>>>>>> Vivek

>>>>>>>>>> On 2026-08-25 14:28, vramachandran@dhammalaw.com wrote:
>>>>>>>>>>> Dan and Jeremy,

>>>>>>>>>>> We once again request the government to give the data that
>>>>>>>>>>> underlies
>>>>>>>>>>> the restitution and sentencing. Restitution is part and
>>>>> parcel
>>>>>> of
>>>>>>>>>>> the
>>>>>>>>>>> criminal sentence. It's a Brady/Giglio violation to deny
>>>>> access
>>>>>> to
>>>>>>>>>>> the
>>>>>>>>>>> data and the methodology on which sentencing is based.

>>>>>>>>>>> Additionally, your second omnibus position is against DOJ
>>>>> policy
>>>>>> on
>>>>>>>>>>> interest rate.

>>>>>>>>>>> The prosecution has the duty to provide the data we requested
>>>>>> from
>>>>>>>>>>> the
>>>>>>>>>>> special master.

>>>>>>>>>>> There is an appeal filed to preserve Greg Lindberg's rights
>>>>>> after
>>>>>>>>>>> sentencing and after preliminary order on restitution. That

>>>>> does
>>>>>>>>>>>> not
>>>>>>>>>>>> excuse non-production of the data. Dan it's the government's
>>>>>>>>>>>> responsibility to get the data and share the data similar to
>>>>> how
>>>>>>>>>>>> the
>>>>>>>>>>>> Ares 302's were shared.

>>>>>>>>>>>> At the end of the day, it's the United States Vs. Greg
>>>>> Lindberg.
>>>>>>>>>>>> It's
>>>>>>>>>>>> your burden of proof irrespective of your position on what
>>>>> the
>>>>>> data
>>>>>>>>>>>> relates to. It's the underlying data on restitution and the
>>>>> data
>>>>>>>>>>>> that
>>>>>>>>>>>> you used for sentencing and preliminary restitution and an
>>>>> order
>>>>>> on
>>>>>>>>>>>> restitution the government wants and a forfeitutre the
>>>>>> government
>>>>>>>>>>>> will
>>>>>>>>>>>> seek to enforce.
>>>>>>>>>>>> And sentencing is as yet incomplete and we are asking for the
>>>>>> data.

>>>>>>>>>>>> It's the prosecution to obtain the data.

>>>>>>>>>>>> On our part, even when we don't agree with a designation, we
>>>>>> have
>>>>>>>>>>>> gone
>>>>>>>>>>>> the extra mile to file everything under seal pending
>>>>>> determination
>>>>>>>>>>>> by
>>>>>>>>>>>> the court. Not getting us the data under these circumstances
>>>>>> does
>>>>>>>>>>>> not
>>>>>>>>>>>> comport with your obligations.

>>>>>>>>>>>> You have the ability to share the data with the defendant and
>>>>>> have
>>>>>>>>>>>> done so on victims statements which are far more sensitive
>>>>> than
>>>>>> the
>>>>>>>>>>>> statements of companies Greg Lindberg turned over to you.

>>>>>>>>>>>> Thank you.

>>>>>>>>>>>> Sincerely,

>>>>>>>>>>> Vivek

>>>>>>>>>>> On 2026-08-23 21:11, vramachandran@dhammalaw.com wrote:
>>>>>>>>>>>> Jermey,

>>>>>>>>>>>> We may file this with the 4th again as an interim stay.

>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>> Vivek

>>>>>>>>>>>> Dan and Martinez,

>>>>>>>>>>>> Given that the court has not been informed of a sale on the
>>>>>> Damovo
>>>>>>>>>>>> sale and both of you have not responded to the motion
>>>>> relating
>>>>>> to
>>>>>>>>>>>> Damovo which is now being sold for debt with an offer for
>>>>> the
>>>>>> $400
>>>>>>>>>>>> million to 450 million. We are filing a motion for stay.

>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>> Vivek

>>>>>>>>>>>> On 2026-08-18 11:07, vramachandran@dhammalaw.com wrote:
>>>>>>>>>>>>> Thank you, Dan. We will file a motion to reconsider
>>>>> shortly.
>>>>>> We
>>>>>>>>>>>>> need
>>>>>>>>>>>>> to preserve our objections at this point.

>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>> Sent with Spark [18]

>>>>>>>>>>>>> On Aug 18, 2026 at 11:03 AM -0400, Ryan, Daniel (USANCW)
>>>>>>>>>>>>> <Daniel.Ryan@usdoj.gov>, wrote:

>>>>>>>>>>>>>> Vivek,

>>>>>>>>>>>>>> I disagree with your recitation of the facts and law, but,
>>>>> as
>>>>>> I
>>>>>>>>>>>>>> indicated yesterday, the Government has no objection to
>>>>> you
>>>>>>>>>>>>>> getting
>>>>>>>>>>>>>> access to the type of information you are requesting from

>>>>> the
>>>>>>>>>>>>>> Special Master subject to his ability to provide it to
>>>>> you.
>>>>>> The
>>>>>>>>>>>>>> Government believes that the information you are seeking
>>>>>> would,
>>>>>>>>>>>>>> at
>>>>>>>>>>>>>> a
>>>>>>>>>>>>>> minimum, qualify as "sensitive materials" under the
>>>>>> Court's
>>>>>>>>>>>>>> Standard Criminal Discovery Order that the Defendant may
>>>>> not
>>>>>>>>>>>>>> have
>>>>>>>>>>>>>> copies of, and they may rise to the level of
>>>>> "attorney's
>>>>>> eyes
>>>>>>>>>>>>>> only." I would encourage you to work with the Special
>>>>>> Master to
>>>>>>>>>>>>>> see if you can agree to a mechanism for you to obtain
>>>>> access
>>>>>> to
>>>>>>>>>>>>>> the
>>>>>>>>>>>>>> materials you seek.

>>>>>>>>>>>>>> Dan

>>>>>>>>>>>>>> From: Vramachandran <vramachandran@dhammalaw.com>
>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 5:55 PM
>>>>>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>>>>>>>>>> Cc: Barnesatty <barnesatty@aol.com>; Freeman, Lyndie (CRM)
>>>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>;
>>>>> Washington,
>>>>>>>>>>>>>> Dana
>>>>>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>>>>>>>>>>>>> <mmartinez@grierlaw.com>
>>>>>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>>>> Restitution
>>>>>>>>>>>>>> Report

>>>>>>>>>>>>>> Corrected. Sent was hit before the draft was complete.

>>>>>>>>>>>>>> Dan,

>>>>>>>>>>>>>> Defense wants a complete record for the appeal. The basis
>>>>> for
>>>>>>>>>>>>>> both
>>>>>>>>>>>>>> the sentence term and the restitution number is based on

>>>>> the
>>>>>>>>>>>>>> methodology of calculating the value of the restitution
>>>>>> assets
>>>>>>>>>>>>>> i.e.
>>>>>>>>>>>>>> companies.

>>>>>>>>>>>>>> Similar to when law enforcement uses a sting ray device
>>>>> they
>>>>>>>>>>>>>> need
>>>>>>>>>>>>>> to
>>>>>>>>>>>>>> disclose the specification of the stingray device and how
>>>>> the
>>>>>>>>>>>>>> data
>>>>>>>>>>>>>> on a particular suspect was collected.

>>>>>>>>>>>>>> Similarly over here when you allege that multiple
>>>>> restitution
>>>>>>>>>>>>>> assets
>>>>>>>>>>>>>> are worth a lump sum value you need to disclose what each
>>>>>>>>>>>>>> company
>>>>>>>>>>>>>> is
>>>>>>>>>>>>>> worth and how that valuation was arrived at. Finally you
>>>>> need
>>>>>>>>>>>>>> to
>>>>>>>>>>>>>> show how each credit and offset is calculated and the
>>>>>> detailed
>>>>>>>>>>>>>> method. All of these under MVRA are the government burden
>>>>> to
>>>>>>>>>>>>>> establish. Without this there cannot be a final
>>>>> restitution
>>>>>>>>>>>>>> order.
>>>>>>>>>>>>>> Here the restitution order triggers a forfeiture if the
>>>>> value
>>>>>> of
>>>>>>>>>>>>>> the
>>>>>>>>>>>>>> companies is less than the restitution ordered. So the
>>>>> harm
>>>>>> is
>>>>>>>>>>>>>> immediate to Greg Lindberg. In addition whatever
>>>>> methodology
>>>>>>>>>>>>>> including numbers from the insurance companies and losses
>>>>>> that
>>>>>>>>>>>>>> went
>>>>>>>>>>>>>> into the calculations should also be on the record. Again
>>>>> the
>>>>>>>>>>>>>> governments proof on the record.

>>>>>>>>>>>>>> Once again defendants interest over here is to adversarily
>>>>>> test
>>>>>>>>>>>>>> this

>>>>>>>>>>>>>> information for which defendant has to see this
>>>>> information
>>>>>> and
>>>>>>>>>>>>>> have
>>>>>>>>>>>>>> time with this information.

>>>>>>>>>>>>>> On multiple instances Katten has tried to obtain this
>>>>>>>>>>>>>> information
>>>>>>>>>>>>>> unsuccessfully. If we need to go to the 4 th circuit and
>>>>> come
>>>>>>>>>>>>>> back
>>>>>>>>>>>>>> on remand to get this information in two years we will. We
>>>>>> will
>>>>>>>>>>>>>> seek
>>>>>>>>>>>>>> a bond from the 4th because government failed in providing
>>>>>> the
>>>>>>>>>>>>>> factual basis for the numbers.

>>>>>>>>>>>>>> It will be easier for all parties including Greg Lindberg
>>>>> and
>>>>>>>>>>>>>> the
>>>>>>>>>>>>>> victims, if this information is placed on the record right
>>>>>> now.

>>>>>>>>>>>>>> Given that we are willing to use the governments
>>>>> protective
>>>>>>>>>>>>>> order
>>>>>>>>>>>>>> there is no basis to deny access to the information we
>>>>>>>>>>>>>> requested.

>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>> On Aug 17, 2026 at 1:38 PM, <Vramachandran> wrote:

>>>>>>>>>>>>>>> There is already a standing protective order in place in
>>>>> the
>>>>>>>>>>>>>>> criminal

>>>>>>>>>>>>>>> case that governs all of the government's discovery in
>>>>> this
>>>>>>>>>>>>>>> case,
>>>>>>>>>>>>>>> so I'm

>>>>>>>>>>>>>>> now sure where there needs to be a new protective order
>>>>> for
>>>>>>>>>>>>>>> this.

>>>>>>>>>>>>>>> Please use that order.

>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>> On 2026-08-17 13:20, Vramachandran wrote:

>>>>>>>>>>>>>>>> Martinez,

>>>>>>>>>>>>>>>> Please provide the information we asked for and what's
>>>>> in
>>>>>> your

>>>>>>>>>>>>>>>> subpoena. Just blocking access with a no is just an
>>>>> illegal
>>>>>>>>>>>>>>> sentence.

>>>>>>>>>>>>>>>> This is not a civil proceeding. Delaying access is
>>>>>> prejudicial
>>>>>>>>>>>>>>> to Greg

>>>>>>>>>>>>>>>> Lindberg.

>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 1:11 PM, <Vramachandran> wrote:

>>>>>>>>>>>>>>>>> Of course if there is business confidential information
>>>>> we
>>>>>>>>>>>>>>> won't

>>>>>>>>>>>>>>>>> contest it. It's Greg Lindberg's companies.

>>>>>>>>>>>>>>>>> The AAPC report is mere attorney arguments without any
>>>>>> data.
>>>>>>>>>>>>>>> That

>>>>>>>>>>>>>>>>> kind of a report being sealed serves no one.

>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 1:06 PM, <Vramachandran> wrote:

>>>>>>>>>>>>>>>>> Dan,

>>>>>>>>>>>>>>>>> The court can order a protective order and the Special
>>>>>> Master
>>>>>>>>>>>>>>> can

>>>>>>>>>>>>>>>>> request one after filing it under seal. We will contest
>>>>>> the

>>>>>>>>>>>>>>>>> protective order request.

>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>> Sent with Spark [1]

>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 1:04 PM -0400, Ryan, Daniel
>>>>> (USANCW)

>>>>>>>>>>>>>>>>> <Daniel.Ryan@usdoj.gov>, wrote:

>>>>>>>>>>>>>>>>> Vivek,

>>>>>>>>>>>>>>>>> While we do not believe the requested information is
>>>>>> relevant
>>>>>>>>>>>>>>> to the

>>>>>>>>>>>>>>>>> Court's determination of a final restitution order, we
>>>>>> have
>>>>>>>>>>>>>>>>> no

>>>>>>>>>>>>>>>>> objection to you getting relevant data from the Special
>>>>>>>>>>>>>>>>> Master.
>>>>>>>>>>>>>>> That

>>>>>>>>>>>>>>>>> said, we agree a protective order, not just filing it
>>>>>> under
>>>>>>>>>>>>>>> seal, is

>>>>>>>>>>>>>>>>> appropriate here at least with respect to the most
>>>>>> sensitive
>>>>>>>>>>>>>>> types

>>>>>>>>>>>>>>>>> of business data.

>>>>>>>>>>>>>>>>> Dan

>>>>>>>>>>>>>>>>> From: Vramachandran <vramachandran@dhammalaw.com>

>>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 1:01 PM

>>>>>>>>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>

>>>>>>>>>>>>>>>>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>;
>>>>>> Barnesatty

>>>>>>>>>>>>>>>>> <barnesatty@aol.com>; Freeman, Lyndie (CRM)

>>>>>>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>> (USANCW)

>>>>>>>>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>>>>>>>>> <jgrier@grierlaw.com>;

>>>>>>>>>>>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>;
>>>>>> Washington,
>>>>>>>>>>>>>>> Dana

>>>>>>>>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez

>>>>>>>>>>>>>>>>> <mmartinez@grierlaw.com>

>>>>>>>>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>>>>> Restitution

>>>>>>>>>>>>>>>>> Report

>>>>>>>>>>>>>>>>> Dan,

>>>>>>>>>>>>>>>>> Are you opposed to an expedited motion being placed on
>>>>> the
>>>>>>>>>>>>>>> record?

>>>>>>>>>>>>>>>>> We have no interest in delaying proceedings and want
>>>>> this
>>>>>>>>>>>>>>>>> data
>>>>>>>>>>>>>>> on

>>>>>>>>>>>>>>>>> the record now.

>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 12:57 PM, <Michael Martinez> wrote:

>>>>>>>>>>>>>>>>> No.

>>>>>>>>>>>>>>>>> Michael L. Martinez

>>>>>>>>>>>>>>>>> Grier Wright Martinez PA

>>>>>>>>>>>>>>>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202

>>>>>>>>>>>>>>>>> (704) 332-0209 (direct dial)

>>>> https://protect2.fireeye.com/v1/url?k=27d1ab0d-429dc25f-27d68fe8-74fe4867716e-08c48172a4f75ca0&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [1]
>>>>>>>>>>>>>>>>> [1] [2]

>>>>>>>>>>>>>>>>> mmartinez@grierlaw.com

>>>>>>>>>>>>>>>>> -----Original Message-----

>>>>>>>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>>>>>>>>>>> <vramachandran@dhammalaw.com>

>>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 12:28 PM

>>>>>>>>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>;
>>>>> Michael
>>>>>>>>>>>>>>> Martinez

>>>>>>>>>>>>>>>>> <mmartinez@grierlaw.com>

>>>>>>>>>>>>>>>>> Cc: barnesatty@aol.com; Freeman, Lyndie (CRM)

>>>>>>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>> (USANCW)

>>>>>>>>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>>>>>>>>> <jgrier@grierlaw.com>;

>>>>>>>>>>>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>;
>>>>>> Washington,
>>>>>>>>>>>>>>> Dana

>>>>>>>>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>

>>>>>>>>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>>>>> Restitution

>>>>>>>>>>>>>>>>> Report

>>>>>>>>>>>>>>>>> Caution: This message is from an external sender.

>>>>>>>>>>>>>>>>> Martinez,

>>>>>>>>>>>>>>>>> Are you going to place the requested data under seal on
>>>>>> the
>>>>>>>>>>>>>>> court

>>>>>>>>>>>>>>>>> records to avoid the motion? We would rather fight on
>>>>> the

>>>>>>>>>>>>>>>>> designation than delay proceedings. Thank you.

>>>>>>>>>>>>>>>>> In any case, in March 2026 you offered to place it on
>>>>> the
>>>>>>>>>>>>>>> record

>>>>>>>>>>>>>>>>> under seal. I am not sure why you cannot do the same
>>>>> now.
>>>>>>>>>>>>>>>>> None
>>>>>>>>>>>>>>> of

>>>>>>>>>>>>>>>>> this requires a confidentiality agreement.

>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>> On 2026-08-17 11:49, vramachandran@dhammalaw.com wrote:

>>>>>>>>>>>>>>>>>> Dan,

>>>>>>>>>>>>>>>>>> We need the data. We are asking for the data to avoid
>>>>> the
>>>>>>>>>>>>>>> motion.

>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>>> On 2026-08-17 11:48, Ryan, Daniel (USANCW) wrote:

>>>>>>>>>>>>>>>>>>> Vivek,

>>>>>>>>>>>>>>>>>>> We appreciate your advocacy for your client, but we

>>>>> do
>>>>>> not

>>>>>>>>>>>>>>>>> litigate

>>>>>>>>>>>>>>>>>>> via email. If you file a motion with the court with
>>>>> your

>>>>>>>>>>>>>>>>> requested

>>>>>>>>>>>>>>>>>>> relief, we will respond accordingly. To the extent we
>>>>>>>>>>>>>>> understand

>>>>>>>>>>>>>>>>> your

>>>>>>>>>>>>>>>>>>> emails, we object to your conclusions, accusations,
>>>>> and
>>>>>>>>>>>>>>> requested

>>>>>>>>>>>>>>>>>>> relief. That said, with respect to your requests for
>>>>>>>>>>>>>>> valuation

>>>>>>>>>>>>>>>>>>> information, you can represent to the Court that we
>>>>> are
>>>>>>>>>>>>>>> reserving

>>>>>>>>>>>>>>>>> our

>>>>>>>>>>>>>>>>>>> position until we see your motion.

>>>>>>>>>>>>>>>>>>> Regards,

>>>>>>>>>>>>>>>>>>> Dan

>>>>>>>>>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>>>>>>>>> <vramachandran@dhammalaw.com>

>>>>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 11:37 AM

>>>>>>>>>>>>>>>>>>> To: Michael Martinez <mmartinez@grierlaw.com>

>>>>>>>>>>>>>>>>>>> Cc: barnesatty@aol.com; Ryan, Daniel (USANCW)

>>>>>>>>>>>>>>>>>>> <Daniel.Ryan@usdoj.gov>; Freeman, Lyndie (CRM)

>>>>>>>>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin

>>>>>>>>>>>>>>>>>>> (USANCW) <Benjamin.Bain-Creed@usdoj.gov>; Meyer, Ryan

>>>>> J.

>>>>>>>>>>>>>>>>>>> <ryan.meyer@katten.com>; Joe Grier
>>>>>> <jgrier@grierlaw.com>;

>>>>>>>>>>>>>>>>> Sanders,

>>>>>>>>>>>>>>>>>>> Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>

>>>>>>>>>>>>>>>>>>> Subject: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>>>>>>>>> Restitution

>>>>>>>>>>>>>>>>> Report

>>>>>>>>>>>>>>>>>>> Dan and Michael,

>>>>>>>>>>>>>>>>>>> (1) Do you have the financial reports data we asked
>>>>> for
>>>>>>>>>>>>>>> below?

>>>>>>>>>>>>>>>>> Did

>>>>>>>>>>>>>>>>>>> you use it in your report?

