**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREG E. LINDBERG,

Defendant.

Case No. 3:23-CR-48-MOC Case No. 5:19-CR-22-MOC

Judge Max O. Cogburn, Jr.

**DEFENDANT'S NOTICE OF CORRECTION TO THE ADDENDUM TO HIS MOTION FOR RECONSIDERATION (DOC. 347-2; DOC. 627-2)**

Defendant Greg E. Lindberg respectfully submits this Notice of Correction to the Addendum filed with his Motion for Reconsideration of the Order of August 31, 2026. No. 3:23-CR-48, Doc. 347-2; No. 5:19-CR-22, Doc. 627-2. The two are identical in text and pagination, and the page numbers below apply to both. Some internal drafting notes were not removed from the document before filing, which does not affect the substance. Four passages are corrected, each identified by the page on which it appears. The corrected text is set out below and supersedes the text as filed. None of the corrections affects any argument advanced in the Motion or any relief requested, and the Addendum is unchanged in every other respect.

1. **Page 7.** The parenthetical introducing Part One should read: "(Established in Defendant's Consolidated and Supplemental Statements of Facts, Docs. 174 and 235, and supporting declarations and exhibits.)"

2. **Page 705.** In item S-F9, the citation to the sentencing transcript should read "Doc. 234-52, at 67–68 (Ex. ST)," and the reference that follows should read "Transcript at Doc. 164." Exhibit ST to Doc. 234 is the transcript of the sentencing hearing, filed at Doc. 234-52, and the testimony the item describes—transcript pages 66 and 67, cited in the item as "Tr. 66–67"—appears at pages 67 and 68 of that exhibit; the transcript's own pagination runs one page behind the exhibit's.

3. **Page 706.** Item S-8 should read: "The Order states that '[t]he Government has filed a brief in opposition,' Doc. 330, at 1, and identifies that brief as No. 5:19-CR-22, Doc. 610 and No. 3:23-CR-48, Doc. 288; it considered and adopted the Government's arguments, *id.* at 5, 11. Doc. 288 is the Special Master's Response, in which he stated that the legal defense of the reference 'falls within the Government's purview.' Doc. 288, at 2. Doc. 610 is the Government's Consolidated Position Regarding Restitution (No. 3:23-CR-48, Doc. 308), filed August 17, 2026—eight days after the Reply—and was not a response to Docs. 269/278. It is not a true opposition but a selective rehashing of issues reframed to suit the Government: it selected issues, did not address causation, and declined to answer issue by issue. Doc. 316, at 41, 51. The Government's only filing addressed to those motions stated that it would not reply substantively. Doc. 279, at 2. The Order cites the Reply (Doc. 292) three times, each to reject a discrete assertion, Doc. 330, at 6 n.2, 8, and does not address the arguments the Reply advanced in answer to the Special Master's Response." The Motion states this matter in the same terms, Doc. 347, at 43, and the index entry is

conformed to it.



4. **Page 710.** The citation to the transcript of the August 10, 2026 hearing should read "Aug. 10, 2026 Hr'g Tr. 27 (Doc. 312)."

5. Should the Court prefer a corrected Addendum incorporating these changes, Defendant will file one promptly upon request.

This Notice is filed in both of the above-captioned cases.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*/s/ Vivek Ramachandran*
Vivek Ramachandran
Dhamma Law PLLC
418 Broadway, Suite N
Albany, NY 12207
Email: vramachandran@dhammalaw.com
*Admitted pro hac vice*

*Counsel for Greg E. Lindberg*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: September 21, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*