**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG,<br><br>Defendant. | Case No. 3:23-CR-48-MOC<br><br>Judge Max O. Cogburn, Jr. |

**DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON HIS PENDING MOTIONS**

Defendant Greg E. Lindberg respectfully moves for leave to supplement the record on his pending motions with the Updates filed contemporaneously with this motion and their exhibits.[1] The pending motions are his Preliminary Response and Objection to the Special Master's Second Supplement to Report and Recommendations (Doc. 281), his Motion to Stay Disposition of the Damovo Primary Restitution Asset (Doc. 320), his Motion to Compel the Government (Doc. 331), his Motion to Compel the Special Master (Doc. 332), and his Motion for Reconsideration of the Order of August 31, 2026 (Doc. 347).

**GROUNDS**

The Updates rest on material that did not exist, or was not available to Defendant, when those motions were briefed:

(1) Defendant's affidavit executed October 5, 2026, which addresses the value of Beckett Collectibles and sets out the Government's May 20, 2026 representations concerning the forfeiture judgment;

[1] Docket citations are to this case, No. 3:23-CR-48-MOC.

(2) the September 3–7, 2026 e-mail exchange between Lincoln International, the sell-side adviser for Damovo, and Twelve Seas Investment Company III, forwarded to Defendant on September 29, 2026, after briefing on the Motion to Stay had closed (Docs. 334, 335, 339, 340); and

(3) the record of ex parte communications that current counsel reconstructed from the Special Master's status reports and fee applications, the most recent of which was filed on July 30, 2026 (Doc. 263), and cross-checked against the files of Defendant's former counsel, which were transferred to Defendant in August 2026, together with the sworn statement of the Special Master's counsel that those communications continue "on a daily (or near daily) basis." Doc. 343 ¶ 9.

The Updates present new matter, refer to the arguments already made rather than repeating them, and consolidate the record of ex parte communications in a single filing, the Update in support of the Motion for Reconsideration (Doc. 347), which the Updates on the motions to compel (Docs. 331, 332) incorporate. Supplementation will allow the Court to decide the pending motions on a complete record and will complete the record for the United States Court of Appeals for the Fourth Circuit. Neither the Government nor the Special Master will be prejudiced; Defendant asks that each be given seven days to respond.

Because the final restitution order may be entered at any time, Defendant files this motion without delay. Undersigned counsel has reached out to counsel for the Government and to counsel for the Special Master regarding their positions on this motion and will promptly update the Court on their positions upon hearing from them.

## CONCLUSION

For these reasons, Defendant respectfully requests that the Court:

(1) grant Defendant leave to supplement the record on Docs. 281, 320, 331, 332, and 347 with the Updates and exhibits filed contemporaneously with this motion, and deem them filed as of the date of filing; and

(2) allow the Government and the Special Master seven days from the Court's order to respond to them.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*/s/ Vivek Ramachandran*
Vivek Ramachandran
Dhamma Law PLLC
418 Broadway, Suite N
Albany, NY 12207
Email: vramachandran@dhammalaw.com
*Admitted pro hac vice*

*Counsel for Greg E. Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: October 5, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*