# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG,<br><br>Defendant. | Case No. 3:23-CR-48-MOC<br><br>Judge Max O. Cogburn, Jr. |

## DEFENDANT'S UPDATE IN SUPPORT OF HIS MOTION TO COMPEL THE SPECIAL MASTER (DOC. 332), INCORPORATING HIS UPDATE IN SUPPORT OF HIS MOTION FOR RECONSIDERATION (DOC. 347)

Defendant Greg E. Lindberg respectfully submits this Update in support of his Motion to Compel the Special Master to Produce the Data Underlying the Restitution Figure and His Ex Parte Communications, and to Set Aside His Report and Final Supplement (Doc. 332).[1]

To avoid duplicative filings, Defendant places on this motion, and incorporates here in full, his Update in support of his Motion for Reconsideration of the Order of August 31, 2026 (Doc. 347), filed contemporaneously, together with its exhibits, which are also filed with this Update. That Update sets out the withheld data and the

[1] Docket citations are to this case, No. 3:23-CR-48-MOC. Filed herewith is the Affidavit of Greg E. Lindberg Regarding the Valuation of Beckett Collectibles and in Response to the Affidavit of Mohsin Meghji (Doc. 308-3) ("Lindberg Beckett Aff."), executed October 5, 2026, with its two exhibits: Exhibit 1, a summary of Beckett Collectibles Holdings, LLC's consolidated January results for 2021 through 2024; and Exhibit 2, the September 3–7, 2026 e-mail exchange between Lincoln International, the sell-side adviser for Damovo, and Twelve Seas Investment Company III, which Twelve Seas's Chief Executive Officer forwarded to Defendant on September 29, 2026, together with the draft letter of intent and the SPAC process overview Twelve Seas transmitted in that exchange. Exhibit 3 is Defendant's October 5, 2026 cease-and-desist letters to the Special Master Team and to the Government.

categories of documents, numbered 1 through 54, that remain unproduced; the ex parte communications between the Government and the Special Master Team, and those of the Special Master Team with third parties; and the relief that follows from them. Each of those matters bears directly on this motion: the Special Master has not produced the data underlying the restitution figure, or his ex parte communications, and the Update shows why both are required. The Special Master Team's communications are listed separately in Defendant's October 5, 2026 letter to the Special Master Team: Schedule A lists the 57 ex parte communications disclosed in the record, and Appendix 1 quotes the 1,441 time entries in the Special Master Team's fee applications that record a communication with any person outside the Special Master Team in a transaction that names no defense counsel. Ex. 3. Defendant asks that the Special Master be directed to admit or deny each of them, entry by entry, and that every entry not specifically denied be accepted as an admitted ex parte communication.

## CONCLUSION

For these reasons, those in the Motion and Defendant's replies (Docs. 332, 345, 346), and those in Defendant's Update in support of Doc. 347, Defendant respectfully requests that the Court:

(1) grant the Motion to Compel (Doc. 332) and direct the Special Master to produce the data underlying the restitution figure and his ex parte communications; and

(2) grant the relief requested in Defendant's Update in support of his Motion for Reconsideration (Doc. 347), including removal of the Special Master, his counsel, and his financial advisor, and setting aside the restitution proceeding.

Dated: October 5, 2026

Respectfully submitted,


*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*/s/ Vivek Ramachandran*
Vivek Ramachandran
Dhamma Law PLLC
418 Broadway, Suite N
Albany, NY 12207
Email: vramachandran@dhammalaw.com
*Admitted pro hac vice*

*Counsel for Greg E. Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: October 5, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*