IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-048-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| **GREG E. LINDBERG,** | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Leave To Supplement The Record On His Pending Motions" (Document No. 355) filed October 5, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

Defendant seeks to supplement the record regarding Documents No. 281, 320, 331, 332, and 347 with Documents No. 356, 357, 358, 359, and 360 filed October 5, 2026. Defendant contends that "[s]upplementation will allow the Court to decide the pending motions on a complete record . . . ." (Document No. 355, p. 2). Considering the record, and in consultation with Judge Cogburn's chambers, the Court will allow the requested relief.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Leave To Supplement The Record On His Pending Motions" (Document No. 355) is **GRANTED**. Document No. 356 and its attachments will be considered filed as supplementing Document No. 347; Document No. 357 and its attachments will be considered filed as supplementing Document No. 331; Document No. 358 and its attachments will be considered filed as supplementing Document No. 332;

Document No. 359 and its attachments will be considered filed as supplementing Document No. 281; and Document No. 360 and its attachments will be considered filed as supplementing Document No. 320.

**IT IS FURTHER ORDERED** that the Government and Special Master may respond to Defendant's supplementations described herein on or before **October 13, 2026**.

**SO ORDERED**.

Signed: October 6, 2026

David C. Keesler
United States Magistrate Judge