>>>>>>>>>>>>>>>>>>> We are looking for all financial reports and all
>>>>> board
>>>>>>>>>>>>>>> reports

>>>>>>>>>>>>>>>>> for

>>>>>>>>>>>>>>>>>>> all primary restitution assets, specified affiliated
>>>>>>>>>>>>>>> companies

>>>>>>>>>>>>>>>>> for

>>>>>>>>>>>>>>>>>>> the last four years and all letter of intents and
>>>>> offers
>>>>>> to

>>>>>>>>>>>>>>>>> purchase

>>>>>>>>>>>>>>>>>>> received. It is going to take us a month to analyze
>>>>> all
>>>>>>>>>>>>>>>>>>> this

>>>>>>>>>>>>>>>>> data.

>>>>>>>>>>>>>>>>>>> (2) Specifically the mid low high you filed with the

>>>>>> court
>>>>>>>>>>>>>>>>>>> in

>>>>>>>>>>>>>>>>> July

>>>>>>>>>>>>>>>>>>> 2026 is going to trigger a forfeiture worth millions
>>>>> of
>>>>>>>>>>>>>>> dollars.

>>>>>>>>>>>>>>>>> So

>>>>>>>>>>>>>>>>>>> you need to let the defendant see this data on the
>>>>> court
>>>>>>>>>>>>>>> docket

>>>>>>>>>>>>>>>>> and

>>>>>>>>>>>>>>>>>>> this needs to be on the docket so that this can be
>>>>>>>>>>>>>>>>>>> appealed.

>>>>>>>>>>>>>>>>>>> (3) Do you have the data you used to arrive at the
>>>>>>>>>>>>>>>>>>> valuation
>>>>>>>>>>>>>>> of

>>>>>>>>>>>>>>>>> all

>>>>>>>>>>>>>>>>>>> assets you quoted in the sealed report in July 2026?

>>>>>>>>>>>>>>>>>>> (4) Do you have the data you said you will share with
>>>>>> the
>>>>>>>>>>>>>>> court

>>>>>>>>>>>>>>>>> under

>>>>>>>>>>>>>>>>>>> seal on March 2026?

>>>>>>>>>>>>>>>>>>> (5) Where is the updated data from March 2026 for the
>>>>>> same
>>>>>>>>>>>>>>> where

>>>>>>>>>>>>>>>>> you

>>>>>>>>>>>>>>>>>>> said that because AAPC is now valued less it needs to
>>>>> be

>>>>>>>>>>>>>>>>> downgraded?

>>>>>>>>>>>>>>>>>>> You are going to place all of the above on the record

>>>>>> today
>>>>>>>>>>>>>>> under

>>>>>>>>>>>>>>>>>>> seal.

>>>>>>>>>>>>>>>>>>> Without this the sentencing is going to be based on a
>>>>>>>>>>>>>>> blackbox

>>>>>>>>>>>>>>>>> and

>>>>>>>>>>>>>>>>>>> attorney arguments.

>>>>>>>>>>>>>>>>>>> Dan, the government may not stand silent in all this.
>>>>>> This
>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>> a [2]

>>>>>>>>>>>>>>>>>>> criminal proceeding where you sent someone to prison
>>>>> for
>>>>>> 12
>>>>>>>>>>>>>>> years [2]

>>>>>>>>>>>>>>>>>>> based on data he cannot see and will not be allowed
>>>>> to
>>>>>> see?
>>>>>>>>>>>>>>> And [2]

>>>>>>>>>>>>>>>> [2]>>> restitution worth billions of dollars based on
>>>>> data
>>>>>> he
>>>>>>>>>>>>>>> cannot see

>>>>>>>>>>>>>>>>> and

>>>>>>>>>>>>>>>>>>> you will not place on the record under seal?

>>>>>>>>>>>>>>>>>>> Sorry, I am having trouble with scruples. I am
>>>>> flummoxed
>>>>>>>>>>>>>>>>>>> that

>>>>>>>>>>>>>>>>> anyone

>>>>>>>>>>>>>>>>>>> thinks this is ok in a criminal proceeding and if we
>>>>> ask
>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>> it

>>>>>>>>>>>>>>>>> as a

>>>>>>>>>>>>>>>>>>> criminal defendant we are delaying the proceedings.

>>>>>>>>>>>>>>>>>>> Thank you.

>>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>>>> On 2026-08-17 11:08, vramachandran@dhammalaw.com
>>>>> wrote:

>>>>>>>>>>>>>>>>>>>> Michael,

>>>>>>>>>>>>>>>>>>>> Let me get this straight you are evaluating the
>>>>> assets
>>>>>>>>>>>>>>>>>>>> with
>>>>>>>>>>>>>>> a

>>>>>>>>>>>>>>>>> range

>>>>>>>>>>>>>>>>>>>> that you put on the record to trigger forfeiture but
>>>>>> will
>>>>>>>>>>>>>>> not

>>>>>>>>>>>>>>>>> share

>>>>>>>>>>>>>>>>>>>> that information with the defendant?

>>>>>>>>>>>>>>>>>>>> You are going to share the valuation you said you
>>>>> have
>>>>>> on
>>>>>>>>>>>>>>> all

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> assets from March 26, 2026 report. Either that was a
>>>>>> lie
>>>>>>>>>>>>>>>>>>>> or
>>>>>>>>>>>>>>> you

>>>>>>>>>>>>>>>>> have

>>>>>>>>>>>>>>>>>>>> that data. You are going to place this on the record
>>>>>> today
>>>>>>>>>>>>>>> under

>>>>>>>>>>>>>>>>>>>> seal which we will contest.

>>>>>>>>>>>>>>>>>>>> Dan, you are going to sentence someone based on data
>>>>> he
>>>>>>>>>>>>>>> cannot

>>>>>>>>>>>>>>>>> even

>>>>>>>>>>>>>>>>>>>> see. You need to get this on the docket today
>>>>> please.
>>>>>> And
>>>>>>>>>>>>>>> this

>>>>>>>>>>>>>>>>> is

>>>>>>>>>>>>>>>>>>>> not for lack of asking as was represented to the
>>>>> court.
>>>>>>>>>>>>>>>>>>>> You

>>>>>>>>>>>>>>>>>>>> represented to the court when you had questionable
>>>>>>>>>>>>>>>>>>>> authority
>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>> prevent product as the government and you want a
>>>>>> sentence
>>>>>>>>>>>>>>>>>>>> on
>>>>>>>>>>>>>>> an

>>>>>>>>>>>>>>>>>>>> incomplete record. You need to explain this to the
>>>>>> court.

>>>>>>>>>>>>>>>>>>>> We want this on the record today under seal. You
>>>>> forced
>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>> deadline

>>>>>>>>>>>>>>>>>>>> you need to give us the data now on the court
>>>>> records
>>>>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>> seal

>>>>>>>>>>>>>>>>> if

>>>>>>>>>>>>>>>>>>>> it needs to be.

>>>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>>>>> On 2026-08-17 10:35, vramachandran@dhammalaw.com

>>>>> wrote:

>>>>>>>>>>>>>>>>>>>> Michael,

>>>>>>>>>>>>>>>>>>>> Let me get this straight you are evaluating the
>>>>> assets
>>>>>>>>>>>>>>>>>>>> with
>>>>>>>>>>>>>>> a

>>>>>>>>>>>>>>>>> range

>>>>>>>>>>>>>>>>>>>> that you put on the record to forfiture but will not
>>>>>> share
>>>>>>>>>>>>>>> that

>>>>>>>>>>>>>>>>>>>> information with the defendant?

>>>>>>>>>>>>>>>>>>>> You are going to share the valuation you said you
>>>>> have
>>>>>> on
>>>>>>>>>>>>>>> all

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> assets from March 26, 2026 report. Either that was a
>>>>>> lie
>>>>>>>>>>>>>>>>>>>> or
>>>>>>>>>>>>>>> you

>>>>>>>>>>>>>>>>> have

>>>>>>>>>>>>>>>>>>>> that data. You are going to place this on the record
>>>>>> today
>>>>>>>>>>>>>>> under

>>>>>>>>>>>>>>>>>>>> seal which we will contest.

>>>>>>>>>>>>>>>>>>>> Dan, you are going to sentence someone based on data
>>>>> he
>>>>>>>>>>>>>>> cannot

>>>>>>>>>>>>>>>>> even

>>>>>>>>>>>>>>>>>>>> see. You need to get this on the docket today
>>>>> please.
>>>>>> And
>>>>>>>>>>>>>>> this

>>>>>>>>>>>>>>>>> is

>>>>>>>>>>>>>>>>>>>> not for lack of asking as was represented to the
>>>>> court.
>>>>>>>>>>>>>>>>>>>> You

>>>>>>>>>>>>>>>>>>>> represented to the court when you had questionable
>>>>>>>>>>>>>>>>>>>> authority
>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>> prevent product as the government and you want a
>>>>>> sentence
>>>>>>>>>>>>>>>>>>>> on
>>>>>>>>>>>>>>> an

>>>>>>>>>>>>>>>>>>>> incomplete record. You need to explain this to the
>>>>>> court.

>>>>>>>>>>>>>>>>>>>> We want this on the record today under seal. You
>>>>> forced
>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>> deadline

>>>>>>>>>>>>>>>>>>>> you need to give us the data now on the court
>>>>> records
>>>>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>> seal

>>>>>>>>>>>>>>>>> if

>>>>>>>>>>>>>>>>>>>> it needs to be.

>>>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>>>>> On 2026-08-17 10:24, vramachandran@dhammalaw.com
>>>>> wrote:

>>>>>>>>>>>>>>>>>>>> Dan,

>>>>>>>>>>>>>>>>>>>> Also as suggested, we have raised concerns about the
>>>>>>>>>>>>>>> relevance

>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>> some of this data to an independent criminal
>>>>>>>>>>>>>>>>>>>> investigation.

>>>>>>>>>>>>>>>>>>>> The government needs to act and get this data on
>>>>> file.
>>>>>>>>>>>>>>>>>>>> Thank

>>>>>>>>>>>>>>>>> you.

>>>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>>>>> On 2026-08-17 10:19, vramachandran@dhammalaw.com
>>>>> wrote:

>>>>>>>>>>>>>>>>>>>> Dan,

>>>>>>>>>>>>>>>>>>>> As a prosecutor you should be aware that this is not
>>>>>> just
>>>>>>>>>>>>>>> about

>>>>>>>>>>>>>>>>> Greg

>>>>>>>>>>>>>>>>>>>> Lindberg. This data belongs to the victims and
>>>>> should
>>>>>> be
>>>>>>>>>>>>>>> known

>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>> the general public. Sentencing without disclosing
>>>>> all
>>>>>> of
>>>>>>>>>>>>>>> this

>>>>>>>>>>>>>>>>>>>> information on the record is illegal.
>>>>> Unconstitutional.
>>>>>>>>>>>>>>>>>>>> You
>>>>>>>>>>>>>>> need

>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>> let the Special Master know that he needs to file
>>>>>>>>>>>>>>>>>>>> everything

>>>>>>>>>>>>>>>>> under

>>>>>>>>>>>>>>>>>>>> seal if he so wants to.

>>>>>>>>>>>>>>>>>>>> This is a criminal proceeding. You have a duty to
>>>>> place
>>>>>>>>>>>>>>>>>>>> this

>>>>>>>>>>>>>>>>>>>> information on the docket. This is exceptional. You
>>>>>> delay
>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> proceedings and then blame it on the defendant. Then
>>>>>> seek
>>>>>>>>>>>>>>>>>>>> a

>>>>>>>>>>>>>>>>>>>> confidentiality agreement. You have the burden of
>>>>>> proof.
>>>>>>>>>>>>>>>>>>>> Are
>>>>>>>>>>>>>>> you

>>>>>>>>>>>>>>>>>>>> going to meet it or not?

>>>>>>>>>>>>>>>>>>>> I would like an answer by 12.00 P.M.

>>>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>>>>> Michael,

>>>>>>>>>>>>>>>>>>>> This is a criminal case. Whatever you want to
>>>>> produce
>>>>>> you
>>>>>>>>>>>>>>> need

>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>> produce now. I need to get this to my client so that
>>>>> we
>>>>>>>>>>>>>>>>>>>> can

>>>>>>>>>>>>>>>>> defend

>>>>>>>>>>>>>>>>>>>> on August 24th which you are forcing on the
>>>>> defendant.

>>>>>>>>>>>>>>>>>>>> The data is subject to the court's sealing
>>>>> procedures.
>>>>>> You
>>>>>>>>>>>>>>> are

>>>>>>>>>>>>>>>>> not

>>>>>>>>>>>>>>>>>>>> going to condition this data on anything other than
>>>>> the
>>>>>>>>>>>>>>> court's

>>>>>>>>>>>>>>>>> own

>>>>>>>>>>>>>>>>>>>> processes.

>>>>>>>>>>>>>>>>>>>> Any failure to produce the data means you are
>>>>> unwilling
>>>>>> to

>>>>>>>>>>>>>>>>> establish

>>>>>>>>>>>>>>>>>>>> these on the record as required under the MVRA. That
>>>>> is
>>>>>> a

>>>>>>>>>>>>>>>>> failure to

>>>>>>>>>>>>>>>>>>>> prosecute by the government.

>>>>>>>>>>>>>>>>>>>> Please file on the record the methodology and the
>>>>> data
>>>>>> we

>>>>>>>>>>>>>>>>> requested

>>>>>>>>>>>>>>>>>>>> underseal by August 17, 2026 noon. We will contest
>>>>> the
>>>>>>>>>>>>>>> sealing

>>>>>>>>>>>>>>>>> with

>>>>>>>>>>>>>>>>>>>> the court if necessary.

>>>>>>>>>>>>>>>>>>>> This is not a civil proceeding.

>>>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>>>> viek

>>>>>>>>>>>>>>>>>>>> On 2026-08-17 10:13, Michael Martinez wrote:

>>>>>>>>>>>>>>>>>>>> Vivek:

>>>>>>>>>>>>>>>>>>>> The Special Master disagrees with your legal

>>>>> analyses
>>>>>> and

>>>>>>>>>>>>>>>>>>>> conclusions below.

>>>>>>>>>>>>>>>>>>>> That said, the Special Master would not be opposed
>>>>> in
>>>>>>>>>>>>>>> concept to

>>>>>>>>>>>>>>>>>>>> producing (on a reasonable timeline) documents in
>>>>> our
>>>>>>>>>>>>>>> possession

>>>>>>>>>>>>>>>>>>>> under a confidentiality agreement and protective
>>>>> order
>>>>>>>>>>>>>>> limiting

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> public disclosure of proprietary information. If
>>>>> your
>>>>>>>>>>>>>>>>>>>> client
>>>>>>>>>>>>>>> is

>>>>>>>>>>>>>>>>>>>> amenable to preserving the confidentiality of
>>>>> sensitive

>>>>>>>>>>>>>>>>> proprietary

>>>>>>>>>>>>>>>>>>>> information, then I can draft a confidentiality
>>>>>> agreement
>>>>>>>>>>>>>>> and

>>>>>>>>>>>>>>>>>>>> protective order for your review and edit. If your
>>>>>> client
>>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>> not

>>>>>>>>>>>>>>>>>>>> amenable to preserving the confidentiality of
>>>>> sensitive

>>>>>>>>>>>>>>>>> proprietary

>>>>>>>>>>>>>>>>>>>> information, then a court order compelling us to
>>>>>> produce
>>>>>>>>>>>>>>> these

>>>>>>>>>>>>>>>>>>>> materials with no restrictions on subsequent
>>>>> disclosure

>>>>>>>>>>>>>>>>>>>> will
>>>>>>>>>>>>>>> be

>>>>>>>>>>>>>>>>>>>> required.

>>>>>>>>>>>>>>>>>>>> Without limiting the foregoing, our proposed
>>>>>> methodology
>>>>>>>>>>>>>>>>>>>> for

>>>>>>>>>>>>>>>>>>>> unrealized offsets/credits is that your client will
>>>>>>>>>>>>>>>>>>>> receive
>>>>>>>>>>>>>>> a

>>>>>>>>>>>>>>>>> credit

>>>>>>>>>>>>>>>>>>>> against his restitution obligation as the assets are
>>>>>>>>>>>>>>> monetized

>>>>>>>>>>>>>>>>>>>> rather than him receiving a credit now based on our
>>>>>>>>>>>>>>> estimation

>>>>>>>>>>>>>>>>> of

>>>>>>>>>>>>>>>>>>>> what the Primary Restitution Assets might fetch for
>>>>>>>>>>>>>>>>>>>> victims.
>>>>>>>>>>>>>>> The

>>>>>>>>>>>>>>>>>>>> purpose of the estimation was to satisfy the mandate
>>>>> in
>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>> special

>>>>>>>>>>>>>>>>>>>> master order that the special master identify assets
>>>>>> “and
>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> extent those assets are not readily convertible to
>>>>>> cash,

>>>>>>>>>>>>>>>>> determine a

>>>>>>>>>>>>>>>>>>>> reasonable estimated value for those assets.” In
>>>>>> other
>>>>>>>>>>>>>>> words,

>>>>>>>>>>>>>>>>>>>> evaluating our estimation of what the Primary

>>>>>> Restitution
>>>>>>>>>>>>>>> Assets

>>>>>>>>>>>>>>>>>>>> might generate for victims in the future is not an
>>>>>>>>>>>>>>>>>>>> integral

>>>>>>>>>>>>>>>>>>>> component of the Court's restitution
>>>>> determination,
>>>>>> and
>>>>>>>>>>>>>>> those

>>>>>>>>>>>>>>>>>>>> estimated figures do not appear anywhere in the
>>>>>> proposed

>>>>>>>>>>>>>>>>> restitution

>>>>>>>>>>>>>>>>>>>> order.

>>>>>>>>>>>>>>>>>>>> Michael L. Martinez

>>>>>>>>>>>>>>>>>>>> Grier Wright Martinez PA

>>>>>>>>>>>>>>>>>>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202

>>>>>>>>>>>>>>>>>>>> (704) 332-0209 (direct dial)

>>>> https://protect2.fireeye.com/v1/url?k=d7e8bd0a-b2a4d458-d7ef99ef-74fe4867716e-429552d0fc93fb87&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [2]
>>>>>>>>>>>>>>>>>>>> [1] [3] [1] [1 [2]]

>>>>>>>>>>>>>>>>>>>> mmartinez@grierlaw.com

>>>>>>>>>>>>>>>>>>>> -----Original Message-----

>>>>>>>>>>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>>>>>>>>> <vramachandran@dhammalaw.com>

>>>>>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 6:03 AM

>>>>>>>>>>>>>>>>>>>> To: Michael Martinez <mmartinez@grierlaw.com>

>>>>>>>>>>>>>>>>>>>> Cc: barnesatty@aol.com; Daniel Ryan
>>>>>>>>>>>>>>>>>>>> (Daniel.Ryan@usdoj.gov)

>>>>>>>>>>>>>>>>>>>> <daniel.ryan@usdoj.gov>; Freeman, Lyndie (CRM)

>>>>>>>>>>>>>>>>>>>> <lyndie.freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>>> (USANCW)

>>>>>>>>>>>>>>>>>>>> <benjamin.bain-creed@usdoj.gov>; Meyer, Ryan J.

>>>>>>>>>>>>>>>>>>>> <ryan.meyer@katten.com>; Joe Grier
>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>>>>>>>> Jeremy

>>>>>>>>>>>>>>>>>>>> Sanders <jeremy.sanders@usdoj.gov>

>>>>>>>>>>>>>>>>>>>> Subject: Re: Draft Final Supplement to Restitution
>>>>>> Report

>>>>>>>>>>>>>>>>>>>> Caution: This message is from an external sender.

>>>>>>>>>>>>>>>>>>>> Michael and Dan,

>>>>>>>>>>>>>>>>>>>> I do want to remind you that unlike a bankruptcy
>>>>>>>>>>>>>>>>>>>> proceeding,

>>>>>>>>>>>>>>>>> these

>>>>>>>>>>>>>>>>>>>> companies are not just worth debt. They have
>>>>> revenues
>>>>>> in
>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> millions, so your methodology of evaluation has to
>>>>> be
>>>>>>>>>>>>>>> disclosed

>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>> the defendant on the record.

>>>>>>>>>>>>>>>>>>>> We are looking for all financial reports and all
>>>>> board
>>>>>>>>>>>>>>> reports

>>>>>>>>>>>>>>>>> for

>>>>>>>>>>>>>>>>>>>> all primary restitution assets, specified affiliated
>>>>>>>>>>>>>>> companies

>>>>>>>>>>>>>>>>> for

>>>>>>>>>>>>>>>>>>>> the last four years and all letter of intents and

>>>>>> offers
>>>>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>> purchase

>>>>>>>>>>>>>>>>>>>> received. It is going to take us a month to analyze
>>>>> all
>>>>>>>>>>>>>>>>>>>> this

>>>>>>>>>>>>>>>>> data.

>>>>>>>>>>>>>>>>>>>> Without this the sentencing is going to be based on
>>>>> a
>>>>>>>>>>>>>>> blackbox

>>>>>>>>>>>>>>>>> and

>>>>>>>>>>>>>>>>>>>> attorney arguments.

>>>>>>>>>>>>>>>>>>>> This does not meet the MVRA accounting requirement.
>>>>>> Please
>>>>>>>>>>>>>>> get

>>>>>>>>>>>>>>>>> us

>>>>>>>>>>>>>>>>>>>> this information by noon August 17, 2026.

>>>>>>>>>>>>>>>>>>>> A fiduciary duty applies to the Special
>>>>>> Master/Receiver.

>>>>>>>>>>>>>>>>>>>> If you cannot establish your burden of proof, the
>>>>>>>>>>>>>>>>>>>> government
>>>>>>>>>>>>>>> has

>>>>>>>>>>>>>>>>> a

>>>>>>>>>>>>>>>>>>>> duty to let the court know that you cannot do it.
>>>>>> Failure
>>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>> do

>>>>>>>>>>>>>>>>> that

>>>>>>>>>>>>>>>>>>>> to win is striking a foul blow.

>>>>>>>>>>>>>>>>>>>> Katten has asked for this in the past. We do not
>>>>> have
>>>>>> this

>>>>>>>>>>>>>>>>>>>> information.

>>>>>>>>>>>>>>>>>>>> Thank you.

>>>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>>>>> On 2026-08-15 14:59, vramachandran@dhammalaw.com
>>>>> wrote:

>>>>>>>>>>>>>>>>>>>> Michael and Dan,

>>>>>>>>>>>>>>>>>>>> (I) In your March 2026 report, you stated that
>>>>> publicly

>>>>>>>>>>>>>>>>> disclosing

>>>>>>>>>>>>>>>>>>>> too much detail regarding the Primary Restitution
>>>>>> Assets
>>>>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> Special Master's value determinations concerning the
>>>>>> same
>>>>>>>>>>>>>>> would

>>>>>>>>>>>>>>>>>>>> negatively impact liquidation efforts and could, in
>>>>>>>>>>>>>>>>>>>> itself,

>>>>>>>>>>>>>>>>>>> decrease

>>>>>>>>>>>>>>>>>>>>> the value of the Primary Restitution Assets, and
>>>>> that
>>>>>> the

>>>>>>>>>>>>>>>>> Special

>>>>>>>>>>>>>>>>>>>>> Master therefore erred on the side of caution by
>>>>>>>>>>>>>>>>>>>>> including
>>>>>>>>>>>>>>> in

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> report a single range encompassing all Primary
>>>>>>>>>>>>>>>>>>>>> Restitution

>>>>>>>>>>>>>>>>> Assets

>>>>>>>>>>>>>>>>>>> lumped together.

>>>>>>>>>>>>>>>>>>>>> Please provide all of the data you stated you would
>>>>>>>>>>>>>>>>>>>>> provide
>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> Court in that March 2026 report, together with any
>>>>>> other

>>>>>>>>>>>>>>>>> documents

>>>>>>>>>>>>>>>>>>>>> the Special Master intends to rely on for the
>>>>>> valuations
>>>>>>>>>>>>>>>>>>>>> in

>>>>>>>>>>>>>>>>> this

>>>>>>>>>>>>>>>>>>>>> proceeding. Please do so by noon on August 17,
>>>>> 2026.
>>>>>> To
>>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>> extent

>>>>>>>>>>>>>>>>>>>>> you have any additional information these have to
>>>>> be

>>>>>>>>>>>>>>>>> established on

>>>>>>>>>>>>>>>>>>>>> the record under § 3664(f)(1)(A) by placing them
>>>>> on
>>>>>> the

>>>>>>>>>>>>>>>>> record.

>>>>>>>>>>>>>>>>>>>>> Under the MVRA that material belongs with the
>>>>>> defendant:
>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>> burden

>>>>>>>>>>>>>>>>>>>>> of demonstrating the amount of loss is on the
>>>>>> Government,
>>>>>>>>>>>>>>> 18

>>>>>>>>>>>>>>>>> U.S.C.

>>>>>>>>>>>>>>>>>>> §

>>>>>>>>>>>>>>>>>>>>> 3664(e); the statute requires "a complete
>>>>> accounting
>>>>>> of
>>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>> losses

>>>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>>> each victim," id. § 3664(a); and restitution must
>>>>> be
>>>>>> set
>>>>>>>>>>>>>>> "in

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>> full

>>>>>>>>>>>>>>>>>>>>> amount of each victim's losses as determined by the
>>>>>>>>>>>>>>>>>>>>> court,"
>>>>>>>>>>>>>>> id.

>>>>>>>>>>>>>>>>> §

>>>>>>>>>>>>>>>>>>>>> 3664(f)(1)(A). A single lumped range, with its
>>>>>>>>>>>>>>>>>>>>> particulars

>>>>>>>>>>>>>>>>>>> withheld,

>>>>>>>>>>>>>>>>>>>>> cannot satisfy those provisions or permit the de
>>>>> novo

>>>>>>>>>>>>>>>>>>>>> determination

>>>>>>>>>>>>>>>>>>>>> the Court is required to make. Id. § 3664(d)(6).

>>>>>>>>>>>>>>>>>>>>> (II) We will also file a motion on to unseal the
>>>>>> Appendix
>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> final report. Other than attorney argument, there

>>>>> is
>>>>>>>>>>>>>>> nothing in

>>>>>>>>>>>>>>>>>>> that

>>>>>>>>>>>>>>>>>>>>> Appendix, and we will file our own argument saying
>>>>> so
>>>>>> --
>>>>>>>>>>>>>>> both

>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>>> highlight this issue and to preserve the record for
>>>>>> the
>>>>>>>>>>>>>>> Fourth

>>>>>>>>>>>>>>>>>>>>> Circuit. Neither the defendant's right to contest
>>>>> the
>>>>>>>>>>>>>>>>>>>>> loss

>>>>>>>>>>>>>>>>> amount

>>>>>>>>>>>>>>>>>>> nor

>>>>>>>>>>>>>>>>>>>>> the Court's de novo review under § 3664(d)(6) can
>>>>> be
>>>>>>>>>>>>>>> exercised

>>>>>>>>>>>>>>>>>>>>> against a figure whose basis is kept under seal.
>>>>> See
>>>>>> §

>>>>>>>>>>>>>>>>> 3664(e).

>>>>>>>>>>>>>>>>>>>>> (III) We are going to file a motion for
>>>>>> reconsideration
>>>>>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>> denial

>>>>>>>>>>>>>>>>>>>>> of the subpoenas -- not because we expect the Court
>>>>> to
>>>>>>>>>>>>>>> change

>>>>>>>>>>>>>>>>> its

>>>>>>>>>>>>>>>>>>>>> mind, but to make sure the record is clear on three
>>>>>>>>>>>>>>>>>>>>> points.

>>>>>>>>>>>>>>>>> First,

>>>>>>>>>>>>>>>>>>>>> under the MVRA the burden of proof lies with the
>>>>>>>>>>>>>>> Government,

>>>>>>>>>>>>>>>>> not

>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> defendant. § 3664(e). Second, to the extent the
>>>>>>>>>>>>>>>>>>>>> valuations
>>>>>>>>>>>>>>> of

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> companies rest with the Special Master, they must
>>>>> be
>>>>>>>>>>>>>>> provided

>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> defendant under the accounting provisions of the
>>>>> MVRA.
>>>>>> §§

>>>>>>>>>>>>>>>>>>> 3664(a),

>>>>>>>>>>>>>>>>>>>>> (f)(1)(A). Third, restitution under the MVRA must
>>>>> be
>>>>>>>>>>>>>>> accurate;

>>>>>>>>>>>>>>>>> if

>>>>>>>>>>>>>>>>>>> it

>>>>>>>>>>>>>>>>>>>>> cannot be made accurate, or if the issues are too
>>>>>>>>>>>>>>>>>>>>> complex,
>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> Court's option is to decline restitution rather
>>>>> than
>>>>>>>>>>>>>>>>>>>>> order
>>>>>>>>>>>>>>> an

>>>>>>>>>>>>>>>>>>>>> inaccurate amount. § 3663A(c)(3)(B). To the extent

>>>>>> you
>>>>>>>>>>>>>>> again

>>>>>>>>>>>>>>>>>>>>> press

>>>>>>>>>>>>>>>>>>>>> the August 24 deadline, we preserve this issue for
>>>>> the
>>>>>>>>>>>>>>> Fourth

>>>>>>>>>>>>>>>>>>>>> Circuit: the deferred determination is expressly
>>>>>>>>>>>>>>> contemplated

>>>>>>>>>>>>>>>>> by

>>>>>>>>>>>>>>>>>>>>> §

>>>>>>>>>>>>>>>>>>>>> 3664(d)(5), and that ninety-day date is directory,
>>>>> not
>>>>>> a

>>>>>>>>>>>>>>>>> license

>>>>>>>>>>>>>>>>>>> for an inaccurate award.

>>>>>>>>>>>>>>>>>>>>> See Dolan v. United States, 560 U.S. 605 (2010) (a
>>>>>> court
>>>>>>>>>>>>>>> that

>>>>>>>>>>>>>>>>>>> misses

>>>>>>>>>>>>>>>>>>>>> the § 3664(d)(5) deadline retains authority to
>>>>> order

>>>>>>>>>>>>>>>>> restitution,

>>>>>>>>>>>>>>>>>>>>> because the deadline is meant to protect victims,
>>>>> not
>>>>>> to
>>>>>>>>>>>>>>> create

>>>>>>>>>>>>>>>>> a

>>>>>>>>>>>>>>>>>>>>> windfall for defendants). Where loss is not yet
>>>>>>>>>>>>>>> ascertainable,

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> MVRA's remedy is to develop the record -- or to

>>>>>> decline

>>>>>>>>>>>>>>>>>>>>> restitution

>>>>>>>>>>>>>>>>>>>>> under § 3663A(c)(3)(B) -- not to adopt a guess.

>>>>>>>>>>>>>>>>>>>>> (IV) We will additionally file a motion on the AAPC
>>>>>>>>>>>>>>> valuation

>>>>>>>>>>>>>>>>> and

>>>>>>>>>>>>>>>>>>> on

>>>>>>>>>>>>>>>>>>>>> Ares causation, tied to the subpoena request, to
>>>>>>>>>>>>>>>>>>>>> highlight
>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> live

>>>>>>>>>>>>>>>>>>>>> issues that remain pending and that the Government
>>>>> and
>>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>> Special

>>>>>>>>>>>>>>>>>>>>> Master are resisting. Causation and amount are the
>>>>>>>>>>>>>>> Government's

>>>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>>>> prove by a preponderance of the evidence, §
>>>>> 3664(e),
>>>>>> and
>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>>> value

>>>>>>>>>>>>>>>>>>> of

>>>>>>>>>>>>>>>>>>>>> the property must be established on the record
>>>>> under
>>>>>> §

>>>>>>>>>>>>>>>>>>> 3664(f)(1)(A).

>>>>>>>>>>>>>>>>>>>> Attorney arguments about AI and AAPC do not
>>>>> establish
>>>>>>>>>>>>>>>>>>>> value

>>>>>>>>>>>>>>> of

>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> property on the record.

>>>>>>>>>>>>>>>>>>>> We are happy to state that you are opposed to these
>>>>>>>>>>>>>>>>>>>> motions.

>>>>>>>>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>>>>>>>>> Vivek

>>>>>>>>>>>>>>>>>>>> On 2026-07-22 16:48, Michael Martinez wrote:

>>>>>>>>>>>>>>>>>>>> Please find attached our current draft of a final
>>>>>>>>>>>>>>>>>>>> supplement
>>>>>>>>>>>>>>> to

>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> restitution report in the 3:23-CR-48 case. Also
>>>>>> attached
>>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>> a

>>>>>>>>>>>>>>>>>>>> proposed final order of restitution and appendix to
>>>>> the

>>>>>>>>>>>>>>>>> supplement

>>>>>>>>>>>>>>>>>>>> discussing the primary restitution assets.

>>>>>>>>>>>>>>>>>>>> Here is what we said about the other parties
>>>>> positions
>>>>>> on
>>>>>>>>>>>>>>> this

>>>>>>>>>>>>>>>>>>>> supplement: "The Special Master has conferred with
>>>>> both
>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>>> government and the Defendant's counsel in relation
>>>>> to
>>>>>> this

>>>>>>>>>>>>>>>>>>>> Supplement.

>>>>>>>>>>>>>>>>>>>> Although the government does not oppose the
>>>>> positions

>>>>>>>>>>>>>>>>> articulated

>>>>>>>>>>>>>>>>>>> by

>>>>>>>>>>>>>>>>>>>> the Special Master through this Supplement, the
>>>>>> Defendant

>>>>>>>>>>>>>>>>> opposes

>>>>>>>>>>>>>>>>>>>> the majority of the Special Master's recommendations
>>>>>>>>>>>>>>> appearing

>>>>>>>>>>>>>>>>> in

>>>>>>>>>>>>>>>>>>>> this Supplement." If I have not accurately stated
>>>>> your
>>>>>>>>>>>>>>> client's

>>>>>>>>>>>>>>>>>>>> position on our supplement, please let me know by
>>>>> the
>>>>>> end
>>>>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>>> day

>>>>>>>>>>>>>>>>>>>> tomorrow.

>>>>>>>>>>>>>>>>>>>> We have to file this by Friday.

>>>>>>>>>>>>>>>>>>>> Thank you.

>>>>>>>>>>>>>>>>>>>> Michael L. Martinez

>>>>>>>>>>>>>>>>>>>> Grier Wright Martinez, PA

>>>>>>>>>>>>>>>>>>>> 521 E. Morehead St., Ste. 440

>>>>>>>>>>>>>>>>>>>> Charlotte, NC 28202

>>>>>>>>>>>>>>>>>>>> 704/332.0209 (direct)

>>>>>>>>>>>>>>>>>>>> 704/332.0215 (fax)

>>>>>>>>>>>>>>>>>>>> mmartinez@grierlaw.com

>>>>>>>>>>>>>>>>>>>> Disclaimer

>>>>>>>>>>>>>>>>>>>> This e-mail may contain confidential and
>>>>>> attorney-client

>>>>>>>>>>>>>>>>>>> privileged

>>>>>>>>>>>>>>>>>>>> material for the sole use of the intended recipient.
>>>>> Do
>>>>>>>>>>>>>>>>>>>> not

>>>>>>>>>>>>>>>>> accept

>>>>>>>>>>>>>>>>>>>> wiring instructions from us by email. If you are not
>>>>>> the

>>>>>>>>>>>>>>>>>>> recipient,

>>>>>>>>>>>>>>>>>>>> you are hereby notified that any disclosure,
>>>>> copying,

>>>>>>>>>>>>>>>>> distribution

>>>>>>>>>>>>>>>>>>>> or taking action in relation of the contents of this
>>>>>>>>>>>>>>> information

>>>>>>>>>>>>>>>>>>> is

>>>>>>>>>>>>>>>>>>>> strictly prohibited and may be unlawful, please
>>>>> contact
>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>> sender

>>>>>>>>>>>>>>>>>>>> and delete this e-mail.

>>>>>>>>>>>>>>>>>>>> This email has been scanned for viruses and malware,
>>>>>> and
>>>>>>>>>>>>>>>>>>>> may

>>>>>>>>>>>>>>>>> have

>>>>>>>>>>>>>>>>>>>> been automatically archived by Mimecast Ltd, an
>>>>>> innovator
>>>>>>>>>>>>>>>>>>>> in

>>>>>>>>>>>>>>>>>>>> Software as a Service (SaaS) for business. Providing

>>>>> a
>>>>>>>>>>>>>>>>>>>> safer
>>>>>>>>>>>>>>> and

>>>>>>>>>>>>>>>>>>>> more useful place for your human generated data.
>>>>>>>>>>>>>>> Specializing

>>>>>>>>>>>>>>>>> in;

>>>>>>>>>>>>>>>>>>>> Security, archiving and compliance. To find out more
>>>>>> Click
>>>>>>>>>>>>>>> Here

>>>>>>>>>>>>>>>>> [1

>>>>>>>>>>>>>>>>>>>> [1 [3]]].

>>>>>>>>>>>>>>>>>>>> Links:

>>>>>>>>>>>>>>>>>>>> ------

>>>>>>>>>>>>>>>>>>>> [1]

>>>> https://protect2.fireeye.com/v1/url?k=b4a86c6f-d1e4053d-b4af488a-74fe4867716e-51e0532dcd107cc3&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [3]
>>>>>>>>>>>>>>>>>>>> [4] [4]

>>>>>>>>>>>>>>>>>>>> Links:

>>>>>>>>>>>>>>>>>>>> ------

>>>>>>>>>>>>>>>>>>>> [1]

>>>> https://protect2.fireeye.com/v1/url?k=686a9d19-0d26f44b-686db9fc-74fe4867716e-a368940ed31d1681&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [4]
>>>>>>>>>>>>>>>>>>>> [5] [5]

>>>>>>>>>>>>>>>>>>> Disclaimer

>>>>>>>>>>>>>>>>>>> This e-mail may contain confidential and
>>>>> attorney-client

>>>>>>>>>>>>>>>>> privileged

>>>>>>>>>>>>>>>>>>> material for the sole use of the intended recipient.
>>>>> Do
>>>>>> not

>>>>>>>>>>>>>>>>> accept

>>>>>>>>>>>>>>>>>>> wiring instructions from us by email. If you are not
>>>>> the

>>>>>>>>>>>>>>>>> recipient,

>>>>>>>>>>>>>>>>>>> you are hereby notified that any disclosure, copying,

>>>>>>>>>>>>>>>>> distribution or

>>>>>>>>>>>>>>>>>>> taking action in relation of the contents of this
>>>>>>>>>>>>>>>>>>> information
>>>>>>>>>>>>>>> is

>>>>>>>>>>>>>>>>>>> strictly prohibited and may be unlawful, please
>>>>> contact
>>>>>> the

>>>>>>>>>>>>>>>>> sender and

>>>>>>>>>>>>>>>>>>> delete this e-mail.

>>>>>>>>>>>>>>>>>>> This email has been scanned for viruses and malware,
>>>>> and
>>>>>>>>>>>>>>>>>>> may
>>>>>>>>>>>>>>> have

>>>>>>>>>>>>>>>>> been

>>>>>>>>>>>>>>>>>>> automatically archived by Mimecast Ltd, an innovator
>>>>> in
>>>>>>>>>>>>>>> Software

>>>>>>>>>>>>>>>>> as a

>>>>>>>>>>>>>>>>>>> Service (SaaS) for business. Providing a safer and
>>>>> more
>>>>>>>>>>>>>>> useful

>>>>>>>>>>>>>>>>> place

>>>>>>>>>>>>>>>>>>> for your human generated data. Specializing in;
>>>>>> Security,

>>>>>>>>>>>>>>>>> archiving

>>>>>>>>>>>>>>>>>>> and compliance. To find out more Click Here [2 [6]].

>>>>>>>>>>>>>>>>>>> Links:

>>>>>>>>>>>>>>>>>>> ------

>>>>>>>>>>>>>>>>>>> [1]

>>>> https://protect2.fireeye.com/v1/url?k=1256fbba-771a92e8-1251df5f-74fe4867716e-5a41341f986a8499&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [5]
>>>>>>>>>>>>>>>>>>> [6] [7]

>>>>>>>>>>>>>>>>>>> [2]

>>>> https://protect2.fireeye.com/v1/url?k=b875bf00-dd39d652-b8729be5-74fe4867716e-a15d6b5aa53271f9&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [6]
>>>>>>>>>>>>>>>>>>> [7] [8]

>>>>>>>>>>>>>>>>>>> Links:

>>>>>>>>>>>>>>>>>>> ------

>>>>>>>>>>>>>>>>>>> [1]

>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [7]
>>>>>>>>>>>>>>> [3]

>>>>>>>>>>>>>>>>> [8]

>>>>>>>>>>>>>>>>>>> [2]

>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [8]
>>>>>>>>>>>>>>> [4]

>>>>>>>>>>>>>>>>> [9]

>>>>>>>>>>>>>>>>>>> [3]

>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [9]
>>>>>>>>>>>>>>> [5]

>>>>>>>>>>>>>>>>> [10]

>>>>>>>>>>>>>>>>>>> [4]

>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [10]
>>>>>>>>>>>>>>> [6]

>>>>>>>>>>>>>>>>> [11]

>>>>>>>>>>>>>>>>>>> [5]

>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [11]
>>>>>>>>>>>>>>> [7]

>>>>>>>>>>>>>>>>> [12]

>>>>>>>>>>>>>>>>>>> [6]

>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [12]
>>>>>>>>>>>>>>> [8]

>>>>>>>>>>>>>>>>> [13]

>>>>>>>>>>>>>>>>>>> [7]

>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [13]
>>>>>>>>>>>>>>> [9]

>>>>>>>>>>>>>>>>> [14]

>>>>>>>>>>>>>>>>>>> [8]

>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [14]
>>>>>>>>>>>>>>> [10]

>>>>>>>>>>>>>>>>> [15]

>>>>>>>>>>>>>>>>> Disclaimer

>>>>>>>>>>>>>>>>> This e-mail may contain confidential and
>>>>> attorney-client
>>>>>>>>>>>>>>> privileged

>>>>>>>>>>>>>>>>> material for the sole use of the intended recipient. Do
>>>>>> not
>>>>>>>>>>>>>>> accept

>>>>>>>>>>>>>>>>> wiring instructions from us by email. If you are not
>>>>> the
>>>>>>>>>>>>>>> recipient,

>>>>>>>>>>>>>>>>> you are hereby notified that any disclosure, copying,
>>>>>>>>>>>>>>> distribution

>>>>>>>>>>>>>>>>> or taking action in relation of the contents of this
>>>>>>>>>>>>>>> information is

>>>>>>>>>>>>>>>>> strictly prohibited and may be unlawful, please contact
>>>>>> the
>>>>>>>>>>>>>>> sender

>>>>>>>>>>>>>>>>> and delete this e-mail.

>>>>>>>>>>>>>>>>> This email has been scanned for viruses and malware,
>>>>> and
>>>>>> may
>>>>>>>>>>>>>>> have

>>>>>>>>>>>>>>>>> been automatically archived by Mimecast Ltd, an
>>>>> innovator
>>>>>> in

>>>>>>>>>>>>>>>>> Software as a Service (SaaS) for business. Providing a
>>>>>> safer

>>>>>>>>>>>>>>> and

>>>>>>>>>>>>>>>>> more useful place for your human generated data.
>>>>>> Specializing
>>>>>>>>>>>>>>> in;

>>>>>>>>>>>>>>>>> Security, archiving and compliance. To find out more
>>>>> Click
>>>>>>>>>>>>>>>>> Here

>>>>>>>>>>>>>>>>> [16].

>>>>>>>>>>>>>>>> Links:

>>>>>>>>>>>>>>>> ------

>>>>>>>>>>>>>>>> [1] https://sparkmailapp.com/source?from=signature

>>>>>>>>>>>>>>>> [2]

>>>> https://protect2.fireeye.com/v1/url?k=255d2cc9-439869f7-255a082c-c400add0b6f2-ef3d6ebaede0607b&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [15]
>>>>>>>>>>>>>>> [11]

>>>>>>>>>>>>>>>> [3]

>>>> https://protect2.fireeye.com/v1/url?k=58de74e3-3e1b31dd-58d95006-c400add0b6f2-c480a08ec262503a&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [16]
>>>>>>>>>>>>>>> [12]

>>>>>>>>>>>>>>>> [4]

>>>> https://protect2.fireeye.com/v1/url?k=b21c0063-d4d9455d-b21b2486-c400add0b6f2-a89226c8521b3cfb&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [17]
>>>>>>>>>>>>>>> [13]

>>>>>>>>>>>>>>>> [5]

>>>> https://protect2.fireeye.com/v1/url?k=cc6968bb-aaac2d85-cc6e4c5e-c400add0b6f2-2e8d6cc528df355f&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [18]
>>>>>>>>>>>>>>> [14]

>>>>>>>>>>>>>>>> [6]

>>>> https://protect2.fireeye.com/v1/url?k=a22959de-c4ec1ce0-a22e7d3b-c400add0b6f2-90df1e1e64bd4ff1&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [19]
>>>>>>>>>>>>>>> [15]

>>>>>>>>>>>>>>>> [7]

>>>> https://protect2.fireeye.com/v1/url?k=9f3909c3-f9fc4cfd-9f3e2d26-c400add0b6f2-50b7993eed216485&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [20]
>>>>>>>>>>>>>>> [16]

>>>>>>>>>>>>>>>> [8]

>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [7]
>>>>>>>>>>>>>>> [3]

>>>>>>>>>>>>>>>> [9]

>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [8]
>>>>>>>>>>>>>>> [4]

>>>>>>>>>>>>>>>> [10]

>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [9]
>>>>>>>>>>>>>>> [5]

>>>>>>>>>>>>>>>> [11]

>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [10]
>>>>>>>>>>>>>>> [6]

>>>>>>>>>>>>>>>> [12]

>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [11]
>>>>>>>>>>>>>>> [7]

>>>>>>>>>>>>>>>> [13]

>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [12]
>>>>>>>>>>>>>>> [8]

>>>>>>>>>>>>>>>> [14]

>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [13]
>>>>>>>>>>>>>>> [9]

>>>>>>>>>>>>>>>> [15]

>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [14]
>>>>>>>>>>>>>>> [10]

>>>>>>>>>>>>>>>> [16]

>>>> https://protect2.fireeye.com/v1/url?k=1c82a97f-7a47ec41-1c858d9a-c400add0b6f2-92ca2cca7ec81edf&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [21]
>>>>>>>>>>>>>>> [17]

>>>>>>>>>>>>> Links:
>>>>>>>>>>>>> ------
>>>>>>>>>>>>> [1]

>>>> https://protect2.fireeye.com/v1/url?k=5698ca81-33d4a3d3-569fee64-74fe4867716e-28d93030ca2e1c11&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [22]
>>>>>>>>>>>>> [2]

>>>> https://protect2.fireeye.com/v1/url?k=2137e668-447b8f27-2130c28d-74fe4868cd43-1f354b13c23ee39e&q=1&e=acab17db-132a-430a-a710-caa9d1ae50c8&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [23]
>>>>>>>>>>>>> [3]

>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [7]
>>>>>>>>>>>>> [4]

>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [8]
>>>>>>>>>>>>> [5]

>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [9]
>>>>>>>>>>>>> [6]

>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [10]
>>>>>>>>>>>>> [7]

>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [11]
>>>>>>>>>>>>> [8]

>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [12]
>>>>>>>>>>>>> [9]

>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [13]
>>>>>>>>>>>>> [10]

>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [14]
>>>>>>>>>>>>> [11]

>>>> https://protect2.fireeye.com/v1/url?k=255d2cc9-439869f7-255a082c-c400add0b6f2-ef3d6ebaede0607b&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [15]
>>>>>>>>>>>>> [12]

>>>> https://protect2.fireeye.com/v1/url?k=58de74e3-3e1b31dd-58d95006-c400add0b6f2-c480a08ec262503a&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [16]
>>>>>>>>>>>>> [13]

>>>> https://protect2.fireeye.com/v1/url?k=b21c0063-d4d9455d-b21b2486-c400add0b6f2-a89226c8521b3cfb&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [17]
>>>>>>>>>>>>> [14]

>>>> https://protect2.fireeye.com/v1/url?k=cc6968bb-aaac2d85-cc6e4c5e-c400add0b6f2-2e8d6cc528df355f&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [18]
>>>>>>>>>>>>> [15]

>>>> https://protect2.fireeye.com/v1/url?k=a22959de-c4ec1ce0-a22e7d3b-c400add0b6f2-90df1e1e64bd4ff1&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [19]
>>>>>>>>>>>>> [16]

>>>> https://protect2.fireeye.com/v1/url?k=9f3909c3-f9fc4cfd-9f3e2d26-c400add0b6f2-50b7993eed216485&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [20]
>>>>>>>>>>>>> [17]

>>>> https://protect2.fireeye.com/v1/url?k=1c82a97f-7a47ec41-1c858d9a-c400add0b6f2-92ca2cca7ec81edf&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [21]
>>>>>>>>>>>>> [18] https://sparkmailapp.com/source?from=signature

>>>>>> ================================================================
>>>>>> CONFIDENTIALITY NOTICE:

>>>>>> This electronic mail message and any attached files contain
>>>>>> information intended for the exclusive
>>>>>> use of the individual or entity to whom it is addressed and may
>>>>>> contain information that is
>>>>>> proprietary, privileged, confidential and/or exempt from
>>>>> disclosure
>>>>>> under applicable law. If you
>>>>>> are not the intended recipient, you are hereby notified that any
>>>>>> viewing, copying, disclosure or
>>>>>> distribution of this information may be subject to legal
>>>>> restriction
>>>>>> or sanction. Please notify
>>>>>> the sender, by electronic mail or telephone, of any unintended
>>>>>> recipients and delete the original
>>>>>> message without making any copies.
>>>>>> ==============================================================
>>>>>> NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited
>>>>>> liability partnership that has
>>>>>> elected to be governed by the Illinois Uniform Partnership Act
>>>>> (1997).

>>>>>> ==============================================================

>>>>>> Links:
>>>>>> ------
>>>>>> [1]

>>>> https://protect2.fireeye.com/v1/url?k=27d1ab0d-429dc25f-27d68fe8-74fe4867716e-08c48172a4f75ca0&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [2]

>>>> https://protect2.fireeye.com/v1/url?k=d7e8bd0a-b2a4d458-d7ef99ef-74fe4867716e-429552d0fc93fb87&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [3]

>>>> https://protect2.fireeye.com/v1/url?k=b4a86c6f-d1e4053d-b4af488a-74fe4867716e-51e0532dcd107cc3&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [4]

>>>> https://protect2.fireeye.com/v1/url?k=686a9d19-0d26f44b-686db9fc-74fe4867716e-a368940ed31d1681&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [5]

>>>> https://protect2.fireeye.com/v1/url?k=1256fbba-771a92e8-1251df5f-74fe4867716e-5a41341f986a8499&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F

>>>>>> [6]

>>>> https://protect2.fireeye.com/v1/url?k=b875bf00-dd39d652-b8729be5-74fe4867716e-a15d6b5aa53271f9&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [7]

>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [8]

>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [9]

>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [10]

>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [11]

>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [12]

>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [13]

>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [14]

>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [15]

>>>> https://protect2.fireeye.com/v1/url?k=255d2cc9-439869f7-255a082c-c400add0b6f2-ef3d6ebaede0607b&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [16]

>>>> https://protect2.fireeye.com/v1/url?k=58de74e3-3e1b31dd-58d95006-c400add0b6f2-c480a08ec262503a&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [17]

>>>> https://protect2.fireeye.com/v1/url?k=b21c0063-d4d9455d-b21b2486-c400add0b6f2-a89226c8521b3cfb&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [18]

>>>> https://protect2.fireeye.com/v1/url?k=cc6968bb-aaac2d85-cc6e4c5e-c400add0b6f2-2e8d6cc528df355f&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [19]

>>>> https://protect2.fireeye.com/v1/url?k=a22959de-c4ec1ce0-a22e7d3b-c400add0b6f2-90df1e1e64bd4ff1&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [20]

>>>> https://protect2.fireeye.com/v1/url?k=9f3909c3-f9fc4cfd-9f3e2d26-c400add0b6f2-50b7993eed216485&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [21]

>>>> https://protect2.fireeye.com/v1/url?k=1c82a97f-7a47ec41-1c858d9a-c400add0b6f2-92ca2cca7ec81edf&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>> [22]

>>>> https://protect2.fireeye.com/v1/url?k=5698ca81-33d4a3d3-569fee64-74fe4867716e-28d93030ca2e1c11&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>> [23]

>>>> https://protect2.fireeye.com/v1/url?k=2137e668-447b8f27-2130c28d-74fe4868cd43-1f354b13c23ee39e&q=1&e=acab17db-132a-430a-a710-caa9d1ae50c8&u=http%3A%2F%2Fwww.grierlaw.com%2F

**EXHIBIT C-3**
**Response to Final Report**

**Subject:** Re: [EXTERNAL] Re: Response to Final Report
**From:** vramachandran@dhammalaw.com
**Date:** Sun, 13 Sep 2026 15:58:24 -0400
**To:** "Jeremy (CRM) Sanders" <jeremy.sanders@usdoj.gov>
**Cc:** Kenneth Barnes <barnesatty@gmail.com>, "Daniel (USANCW) Ryan" <daniel.ryan@usdoj.gov>, "Lyndie (CRM) Freeman" <lyndie.freeman@usdoj.gov>, "Benjamin (USANCW) Bain-Creed" <benjamin.bain-creed@usdoj.gov>, "Dana (USANCW) Washington" <dana.washington@usdoj.gov>
**Message-ID:**<730a0edc6258f43158107a8e06c25d80@dhammalaw.com>
**Source file:** Re_EXTERNAL_Re_Response_to_Final_Report_5.eml

---

Jeremy,

All emails I sent to you today should be referred to ODAG.

(i) The government misrepresents emails that were sent. We will bring this up at the 4th circuit. This is yet more proof of Hunter violations that are continuing.

(ii) Until now, I have had the moral authority to ask Mr. Lindberg to consider that the Government attorneys are doing their job. In a conversation, Greg Lindberg said, when FBI came to see him he gave them his phone upfront. Mr. Lindberg then told me, if the FBI or anyone had asked me about what these insurance transactions (referring to the disaffiliation of entities) were about, I would have given them the disaffiliation papers, attorney recommendations and the NCDOI requirements. I was following the law based on regulatory changes on what needed to be done and pumped in my own money. He said no one told me or asked me what these disaffiliations structures were about. If the FBI had asked, the entire records and documents would have told them everything they needed to know and there would be no case.

That was the background behind me reaching out to You (Jermey) on August 10, 2026 before the hearing date about the ethics concerns and flagging the issues to be pushed up the government's own decision making chain. Because, Greg Lindberg was willing to even after being imprisoned for 12 years acknowledge that it would be unfair to Dan Ryan to bring up the fact that he recommended the Special Master and we should wait and see if they self-correct before taking this issue up.

Under all ethics rules ex-parte communication with a neutral or any party including the victims or other interested parteis is prohibited. To the extent government attorneys did it, they should recuse themselves. Making up theories that Special Master is a probation

officer is inconsistent with MVRA which lists only the Special Magistrate or Magistrate. Words that are placed together show what that class belongs to.

The government will state, we waived this as well if I don't write an email on this. Even after this email, the government will claim there was some other email I wrote on August 10, 2026 and therefore that should control.

Greg Lindberg, did not waive or consent and does not waive his objections to ex parte communications by the government.

Thank you.

Sincerely,
Vivek

On 2026-08-17 18:58, Vramachandran wrote:

> Jeremy,

> We may file a mandamus if we do not get relief at the district court
> to obtain data from the special master.

> Given notice was abused last time, we will use this as the notice.

> Sincerely,
> Vivek

>> On Aug 17, 2026 at 11:01 AM, <Vramachandran> wrote:

>> Jermey,

>> To get you up to speed on what is going on here. The prosecution
>> brought up the 1.6 billion number during sentencing in violation of
>> the plea agreement and brought in stale witness statements. This 1.6
>> billion dollar figure is based on conjecture, guesses and more as
>> admitted by the special master.

>> To prevent this being placed on the record, the government has
>> inverted the burden of proof. Gone on the record to tell the judge
>> that he should deny all subpoenas when the government has
>> questionable authority under the statute. Sentence someone on
>> records he has no access to and cannot see. This isn't a secret
>> court and the government needs to have a position independent of the
>> special master on these issues, including seeing that justice is
>> done. Not keep striking foul blows.

>> This whole proceeding is an extreme example of the Supreme Court's

>> recent decision on Hunter under almost all the prongs.

>> That's the context of why I wanted you to refer this out internally
>> within the government.

>> To add succor to all this, the only reason, I am involved is because
>> the special master/receiver refused to pay his attorneys at Katten
>> until August 2026 or later if there was money. Additionally, the
>> same was repeated to Litson twice during the weekly meetings by the
>> special mater/receiver. Then the government goes on the record to
>> claim we are delaying proceedings. I work on a dana basis and can
>> fight this case.

>> We have absolutely no intention of delaying proceedings. This case
>> has no factual basis on restitution whatsoever for the government.
>> This is not a secret court. We don't live in the USSR.

>> Sincerely,
>> Vivek

>> On 2026-08-17 07:06, vramachandran@dhammalaw.com wrote: We will be
>> placing objections and corrections to the hearing on the record when
>> we get the transcripts. For the record, we did not waive anything
>> and explicitly preserve everything on the record.

>> Sincerely,
>> Vivek

>> On 2026-08-15 17:21, Vramachandran wrote: Dan,

>> This was a heads up email. Specifically, sent to the government as a
>> courtesy from me.

>> Needs someone neutral to decide on these and the government's own
>> internal mechanisms should decide what happens.

>> Neither me nor the current attorneys of the government can decide
>> whether a criminal investigation should proceed on the Beckett sale.
>> It's up to the investigating agency.

>> On Ares, the documents we have don't address the specific issues
>> raised in the MTD. In any case we have to put up what we have to
>> get
>> the record ready for an appeal.

>> Thank you.

>> Sincerely,
>> Vivek

>> On Aug 11, 2026 at 10:53 AM, <Vramachandran> wrote:

>> Thank you, Jeremy. I was going to reach out tomorrow about this to
>> Dan and a few other issues.

>> I am also trying to get Katten to search for the Ares documents that
>> Dan brought up. If that fails I would have had to get it from Dan.

>> Sincerely,
>> Vivek

>> On Aug 11, 2026 at 9:52 AM, <Jeremy (CRM) Sanders> wrote:

>> Vivek,

>> Because these issues are all actively being litigated before the
>> district court, I am copying my colleagues at the Fraud Section and
>> U.S. Attorney's Office who are counsel for the Government before
>> the district court. Regarding your request for the contact
>> information of the Department's "ethics department," I think
>> you are likely referring to the Office of Professional
>> Responsibility. That Office's contact information is available
>> here: https://www.justice.gov/opr

>> Thank you.

>> Jeremy R. Sanders

>> Assistant Chief & Appellate Counsel

>> (202) 616-2650 (office)

>> (202) 304-7843 (mobile)

>> From: Vramachandran <vramachandran@dhammalaw.com>
>> Sent: Tuesday, August 11, 2026 4:15 AM
>> To: Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>
>> Cc: Kenneth Barnes <barnesatty@gmail.com>
>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>> Jeremy,

>> This continues to be a concern. I will move this through other
>> channels as well.

>> Any action that is taken by the government has to be looked at by
>> independent eyes.

>> At the hearing I did not push because, this needs fuller independent
>> investigation from the government.

>> Thank you.

>> Sincerely,

>> Vivek

>> On Aug 10, 2026 at 7:23 AM, <Vramachandran> wrote:

>> Jermey,

>> After we filed papers yesterday proving the following:
>> (1) the Beckett trust was not dissolved until February 27, 2025
>> when the special master kicked out two directors and took over;
>> (2) the Beckett trust was dissolved in September 2025 as a
>> condition of the sale or before the sale;
>> (3) the Beckett trust dissolution before sale or dissolution in
>> anticipation of sale would have required NHC to board approval which
>> was a veto that special master alone had in that time frame;
>> (4) under the order appointing the special master this should
>> be brought to the court (two times over) on bilgations.

>> (5) after the refinancing the attorney of Beckett confirmed the
>> board still existed and Steve Wilson was still the board member.

>> The US government selected the special master.

>> The US government removed fiduciary duties from the list of duties
>> in the order appointing the special master.

>> The government has wholesale adopted the position of the special
>> master, which was admittedly prior to all of this being placed on
>> the record.

>> I request you to forward this email to your ethics department
>> because these need to be looked into. Otherwise, please provide the
>> email address of someone in the ethics department and I will forward
>> this to them.

>> I honestly think this has crossed over into territory that should
>> involve law enforcement to identify the actiors behind this sale
>> that lost $800 million.

>> I am compelled to put this down on paper.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-08-07 10:55, vramachandran@dhammalaw.com wrote:

>> Jermey and Ben,

>> I was not on that call and did not hear anything. I tried joining a
>> call for 2 minutes on a final call and did not hear anything and the
>> call ended before I could reach out via email. I definitely did not
>> get anything about a May 17th date on any call.

>> In any instance, we did not agree to that date Dan proposed via
>> email below and your filing that without seeking defendant's counsel
>> is exactly the harm we pointed out at the 4th circuit. Adding that
>> in a response is not appropriate. And proposing dates without
>> seeking whether the dates work is no acceptable.

>> Previous counsel has confirmed that you did not provide any
>> information about Ares transaction. Finally, your response is you
>> are not aware, not that any other other agency of the government
>> including the FBI which you have not addressed in your response is
>> not aware. Your response does not satisfy the requirement. As
>> discussed, this is a transaction the government (including other
>> branches of the government blocked) and you are unwilling to turn
>> over

>> In any case, your response is: (a) government will not develop the
>> record; (b) government will not allow discovery of information
>> affecting billions in restitution which are with the custodians, and
>> with the special master, and as claimed by the special master mot
>> available with him, information that he is unwilling to obtain even
>> with a board seat, information that Defendant Greg Lindberg cannot
>> access after he turned over the companies to the Special Master, and
>> the government and the special master actively seeks to block; (c)
>> information in (b) literally runs into billions of dollars that you
>> want the defendant to pay as part of MVRA and information necessary
>> to meet the accounting requirement of the MVRA; (d) and after all
>> the delay in response from the government you wish to file a two
>> pager to dismiss all the evidence without a response; (e) and in
>> contravention of the bifurcation agreement because you got a
>> sentencing and now want to disclaim the extension beyond 90 days you
>> agreed to in the bifurcation motion. In essence, Defendant got
>> sentenced early without the benefit of the extension beyond 90 days;
>> (f) billions of dollars are unaccounted for in Beckett sales and
>> other other sales, none of the records have been provided to the
>> court, or the defendant even after asking for it; and (g) you wish
>> to continue with sales and foreclosure on a record that the
>> government does not have, the special master does not have or claims

>> not to have in spite of being a trustee who can compel access and
>> the defendant cannot have after he turned over the companies to the
>> custodians.

>> Please feel free to let me know any other violation of due process
>> that I missed in the list above. A prosecutor may strike hard, but
>> cannot strike a foul blow.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-08-07 10:37, Bain-Creed, Benjamin (USANCW) wrote:

>> Vivek,

>> Everybody but me is out today and I am leaving soon. First, there
>> is not a requirement to confer on a response. Second, to the extent
>> that you are referencing conferral on the final restitution date, we
>> proposed a final restitution date on the Special Master call which
>> you attended and via email. If you are not satisfied with the date,
>> please feel free to propose an alternative on the docket. Third, I
>> am not aware of any Government interference in the Ares transaction,
>> but, in any event, discovery in this matter was previously produced
>> to prior counsel.

>> -Ben

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Friday, August 7, 2026 9:53 AM
>> To: Michael Martinez <mmartinez@grierlaw.com>
>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth Barnes
>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>; Sanders, Jeremy (CRM)
>> <Jeremy.Sanders@usdoj.gov>
>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>> Dan,

>> You did not meet and confer with the Defendant's counsel about this
>> filing.
>> The government said at the 4th circuit that it wants to develop the
>> record. Which you are filing to do with this filing.

>> Jeremy,

>> Since the government is unwilling to develop the record at the
>> district court, we plan to let the 4th know that your response is no
>> longer factually accurate.

>> In addition, please turn over any evidence the government is aware
>> of including with any other agencies of the government about the
>> Ares transaction that are relevant to restitution and the government
>> interfering with a transaction that would have avoided any loss to
>> anyone.

>> Finally, the current record as it stands is based on information the
>> special master calls guesses in the report, the government is
>> actively preventing access to information on billions of dollars
>> that are with custodians, the special master claims is not available
>> to him, the special master has refused to obtain from the custodians
>> at the urging of counsel and the special master and the government
>> are now blocking.

>> In addition, the government is seeking a date of August 17th that
>> does not work for any defense counsel. For all of these reasons, we
>> will reach out the the 4th circuit if necessary.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-08-06 17:18, vramachandran@dhammalaw.com wrote:

>> Dan,

>> Please produce all documents and any information in the
>> government's
>> hands including information that is with another arm of the
>> government
>> on how the Ares transaction was stopped.

>> This was put in file by someone who is not friendly to the
>> defendant.

>> To the extent you have any information regarding this we wounded
>> that
>> information.

>> Sincerely,
>> Vivek

>> Sent with Spark [3 [1]]

>> On Aug 6, 2026 at 5:03 PM -0400, Michael Martinez
>> <mmartinez@grierlaw.com>, wrote:

>> Notice of the issues acknowledged. Your characterizations of the
>> history below is inaccurate and your application of the law to those
>> facts is flawed. Not trying to bicker with you about it, I just
>> didn't want my failure to react to your statements below to be
>> deemed
>> as some kind of acceptance thereof.

>> Michael L. Martinez
>> Grier Wright Martinez PA
>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>> (704) 332-0209 (direct dial)
> https://protect2.fireeye.com/v1/url?k=7e1f8417-2184c6e4-7e18a0f2-000babdfec90-b9a054bf41afda16&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&
> [2]

>> u=http%3A%2F%2Fwww.grierlaw.com%2F [1] mmartinez@grierlaw.com

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Thursday, August 6, 2026 4:57 PM
>> To: Michael Martinez <mmartinez@grierlaw.com>
>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth Barnes
>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>
>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>> Caution: This message is from an external sender.

>> Michael and Dan,

>> As far as the note below goes, it was information because your
>> positions were already solicited and noted as opposed.

>> It's the Defendant's position and was our mutual position when we
>> agreed to bifurcation that 90 days is not a bar to jurisdiction.
>> Parties contemplated it to take as long as supervised release with a
>> release date of 2033. That's part of the record. Stating otherwise
>> does not change the record.

>> That is also the promise the government held out to induce the early
>> sentencing. You cannot go back on that promise.
>> In any case, you both have delayed responding to the motions on file
>> and still have not. Your final report is not a substitute for a n
>> issue by issue response.

>> For all of these reasons, we have already discussed the 90 days does
>> not apply and the court has also said that multiple hearings will be
>> necessary.

>> The final report based on guesses does not satisfy the MVRA
>> accounting requirement for all of these reasons, the 90 days delay
>> is
>> from your end not the defendant's end.

>> Restating the position from the government and the special master
>> does not change facts on the ground. You are placed once again on
>> notice of these issues.

>> Sincerely,
>> Vivek

>> On 2026-08-06 16:50, Michael Martinez wrote:

>> Thank you for the update, Vivek. I'm not sure if you were

>> soliciting

>> our position on a potential motion for leave for more time to

>> respond

>> to the second restitution report supplement. If you were, we have

>> no

>> opposition, so long as the request does not seek to delay the

>> Court's

>> entry of a final restitution order within 90 days following
>> sentencing.

>> Michael L. Martinez
>> Grier Wright Martinez PA
>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>> (704) 332-0209 (direct dial)
>> https://protect2.fireeye.com/v1/url?k=e4fc6e90-bb672c63-e4fb4a75-000
>> babdfec90-6b5622cec5516c1a&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
>> 7&u=http%3A%2F%2Fwww.grierlaw.com%2F [1 [1]] [1 [1]]
>> mmartinez@grierlaw.com

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>

>> Sent: Thursday, August 6, 2026 12:17 PM
>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>> Cc: Michael Martinez <mmartinez@grierlaw.com>; Kenneth Barnes
>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>
>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>> Caution: This message is from an external sender.

>> Dan and Michael,

>> We have not had contact with Defendant Greg Lindberg since Monday
>> because of the hearing. As we informed you and let the court know,

>> our

>> final report submission depends on access to Defendant. We will

>> try to

>> file a preliminary response today to the extent possible based on

>> our

>> prior discussions, but will ask for leave to file an amended

>> version

>> after discussion with the Defendant if we are able to file a
>> preliminary response today. Our draft was already filed, and is on

>> the

>> record.

>> In addition, we will be filing the already discussed second motion

>> to

>> set aside the special master's report and concomitant motion to
>> disqualify the special master which was also delayed because of

>> access

>> to Greg Lindberg and the motion for abeyance, both of which you
>> opposed.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-08-04 09:15, vramachandran@dhammalaw.com wrote:

>> Dan,

>> Doc. 250 has Greg being produced on August 7, 2026 at 3.00 P.M.
>> The

>> court has the hearing set at August 10, 2026 at 3.00 P.M.

>> BOP may prefer to give him a furlough because he has another

> hearing

> around the same time in a civil proceeding. Or a remote hearing.

> Can you reach out to the court to change the date or request that

he

>> be allowed to do this while on the furlough or change the order

so

> that the date is accurate for the BOP?

> Thank you.

> Sincerely,
> Vivek

> On 2026-07-30 18:01, Ryan, Daniel (USANCW) wrote:

> The Government objects

> ------------------------

> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
> Sent: Thursday, July 30, 2026 4:48 PM
> To: Michael Martinez <mmartinez@grierlaw.com>
> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth

Barnes

> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
> <Dana.Washington@usdoj.gov>
> Subject: [EXTERNAL] Re: Response to Final Report

> We will seek disqualification of the special master based on the
> breach of fiduciary duty and setting aside the report in total.
> Thank you.

> Sincerely,
> Vivek

> On 2026-07-30 16:45, Michael Martinez wrote:

> What relief will be requested? I cannot say whether we consent

or

> oppose relief if I don't know what you're asking the Court to

do.

> Michael L. Martinez
> Grier Wright Martinez PA
> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
> (704) 332-0209 (direct dial)

https://protect2.fireeye.com/v1/url?k=09feed96-6cb284d9-09f9c973-74fe4868cd43-1a4f4166b1ee906a&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[3]
[2 [3]]

> u=http%3A%2F%2Fwww.grierlaw.com%2F
> [1 [1]] [1 [1]]

> mmartinez@grierlaw.com

> -----Original Message-----
> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
> Sent: Thursday, July 30, 2026 4:44 PM
> To: Michael Martinez <mmartinez@grierlaw.com>
> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth

Barnes

> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)

> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
> <Dana.Washington@usdoj.gov>
> Subject: Re: Response to Final Report

> Caution: This message is from an external sender.

> The motions will discuss fiduciary obligations of the special

master

> under the order appointing the special master and breach

thereof

> during the Beckett sale amongst others, and effect of the

breach

> on

> the final report.

> We may include everything in one motion or split it into two

motions

> depending on readability.

> Thank you.

> Sincerely,
> Vivek

> On 2026-07-30 16:39, Michael Martinez wrote:

> I don't understand the request. Can you itemize each request

for

> relief in the forthcoming motions so I can articulate our

position

> on

> each?

> Michael L. Martinez

> Grier Wright Martinez PA
> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
> (704) 332-0209 (direct dial)

https://protect2.fireeye.com/v1/url?k=4dfe4f49-28b22606-4df96bac-74fe4868cd43-64d5e686100796ef&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[8]
[3 [1]]

> u=http%3A%2F%2Fwww.grierlaw.com%2F
> [2 [3]] [1 [1]] [1 [1]]

> mmartinez@grierlaw.com

> -----Original Message-----
> From: vramachandran@dhammalaw.com

<vramachandran@dhammalaw.com>

> Sent: Thursday, July 30, 2026 4:37 PM
> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
> Cc: Michael Martinez <mmartinez@grierlaw.com>; Kenneth Barnes
> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
> <Dana.Washington@usdoj.gov>
> Subject: Re: Response to Final Report

> Caution: This message is from an external sender.

> Dan and Martinez,

> Please state your position on motions relating to the final

report

> and

> specifically fiduciary duties relating to the Beckett

transaction

> and

> fiduciary duties in general.

> We will be filing these motions tomorrow.

> Thank you.

> Sincerely,
> Vivek

> On 2026-07-30 04:38, vramachandran@dhammalaw.com wrote:

> Dan and Martinez,

> Please state your position on holding the report in abeyance

until

> your responses to the pending motions are placed on the

record?

> Defendant will move the court for relief on this front.

> Thank you.

> Sincerely,
> Vivek

> On 2026-07-29 15:54, vramachandran@dhammalaw.com wrote:

> Dan,

> We need the government's position on the record on all

pending

> motions before we discuss a trial date. This is on mandamus

with

> the

> 4th and we will actively peruse that option should the

government

> seek to not create a record at the district court.

> The timeline is in the government's hands. Thank you.

> Thank you.

> Sincerely,
> Vivek

> On 2026-07-29 15:52, Ryan, Daniel (USANCW) wrote:

> The Government does not oppose an extension of Defendant's

response

> deadline as you propose. That said, we intend to continue

to

> advocate that the court should attempt to resolve and

finalize

> restitution within the statutory 90-day period. Our lack of
> opposition to your request, should not be deemed to suggest

that

> we

> will agree to any timeline that extends the process beyond

the

> statutory deadline. To that end, we intend to ask the Court

to

> set

> a

> final hearing on August 17. Please let us know your

position

> on

> that

> date

> Dan

> -----Original Message-----
> From: vramachandran@dhammalaw.com

<vramachandran@dhammalaw.com>

> Sent: Wednesday, July 29, 2026 2:14 PM
> To: Michael Martinez <mmartinez@grierlaw.com>; Ryan, Daniel

(USANCW)

> <Daniel.Ryan@usdoj.gov>
> Cc: Kenneth Barnes <barnesatty@gmail.com>
> Subject: Re: Response to Final Report

> Caution: This message is from an external sender.

> Michael and Dan,

> The seven day deadline for filing a response to the final

report

> is

> around the corner. We plan to get something on file

tomorrow.

> However,
> we may need more time to coordinate with Greg Lindberg.

Please

> let

> me know if you oppose a request for extension of time that

we

> file

> with the court to provide a supplementary response say one

week

> out?

> We may file a preliminary response and then follow that up

with

> a

> supplementary response.

> Thank you.

> Sincerely,
> Vivek

> Disclaimer

> This e-mail may contain confidential and attorney-client

privileged

> material for the sole use of the intended recipient. Do not

accept

> wiring instructions from us by email. If you are not the

recipient,

> you are hereby notified that any disclosure, copying,

distribution

> or taking action in relation of the contents of this

information

> is

> strictly prohibited and may be unlawful, please contact the

sender

> and delete this e-mail.

> This email has been scanned for viruses and malware, and

may

> have

> been automatically archived by Mimecast Ltd, an innovator

in

> Software as a Service (SaaS) for business. Providing a

safer

> and

> more useful place for your human generated data.

Specializing

> in;

> Security, archiving and compliance. To find out more Click

Here

> [1 [1]].

> Links:
> ------
> [1 [1]]

https://protect2.fireeye.com/v1/url?k=ceb355b2-abfeec27-ceb47157-000

> [3 [1]]

babff41af-f6d890c4416b62e8&q=1&e=f34caf21-5040-413f-9889-cf284a12946

> 3&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

Disclaimer

This e-mail may contain confidential and attorney-client

privileged

> material for the sole use of the intended recipient. Do not

accept

> wiring instructions from us by email. If you are not the

recipient,

> you are hereby notified that any disclosure, copying,

distribution

> or

> taking action in relation of the contents of this information

is

> strictly prohibited and may be unlawful, please contact the

sender

> and

> delete this e-mail.

> This email has been scanned for viruses and malware, and may

have

> been

> automatically archived by Mimecast Ltd, an innovator in

Software

> as

> a

> Service (SaaS) for business. Providing a safer and more useful

place

>> for your human generated data. Specializing in; Security,

archiving

> and compliance. To find out more Click Here [2 [3]].

> Links:
> ------
> [1 [1]]

https://protect2.fireeye.com/v1/url?k=7247a28d-170bcbc2-72408668-74fe4868cd43-c3d8511d119469fe&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[4]
[4 [4]]

> u=http%3A%2F%2Fwww.grierlaw.com%2F
> [4 [4]]

> [2 [3]]

https://protect2.fireeye.com/v1/url?k=1356eb2b-761a8264-1351cfce-74fe4868cd43-a4cc707ca97987ae&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[5]
[5 [5]]

> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
> [5 [5]]

> Disclaimer

> This e-mail may contain confidential and attorney-client

privileged

> material for the sole use of the intended recipient. Do not

accept

> wiring instructions from us by email. If you are not the

recipient,

> you are hereby notified that any disclosure, copying,

distribution

> or

> taking action in relation of the contents of this information

is

> strictly prohibited and may be unlawful, please contact the

sender

> and

> delete this e-mail.

> This email has been scanned for viruses and malware, and may

have

> been

> automatically archived by Mimecast Ltd, an innovator in

Software

> as

> a

> Service (SaaS) for business. Providing a safer and more useful

place

> for your human generated data. Specializing in; Security,

archiving

> and compliance. To find out more Click Here [2 [3]].

> Links:
> ------
> [1 [1]]

https://protect2.fireeye.com/v1/url?k=6d93b872-08dfd13d-6d949c97-74fe4868cd43-18f7a92999912064&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[6]
[6 [6]]

> u=http%3A%2F%2Fwww.grierlaw.com%2F
> [6 [6]]

> [2 [3]]

https://protect2.fireeye.com/v1/url?k=e3d974b3-86951dfc-e3de5056-74fe4868cd43-8fce692861f4a133&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[7]
[7 [7]]

> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
> [7 [7]]

> Links:
> ------
> [1 [1]]

https://protect2.fireeye.com/v1/url?k=09feed96-6cb284d9-09f9c973-74fe4868cd43-1a4f4166b1ee906a&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[3]
[2 [3]]

> u=http%3A%2F%2Fwww.grierlaw.com%2F
> [2 [3]]

https://protect2.fireeye.com/v1/url?k=4dfe4f49-28b22606-4df96bac-74fe4868cd43-64d5e686100796ef&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[8]
[3 [1]]

> u=http%3A%2F%2Fwww.grierlaw.com%2F
> [3 [1]]

https://protect2.fireeye.com/v1/url?k=ceb355b2-abfeec27-ceb47157-000

> [4 [4]]

https://protect2.fireeye.com/v1/url?k=7247a28d-170bcbc2-72408668-74fe4868cd43-c3d8511d119469fe&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[4]
[4 [4]]

> u=http%3A%2F%2Fwww.grierlaw.com%2F
> [5 [5]]

https://protect2.fireeye.com/v1/url?k=1356eb2b-761a8264-1351cfce-74fe4868cd43-a4cc707ca97987ae&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[5]
[5 [5]]

> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
> [6 [6]]

https://protect2.fireeye.com/v1/url?k=6d93b872-08dfd13d-6d949c97-74fe4868cd43-18f7a92999912064&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[6]
[6 [6]]

> u=http%3A%2F%2Fwww.grierlaw.com%2F
> [7 [7]]

https://protect2.fireeye.com/v1/url?k=e3d974b3-86951dfc-e3de5056-74fe4868cd43-8fce692861f4a133&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[7]
[7 [7]]

> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

Disclaimer

This e-mail may contain confidential and attorney-client

privileged

> material for the sole use of the intended recipient. Do not accept
> wiring instructions from us by email. If you are not the

recipient,

> you are hereby notified that any disclosure, copying, distribution

or

> taking action in relation of the contents of this information is
> strictly prohibited and may be unlawful, please contact the sender

and

> delete this e-mail.

> This email has been scanned for viruses and malware, and may have

been

> automatically archived by Mimecast Ltd, an innovator in Software

as a

> Service (SaaS) for business. Providing a safer and more useful

place

> for your human generated data. Specializing in; Security,

archiving

> and compliance. To find out more Click Here [2 [3]].

> Links:

> ------
> [1 [1]]
> https://protect2.fireeye.com/v1/url?k=76654705-29fe05f6-766263e0-000
> babdfec90-06cfd66ea77c7750&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
> 7&u=http%3A%2F%2Fwww.grierlaw.com%2F
> [2 [3]]
> https://protect2.fireeye.com/v1/url?k=71897122-2e1233d1-718e55c7-000
> babdfec90-6b75ecfcb1dc55f0&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
> 7&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

Disclaimer

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Do not accept wiring instructions from us by email. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful, please contact the sender and delete this e-mail.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here [2 [3]].

Links:
------
[1 [1]]
https://protect2.fireeye.com/v1/url?k=5fa7c2a9-003c805a-5fa0e64c-000ba
bdfec90-1fd00ff5b2e6b87e&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&u=
http%3A%2F%2Fwww.grierlaw.com%2F [2 [3]]
https://protect2.fireeye.com/v1/url?k=7a6d181c-25f65aef-7a6a3cf9-000ba
bdfec90-f6619c7010eafcf0&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&u=
http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
[3] https://sparkmailapp.com/source?from=signature

Links:
------
[1] https://sparkmailapp.com/source?from=signature

Links:
------
[1] https://sparkmailapp.com/source?from=signature
[2]
https://protect2.fireeye.com/v1/url?k=09feed96-6cb284d9-09f9c973-74fe4868cd43-
1a4f4166b1ee906a&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[3]
[3]

https://protect2.fireeye.com/v1/url?k=4dfe4f49-28b22606-4df96bac-74fe4868cd43-64d5e686100796ef&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[8]
[4]
https://protect2.fireeye.com/v1/url?k=7247a28d-170bcbc2-72408668-74fe4868cd43-c3d8511d119469fe&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[4]
[5]
https://protect2.fireeye.com/v1/url?k=1356eb2b-761a8264-1351cfce-74fe4868cd43-a4cc707ca97987ae&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[5]
[6]
https://protect2.fireeye.com/v1/url?k=6d93b872-08dfd13d-6d949c97-74fe4868cd43-18f7a92999912064&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[6]
[7]
https://protect2.fireeye.com/v1/url?k=e3d974b3-86951dfc-e3de5056-74fe4868cd43-8fce692861f4a133&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[7]

Links:
------
[1] https://sparkmailapp.com/source?from=signature
[2]
https://protect2.fireeye.com/v1/url?k=7e1f8417-2184c6e4-7e18a0f2-000babdfec90-b9a054bf41afda16&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&
[3]
https://protect2.fireeye.com/v1/url?k=09feed96-6cb284d9-09f9c973-74fe4868cd43-1a4f4166b1ee906a&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[4]
https://protect2.fireeye.com/v1/url?k=7247a28d-170bcbc2-72408668-74fe4868cd43-c3d8511d119469fe&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[5]
https://protect2.fireeye.com/v1/url?k=1356eb2b-761a8264-1351cfce-74fe4868cd43-a4cc707ca97987ae&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[6]
https://protect2.fireeye.com/v1/url?k=6d93b872-08dfd13d-6d949c97-74fe4868cd43-18f7a92999912064&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[7]
https://protect2.fireeye.com/v1/url?k=e3d974b3-86951dfc-e3de5056-74fe4868cd43-8fce692861f4a133&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&
[8]
https://protect2.fireeye.com/v1/url?k=4dfe4f49-28b22606-4df96bac-74fe4868cd43-64d5e686100796ef&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

**EXHIBIT C-4**
**Response to Final Report**

**Subject:** Re: [EXTERNAL] Re: Response to Final Report
**From:** vramachandran@dhammalaw.com
**Date:** Sun, 13 Sep 2026 16:20:58 -0400
**To:** "Sanders, Jeremy (CRM)" <Jeremy.Sanders@usdoj.gov>
**Cc:** Kenneth Barnes <barnesatty@gmail.com>, "Ryan, Daniel (USANCW)" <Daniel.Ryan@usdoj.gov>, "Freeman, Lyndie (CRM)" <Lyndie.Freeman@usdoj.gov>, "Bain-Creed, Benjamin (USANCW)" <Benjamin.Bain-Creed@usdoj.gov>, "Washington, Dana (USANCW)" <Dana.Washington@usdoj.gov>
**Message-ID:**<fb2ae61c25fec0dd4d2f4c04a7add1e1@dhammalaw.com>
**Source file:** Re_EXTERNAL_Re_Response_to_Final_Report_4.eml

---

Jeremy,

All emails I sent to you today should be referred to ODAG. In any case, all of this is proof of further Hunter violations, even after you are made aware of the deep-seated issues.

(i) The government misrepresents emails that were sent. We will bring this up at the 4th circuit. This is yet more proof of Hunter violations that are continuing.

(ii) Until now, I have had the moral authority to ask Mr. Lindberg to consider that the Government attorneys are doing their job. In a conversation, Greg Lindberg said, when FBI came to see him he gave them his phone upfront. Mr. Lindberg then told me, if the FBI or anyone had asked me about what these insurance transactions (referring to the disaffiliation of entities) were about, I would have given them the disaffiliation papers, attorney recommendations and the NCDOI requirements. I was following the law based on regulatory changes on what needed to be done and pumped in my own money. He said no one told me or asked me what these disaffiliations structures were about. If the FBI had asked, the entire records and documents would have told them everything they needed to know and there would be no case.

That was the background behind me reaching out to You (Jermey) on August 10, 2026 before the hearing date about the ethics concerns and flagging the issues to be pushed up the government's own decision making chain. Because, Greg Lindberg was willing to even after being imprisoned for 12 years acknowledge that it would be unfair to Dan Ryan to bring up the fact that he recommended the Special Master and we should wait and see if they self-correct before taking this issue up.

Under all ethics rules ex-parte communication with a neutral or any party including the victims or other interested parteis is prohibited.

To the extent government attorneys did it, they should recuse themselves. Making up theories that Special Master is a probation officer is inconsistent with MVRA which lists only the Special Magistrate or Magistrate. Words that are placed together show what that class belongs to.

The government will state, we waived this as well if I don't write an email on this. Even after this email, the government will claim there was some other email I wrote on August 10, 2026 and therefore that should control.

Greg Lindberg, did not waive or consent and does not waive his objections to ex parte communications by the government nor any other ethics issue.

Thank you.

Sincerely,
Vivek

On 2026-08-11 09:52, Sanders, Jeremy (CRM) wrote:
> Vivek,

> Because these issues are all actively being litigated before the
> district court, I am copying my colleagues at the Fraud Section and
> U.S. Attorney's Office who are counsel for the Government before the
> district court. Regarding your request for the contact information of
> the Department's "ethics department," I think you are likely
> referring to the Office of Professional Responsibility. That
> Office's contact information is available here:
> https://www.justice.gov/opr

> Thank you.

> Jeremy R. Sanders

> Assistant Chief & Appellate Counsel

> (202) 616-2650 (office)

> (202) 304-7843 (mobile)

> From: Vramachandran <vramachandran@dhammalaw.com>
> Sent: Tuesday, August 11, 2026 4:15 AM
> To: Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>
> Cc: Kenneth Barnes <barnesatty@gmail.com>
> Subject: Re: [EXTERNAL] Re: Response to Final Report

> Jeremy,

> This continues to be a concern. I will move this through other
> channels as well.

> Any action that is taken by the government has to be looked at by
> independent eyes.

> At the hearing I did not push because, this needs fuller independent
> investigation from the government.

> Thank you.

> Sincerely,

> Vivek

>> On Aug 10, 2026 at 7:23 AM, <Vramachandran> wrote:

>> Jermey,

>> After we filed papers yesterday proving the following:
>> (1) the Beckett trust was not dissolved until February 27, 2025
>> when the special master kicked out two directors and took over;
>> (2) the Beckett trust was dissolved in September 2025 as a
>> condition of the sale or before the sale;
>> (3) the Beckett trust dissolution before sale or dissolution in
>> anticipation of sale would have required NHC to board approval which
>> was a veto that special master alone had in that time frame;
>> (4) under the order appointing the special master this should
>> be brought to the court (two times over) on bilgations.

>> (5) after the refinancing the attorney of Beckett confirmed the
>> board still existed and Steve Wilson was still the board member.

>> The US government selected the special master.

>> The US government removed fiduciary duties from the list of duties
>> in the order appointing the special master.

>> The government has wholesale adopted the position of the special
>> master, which was admittedly prior to all of this being placed on
>> the record.

>> I request you to forward this email to your ethics department
>> because these need to be looked into. Otherwise, please provide the
>> email address of someone in the ethics department and I will forward
>> this to them.

>> I honestly think this has crossed over into territory that should

>> involve law enforcement to identify the actiors behind this sale
>> that lost $800 million.

>> I am compelled to put this down on paper.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-08-07 10:55, vramachandran@dhammalaw.com wrote:

>> Jermey and Ben,

>> I was not on that call and did not hear anything. I tried joining a
>> call for 2 minutes on a final call and did not hear anything and the
>> call ended before I could reach out via email. I definitely did not
>> get anything about a May 17th date on any call.

>> In any instance, we did not agree to that date Dan proposed via
>> email below and your filing that without seeking defendant's counsel
>> is exactly the harm we pointed out at the 4th circuit. Adding that
>> in a response is not appropriate. And proposing dates without
>> seeking whether the dates work is no acceptable.

>> Previous counsel has confirmed that you did not provide any
>> information about Ares transaction. Finally, your response is you
>> are not aware, not that any other other agency of the government
>> including the FBI which you have not addressed in your response is
>> not aware. Your response does not satisfy the requirement. As
>> discussed, this is a transaction the government (including other
>> branches of the government blocked) and you are unwilling to turn
>> over

>> In any case, your response is: (a) government will not develop the
>> record; (b) government will not allow discovery of information
>> affecting billions in restitution which are with the custodians, and
>> with the special master, and as claimed by the special master mot
>> available with him, information that he is unwilling to obtain even
>> with a board seat, information that Defendant Greg Lindberg cannot
>> access after he turned over the companies to the Special Master, and
>> the government and the special master actively seeks to block; (c)
>> information in (b) literally runs into billions of dollars that you
>> want the defendant to pay as part of MVRA and information necessary
>> to meet the accounting requirement of the MVRA; (d) and after all
>> the delay in response from the government you wish to file a two
>> pager to dismiss all the evidence without a response; (e) and in
>> contravention of the bifurcation agreement because you got a
>> sentencing and now want to disclaim the extension beyond 90 days you
>> agreed to in the bifurcation motion. In essence, Defendant got

>> sentenced early without the benefit of the extension beyond 90 days;
>> (f) billions of dollars are unaccounted for in Beckett sales and
>> other other sales, none of the records have been provided to the
>> court, or the defendant even after asking for it; and (g) you wish
>> to continue with sales and foreclosure on a record that the
>> government does not have, the special master does not have or claims
>> not to have in spite of being a trustee who can compel access and
>> the defendant cannot have after he turned over the companies to the
>> custodians.

>> Please feel free to let me know any other violation of due process
>> that I missed in the list above. A prosecutor may strike hard, but
>> cannot strike a foul blow.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-08-07 10:37, Bain-Creed, Benjamin (USANCW) wrote:

>> Vivek,

>> Everybody but me is out today and I am leaving soon.  First, there
>> is not a requirement to confer on a response.  Second, to the extent
>> that you are referencing conferral on the final restitution date, we
>> proposed a final restitution date on the Special Master call which
>> you attended and via email.  If you are not satisfied with the date,
>> please feel free to propose an alternative on the docket.  Third, I
>> am not aware of any Government interference in the Ares transaction,
>> but, in any event, discovery in this matter was previously produced
>> to prior counsel.

>> -Ben

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Friday, August 7, 2026 9:53 AM
>> To: Michael Martinez <mmartinez@grierlaw.com>
>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth Barnes
>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>; Sanders, Jeremy (CRM)
>> <Jeremy.Sanders@usdoj.gov>
>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>> Dan,

>> You did not meet and confer with the Defendant's counsel about this
>> filing.
>> The government said at the 4th circuit that it wants to develop the
>> record. Which you are filing to do with this filing.

>> Jeremy,

>> Since the government is unwilling to develop the record at the
>> district court, we plan to let the 4th know that your response is no
>> longer factually accurate.

>> In addition, please turn over any evidence the government is aware
>> of including with any other agencies of the government about the
>> Ares transaction that are relevant to restitution and the government
>> interfering with a transaction that would have avoided any loss to
>> anyone.

>> Finally, the current record as it stands is based on information the
>> special master calls guesses in the report, the government is
>> actively preventing access to information on billions of dollars
>> that are with custodians, the special master claims is not available
>> to him, the special master has refused to obtain from the custodians
>> at the urging of counsel and the special master and the government
>> are now blocking.

>> In addition, the government is seeking a date of August 17th that
>> does not work for any defense counsel. For all of these reasons, we
>> will reach out the the 4th circuit if necessary.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-08-06 17:18, vramachandran@dhammalaw.com wrote:

>> Dan,

>> Please produce all documents and any information in the
>> government's
>> hands including information that is with another arm of the
>> government
>> on how the Ares transaction was stopped.

>> This was put in file by someone who is not friendly to the
>> defendant.

>> To the extent you have any information regarding this we wounded
>> that

>> information.

>> Sincerely,
>> Vivek

>> Sent with Spark [3 [1]]
>> On Aug 6, 2026 at 5:03 PM -0400, Michael Martinez
>> <mmartinez@grierlaw.com>, wrote:

>> Notice of the issues acknowledged. Your characterizations of the
>> history below is inaccurate and your application of the law to those
>> facts is flawed. Not trying to bicker with you about it, I just
>> didn't want my failure to react to your statements below to be
>> deemed
>> as some kind of acceptance thereof.

>> Michael L. Martinez
>> Grier Wright Martinez PA
>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>> (704) 332-0209 (direct dial)

> https://protect2.fireeye.com/v1/url?k=7e1f8417-2184c6e4-7e18a0f2-000b

> abdfec90-b9a054bf41afda16&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&
>> u=http%3A%2F%2Fwww.grierlaw.com%2F [1] mmartinez@grierlaw.com

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Thursday, August 6, 2026 4:57 PM
>> To: Michael Martinez <mmartinez@grierlaw.com>
>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth Barnes
>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>
>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>> Caution: This message is from an external sender.

>> Michael and Dan,

>> As far as the note below goes, it was information because your
>> positions were already solicited and noted as opposed.

>> It's the Defendant's position and was our mutual position when we
>> agreed to bifurcation that 90 days is not a bar to jurisdiction.
>> Parties contemplated it to take as long as supervised release with a
>> release date of 2033. That's part of the record. Stating otherwise
>> does not change the record.

>> That is also the promise the government held out to induce the early
>> sentencing. You cannot go back on that promise.
>> In any case, you both have delayed responding to the motions on file
>> and still have not. Your final report is not a substitute for a n
>> issue by issue response.

>> For all of these reasons, we have already discussed the 90 days does
>> not apply and the court has also said that multiple hearings will be
>> necessary.

>> The final report based on guesses does not satisfy the MVRA
>> accounting requirement for all of these reasons, the 90 days delay
>> is
>> from your end not the defendant's end.

>> Restating the position from the government and the special master
>> does not change facts on the ground. You are placed once again on
>> notice of these issues.

>> Sincerely,
>> Vivek

>> On 2026-08-06 16:50, Michael Martinez wrote:

>> Thank you for the update, Vivek. I'm not sure if you were

>> soliciting

>> our position on a potential motion for leave for more time to

>> respond

>> to the second restitution report supplement. If you were, we have

>> no

>> opposition, so long as the request does not seek to delay the

>> Court's

>> entry of a final restitution order within 90 days following
>> sentencing.

>> Michael L. Martinez
>> Grier Wright Martinez PA
>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>> (704) 332-0209 (direct dial)
>> https://protect2.fireeye.com/v1/url?k=e4fc6e90-bb672c63-e4fb4a75-000

>> babdfec90-6b5622cec5516c1a&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
>> 7&u=http%3A%2F%2Fwww.grierlaw.com%2F [1] [1] mmartinez@grierlaw.com

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Thursday, August 6, 2026 12:17 PM
>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>> Cc: Michael Martinez <mmartinez@grierlaw.com>; Kenneth Barnes
>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>
>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>> Caution: This message is from an external sender.

>> Dan and Michael,

>> We have not had contact with Defendant Greg Lindberg since Monday
>> because of the hearing. As we informed you and let the court know,

>> our

>> final report submission depends on access to Defendant. We will

>> try to

>> file a preliminary response today to the extent possible based on

>> our

>> prior discussions, but will ask for leave to file an amended

>> version

>> after discussion with the Defendant if we are able to file a
>> preliminary response today. Our draft was already filed, and is on

>> the

>> record.

>> In addition, we will be filing the already discussed second motion

>> to

>> set aside the special master's report and concomitant motion to
>> disqualify the special master which was also delayed because of

>> access

>> to Greg Lindberg and the motion for abeyance, both of which you
>> opposed.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-08-04 09:15, vramachandran@dhammalaw.com wrote:

>> Dan,

>> Doc. 250 has Greg being produced on August 7, 2026 at 3.00 P.M.

> The

>>> court has the hearing set at August 10, 2026 at 3.00 P.M.

>>> BOP may prefer to give him a furlough because he has another

> hearing

>>> around the same time in a civil proceeding. Or a remote hearing.

>>> Can you reach out to the court to change the date or request that

> he

>>> be allowed to do this while on the furlough or change the order

> so

>> that the date is accurate for the BOP?

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-07-30 18:01, Ryan, Daniel (USANCW) wrote:

>> The Government objects

>> ------------------------

>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Thursday, July 30, 2026 4:48 PM
>> To: Michael Martinez <mmartinez@grierlaw.com>
>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth

> Barnes

>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>
>> Subject: [EXTERNAL] Re: Response to Final Report

>> We will seek disqualification of the special master based on the
>> breach of fiduciary duty and setting aside the report in total.
>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-07-30 16:45, Michael Martinez wrote:

>> What relief will be requested? I cannot say whether we consent

> or

>> oppose relief if I don't know what you're asking the Court to

> do.

>> Michael L. Martinez
>> Grier Wright Martinez PA
>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>> (704) 332-0209 (direct dial)

> https://protect2.fireeye.com/v1/url?k=09feed96-6cb284d9-09f9c973-74fe4868cd43-1a4f4166b1ee906a&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [1] [1]

>> mmartinez@grierlaw.com

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Thursday, July 30, 2026 4:44 PM
>> To: Michael Martinez <mmartinez@grierlaw.com>
>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth

> Barnes

>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>
>> Subject: Re: Response to Final Report

>> Caution: This message is from an external sender.

>> The motions will discuss fiduciary obligations of the special

> master

>> under the order appointing the special master and breach

> thereof

>> during the Beckett sale amongst others, and effect of the

> breach

>> on

>> the final report.

>> We may include everything in one motion or split it into two

> motions

>> depending on readability.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-07-30 16:39, Michael Martinez wrote:

>> I don't understand the request. Can you itemize each request

> for

>> relief in the forthcoming motions so I can articulate our

> position

>> on

>> each?

>> Michael L. Martinez
>> Grier Wright Martinez PA
>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>> (704) 332-0209 (direct dial)

> https://protect2.fireeye.com/v1/url?k=4dfe4f49-28b22606-4df96bac-74fe4868cd43-64d5e686100796ef&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [2] [1] [1]

>> mmartinez@grierlaw.com

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com

> <vramachandran@dhammalaw.com>

>> Sent: Thursday, July 30, 2026 4:37 PM
>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>> Cc: Michael Martinez <mmartinez@grierlaw.com>; Kenneth Barnes
>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>> <Dana.Washington@usdoj.gov>
>> Subject: Re: Response to Final Report

>> Caution: This message is from an external sender.

>> Dan and Martinez,

>> Please state your position on motions relating to the final

> report

>> and

>> specifically fiduciary duties relating to the Beckett

> transaction

>> and

>> fiduciary duties in general.

>> We will be filing these motions tomorrow.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-07-30 04:38, vramachandran@dhammalaw.com wrote:

>> Dan and Martinez,

>> Please state your position on holding the report in abeyance

> until

>> your responses to the pending motions are placed on the

> record?

>> Defendant will move the court for relief on this front.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-07-29 15:54, vramachandran@dhammalaw.com wrote:

>> Dan,

>> We need the government's position on the record on all

> pending

>> motions before we discuss a trial date. This is on mandamus

> with

>> the

>> 4th and we will actively peruse that option should the

> government

>> seek to not create a record at the district court.

>> The timeline is in the government's hands. Thank you.

>> Thank you.

>> Sincerely,
>> Vivek

>> On 2026-07-29 15:52, Ryan, Daniel (USANCW) wrote:

>> The Government does not oppose an extension of Defendant's

> response

>> deadline as you propose. That said, we intend to continue

> to

>> advocate that the court should attempt to resolve and

> finalize

>> restitution within the statutory 90-day period. Our lack of
>> opposition to your request, should not be deemed to suggest

> that

>> we

>> will agree to any timeline that extends the process beyond

> the

>> statutory deadline. To that end, we intend to ask the Court

> to

>> set

>> a

>> final hearing on August 17. Please let us know your

> position

>> on

>> that

>> date

>> Dan

>> -----Original Message-----
>> From: vramachandran@dhammalaw.com

> <vramachandran@dhammalaw.com>

>> Sent: Wednesday, July 29, 2026 2:14 PM
>> To: Michael Martinez <mmartinez@grierlaw.com>; Ryan, Daniel

> (USANCW)

>> <Daniel.Ryan@usdoj.gov>
>> Cc: Kenneth Barnes <barnesatty@gmail.com>
>> Subject: Re: Response to Final Report

>> Caution: This message is from an external sender.

>> Michael and Dan,

>> The seven day deadline for filing a response to the final

> report

>> is

>> around the corner. We plan to get something on file

> tomorrow.

>> However,
>> we may need more time to coordinate with Greg Lindberg.

> Please

>> let

>> me know if you oppose a request for extension of time that

> we

>> file

>> with the court to provide a supplementary response say one

> week

>> out?

>> We may file a preliminary response and then follow that up

> with

>> a

>> supplementary response.

>> Thank you.

>> Sincerely,
>> Vivek

>> Disclaimer

>> This e-mail may contain confidential and attorney-client

> privileged

>> material for the sole use of the intended recipient. Do not

> accept

>> wiring instructions from us by email. If you are not the

> recipient,

>> you are hereby notified that any disclosure, copying,

> distribution

>> or taking action in relation of the contents of this

> information

>> is

>> strictly prohibited and may be unlawful, please contact the

> sender

>> and delete this e-mail.

>> This email has been scanned for viruses and malware, and

> may

>> have

>> been automatically archived by Mimecast Ltd, an innovator

> in

>> Software as a Service (SaaS) for business. Providing a

> safer

>> and

>> more useful place for your human generated data.

> Specializing

>> in;

>> Security, archiving and compliance. To find out more Click

> Here

>> [1].

>> Links:
>> ------
>> [1]

> https://protect2.fireeye.com/v1/url?k=ceb355b2-abfeec27-ceb47157-000

>> [3 [1]]

> babff41af-f6d890c4416b62e8&q=1&e=f34caf21-5040-413f-9889-cf284a12946

>> 3&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

> Disclaimer

> This e-mail may contain confidential and attorney-client

> privileged

>> material for the sole use of the intended recipient. Do not

> accept

>> wiring instructions from us by email. If you are not the

> recipient,

>> you are hereby notified that any disclosure, copying,

> distribution

>> or

>> taking action in relation of the contents of this information

> is

>> strictly prohibited and may be unlawful, please contact the

> sender

>> and

>> delete this e-mail.

>> This email has been scanned for viruses and malware, and may

> have

>> been

>> automatically archived by Mimecast Ltd, an innovator in

> Software

>> as

>> a

>> Service (SaaS) for business. Providing a safer and more useful

> place

>>> for your human generated data. Specializing in; Security,

> archiving

>> and compliance. To find out more Click Here [2].

>> Links:
>> ------
>> [1]

> https://protect2.fireeye.com/v1/url?k=7247a28d-170bcbc2-72408668-74fe4868cd43-c3d8511d119469fe&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [4]

>> [2]

> https://protect2.fireeye.com/v1/url?k=1356eb2b-761a8264-1351cfce-74fe4868cd43-a4cc707ca97987ae&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>> [5]

>> Disclaimer

>> This e-mail may contain confidential and attorney-client

> privileged

>> material for the sole use of the intended recipient. Do not

> accept

>> wiring instructions from us by email. If you are not the

> recipient,

>> you are hereby notified that any disclosure, copying,

> distribution

>> or

>> taking action in relation of the contents of this information

> is

>> strictly prohibited and may be unlawful, please contact the

> sender

>> and

>> delete this e-mail.

>> This email has been scanned for viruses and malware, and may

> have

>> been

>> automatically archived by Mimecast Ltd, an innovator in

> Software

>> as

>> a

>> Service (SaaS) for business. Providing a safer and more useful

> place

>> for your human generated data. Specializing in; Security,

> archiving

>> and compliance. To find out more Click Here [2].

>> Links:
>> ------
>> [1]

> https://protect2.fireeye.com/v1/url?k=6d93b872-08dfd13d-6d949c97-74fe4868cd43-18f7a92999912064&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [6]

>> [2]

> https://protect2.fireeye.com/v1/url?k=e3d974b3-86951dfc-e3de5056-74fe4868cd43-8fce692861f4a133&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>> [7]

>> Links:
>> ------
>> [1]

> https://protect2.fireeye.com/v1/url?k=09feed96-6cb284d9-09f9c973-74fe4868cd43-1a4f4166b1ee906a&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [2]

> https://protect2.fireeye.com/v1/url?k=4dfe4f49-28b22606-4df96bac-74fe4868cd43-64d5e686100796ef&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [3 [1]]

> https://protect2.fireeye.com/v1/url?k=ceb355b2-abfeec27-ceb47157-000

>> [4]

> https://protect2.fireeye.com/v1/url?k=7247a28d-170bcbc2-72408668-74fe4868cd43-c3d8511d119469fe&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [5]

> https://protect2.fireeye.com/v1/url?k=1356eb2b-761a8264-1351cfce-74fe4868cd43-a4cc707ca97987ae&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>> [6]

> https://protect2.fireeye.com/v1/url?k=6d93b872-08dfd13d-6d949c97-74fe4868cd43-18f7a92999912064&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [7]

> https://protect2.fireeye.com/v1/url?k=e3d974b3-86951dfc-e3de5056-74fe4868cd43-8fce692861f4a133&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

> Disclaimer

> This e-mail may contain confidential and attorney-client

> privileged

>> material for the sole use of the intended recipient. Do not accept
>> wiring instructions from us by email. If you are not the

> recipient,

>> you are hereby notified that any disclosure, copying, distribution

> or

>> taking action in relation of the contents of this information is
>> strictly prohibited and may be unlawful, please contact the sender

> and

>> delete this e-mail.

>> This email has been scanned for viruses and malware, and may have

> been

>> automatically archived by Mimecast Ltd, an innovator in Software

> as a

>> Service (SaaS) for business. Providing a safer and more useful

> place

>> for your human generated data. Specializing in; Security,

> archiving

>> and compliance. To find out more Click Here [2].

>> Links:
>> ------
>> [1]
>> https://protect2.fireeye.com/v1/url?k=76654705-29fe05f6-766263e0-000
>> babdfec90-06cfd66ea77c7750&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
>> 7&u=http%3A%2F%2Fwww.grierlaw.com%2F
>> [2]
>> https://protect2.fireeye.com/v1/url?k=71897122-2e1233d1-718e55c7-000
>> babdfec90-6b75ecfcb1dc55f0&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
>> 7&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

> Disclaimer

> This e-mail may contain confidential and attorney-client privileged
> material for the sole use of the intended recipient. Do not accept
> wiring instructions from us by email. If you are not the recipient,
> you are hereby notified that any disclosure, copying, distribution or
> taking action in relation of the contents of this information is
> strictly prohibited and may be unlawful, please contact the sender
> and delete this e-mail.

> This email has been scanned for viruses and malware, and may have
> been automatically archived by Mimecast Ltd, an innovator in Software
> as a Service (SaaS) for business. Providing a safer and more useful
> place for your human generated data. Specializing in; Security,
> archiving and compliance. To find out more Click Here [2].

> Links:
> ------
> [1]
> https://protect2.fireeye.com/v1/url?k=5fa7c2a9-003c805a-5fa0e64c-000ba
> bdfec90-1fd00ff5b2e6b87e&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&u=
> http%3A%2F%2Fwww.grierlaw.com%2F [2]
> https://protect2.fireeye.com/v1/url?k=7a6d181c-25f65aef-7a6a3cf9-000ba
> bdfec90-f6619c7010eafcf0&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&u=
> http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
> [3] https://sparkmailapp.com/source?from=signature

> Links:
> ------
> [1] https://sparkmailapp.com/source?from=signature

**EXHIBIT C-5**
**Response to Final Report**

**Subject:** Re: [EXTERNAL] Re: Response to Final Report
**From:** vramachandran@dhammalaw.com
**Date:** Sun, 13 Sep 2026 19:54:12 -0400
**To:** "Sanders, Jeremy (CRM)" <Jeremy.Sanders@usdoj.gov>
**Cc:** Kenneth Barnes <barnesatty@gmail.com>, "Ryan, Daniel (USANCW)" <Daniel.Ryan@usdoj.gov>, "Freeman, Lyndie (CRM)" <Lyndie.Freeman@usdoj.gov>, "Bain-Creed, Benjamin (USANCW)" <Benjamin.Bain-Creed@usdoj.gov>, "Washington, Dana (USANCW)" <Dana.Washington@usdoj.gov>
**Message-ID:**<b95b14f61e20782ffda50a392871a7ce@dhammalaw.com>
**Source file:** Re_EXTERNAL_Re_Response_to_Final_Report_3.eml

---

Jeremy,

Bottomline. This is a case based on vindictiveness of the government. And to get to the results you are willing to destroy the constitution of this country and misrepresent facts. The government created a special master with powers no judge, no executive and no senator has. There is no separation of powers here. And even a judge could not do any of the things the special master did.

And ex-parte communication on top of that. Plus gross misrepresentation of facts. Complete lack of scruples.

Sincerely,
Vivek

On 2026-09-13 16:20, vramachandran@dhammalaw.com wrote:
> Jeremy,

> All emails I sent to you today should be referred to ODAG. In any case,
> all of this is proof of further Hunter violations, even after you are
> made aware of the deep-seated issues.

> (i) The government misrepresents emails that were sent. We will bring
> this up at the 4th circuit. This is yet more proof of Hunter violations
> that are continuing.

> (ii) Until now, I have had the moral authority to ask Mr. Lindberg to
> consider that the Government attorneys are doing their job. In a
> conversation, Greg Lindberg said, when FBI came to see him he gave them
> his phone upfront. Mr. Lindberg then told me, if the FBI or anyone had
> asked me about what these insurance transactions (referring to the
> disaffiliation of entities) were about, I would have given them the
> disaffiliation papers, attorney recommendations and the NCDOI

> requirements. I was following the law based on regulatory changes on
> what needed to be done and pumped in my own money. He said no one told
> me or asked me what these disaffiliations structures were about. If the
> FBI had asked, the entire records and documents would have told them
> everything they needed to know and there would be no case.

> That was the background behind me reaching out to You (Jermey) on
> August 10, 2026 before the hearing date about the ethics concerns and
> flagging the issues to be pushed up the government's own decision
> making chain. Because, Greg Lindberg was willing to even after being
> imprisoned for 12 years acknowledge that it would be unfair to Dan Ryan
> to bring up the fact that he recommended the Special Master and we
> should wait and see if they self-correct before taking this issue up.

> Under all ethics rules ex-parte communication with a neutral or any
> party including the victims or other interested parteis is prohibited.
> To the extent government attorneys did it, they should recuse
> themselves. Making up theories that Special Master is a probation
> officer is inconsistent with MVRA which lists only the Special
> Magistrate or Magistrate. Words that are placed together show what that
> class belongs to.

> The government will state, we waived this as well if I don't write an
> email on this. Even after this email, the government will claim there
> was some other email I wrote on August 10, 2026 and therefore that
> should control.

> Greg Lindberg, did not waive or consent and does not waive his
> objections to ex parte communications by the government nor any other
> ethics issue.

> Thank you.

> Sincerely,
> Vivek

> On 2026-08-11 09:52, Sanders, Jeremy (CRM) wrote:
>> Vivek,

>> Because these issues are all actively being litigated before the
>> district court, I am copying my colleagues at the Fraud Section and
>> U.S. Attorney's Office who are counsel for the Government before the
>> district court. Regarding your request for the contact information of
>> the Department's "ethics department," I think you are likely
>> referring to the Office of Professional Responsibility. That
>> Office's contact information is available here:
>> https://www.justice.gov/opr

>> Thank you.

>> Jeremy R. Sanders

>> Assistant Chief & Appellate Counsel

>> (202) 616-2650 (office)

>> (202) 304-7843 (mobile)

>> From: Vramachandran <vramachandran@dhammalaw.com>
>> Sent: Tuesday, August 11, 2026 4:15 AM
>> To: Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>
>> Cc: Kenneth Barnes <barnesatty@gmail.com>
>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>> Jeremy,

>> This continues to be a concern. I will move this through other
>> channels as well.

>> Any action that is taken by the government has to be looked at by
>> independent eyes.

>> At the hearing I did not push because, this needs fuller independent
>> investigation from the government.

>> Thank you.

>> Sincerely,

>> Vivek

>>> On Aug 10, 2026 at 7:23 AM, <Vramachandran> wrote:

>>> Jermey,

>>> After we filed papers yesterday proving the following:
>>> (1) the Beckett trust was not dissolved until February 27, 2025
>>> when the special master kicked out two directors and took over;
>>> (2) the Beckett trust was dissolved in September 2025 as a
>>> condition of the sale or before the sale;
>>> (3) the Beckett trust dissolution before sale or dissolution in
>>> anticipation of sale would have required NHC to board approval which
>>> was a veto that special master alone had in that time frame;
>>> (4) under the order appointing the special master this should
>>> be brought to the court (two times over) on bilgations.

>>> (5) after the refinancing the attorney of Beckett confirmed the
>>> board still existed and Steve Wilson was still the board member.

>>> The US government selected the special master.

>>> The US government removed fiduciary duties from the list of duties
>>> in the order appointing the special master.

>>> The government has wholesale adopted the position of the special
>>> master, which was admittedly prior to all of this being placed on
>>> the record.

>>> I request you to forward this email to your ethics department
>>> because these need to be looked into. Otherwise, please provide the
>>> email address of someone in the ethics department and I will forward
>>> this to them.

>>> I honestly think this has crossed over into territory that should
>>> involve law enforcement to identify the actiors behind this sale
>>> that lost $800 million.

>>> I am compelled to put this down on paper.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-08-07 10:55, vramachandran@dhammalaw.com wrote:

>>> Jermey and Ben,

>>> I was not on that call and did not hear anything. I tried joining a
>>> call for 2 minutes on a final call and did not hear anything and the
>>> call ended before I could reach out via email. I definitely did not
>>> get anything about a May 17th date on any call.

>>> In any instance, we did not agree to that date Dan proposed via
>>> email below and your filing that without seeking defendant's counsel
>>> is exactly the harm we pointed out at the 4th circuit. Adding that
>>> in a response is not appropriate. And proposing dates without
>>> seeking whether the dates work is no acceptable.

>>> Previous counsel has confirmed that you did not provide any
>>> information about Ares transaction. Finally, your response is you
>>> are not aware, not that any other other agency of the government
>>> including the FBI which you have not addressed in your response is
>>> not aware. Your response does not satisfy the requirement. As
>>> discussed, this is a transaction the government (including other
>>> branches of the government blocked) and you are unwilling to turn
>>> over

>>> In any case, your response is: (a) government will not develop the
>>> record; (b) government will not allow discovery of information
>>> affecting billions in restitution which are with the custodians, and
>>> with the special master, and as claimed by the special master mot
>>> available with him, information that he is unwilling to obtain even
>>> with a board seat, information that Defendant Greg Lindberg cannot
>>> access after he turned over the companies to the Special Master, and
>>> the government and the special master actively seeks to block; (c)
>>> information in (b) literally runs into billions of dollars that you
>>> want the defendant to pay as part of MVRA and information necessary
>>> to meet the accounting requirement of the MVRA; (d) and after all
>>> the delay in response from the government you wish to file a two
>>> pager to dismiss all the evidence without a response; (e) and in
>>> contravention of the bifurcation agreement because you got a
>>> sentencing and now want to disclaim the extension beyond 90 days you
>>> agreed to in the bifurcation motion. In essence, Defendant got
>>> sentenced early without the benefit of the extension beyond 90 days;
>>> (f) billions of dollars are unaccounted for in Beckett sales and
>>> other other sales, none of the records have been provided to the
>>> court, or the defendant even after asking for it; and (g) you wish
>>> to continue with sales and foreclosure on a record that the
>>> government does not have, the special master does not have or claims
>>> not to have in spite of being a trustee who can compel access and
>>> the defendant cannot have after he turned over the companies to the
>>> custodians.

>>> Please feel free to let me know any other violation of due process
>>> that I missed in the list above. A prosecutor may strike hard, but
>>> cannot strike a foul blow.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-08-07 10:37, Bain-Creed, Benjamin (USANCW) wrote:

>>> Vivek,

>>> Everybody but me is out today and I am leaving soon. First, there
>>> is not a requirement to confer on a response. Second, to the extent
>>> that you are referencing conferral on the final restitution date, we
>>> proposed a final restitution date on the Special Master call which
>>> you attended and via email. If you are not satisfied with the date,
>>> please feel free to propose an alternative on the docket. Third, I
>>> am not aware of any Government interference in the Ares transaction,
>>> but, in any event, discovery in this matter was previously produced
>>> to prior counsel.

>>> -Ben

>>> -----Original Message-----
>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>> Sent: Friday, August 7, 2026 9:53 AM
>>> To: Michael Martinez <mmartinez@grierlaw.com>
>>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth Barnes
>>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>>> <Dana.Washington@usdoj.gov>; Sanders, Jeremy (CRM)
>>> <Jeremy.Sanders@usdoj.gov>
>>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>>> Dan,

>>> You did not meet and confer with the Defendant's counsel about this
>>> filing.
>>> The government said at the 4th circuit that it wants to develop the
>>> record. Which you are filing to do with this filing.

>>> Jeremy,

>>> Since the government is unwilling to develop the record at the
>>> district court, we plan to let the 4th know that your response is no
>>> longer factually accurate.

>>> In addition, please turn over any evidence the government is aware
>>> of including with any other agencies of the government about the
>>> Ares transaction that are relevant to restitution and the government
>>> interfering with a transaction that would have avoided any loss to
>>> anyone.

>>> Finally, the current record as it stands is based on information the
>>> special master calls guesses in the report, the government is
>>> actively preventing access to information on billions of dollars
>>> that are with custodians, the special master claims is not available
>>> to him, the special master has refused to obtain from the custodians
>>> at the urging of counsel and the special master and the government
>>> are now blocking.

>>> In addition, the government is seeking a date of August 17th that
>>> does not work for any defense counsel. For all of these reasons, we
>>> will reach out the the 4th circuit if necessary.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-08-06 17:18, vramachandran@dhammalaw.com wrote:

>>> Dan,

>>> Please produce all documents and any information in the
>>> government's
>>> hands including information that is with another arm of the
>>> government
>>> on how the Ares transaction was stopped.

>>> This was put in file by someone who is not friendly to the
>>> defendant.

>>> To the extent you have any information regarding this we wounded
>>> that
>>> information.

>>> Sincerely,
>>> Vivek

>>> Sent with Spark [3 [1]]
>>> On Aug 6, 2026 at 5:03 PM -0400, Michael Martinez
>>> <mmartinez@grierlaw.com>, wrote:

>>> Notice of the issues acknowledged. Your characterizations of the
>>> history below is inaccurate and your application of the law to those
>>> facts is flawed. Not trying to bicker with you about it, I just
>>> didn't want my failure to react to your statements below to be
>>> deemed
>>> as some kind of acceptance thereof.

>>> Michael L. Martinez
>>> Grier Wright Martinez PA
>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>>> (704) 332-0209 (direct dial)

>> https://protect2.fireeye.com/v1/url?k=7e1f8417-2184c6e4-7e18a0f2-000b

>> abdfec90-b9a054bf41afda16&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&
>>> u=http%3A%2F%2Fwww.grierlaw.com%2F [1] mmartinez@grierlaw.com

>>> -----Original Message-----
>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>> Sent: Thursday, August 6, 2026 4:57 PM
>>> To: Michael Martinez <mmartinez@grierlaw.com>
>>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth Barnes
>>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)

>>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>>> <Dana.Washington@usdoj.gov>
>>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>>> Caution: This message is from an external sender.

>>> Michael and Dan,

>>> As far as the note below goes, it was information because your
>>> positions were already solicited and noted as opposed.

>>> It's the Defendant's position and was our mutual position when we
>>> agreed to bifurcation that 90 days is not a bar to jurisdiction.
>>> Parties contemplated it to take as long as supervised release with a
>>> release date of 2033. That's part of the record. Stating otherwise
>>> does not change the record.

>>> That is also the promise the government held out to induce the early
>>> sentencing. You cannot go back on that promise.
>>> In any case, you both have delayed responding to the motions on file
>>> and still have not. Your final report is not a substitute for a n
>>> issue by issue response.

>>> For all of these reasons, we have already discussed the 90 days does
>>> not apply and the court has also said that multiple hearings will be
>>> necessary.

>>> The final report based on guesses does not satisfy the MVRA
>>> accounting requirement for all of these reasons, the 90 days delay
>>> is
>>> from your end not the defendant's end.

>>> Restating the position from the government and the special master
>>> does not change facts on the ground. You are placed once again on
>>> notice of these issues.

>>> Sincerely,
>>> Vivek

>>> On 2026-08-06 16:50, Michael Martinez wrote:

>>> Thank you for the update, Vivek. I'm not sure if you were

>>> soliciting

>>> our position on a potential motion for leave for more time to

>>> respond

>>> to the second restitution report supplement. If you were, we have

>>> no

>>> opposition, so long as the request does not seek to delay the

>>> Court's

>>> entry of a final restitution order within 90 days following
>>> sentencing.

>>> Michael L. Martinez
>>> Grier Wright Martinez PA
>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>>> (704) 332-0209 (direct dial)
>>> https://protect2.fireeye.com/v1/url?k=e4fc6e90-bb672c63-e4fb4a75-000
>>> babdfec90-6b5622cec5516c1a&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
>>> 7&u=http%3A%2F%2Fwww.grierlaw.com%2F [1] [1] mmartinez@grierlaw.com

>>> -----Original Message-----
>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>> Sent: Thursday, August 6, 2026 12:17 PM
>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>> Cc: Michael Martinez <mmartinez@grierlaw.com>; Kenneth Barnes
>>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>>> <Dana.Washington@usdoj.gov>
>>> Subject: Re: [EXTERNAL] Re: Response to Final Report

>>> Caution: This message is from an external sender.

>>> Dan and Michael,

>>> We have not had contact with Defendant Greg Lindberg since Monday
>>> because of the hearing. As we informed you and let the court know,

>>> our

>>> final report submission depends on access to Defendant. We will

>>> try to

>>> file a preliminary response today to the extent possible based on

>>> our

>>> prior discussions, but will ask for leave to file an amended

>>> version

>>> after discussion with the Defendant if we are able to file a
>>> preliminary response today. Our draft was already filed, and is on

>>> the

>>> record.

>>> In addition, we will be filing the already discussed second motion

>>> to

>>> set aside the special master's report and concomitant motion to
>>> disqualify the special master which was also delayed because of

>>> access

>>> to Greg Lindberg and the motion for abeyance, both of which you
>>> opposed.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-08-04 09:15, vramachandran@dhammalaw.com wrote:

>>> Dan,

>>> Doc. 250 has Greg being produced on August 7, 2026 at 3.00 P.M.

>> The

>>>> court has the hearing set at August 10, 2026 at 3.00 P.M.

>>>> BOP may prefer to give him a furlough because he has another

>> hearing

>>>> around the same time in a civil proceeding. Or a remote hearing.

>>>> Can you reach out to the court to change the date or request that

>> he

>>>> be allowed to do this while on the furlough or change the order

>> so

>>> that the date is accurate for the BOP?

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-07-30 18:01, Ryan, Daniel (USANCW) wrote:

>>> The Government objects

>>> -------------------------

>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>> Sent: Thursday, July 30, 2026 4:48 PM
>>> To: Michael Martinez <mmartinez@grierlaw.com>
>>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth

>> Barnes

>>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>>> <Dana.Washington@usdoj.gov>
>>> Subject: [EXTERNAL] Re: Response to Final Report

>>> We will seek disqualification of the special master based on the
>>> breach of fiduciary duty and setting aside the report in total.
>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-07-30 16:45, Michael Martinez wrote:

>>> What relief will be requested? I cannot say whether we consent

>> or

>>> oppose relief if I don't know what you're asking the Court to

>> do.

>>> Michael L. Martinez
>>> Grier Wright Martinez PA
>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202

>>> (704) 332-0209 (direct dial)

>> https://protect2.fireeye.com/v1/url?k=09feed96-6cb284d9-09f9c973-74fe4868cd43-1a4f4166b1ee906a&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>>> [1] [1]

>>> mmartinez@grierlaw.com

>>> -----Original Message-----
>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>> Sent: Thursday, July 30, 2026 4:44 PM
>>> To: Michael Martinez <mmartinez@grierlaw.com>
>>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Kenneth

>> Barnes

>>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>>> <Dana.Washington@usdoj.gov>
>>> Subject: Re: Response to Final Report

>>> Caution: This message is from an external sender.

>>> The motions will discuss fiduciary obligations of the special

>> master

>>> under the order appointing the special master and breach

>> thereof

>>> during the Beckett sale amongst others, and effect of the

>> breach

>>> on

>>> the final report.

>>> We may include everything in one motion or split it into two

>> motions

>>> depending on readability.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-07-30 16:39, Michael Martinez wrote:

>>> I don't understand the request. Can you itemize each request

>> for

>>> relief in the forthcoming motions so I can articulate our

>> position

>>> on

>>> each?

>>> Michael L. Martinez
>>> Grier Wright Martinez PA
>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>>> (704) 332-0209 (direct dial)

>> https://protect2.fireeye.com/v1/url?k=4dfe4f49-28b22606-4df96bac-74fe4868cd43-64d5e686100796ef&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>>> [2] [1] [1]

>>> mmartinez@grierlaw.com

>>> -----Original Message-----
>>> From: vramachandran@dhammalaw.com

>> <vramachandran@dhammalaw.com>

>>> Sent: Thursday, July 30, 2026 4:37 PM
>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>> Cc: Michael Martinez <mmartinez@grierlaw.com>; Kenneth Barnes
>>> <barnesatty@gmail.com>; Freeman, Lyndie (CRM)
>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>> <Benjamin.Bain-Creed@usdoj.gov>; Washington, Dana (USANCW)
>>> <Dana.Washington@usdoj.gov>
>>> Subject: Re: Response to Final Report

>>> Caution: This message is from an external sender.

>>> Dan and Martinez,

>>> Please state your position on motions relating to the final

>> report

>>> and

>>> specifically fiduciary duties relating to the Beckett

>> transaction

>>> and

>>> fiduciary duties in general.

>>> We will be filing these motions tomorrow.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-07-30 04:38, vramachandran@dhammalaw.com wrote:

>>> Dan and Martinez,

>>> Please state your position on holding the report in abeyance

>> until

>>> your responses to the pending motions are placed on the

>> record?

>>> Defendant will move the court for relief on this front.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-07-29 15:54, vramachandran@dhammalaw.com wrote:

>>> Dan,

>>> We need the government's position on the record on all

>> pending

>>> motions before we discuss a trial date. This is on mandamus

>> with

>>> the

>>> 4th and we will actively peruse that option should the

>> government

>>> seek to not create a record at the district court.

>>> The timeline is in the government's hands. Thank you.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> On 2026-07-29 15:52, Ryan, Daniel (USANCW) wrote:

>>> The Government does not oppose an extension of Defendant's

>> response

>>> deadline as you propose. That said, we intend to continue

>> to

>>> advocate that the court should attempt to resolve and

>> finalize

>>> restitution within the statutory 90-day period. Our lack of
>>> opposition to your request, should not be deemed to suggest

>> that

>>> we

>>> will agree to any timeline that extends the process beyond

>> the

>>> statutory deadline. To that end, we intend to ask the Court

>> to

>>> set

>>> a

>>> final hearing on August 17. Please let us know your

>> position

>>> on

>>> that

>>> date

>>> Dan

>>> -----Original Message-----
>>> From: vramachandran@dhammalaw.com

>> <vramachandran@dhammalaw.com>

>>> Sent: Wednesday, July 29, 2026 2:14 PM
>>> To: Michael Martinez <mmartinez@grierlaw.com>; Ryan, Daniel

>> (USANCW)

>>> <Daniel.Ryan@usdoj.gov>
>>> Cc: Kenneth Barnes <barnesatty@gmail.com>
>>> Subject: Re: Response to Final Report

>>> Caution: This message is from an external sender.

>>> Michael and Dan,

>>> The seven day deadline for filing a response to the final

>> report

>>> is

>>> around the corner. We plan to get something on file

>> tomorrow.

>>> However,
>>> we may need more time to coordinate with Greg Lindberg.

>> Please

>>> let

>>> me know if you oppose a request for extension of time that

>> we

>>> file

>>> with the court to provide a supplementary response say one

>> week

>>> out?

>>> We may file a preliminary response and then follow that up

>> with

>>> a

>>> supplementary response.

>>> Thank you.

>>> Sincerely,
>>> Vivek

>>> Disclaimer

>>> This e-mail may contain confidential and attorney-client

>> privileged

>>> material for the sole use of the intended recipient. Do not

>> accept

>>> wiring instructions from us by email. If you are not the

>> recipient,

>>> you are hereby notified that any disclosure, copying,

>> distribution

>>> or taking action in relation of the contents of this

>> information

>>> is

>>> strictly prohibited and may be unlawful, please contact the

>> sender

>>> and delete this e-mail.

>>> This email has been scanned for viruses and malware, and

>> may

>>> have

>>> been automatically archived by Mimecast Ltd, an innovator

>> in

>>> Software as a Service (SaaS) for business. Providing a

>> safer

>>> and

>>> more useful place for your human generated data.

>> Specializing

>>> in;

>>> Security, archiving and compliance. To find out more Click

>> Here

>>> [1].

>>> Links:
>>> ------
>>> [1]

>> https://protect2.fireeye.com/v1/url?k=ceb355b2-abfeec27-ceb47157-000

>>> [3 [1]]

>> babff41af-f6d890c4416b62e8&q=1&e=f34caf21-5040-413f-9889-cf284a12946

>>> 3&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

>> Disclaimer

>> This e-mail may contain confidential and attorney-client

>> privileged

>>> material for the sole use of the intended recipient. Do not

>> accept

>>> wiring instructions from us by email. If you are not the

>> recipient,

>>> you are hereby notified that any disclosure, copying,

>> distribution

>>> or

>>> taking action in relation of the contents of this information

>> is

>>> strictly prohibited and may be unlawful, please contact the

>> sender

>>> and

>>> delete this e-mail.

>>> This email has been scanned for viruses and malware, and may

>> have

>>> been

>>> automatically archived by Mimecast Ltd, an innovator in

>> Software

>>> as

>>> a

>>> Service (SaaS) for business. Providing a safer and more useful

>> place

>>>> for your human generated data. Specializing in; Security,

>> archiving

>>> and compliance. To find out more Click Here [2].

>>> Links:
>>> ------
>>> [1]

>> https://protect2.fireeye.com/v1/url?k=7247a28d-170bcbc2-72408668-74fe4868cd43-c3d8511d119469fe&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>>> [4]

>>> [2]

>> https://protect2.fireeye.com/v1/url?k=1356eb2b-761a8264-1351cfce-74fe4868cd43-a4cc707ca97987ae&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>> [5]

>>> Disclaimer

>>> This e-mail may contain confidential and attorney-client

>> privileged

>>> material for the sole use of the intended recipient. Do not

>> accept

>>> wiring instructions from us by email. If you are not the

>> recipient,

>>> you are hereby notified that any disclosure, copying,

>> distribution

>>> or

>>> taking action in relation of the contents of this information

>> is

>>> strictly prohibited and may be unlawful, please contact the

>> sender

>>> and

>>> delete this e-mail.

>>> This email has been scanned for viruses and malware, and may

>> have

>>> been

>>> automatically archived by Mimecast Ltd, an innovator in

>> Software

>>> as

>>> a

>>> Service (SaaS) for business. Providing a safer and more useful

>> place

>>> for your human generated data. Specializing in; Security,

>> archiving

>>> and compliance. To find out more Click Here [2].

>>> Links:
>>> ------
>>> [1]

>> https://protect2.fireeye.com/v1/url?k=6d93b872-08dfd13d-6d949c97-74fe4868cd43-18f7a92999912064&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.grierlaw.com%2F

>>> [6]

>>> [2]

>> https://protect2.fireeye.com/v1/url?k=e3d974b3-86951dfc-e3de5056-74fe4868cd43-8fce692861f4a133&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>> [7]

>>> Links:
>>> ------
>>> [1]

>> https://protect2.fireeye.com/v1/url?k=09feed96-6cb284d9-09f9c973-74fe4868cd43-1a4f4166b1ee906a&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>>> [2]

>> https://protect2.fireeye.com/v1/url?k=4dfe4f49-28b22606-4df96bac-74fe4868cd43-64d5e686100796ef&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>>> [3 [1]]

>> https://protect2.fireeye.com/v1/url?k=ceb355b2-abfeec27-ceb47157-000

>>> [4]

>> https://protect2.fireeye.com/v1/url?k=7247a28d-170bcbc2-72408668-74fe4868cd43-c3d8511d119469fe&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>>> [5]

>> https://protect2.fireeye.com/v1/url?k=1356eb2b-761a8264-1351cfce-74fe4868cd43-a4cc707ca97987ae&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>> [6]

>> https://protect2.fireeye.com/v1/url?k=6d93b872-08dfd13d-6d949c97-74fe4868cd43-18f7a92999912064&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.grierlaw.com%2F
>>> [7]

>> https://protect2.fireeye.com/v1/url?k=e3d974b3-86951dfc-e3de5056-74fe4868cd43-8fce692861f4a133&q=1&e=c0a78474-760a-44ce-9fee-fd9e35e6d43d&

>>> u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

>> Disclaimer

>> This e-mail may contain confidential and attorney-client

>> privileged

>>> material for the sole use of the intended recipient. Do not accept
>>> wiring instructions from us by email. If you are not the

>> recipient,

>>> you are hereby notified that any disclosure, copying, distribution

>> or

>>> taking action in relation of the contents of this information is
>>> strictly prohibited and may be unlawful, please contact the sender

>> and

>>> delete this e-mail.

>>> This email has been scanned for viruses and malware, and may have

>> been

>>> automatically archived by Mimecast Ltd, an innovator in Software

>> as a

>>> Service (SaaS) for business. Providing a safer and more useful

>> place

>>> for your human generated data. Specializing in; Security,

>> archiving

>>> and compliance. To find out more Click Here [2].

>>> Links:
>>> ------
>>> [1]

>>> https://protect2.fireeye.com/v1/url?k=76654705-29fe05f6-766263e0-000
>>> babdfec90-06cfd66ea77c7750&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
>>> 7&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>> [2]
>>> https://protect2.fireeye.com/v1/url?k=71897122-2e1233d1-718e55c7-000
>>> babdfec90-6b75ecfcb1dc55f0&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f
>>> 7&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

>> Disclaimer

>> This e-mail may contain confidential and attorney-client privileged
>> material for the sole use of the intended recipient. Do not accept
>> wiring instructions from us by email. If you are not the recipient,
>> you are hereby notified that any disclosure, copying, distribution or
>> taking action in relation of the contents of this information is
>> strictly prohibited and may be unlawful, please contact the sender
>> and delete this e-mail.

>> This email has been scanned for viruses and malware, and may have
>> been automatically archived by Mimecast Ltd, an innovator in Software
>> as a Service (SaaS) for business. Providing a safer and more useful
>> place for your human generated data. Specializing in; Security,
>> archiving and compliance. To find out more Click Here [2].

>> Links:
>> ------
>> [1]
>> https://protect2.fireeye.com/v1/url?k=5fa7c2a9-003c805a-5fa0e64c-000ba
>> bdfec90-1fd00ff5b2e6b87e&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&u=
>> http%3A%2F%2Fwww.grierlaw.com%2F [2]
>> https://protect2.fireeye.com/v1/url?k=7a6d181c-25f65aef-7a6a3cf9-000ba
>> bdfec90-f6619c7010eafcf0&q=1&e=ee3cb8ae-9391-4b28-9fe6-61ed4ffda3f7&u=
>> http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>> [3] https://sparkmailapp.com/source?from=signature

>> Links:
>> ------
>> [1] https://sparkmailapp.com/source?from=signature